**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number *(if known)* _____   Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy                4/19

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **AusTex Oil Limited** | |
| 2. | All other names debtor used in the last 8 years  Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **98-1231334** | |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **Level 5, 126 Phillip Street** **Sydney** **NSW 2000 AUSTRALIA** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Australian Entity** | Location of principal assets, if different from principal place of business |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL)  _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **AusTex Oil Limited**                                             Case number (*if known*) _____
      Name

**7.**   **Describe debtor's business**    A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
See http://www.uscourts.gov/four-digit-national-association-naics-codes.
      __2111__

**8.**   **Under which chapter of the Bankruptcy Code is the debtor filing?**    *Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

     ■ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625 (amount subject to adjustment on 4/01/22 and every 3 years after that).

     ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

     ☐ A plan is being filed with this petition.

     ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

     ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

     ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.**   **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

■ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
| District | _____ | When | _____ | Case number | _____ |

**10.**   **Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list

☐ No

■ Yes.

| Debtor | **See Attachment** | | Relationship | _____ |
| District | _____ | When | Case number, if known | _____ |

| Debtor | **AusTex Oil Limited** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☐ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

■ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ■ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

Debtor   **AusTex Oil Limited**
Name

Case number (*if known*) _____

| | **Request for Relief, Declaration, and Signatures** |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is trued and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June  3, 2019**
MM / DD / YYYY

**X** **/s/ Richard A. Adrey**
Signature of authorized representative of debtor

**Richard A. Adrey**
Printed name

Title   **Managing Director**

**18. Signature of attorney**

**X** **/s/ Gary M. McDonald**
Signature of attorney for debtor

Date **June  3, 2019**
MM / DD / YYYY

**Gary M. McDonald 5960**
Printed name

**McDonald & Metcalf, LLP**
Firm name

**15 E. 5th Street, Suite 1400**
**Tulsa, OK 74103**
Number, Street, City, State & ZIP Code

Contact phone   **918.430.3700**   Email address   **gmcdonald@mmmsk.com**

**5960 OK**
Bar number and State

| Debtor | **AusTex Oil Limited** | Case number (*if known*) | |
| | Name | | |

---

**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

NORTHERN DISTRICT OF OKLAHOMA

Case number (*if known*) _____ Chapter __**11**__

☐ Check if this an
amended filing

---

### FORM 201. VOLUNTARY PETITION

### Pending Bankruptcy Cases Attachment

| | | | | | |
|---|---|---|---|---|---|
| Debtor | **AusTex HoldCo, LLC** | | | Relationship to you | **Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Energy Company, LLC** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Energy Corporation** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Energy Holding Co., LLC** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Energy, LLC** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Oil & Gas, LLC** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |
| Debtor | **International Properties Partners, LLC** | | | Relationship to you | **Indirect Subsidiary** |
| District | **Northern District of Oklahoma** | When | **6/03/19** | Case number, if known | |

**Fill in this information to identify the case:**

Debtor name       **AusTex Oil Limited**

United States Bankruptcy Court for the:   NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)   _____

☐ Check if this is an
   amended filing

Official Form 202
# Declaration Under Penalty of Perjury for Non-Individual Debtors     12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☐ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☐ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ■ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __June  3, 2019__          X /s/ Richard A. Adrey
                                         _____
                                         Signature of individual signing on behalf of debtor

                                         **Richard A. Adrey**
                                         _____
                                         Printed name

                                         **Managing Director**
                                         _____
                                         Position or relationship to debtor

<table>
<tr><td colspan="2">Fill in this information to identify the case:</td></tr>
<tr><td>Debtor name</td><td>AusTex Oil Limited</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>NORTHERN DISTRICT OF OKLAHOMA</td></tr>
<tr><td>Case number (if known):</td><td>_____</td></tr>
</table>

☐ Check if this is an

amended filing

# Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| Austrailian Securities & Investment Comm Locked Bag 5000 Gippsland Mail Centre Victoria 3841 Australia | http://www.asic.gov.au/invoices 1300 300 630 | | | | | $1,303.00 |
| Boardroom Pty Limited Level 12, 225 George Street Sydney, NSW 2000 Austrailia | accounts@boardromlimited.com.au +61 (2) 9290 9600 | Trade Debt | | | | $1,240.15 |
| Eureka Teleconferencing Pty Ltd Level 29, Chifley Plaza Chifley Tower 2 Sq Sydney NSW 2000 Australia | accounts@teleconference.com.au +61 (2) 9009 0854 | Trade Debt | | | | $66.88 |
| Gilbert & Tobin Attorneys at Law 200 Barangaroo Avenue Barangaroo NSW 2000 Australia | gtinvoice@gtlaw.com.au +61 (2) 9009 0854 | Professional Fees | | | | $54.31 |
| OTC Markets Group, Inc. 304 Hudson Street 2nd Floor New York, NY 10013-1015 | otcmarketsgroupbilling@otcmarkets.com 212-896-4405 | Trade Debt | | | | $28,865.40 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Debtor  **AusTex Oil Limited**                                                                         Case number *(if known)*  _____
_____
Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Puglisi & Asociates Attn: Gregory Lavelle 850 Library Avenue, Suite 204 Newark, DE 19711** | **glavelle@puglisiassoc.com 302-738-6680** | **Professional Fees** | | | | **$1,731.92** |
| **Servcorp Sydney Virtual Pty LTD MLC Centre Suite 1 Level 19 19-29 Martin Pl Sydney NSW 2000 Australia** | **http://www.servcorp.com.au +61 (2) 9238 7611** | **Trade Debt** | | | | **$480.83** |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Fill in this information to identify the case: |
|---|

Debtor name    **AusTex Oil Limited**

United States Bankruptcy Court for the:    NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
    amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a. **Real property:**
        Copy line 88 from *Schedule A/B*.................................................................................... $      **0.00**

    1b. **Total personal property:**
        Copy line 91A from *Schedule A/B*................................................................................ $      **56,116,157.65**

    1c. **Total of all property:**
        Copy line 92 from *Schedule A/B*.................................................................................. $      **56,116,157.65**

| Part 2: | Summary of Liabilities |
|---|---|

2.    ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................. $      **0.00**

3.    ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
        Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................. $      **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
        Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*....................... +$      **33,179,085.66**

4.    Total liabilities ................................................................................................
    Lines 2 + 3a + 3b

$      **33,179,085.66**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name **AusTex Oil Limited**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property  12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

 ☐ No. Go to Part 2.
 ■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **ANZ Banking Corporation**<br>**$403.45 AU = $278.38 US** | **Checking Account** | **8851** | **$278.38** |
| 3.2. | **ANZ Banking Corporation**<br>**$7,419.04 AU = $5,119.14 US** | **Checking Account** | **2842** | **$5,119.14** |
| 3.3. | **ANZ Banking Corporation**<br>**$2,591.26 AU = $1,787.97 US** | **Online Saver** | **5435** | **$1,787.97** |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**

 Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.  **$7,185.49**

### Part 2: Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

 ☐ No. Go to Part 3.
 ■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
 Description, including name of holder of deposit

| 7.1. | **Pre-Payment Deposits**<br>**$2,400.00 AUS = $1,656.00 US** | | | **$1,656.00** |
|---|---|---|---|---|

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com  Best Case Bankruptcy

| Debtor | **AusTex Oil Limited** | Case number *(If known)* | |
|---|---|---|---|
| | Name | | |

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**

   Add lines 7 through 8. Copy the total to line 81.                                                        **$1,656.00**

**Part 3:    Accounts receivable**

10. **Does the debtor have any accounts receivable?**

   ■ No.  Go to Part 4.
   ☐ Yes Fill in the information below.

**Part 4:    Investments**

13. **Does the debtor own any investments?**

   ☐ No.  Go to Part 5.
   ■ Yes Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 14. | **Mutual funds or publicly traded stocks not included in Part 1**<br>Name of fund or stock: | | |
| 15. | **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**<br>Name of entity:                                            % of ownership<br>     **Direct & Indirect Ownership of Various**<br>     **Entites Listed on Form 201, including:**<br>     **AusTex HoldCo, LLC**<br>     **International Energy Holding Company, LLC**<br>     **International Energy, LLC**<br>     **International Energy Company, LLC**<br>     **International Energy Corporation**<br>     **International Properties Partners, LLC**<br>     **International Oil & Gas, LLC** | | |
| 15.1. | **Value Unknown.  All entities filing Chapter**<br>**11 Bankruptcy simultaneous with this filing.**       **100%**      % | | **Unknown** |
| 16. | **Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**<br>Describe: | | |
| 17. | **Total of Part 4.**<br>Add lines 14 through 16.  Copy the total to line 83. | | **$0.00** |

**Part 5:    Inventory, excluding agriculture assets**

18. Does the debtor own any inventory (excluding agriculture assets)?

   ■ No.  Go to Part 6.
   ☐ Yes Fill in the information below.

**Part 6:    Farming and fishing-related assets (other than titled motor vehicles and land)**

27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?

   ■ No.  Go to Part 7.

| Debtor | **AusTex Oil Limited** | Case number *(If known)* |
|---|---|---|
| | Name | |

☐ Yes Fill in the information below.

**Part 7:   Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

■ No.  Go to Part 8.
☐ Yes Fill in the information below.

**Part 8:   Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

**Part 9:   Real property**

54. **Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

**Part 10:   Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

**Part 11:   All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
   Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No.  Go to Part 12.
■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|

| 71. | **Notes receivable** | | | |
|---|---|---|---|---|
| | Description (include name of obligor) | | | |
| | **Loans to US Subsidiaries -** | **56,107,316.16** - | **0.00** = | |
| | **81,314,950.91 AU** | Total face amount | doubtful or uncollectible amount | |
| | **[Approx $56,107,316.16 in US Dollars based on 06/02/2019 exhange rate]** | | | |
| | **7 US subsidiaries being placed in Chapter 11 Bankruptcy simultaneous with this filing, making this debt likely uncollectible.   See Petition for list of affiliated entities.** | | | **$56,107,316.16** |

| 72. | **Tax refunds and unused net operating losses (NOLs)** |
|---|---|
| | Description (for example, federal, state, local) |

| 73. | **Interests in insurance policies or annuities** |
|---|---|

| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |
|---|---|

Debtor  **AusTex Oil Limited**
_____
Name

Case number *(If known)* _____

| | |
|---|---|
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |
| 76. | **Trusts, equitable or future interests in property** |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |

78.  **Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

**$56,107,316.16**

79.  **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

■ No
☐ Yes

Debtor    **AusTex Oil Limited**                                    Case number *(If known)* _____
          Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $7,185.49 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,656.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*...............................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $56,107,316.16 | |
| 91. **Total.** Add lines 80 through 90 for each column | $56,116,157.65 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $56,116,157.65 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name   **AusTex Oil Limited**

United States Bankruptcy Court for the:  NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☑ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

---

Official Form 206D      **Schedule D: Creditors Who Have Claims Secured by Property**      page 1 of 1

**Fill in this information to identify the case:**

Debtor name **AusTex Oil Limited**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                                 12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:    List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
    out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,303.00 |
|---|---|---|---|
| | **Australian Securities & Investment Comm**<br>**Locked Bag 5000**<br>**Gippsland Mail Centre Victoria 3841**<br>**Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim: _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,240.15 |
|---|---|---|---|
| | **Boardroom Pty Limited**<br>**Level 12, 225 George Street**<br>**Sydney, NSW 2000 Australia** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred  03/31/2019 | Basis for the claim:  **Trade Debt** | |
| | Last 4 digits of account number  8254 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $239,373.30 |
|---|---|---|---|
| | **Bruce Forman**<br>**17847 Porto Merihe Way**<br>**Pacific Palisades, CA 90272** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Preferred Shares - Class A Stock** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $377,370.60 |
|---|---|---|---|
| | **Bruce Forman**<br>**17847 Porto Merihe Way**<br>**Pacific Palisades, CA 90272** | ■ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Preferred Shares - Class B Stock** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | AusTex Oil Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$66.88** |
|---|---|---|---|
| | **Eureka Teleconferencing Pty Ltd** | ☐ Contingent | |
| | **Level 29, Chifley Plaza** | ☐ Unliquidated | |
| | **Chifley Tower 2 Sq** | ☐ Disputed | |
| | **Sydney NSW 2000 Australia** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$54.31** |
|---|---|---|---|
| | **Gilbert & Tobin** | ☐ Contingent | |
| | **Attorneys at Law** | ☐ Unliquidated | |
| | **200 Barangaroo Avenue** | ☐ Disputed | |
| | **Barangaroo NSW 2000 Australia** | | |
| | Date(s) debt was incurred  07/01/2016 | **Basis for the claim:** __Professional Fees__ | |
| | Last 4 digits of account number  9013 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$98,075.27** |
|---|---|---|---|
| | **Michael Stone** | ☐ Contingent | |
| | **1250 Prospect Road, Suite 200** | ☐ Unliquidated | |
| | **La Jolla, CA 92037** | ☐ Disputed | |
| | Date(s) debt was incurred  06/30/2014 | **Basis for the claim:** __Director's Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$24,000.00** |
|---|---|---|---|
| | **Nicholas J. Stone** | ☐ Contingent | |
| | **1250 Prospect Street, Suite 200** | ☐ Unliquidated | |
| | **La Jolla, CA 92037** | ☐ Disputed | |
| | Date(s) debt was incurred  06/2014 - 09/2014 | **Basis for the claim:** __Director's Fees__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$4,400.00** |
|---|---|---|---|
| | **NT Recruitment Pty Ltd** | ☐ Contingent | |
| | **24 Golf Hill Avenue** | ☐ Unliquidated | |
| | **Doncaster, Victoria 31008 Australia** | ☐ Disputed | |
| | Date(s) debt was incurred  05/10/2019 | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number  4216 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$28,865.40** |
|---|---|---|---|
| | **OTC Markets Group, Inc.** | ☐ Contingent | |
| | **304 Hudson Street** | ☐ Unliquidated | |
| | **2nd Floor** | ☐ Disputed | |
| | **New York, NY 10013-1015** | | |
| | Date(s) debt was incurred  12/2017 | **Basis for the claim:** __Trade Debt__ | |
| | Last 4 digits of account number  4548 | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$14,715,632.25** |
|---|---|---|---|
| | **Ptolemy Energy Holdings, LLC** | ■ Contingent | |
| | **Michael J. Stone, Manager** | ■ Unliquidated | |
| | **1250 Prospect St. Suite 200** | ■ Disputed | |
| | **La Jolla, CA 92037** | | |
| | Date(s) debt was incurred _ | **Basis for the claim:** __Preferred Shares - Class A Stock__ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | AusTex Oil Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,237,201.05 |
|---|---|---|---|

**Ptolemy Energy Holdings, LLC**
**Michael J. Stone, Manager**
**1250 Prospect Street, Suite 200**
**La Jolla, CA 92037**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Preferred Shares - Class B Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,731.92 |
|---|---|---|---|

**Puglisi & Asociates**
**Attn: Gregory Lavelle**
**850 Library Avenue, Suite 204**
**Newark, DE 19711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/30/2017**

Basis for the claim: **Professional Fees**

Last 4 digits of account number  **17C5**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $480.83 |
|---|---|---|---|

**Servcorp Sydney Virtual Pty LTD**
**MLC Centre Suite 1**
**Level 19**
**19-29 Martin Pl**
**Sydney NSW 2000 Australia**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/01/2016**

Basis for the claim: **Trade Debt**

Last 4 digits of account number  **0770**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,146,434.10 |
|---|---|---|---|

**Weider Health & Fitness**
**20750 Ventura Blvd, Suite 310**
**Woodland Hills, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Preferred Shares - Class A Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,807,346.10 |
|---|---|---|---|

**Weider Health & Fitness**
**20750 Ventura Blvd, Suite 310**
**Woodland Hills, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Preferred Shares - Class B Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $580,444.05 |
|---|---|---|---|

**Young Capital Partners**
**Josh Young, Manager**
**280 Neilson Way # 503**
**Santa Monica, CA 90405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Preferred Shares - Class A Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $915,066.45 |
|---|---|---|---|

**Young Capital Partners**
**Josh Young, Manager**
**280 Neilson Way # 503**
**Santa Monica, CA 90405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: **Preferred Shares - Class B Stock**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | AusTex Oil Limited | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | Benjamin Fischer, Esq.<br>Morvillo Abramowitz Grand Iason & Anello<br>565 5th Avenue<br>New York, NY 10017-4000 | Line **3.17**<br>☐ Not listed. Explain ____ | _ |
| 4.2 | Benjamin Fischer, Esq.<br>Morvillo Abramowitz Grand Iason & Anello<br>565 5th Avenue<br>New York, NY 10017-4000 | Line **3.18**<br>☐ Not listed. Explain ____ | _ |
| 4.3 | Martin Eisenberg, Esq.<br>Law Offices of Martin Eisenberg<br>100 Park Avenue, Suite 1600<br>New York, NY 10017 | Line **3.15**<br>☐ Not listed. Explain ____ | _ |
| 4.4 | Martin Eisenberg, Esq.<br>Law Offices of Martin Eisenberg<br>100 Park Avenue, Suite 1600<br>New York, NY 10017 | Line **3.3**<br>☐ Not listed. Explain ____ | _ |
| 4.5 | Martin Eisenberg, Esq.<br>Law Offices of Martin Eisenberg<br>100 Park Avenue, Suite 1600<br>New York, NY 10017 | Line **3.16**<br>☐ Not listed. Explain ____ | _ |
| 4.6 | Martin Eisenberg, Esq.<br>Law Offices of Martin Eisenberg<br>100 Park Avenue, Suite 1600<br>New York, NY 10017 | Line **3.4**<br>☐ Not listed. Explain ____ | _ |
| 4.7 | Neil Tomlins, Esq.<br>Tomlins & Peters, PLLC<br>2431 E. 61st Street<br>Tulsa, OK 74136 | Line **3.11**<br>☐ Not listed. Explain ____ | _ |
| 4.8 | Neil Tomlins, Esq.<br>Tomlins & Peters, PLLC<br>2431 E. 61st Street<br>Tulsa, OK 74136 | Line **3.12**<br>☐ Not listed. Explain ____ | _ |

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |
|---|---|

**5.** Add the amounts of priority and nonpriority unsecured claims.

| | | | Total of claim amounts |
|---|---|---|---|
| 5a. Total claims from Part 1 | 5a. | $ | 0.00 |
| 5b. Total claims from Part 2 | 5b. + | $ | 33,179,085.66 |
| 5c. Total of Parts 1 and 2<br>Lines 5a + 5b = 5c. | 5c. | $ | 33,179,085.66 |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com     Best Case Bankruptcy

**Fill in this information to identify the case:**

Debtor name     **AusTex Oil Limited**

United States Bankruptcy Court for the:     NORTHERN DISTRICT OF OKLAHOMA

Case number (if known)     _____

☐ Check if this is an
amended filing

Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.   **Does the debtor have any executory contracts or unexpired leases?**
   ■ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal     Property*
   (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.2   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.3   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| 2.4   State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name: **AusTex Oil Limited**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known): _____

☐ Check if this is an
amended filing

## Official Form 206H
## Schedule H: Your Codebtors

12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 **AusTex HoldCo, LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.2 **International Energy Company, LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.3 **International Energy Corporation** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

Debtor   **AusTex Oil Limited**                                              Case number *(if known)*

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                    *Column 2:* **Creditor**

| 2.4 | **International Energy Holding Company LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
|---|---|---|---|---|
| 2.5 | **International Energy, LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.6 | **International Oil & Gas, LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |
| 2.7 | **International Properties Partners, LLC** | **1801 E. 71st Street**<br>**Tulsa, OK 74136**<br>**Co-Debtor for Claims to the Following Creditors:**<br>**Ptolemy Energy Holdings, LLC**<br>**Weider Health & Fitness**<br>**Bruce Forman**<br>**Young Capital Partners** | **Ptolemy Energy Holdings, LLC** | ☐ D _____<br>■ E/F __3.11__<br>☐ G _____ |

**Fill in this information to identify the case:**

Debtor name **AusTex Oil Limited**

United States Bankruptcy Court for the: NORTHERN DISTRICT OF OKLAHOMA

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/19

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:   Income

1.  **Gross revenue from business**

    ■ None.

    | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
    |---|---|---|

2.  **Non-business revenue**
    Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

    ■ None.

    | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
    |---|---|---|

### Part 2:   List Certain Transfers Made Before Filing for Bankruptcy

3.  **Certain payments or transfers to creditors within 90 days before filing this case**
    List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

    ☐ None.

    | | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
    |---|---|---|---|---|
    | 3.1. | **See Exhibit A Attached Hereto Payment Details Broken Down by Account** | | $59,290.69 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Vendor Payments**<br>**$4,577.53 paid from ANZ Cheque Account # 8851**<br>**$54,713.16 paid from ANZ Cheque Account # 2842**<br>**TOTAL PAYMENTS = $59.290.69** |

4.  **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
    List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $6,825. (This amount may be adjusted on 4/01/22 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com                                                                 Best Case Bankruptcy

| Debtor | AusTex Oil Limited | Case number *(if known)* | |
|---|---|---|---|

listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

■ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

### Part 3:   Legal Actions or Assignments

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Weider Health & Fitness and Bruce Forman vs. AusTex Oil Limited, International Energy Corporation, International Corporation of Northern Oklahoma and International Energy Corporation**<br>**17-CV-02089** | **Breach of Contract**<br><br>**\*\* In this action, an order was entered in this action compelling debtors to deposit $7,309,276 into a third-party escrow account. Debtors opposed the order, sought its reconsideration, and have appealed to the Second Circuit. Sale funds were the source of the escrow deposit. These escrowed funds constitute property of the bankruptcy estate and/is subject to avoidance under the Bankruptcy Code.** | **U.S.D.C., Southern District of New York** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

Debtor   AusTex Oil Limited _____   Case number *(if known)* _____

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:   Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:   Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:   Certain Payments or Transfers**

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

■ None.

| Who was paid or who received the transfer?<br>Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|

**12. Self-settled trusts of which the debtor is a beneficiary**
List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

**13. Transfers not already listed on this statement**
List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

■ None.

| Who received transfer?<br>Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:   Previous Locations**

**14. Previous addresses**

Debtor    **AusTex Oil Limited**                                         Case number *(if known)*

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

| Part 8: | **Health Care Bankruptcies** |
|---|---|

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

| Part 9: | **Personally Identifiable Information** |
|---|---|

16. **Does the debtor collect and retain personally identifiable information of customers?**

■ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

■ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

| Part 10: | **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units** |
|---|---|

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

■ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Do you still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

Debtor   __AusTex Oil Limited_____   Case number *(if known)* _____

■ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Do you still have it? |
| --- | --- | --- | --- |

## Part 11: Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
    List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

    ■ None

## Part 12: Details About Environment Information

For the purpose of Part 12, the following definitions apply:
  *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

  *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

  *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22. **Has the debtor been a party in any judicial or administrative proceeding under any environmental law? Include settlements and orders.**

    ■ No.
    ☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
| --- | --- | --- | --- |

23. **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

24. **Has the debtor notified any governmental unit of any release of hazardous material?**

    ■ No.
    ☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
| --- | --- | --- | --- |

## Part 13: Details About the Debtor's Business or Connections to Any Business

25. **Other businesses in which the debtor has or has had an interest**
    List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

    ☐ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
| --- | --- | --- |

Debtor    __AusTex Oil Limited_____     Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | **Dates business existed** |
| 25.1.   **AusTex HoldCo, LLC**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **100% Ownership** | **EIN:**   **47-1875685**<br><br>**From-To**   **09/18/2014 - Current** |
| 25.2.   **International Energy Holding**<br>**Company LLC**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in**<br>**AusTex HoldCo, LLC which is the**<br>**100% shareholder of International**<br>**Energy Holding Company, LLC,**<br>**making International Energy**<br>**Holding Company LLC an indirect**<br>**subsidiary of Debtor** | **EIN:**   **47-1356691**<br><br>**From-To**   **07/16/2014 - Current** |
| 25.3.   **International Energy, LLC**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in**<br>**AusTex HoldCo, LLC which is the**<br>**100% shareholder of International**<br>**Energy Holding Company, LLC.**<br>**International Energy Holding**<br>**Company, LLC is the 100%**<br>**shareholder of International**<br>**Energy, LLC, making International**<br>**Energy, LLC an indirect subsidiary** | **EIN:**   **47-1308633**<br><br>**From-To**   **12/12/2013 - Current** |
| 25.4.   **International Energy**<br>**Company, LLC**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in**<br>**AusTex HoldCo, LLC which is the**<br>**100% shareholder of International**<br>**Energy Holding Company, LLC.**<br>**International Energy Holding**<br>**Company, LLC is the 100%**<br>**shareholder of International**<br>**Energy Company, LLC, making**<br>**International Energy Company,**<br>**LLC an indirect subsidiary of**<br>**Debtor** | **EIN:**   **47-1351339**<br><br>**From-To**   **06/03/2014 - Current** |
| 25.5.   **International Energy**<br>**Corporation**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in**<br>**AusTex HoldCo, LLC which is the**<br>**100% shareholder of International**<br>**Energy Holding Company, LLC.**<br>**International Energy Holding**<br>**Company, LLC is the 100%**<br>**shareholder of International**<br>**Energy Corporation making**<br>**International Energy Corporation**<br>**an indirect subsidiary of Debtor** | **EIN:**   **13-4321526**<br><br>**From-To**   **03/01/2006 - Current** |
| 25.6.   **International Properties**<br>**Partners**<br>**1801 E. 71st Strett**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in**<br>**AusTex HoldCo, LLC which is the**<br>**100% shareholder of International**<br>**Energy Holding Company, LLC.**<br>**International Energy Holding**<br>**Company, LLC is the 100%**<br>**shareholder of International**<br>**Energy, LLC and International**<br>**Energy, LLC is the 100%**<br>**shareholder of International**<br>**Properties Partners, LLC** | **EIN:**   **38-4018951**<br><br>**From-To**   **11/10/2016 - Current** |

Debtor   __AusTex Oil Limited__                                      Case number *(if known)* _____

| Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN. |
|---|---|---|
| | | |
| 25.7.  **International Oil & Gas, LLC**<br>**1801 E. 71st Street**<br>**Tulsa, OK 74136** | **Debtor owns a 100% Interest in AusTex HoldCo, LLC which is the 100% shareholder of International Energy Holding Company, LLC. International Energy Holding Company, LLC is the 100% shareholder of International Energy, LLC and International Energy, LLC is the 100% shareholder of International Oil & Gas, LLC** | **Dates business existed**<br><br>EIN:    **81-4515713**<br><br>From-To   **11/11/2016 - Current** |

26. **Books, records, and financial statements**

26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26a.1.  **Automic Pty Ltd**<br>**Level 5, 126 Phillip Street**<br>**Sydney NSW 2000 Australia** | |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service<br>From-To |
|---|---|
| 26b.1.  **BDO EastCoast Partnership**<br>**Level 11, 1 Marcaret Street**<br>**Sydney NSW 2000 Australia** | |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Automic Pty Ltd**<br>**Level 5, 126 Phillip Street**<br>**Sydney NSW 2000 Australia** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

| Name and address |
|---|
| |

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

■ No

☐ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people**

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com

| Debtor | AusTex Oil Limited | | Case number *(if known)* | |

**in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Russell Krause | GPO Box 4147<br>Melbourne Victoria 3001 Australia | Board Chairman | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Andrew Bursill | Level 5, 126 Phillip Street<br>Sydney NSW 2000 Australia | Company Secretary | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Richard A. Adrey | 1726 Mission Springs Drive<br>Katy, TX 77450 | Managing Director | 0% |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Nicholas J. Stone | 1250 Prospect Street, Suite 200<br>La Jolla, CA 92037 | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Mark Paton | 24 Golf Hill Avenue<br>Doncaster, Victoria 31008 Australia | Director | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ptolemy Energy Holdings, LLC | Michael J. Stone, Manager<br>1250 Prospect St. Suite 200<br>LaJolla, CA 93027 | Class A - Preferred Shareholder | 98,104,082 Redeemable Convertible Preference Shares |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Weider Health & Fitness | 20750 Ventura Blvd, Suite 310<br>Woodland Hills, CA 91367 | Class A - Preferred Shareholder | 13,108,476 Redeemable Convertible Preference Shares |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Ptolemy Energy Holdings, LLC | Michael J. Stone, Manager<br>1250 Prospect St. Suite 200<br>LaJolla, CA 93027 | Class B - Preferred Shareholder | 88,248,007 Redeemable Convertible Preference Shares |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Weider Health & Fitness | 20750 Ventura Blvd, Suite 310<br>Woodland Hills, CA 91367 | Class B - Preferred Shareholder | 12,048, 974 Redeemable Convertible Preference Shares |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Young Capital Partners | Josh Young, Manager<br>280 Neilson Way # 503<br>Santa Monica, CA 90405 | Class B - Preferred Shareholder | 6,100,433 Redeemable Convertible Preference Shares |

Software Copyright (c) 1996-2019 Best Case, LLC - www.bestcase.com — Best Case Bankruptcy

Debtor    **AusTex Oil Limited**                                                   Case number *(if known)*

| Name | Address | Position and nature of any interest | % of interest, if any |
|------|---------|-------------------------------------|-----------------------|
| Bruce Forman | 17847 Porto Merihe Way Pacific Palisades, CA 90272 | Class B - Preferred Shareholder | 2,515,804 Redeemable Convertible Preference Shares |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

- ■ No
- ☐ Yes. Identify below.

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

- ☐ No
- ■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|--|-------------------------------|------------------------------------------------------|-------|--------------------------------|
| 30.1. | Andrew Bursill (Franks & Associates Pty) Mark Paton (NT Recruitment Pty) Russell Krause (Penause Pty) | See Details on Exhibit B Attached Hereto | 05/2018 - 04/2019 | Director's Fees |
| | **Relationship to debtor** Company Secretary and Company Directors | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

- ■ No
- ☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|--------------------------------|----------------------------------------------------------|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

- ■ No
- ☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the parent corporation |
|--------------------------|----------------------------------------------------------|

Debtor   **AusTex Oil Limited**                                                        Case number *(if known)*

---

**Part 14:**   Signature and Declaration

> **WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
> 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on     **June  3, 2019**

**/s/ Richard A. Adrey**                                     **Richard A. Adrey**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor     **Managing Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☐ No
■ Yes

Exhibit A to Statement of Financial Affairs
Creditor Payments Within 90 Days of Filing

# Account Transactions

## Austex Oil Limited
## For the period 1 February 2019 to 30 April 2019

| DATE | SOURCE | DESCRIPTION | REFERENCE | CURRENCY | DEBIT (SOURCE) | CREDIT (SOURCE) | DEBIT (AUD) | CREDIT (AUD) | RUNNING BALANCE (AUD) |
|---|---|---|---|---|---|---|---|---|---|
| **ANZ Cheque Account 487118851** | | | | | | | | | |
| **Opening Balance** | | | | | 4,980.68 | - | 4,980.68 | - | 4,980.68 |
| 1 Feb 2019 | Spend Money | ANZ | | AUD | - | 4,000.00 | - | 4,000.00 | 980.68 |
| 28 Feb 2019 | Payable Payment | Payment: ASX Settlement Pty Ltd - DD | CH0532423 | AUD | - | 18.10 | - | 18.10 | 962.58 |
| 28 Feb 2019 | Receive Money | ANZ | | AUD | 0.77 | - | 0.77 | - | 963.35 |
| 29 Mar 2019 | Receive Money | ANZ | | AUD | 0.69 | - | 0.69 | - | 964.04 |
| 29 Mar 2019 | Payable Payment | Payment: ASX Settlement Pty Ltd - DD | CH0534906 | AUD | - | 14.91 | - | 14.91 | 949.13 |
| 29 Apr 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | 20140247 | AUD | - | 300.00 | - | 300.00 | 649.13 |
| 29 Apr 2019 | Payable Payment | Payment: BAKER & MCKENZIE | 9040099821 | AUD | - | 232.20 | - | 232.20 | 416.93 |
| 30 Apr 2019 | Receive Money | ANZ | | AUD | 0.74 | - | 0.74 | - | 417.67 |
| 30 Apr 2019 | Payable Payment | Payment: ASX Settlement Pty Ltd - DD | CH0537386 | AUD | - | 14.52 | - | 14.52 | 403.15 |
| **Total ANZ Cheque Account 487118851** | | | | | | | 2.20 | 4,579.73 | 403.15 |
| **Closing Balance** | | | | | 403.15 | - | 403.15 | - | 403.15 |
| | | | | | | | | | |
| **ANZ Cheque Account 495202842** | | | | | | | | | |
| **Opening Balance** | | | | | 54,765.99 | - | 54,765.99 | - | 54,765.99 |
| 1 Feb 2019 | Spend Money | ANZ | | AUD | - | 22.00 | - | 22.00 | 54,743.99 |
| 1 Feb 2019 | Payable Payment | Payment: IRM Pty Ltd | INV-10756 | AUD | - | 3,366.00 | - | 3,366.00 | 51,377.99 |
| 1 Feb 2019 | Payable Payment | Payment: Boardroom Pty Limited | 10115923 | AUD | - | 1,266.95 | - | 1,266.95 | 50,111.04 |
| 1 Feb 2019 | Payable Payment | Payment: NT Recruitment Pty Ltd | NTR INV 038/16 | AUD | - | 4,400.00 | - | 4,400.00 | 45,711.04 |
| 1 Feb 2019 | Payable Payment | Payment: Penause Pty Ltd | DF-January2019 | AUD | - | 7,000.00 | - | 7,000.00 | 38,711.04 |

This report uses the most up-to-date exchange rate data available from XE.com to convert foreign currency to base currency, unless you've entered your own rate.

Account Transactions

| DATE | SOURCE | DESCRIPTION | REFERENCE | CURRENCY | DEBIT (SOURCE) | CREDIT (SOURCE) | DEBIT (AUD) | CREDIT (AUD) | RUNNING BALANCE (AUD) |
|---|---|---|---|---|---|---|---|---|---|
| 1 Feb 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | AustexOil | AUD | - | 8,415.00 | - | 8,415.00 | 30,296.04 |
| 6 Feb 2019 | Payable Credit Note Refund | Payment: Australian Taxation Office | BASDec18QTR | AUD | 4,597.00 | - | 4,597.00 | - | 34,893.04 |
| 11 Feb 2019 | Receive Money | International Energy Solutions | | AUD | 50,000.00 | - | 50,000.00 | - | 84,893.04 |
| 25 Feb 2019 | Payable Payment | Payment: Penause Pty Ltd | Austex Oil | AUD | - | 7,000.00 | - | 7,000.00 | 77,893.04 |
| 25 Feb 2019 | Spend Money | ANZ | | AUD | - | 4,000.00 | - | 4,000.00 | 73,893.04 |
| 25 Feb 2019 | Payable Payment | Payment: Boardroom Pty Limited | 10116699 | AUD | - | 1,236.24 | - | 1,236.24 | 72,656.80 |
| 25 Feb 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | AustexOil | AUD | - | 8,415.00 | - | 8,415.00 | 64,241.80 |
| 25 Feb 2019 | Payable Payment | Payment: NT Recruitment Pty Ltd | NTR INV 039/16 | AUD | - | 4,400.00 | - | 4,400.00 | 59,841.80 |
| 1 Mar 2019 | Receive Money | ANZ | | AUD | 9.93 | - | 9.93 | - | 59,851.73 |
| 1 Mar 2019 | Spend Money | ANZ | | AUD | - | 22.00 | - | 22.00 | 59,829.73 |
| 26 Mar 2019 | Payable Payment | Payment: Australian Securities & Investment Commission - BPAY | 672973564280 | AUD | - | 4,137.00 | - | 4,137.00 | 55,692.73 |
| 26 Mar 2019 | Payable Payment | Payment: Boardroom Pty Limited | 10117536 | AUD | - | 2,538.15 | - | 2,538.15 | 53,154.58 |
| 26 Mar 2019 | Payable Payment | Payment: NT Recruitment Pty Ltd | NTR INV 040/16 | AUD | - | 4,400.00 | - | 4,400.00 | 48,754.58 |
| 26 Mar 2019 | Payable Payment | Payment: IRM Pty Ltd | INV-11060 | AUD | - | 3,366.00 | - | 3,366.00 | 45,388.58 |
| 26 Mar 2019 | Spend Money | ANZ | | AUD | - | 5,000.00 | - | 5,000.00 | 40,388.58 |
| 26 Mar 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | 20139594 | AUD | - | 8,415.00 | - | 8,415.00 | 31,973.58 |
| 26 Mar 2019 | Payable Payment | Payment: Penause Pty Ltd | Awaiting Invoice | AUD | - | 7,000.00 | - | 7,000.00 | 24,973.58 |
| 2 Apr 2019 | Spend Money | ANZ | | AUD | - | 22.00 | - | 22.00 | 24,951.58 |
| 5 Apr 2019 | Payable Payment | Payment: BAKER & MCKENZIE | 9040099821 | AUD | - | 2,322.00 | - | 2,322.00 | 22,629.58 |
| 10 Apr 2019 | Spend Money | ANZ | | AUD | - | 3,000.00 | - | 3,000.00 | 19,629.58 |
| 29 Apr 2019 | Payable Payment | Payment: NT Recruitment Pty Ltd | NTR INV 041/16 | AUD | - | 4,400.00 | - | 4,400.00 | 15,229.58 |
| 29 Apr 2019 | Payable Payment | Payment: Penause Pty Ltd | DF-April 2019 | AUD | - | 7,000.00 | - | 7,000.00 | 8,229.58 |
| 29 Apr 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | 20140247 | AUD | - | 8,115.00 | - | 8,115.00 | 114.58 |

This report uses the most up-to-date exchange rate data available from XE.com to convert foreign currency to base currency, unless you've entered your own rate.

Account Transactions

| DATE | SOURCE | DESCRIPTION | REFERENCE | CURRENCY | DEBIT (SOURCE) | CREDIT (SOURCE) | DEBIT (AUD) | CREDIT (AUD) | RUNNING BALANCE (AUD) |
|---|---|---|---|---|---|---|---|---|---|
| 29 Apr 2019 | Payable Payment | Payment: Franks & Associates Pty Ltd - Automic Group | 20139594 | AUD | - | 61.75 | - | 61.75 | 52.83 |
| **Total ANZ Cheque Account 495202842** | | | | | | | **54,606.93** | **109,320.09** | **52.83** |
| **Closing Balance** | | | | | **52.83** | **-** | **52.83** | **-** | **52.83** |
| Total | | | | | | | 54,609.13 | 113,899.82 | (59,290.69) |

This report uses the most up-to-date exchange rate data available from XE.com to convert foreign currency to base currency, unless you've entered your own rate.

**Exhibit B to Statement of Financial Affairs - Insider Payments**
Austex Oil Limited
From 01 May 2018 to 30 April 2019

| Reference | From | Date | Due Date | Paid Date | Invoice Total | Paid | Due | Insider |
|---|---|---|---|---|---|---|---|---|
| OPE 30-Apr-18 | Franks & Associates Pty Ltd | 5/1/18 | 5/1/18 | 7/2/18 | $30.75 | $ 30.75 | $0.00 | Andrew Bursill - Company Secretary |
| 4030A | Franks & Associates Pty Ltd | 7/31/18 | 7/31/18 | 8/3/18 | $8,529.00 | $ 8,529.00 | $0.00 | Andrew Bursill - Company Secretary |
| 3997A | Franks & Associates Pty Ltd | 6/30/18 | 6/30/18 | 7/2/18 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| 3955A | Franks & Associates Pty Ltd | 5/31/18 | 5/31/18 | 7/2/18 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| 3935 | Franks & Associates Pty Ltd | 5/1/18 | 5/30/18 | 7/2/18 | $8,472.00 | $ 8,472.00 | $0.00 | Andrew Bursill - Company Secretary |
| 3933 | Franks & Associates Pty Ltd | 5/1/18 | | 5/1/18 | -$8,415.00 | $ - | $0.00 | Andrew Bursill - Company Secretary |
| 3904 Duplicate Invoice | Franks & Associates Pty Ltd | 5/1/18 | | 5/1/18 | -$8,415.00 | $ - | $0.00 | Andrew Bursill - Company Secretary |
| 3904 | Franks & Associates Pty Ltd | 5/1/18 | 5/1/18 | 7/2/18 | $8,517.00 | $ 102.00 | $0.00 | Andrew Bursill - Company Secretary |
| SEP2018 | Franks & Associates Pty Ltd - Au | 9/26/18 | 10/31/18 | 9/28/18 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| OCT2018 | Franks & Associates Pty Ltd - Au | 10/31/18 | 10/31/18 | 10/29/18 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| NOV2018 | Franks & Associates Pty Ltd - Au | 11/30/18 | 11/30/18 | 11/30/18 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| JAN2019 Awaiting Invoice Copy | Franks & Associates Pty Ltd - Au | 1/31/19 | 1/31/19 | 2/1/19 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| FEB2019 Awaiting Invoice Copy | Franks & Associates Pty Ltd - Au | 2/22/19 | 2/22/19 | 2/25/19 | $8,415.00 | $ 8,415.00 | $0.00 | Andrew Bursill - Company Secretary |
| 20139594 | Franks & Associates Pty Ltd - Au | 3/31/19 | 4/30/19 | 4/29/19 | $8,476.75 | $ 8,476.75 | $0.00 | Andrew Bursill - Company Secretary |
| 20138308 | Franks & Associates Pty Ltd - Au | 12/13/18 | 1/12/19 | 12/21/18 | $8,476.74 | $ 8,476.74 | $0.00 | Andrew Bursill - Company Secretary |
| 20137311 OPE SEPT 18 | Franks & Associates Pty Ltd - Au | 10/1/18 | 10/30/18 | 10/29/18 | $57.00 | $ 57.00 | $0.00 | Andrew Bursill - Company Secretary |
| 20136934 | Franks & Associates Pty Ltd - Au | 8/31/18 | 8/31/18 | 9/28/18 | $8,472.00 | $ 8,472.00 | $0.00 | Andrew Bursill - Company Secretary |
| NTR INV 041/16 | NT Recruitment Pty Ltd | 4/15/19 | 4/30/19 | 4/29/19 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 040/16 | NT Recruitment Pty Ltd | 3/18/19 | 4/2/19 | 3/26/19 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 039/16 | NT Recruitment Pty Ltd | 2/15/19 | 3/2/19 | 2/25/19 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 038/16 | NT Recruitment Pty Ltd | 1/10/19 | 1/25/19 | 2/1/19 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 037/16 | NT Recruitment Pty Ltd | 12/12/18 | 12/27/18 | 12/21/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 036/16 | NT Recruitment Pty Ltd | 11/14/18 | 11/29/18 | 11/30/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 035/16 | NT Recruitment Pty Ltd | 10/18/18 | 11/2/18 | 10/29/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 034/16 | NT Recruitment Pty Ltd | 9/14/18 | 9/29/18 | 9/28/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 033/16 | NT Recruitment Pty Ltd | 8/18/18 | 8/18/18 | 9/28/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 032/16 | NT Recruitment Pty Ltd | 7/20/18 | 8/4/18 | 8/7/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 031/16 | NT Recruitment Pty Ltd | 6/20/18 | 7/5/18 | 7/2/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| NTR INV 030/16 | NT Recruitment Pty Ltd | 5/20/18 | 6/4/18 | 6/4/18 | $4,400.00 | $ 4,400.00 | $0.00 | Mark Paton - Director |
| DF-September2018 | Penause Pty Ltd | 9/30/18 | 9/30/18 | 9/28/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-October2018 | Penause Pty Ltd | 10/26/18 | 10/26/18 | 10/29/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-November2018 | Penause Pty Ltd | 11/30/18 | 11/30/18 | 11/30/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-May2018 | Penause Pty Ltd | 5/25/18 | 5/31/18 | 6/4/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-June2018 | Penause Pty Ltd | 6/26/18 | 6/30/18 | 7/2/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-July2018 | Penause Pty Ltd | 7/31/18 | 7/31/18 | 8/3/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-January2019 | Penause Pty Ltd | 1/27/19 | 1/27/19 | 2/1/19 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-December2018 | Penause Pty Ltd | 12/30/18 | 12/30/18 | 12/21/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-August2018 | Penause Pty Ltd | 8/31/18 | 8/31/18 | 8/31/18 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| DF-April 2019 | Penause Pty Ltd | 4/17/19 | 4/17/19 | 4/29/19 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| Awaiting Invoice | Penause Pty Ltd | 3/26/19 | 3/26/19 | 3/26/19 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| Awaiting Invoice | Penause Pty Ltd | 2/22/19 | 2/22/19 | 2/25/19 | $7,000.00 | $ 7,000.00 | $0.00 | Russell Krause - Director |
| TOTAL | | | | | | $ 238,321.24 | | |

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
## Northern District of Oklahoma

In re   **AusTex Oil Limited**

Debtor(s)

Case No.

Chapter   **11**

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1. Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

| | | |
|---|---|---|
| For legal services, I have agreed to accept | $ | **Post-Petition fees approved by Bankruptcy Court** |
| Prior to the filing of this statement I have received | $ | **$300,000.00 Retainer** |
| Balance Due | $ | **None, as of filing of Petition** |

2. The source of the compensation paid to me was:

   ☐ Debtor    ☑ Other (specify): **$50,000.00 Retainer Paid by International Energy Company, LLC; $250,000.00 Retainer Paid by International Energy, LLC (Subsidiaries of Debtor)**

3. The source of compensation to be paid to me is:

   ☑ Debtor    ☐ Other (specify): **Debtor and affiliate of Debtor, as approved by the Bankruptcy Court**

4. ☑ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5. In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a. Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b. Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c. Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
   d. [Other provisions as needed]
      **Negotiations with creditors; exemption planning**

6. By agreement with the debtor(s), the above-disclosed fee does not include the following service: **None**

---

## CERTIFICATION

     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**June  3, 2019**

Date

**/s/ Gary M. McDonald**

**Gary M. McDonald 5960**

*Signature of Attorney*

**McDonald & Metcalf, LLP**
**15 E. 5th Street, Suite 1400**
**Tulsa, OK 74103**
**918.430.3700**
**gmcdonald@mmsk.com**

*Name of law firm*

---

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **AusTex Oil Limited**

Debtor(s)

Case No.

Chapter    **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| _Common Stock Shareholders | Common Class | See Exhibit A | |
| Bruce Forman<br>17847 Porto Merihe Way<br>Pacific Palisades, CA 90272 | Preferred - Class B | 2,515,804 | |
| Ptolemy Energy Holdings, LLC<br>Michael J. Stone, Manager<br>1250 Prospect St. Suite 200<br>LaJolla, CA 93027 | Preferred - Class A | 98,104,082 | |
| Ptolemy Energy Holdings, LLC<br>Michael J. Stone, Manager<br>1250 Prospect St. Suite 200<br>LaJolla, CA 93027 | Preferred - Class B | 88,248,007 | |
| Weider Health & Fitness<br>20750 Ventura Blvd, Suite 310<br>Woodland Hills, CA 91367 | Preferred - Class A | 13,108,476 | |
| Weider Health & Fitness<br>20750 Ventura Blvd, Suite 310<br>Woodland Hills, CA 91367 | Preferred - Class B | 12,048,974 | |
| Young Capital Partners<br>Josh Young, Manager<br>280 Neilson Way # 503<br>Santa Monica, CA 90405 | Preferred - Class B | 6,100,443 | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Managing Director** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June  3, 2019**

Signature  **/s/ Richard A. Adrey**

**Richard A. Adrey**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Freddy Sze Hua Lee | 15 Dugan Street | DEAKIN ACT 2600 | | | | AUS | 2600 | 100,000 | 0 | 0 | 0 | 0 |
| Dr Peter John Quach | 93 Hopetoun Circuit | YARRALUMLA ACT 2600 | | | | AUS | 2600 | 350,000 | 0 | 0 | 0 | 0 |
| Mr Manoj Kumar Jha & | Mrs Padmaja Jha | <Jha Family Super Fund A/C> | GPO Box 1712 | CANBERRA ACT 2601 | | AUS | 2601 | 500,000 | 0 | 0 | 0 | 0 |
| Mr William Barlin | PO Box 5116 | LYNEHAM ACT 2602 | | | | AUS | 2602 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Graeme William Hutton | PO Box 5212 | LYNEHAM ACT 2602 | | | | AUS | 2602 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Lechek Lukeza & | Mrs Martha Mary Lukeza | <Lukeza Superannuation A/C> | PO Box 3013 | MANUKA ACT 2603 | | AUS | 2603 | 275,000 | 0 | 0 | 0 | 0 |
| Mr Paul Flynn | Unit 79 29 Dawes Street | KINGSTON ACT 2604 | | | | AUS | 2604 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Clinton Harley Moore | Locked Bag 40 | KINGSTON ACT 2604 | | | | AUS | 2604 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Julian Henry Twyman-Heaven | 8 Kootara Cres | NARRABUNDAH ACT 2604 | | | | AUS | 2604 | 3,125 | 0 | 0 | 0 | 0 |
| Mr Vincent Padgham & | Ms Ching Chan | 6 Moodie Street | FARRER ACT 2607 | | | AUS | 2607 | 27,000 | 0 | 0 | 0 | 0 |
| Mr Albert Saekow & | Mr Evan Saekow | 20 Maclagan Street | ISAACS ACT 2607 | | | AUS | 2607 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Milton James Cottee | Unit 76 | 177 Badimara Street | FISHER ACT 2611 | | | AUS | 2611 | 73,000 | 0 | 0 | 0 | 0 |
| Mr Dennis Noel McGilvery & | Mrs Kerrylyne Margaret | McGilvery | <McGilvery Super Fund A/C> | 8 Bangalay Cres | RIVETT ACT 2611 | AUS | 2611 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Bruce Edward Neale | 5 Rolfe Place | CHAPMAN ACT 2611 | | | | AUS | 2611 | 10,000 | 0 | 0 | 0 | 0 |
| SP50 Pty Ltd | <NMPST A/C> | 4 Titheradge Place | CHAPMAN ACT 2611 | | | AUS | 2611 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Leslie Phillips | 42 Euree Street | REID ACT 2612 | | | | AUS | 2612 | 900 | 0 | 0 | 0 | 0 |
| Mr Luis Virgil Teran & | Mrs Elaine Joy Teran | PO Box 662 | JAMISON CENTRE ACT 2614 | | | AUS | 2614 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Andrzejewski | 2 Davidson Street | HIGGINS ACT 2615 | | | | AUS | 2615 | 250,000 | 0 | 0 | 0 | 0 |
| Aprinall Pty Ltd | <Aprinall Super Fund A/C> | PO Box 111 | BELCONNEN ACT 2616 | | | AUS | 2616 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Chee Chin | Unit 35 | 31 Disney Court | BELCONNEN ACT 2617 | | | AUS | 2617 | 100 | 0 | 0 | 0 | 0 |
| Mr Brian David Crowe | Unit 15 112 Baldwin Dr | KALEEN ACT 2617 | | | | AUS | 2617 | 1,225 | 0 | 0 | 0 | 0 |
| Mrs Aree Hardy | 7 Burnett Street | KALEEN ACT 2617 | | | | AUS | 2617 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Paul Gerard Street | 26 Warring Place | GIRALANG ACT 2617 | | | | AUS | 2617 | 15,000 | 0 | 0 | 0 | 0 |
| Ms Georgina Elizabeth Urry | 58 McGill St | EVATT ACT 2617 | | | | AUS | 2617 | 70,000 | 0 | 0 | 0 | 0 |
| Miss Yanqyang Wu | Unit 12 21 Battye St | BRUCE ACT 2617 | | | | AUS | 2617 | 16,000 | 0 | 0 | 0 | 0 |
| Sayers Investments (ACT) | Pty Ltd | 5 Palmer Street | HALL ACT 2618 | | | AUS | 2618 | 353,000 | 0 | 0 | 0 | 0 |
| Mr Jeffrey Raymond Gallagher | 11 Rounsevell Street | KAMBAH ACT 2902 | | | | AUS | 2902 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Terrence Leo Gallagher | 11 Rounsevell Street | KAMBAH ACT 2902 | | | | AUS | 2902 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Norman Leslie Swannick | PO Box 476 | ERINDALE CENTRE ACT 2903 | | | | AUS | 2903 | 2,200 | 0 | 0 | 0 | 0 |
| Mr Brendan John Dale | 21 Batsllie Crescent | MONASH ACT 2904 | | | | AUS | 2904 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Robert William Wallace & | Mrs Marilyn Wallace | 4 Kingsbury Street | GOWRIE ACT 2904 | | | AUS | 2904 | 3,250 | 0 | 0 | 0 | 0 |
| Mr Henry Laurence Morrison | PO Box 4975 | CHISHOLM ACT 2905 | | | | AUS | 2905 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Shu Chun Wong & | Mr Quinson Matthew Wong | <Shu Chun Wong SMSF A/C> | 5 Mayfield Hill | BONYTHON ACT 2905 | | AUS | 2905 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Kit Yap & | Mr Sook Kim Yap | <Yap Sook Kim & Sons S/F A/C> | 2 Parrabel Place | ISABELLA PLAINS ACT 2905 | | AUS | 2905 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Tho Man Yap | 2 Parrabel Place | ISABELLA PLAINS ACT 2905 | | | | AUS | 2905 | 173,000 | 0 | 0 | 0 | 0 |
| Mr Roy Zacharias | 19 Barangaroo Street | CHISHOLM ACT 2905 | | | | AUS | 2905 | 15,300 | 0 | 0 | 0 | 0 |
| Mr Wiput Thamongkana | 21 Sturrock Pl | GORDON ACT 2906 | | | | AUS | 2906 | 23,324 | 0 | 0 | 0 | 0 |
| Mrs Zebunnissa Khan | 13 David Walsh Ave | FORDE ACT 2914 | | | | AUS | 2914 | 11,525 | 0 | 0 | 0 | 0 |
| Rna No 1 Pty Ltd | <Anderson Super Fund A/C> | C/O Multiport Pty Ltd | PO Box N316 | GROSVENOR PLACE NSW 1220 | | AUS | 1220 | 90,000 | 0 | 0 | 0 | 0 |
| BNP Paribas Nominees Pty Ltd | <KCG Prop DRP A/C> | PO Box R209 | ROYAL EXCHANGE NSW 1225 | | | AUS | 1225 | 965 | 0 | 0 | 0 | 0 |
| BNP Paribas Nominees Pty Ltd | <Ib Au Noms Retailclient DRP> | PO Box R209 | ROYAL EXCHANGE NSW 1225 | | | AUS | 1225 | 23,588,279 | 0 | 0 | 0 | 0 |
| BNP Paribas Nominees Pty Ltd | HUB24 Custodial Serv Ltd DRP | PO Box R209 | ROYAL EXCHANGE NSW 1225 | | | AUS | 1225 | 604,111 | 0 | 0 | 0 | 0 |
| BNP Paribas Noms Pty Ltd | <DRP> | PO Box R209 | ROYAL EXCHANGE NSW 1225 | | | AUS | 1225 | 248,866 | 0 | 0 | 0 | 0 |
| BNP Paribas Noms Pty Ltd | <Uob Kay Hian Priv Ltd DRP> | PO Box R209 | ROYAL EXCHANGE NSW 1225 | | | AUS | 1225 | 1,480,916 | 0 | 0 | 0 | 0 |
| Oxford Hudson Equities Pty Ltd | <Oxford Hudson Eq No1 A/C> | C/- Ips | PO Box R226 | ROYAL EXCHANGE NSW 1225 | | AUS | 1225 | 1,100,000 | 0 | 0 | 0 | 0 |
| J & J SMSF Pty Ltd | <J & J SMSF A/C> | QVB Post Shop | PO Box Q693 | Queen Victoria Building NSW | 1230 | AUS | 1230 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Benjamin Harkham | PO Box A769 | SYDNEY SOUTH NSW 1235 | | | | AUS | 1235 | 5,000 | 0 | 0 | 0 | 0 |
| Xiang Zhou | PO Box K1080 | HAYMARKET NSW 1240 | | | | AUS | 1240 | 500 | 0 | 0 | 0 | 0 |
| Mr Tony Holmwood | PO Box 1009 | POTTS POINT NSW 1335 | | | | AUS | 1335 | 525,000 | 0 | 0 | 0 | 0 |
| Competi Pty Ltd | PO Box 746 | MASCOT NSW 1460 | | | | AUS | 1460 | 500,000 | 0 | 0 | 0 | 0 |
| Engineering & | Finance Co Pty Limited | PO Box 746 | MASCOT NSW 1460 | | | AUS | 1460 | 1,000,000 | 0 | 0 | 0 | 0 |
| Firefish Investments Pty Ltd | <Super Fund A/C> | PO Box 746 | MASCOT NSW 1460 | | | AUS | 1460 | 120,000 | 0 | 0 | 0 | 0 |
| Firefish Investments Pty Ltd | <Super Fund A/C> | PO Box 746 | MASCOT NSW 1460 | | | AUS | 1460 | 100,000 | 0 | 0 | 0 | 0 |
| Lenakat Pty Ltd | <Cambridge S/Fund A/C> | PO Box 354 | MASCOT NSW 1460 | | | AUS | 1460 | 450,000 | 0 | 0 | 0 | 0 |
| Mr Clive Thomas | PO Box 88 | MASCOT NSW 1460 | | | | AUS | 1460 | 900,000 | 0 | 0 | 0 | 0 |
| Ms Fiona Maree Kennedy | PO Box 590 | MARRICKVILLE NSW 1475 | | | | AUS | 1475 | 32,250 | 0 | 0 | 0 | 0 |
| Wenjun Wang | PO Box 492 | HURSTVILLE BC NSW 1481 | | | | AUS | 1481 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Gentile & | Mrs Monique Gentile | <Cumberland S/F A/C> | PO Box 194 | CARINGBAH NSW 1495 | | AUS | 1495 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Anne Therese Smith | PO Box 5162 | WEST CHATSWOOD NSW 1515 | | | | AUS | 1515 | 146,000 | 0 | 0 | 0 | 0 |
| Mr John Edward Byrne | PO Box 545 | MILSONS POINT NSW 1565 | | | | AUS | 1565 | 7,000 | 0 | 0 | 0 | 0 |
| Kamjac Services Pty Ltd | <Chase Family Super Fund A/C> | PO Box 87 | ARTARMON NSW 1570 | | | AUS | 1570 | 450,000 | 0 | 0 | 0 | 0 |
| Mr Kerry Cameron Adams & | Mrs Moyra Christine Adams | <Eastpoint Con Pl SF No 2 A/C> | PO Box 29 | CROWS NEST NSW 1585 | | AUS | 1585 | 66,000 | 0 | 0 | 0 | 0 |
| The Omnia Group (Australia) | Pty Ltd | <Omnia Group Super Fund A/C> | PO Box 354 | FRENCHS FOREST NSW 1640 | | AUS | 1640 | 1,250,000 | 0 | 0 | 0 | 0 |
| Dekadia Family Pty Ltd | <Dekadia Superfund A/C> | PO Box 1075 | MANLY NSW 1655 | | | AUS | 1655 | 112,000 | 0 | 0 | 0 | 0 |
| One Design & Sktff Sails Pty | Ltd | <I W Brown Superannuation A/C> | PO Box 1454 | MANLY NSW 1655 | | AUS | 1655 | 950,000 | 0 | 0 | 0 | 0 |
| Fraser Trade Pty Ltd | <Fraser Trade Super Fund A/C> | PO Box 143 | EPPING NSW 1710 | | | AUS | 1710 | 20,000 | 0 | 0 | 0 | 0 |
| Success Investments | Pty Limited | PO Box 852 | EPPING NSW 1710 | | | AUS | 1710 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Jing Xu | PO Box 899 | ASHFIELD NSW 1800 | | | | AUS | 1800 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Bounma Sengmany | PO Box 663 | MOOREBANK NSW 1875 | | | | AUS | 1875 | 25,000 | 0 | 0 | 0 | 0 |
| Dr Andrew Alexander Chang | Level 13 Park House | 187 Macquarie Street | SYDNEY NSW 2000 | | | AUS | 2000 | 1,000,000 | 0 | 0 | 0 | 0 |
| Fen Chen | 209/155 King Street | SYDNEY NSW 2000 | | | | AUS | 2000 | 25,000 | 0 | 0 | 0 | 0 |
| Ms Gillian Clohessy | Level 7 | 20 Hunter Street | SYDNEY NSW 2000 | | | AUS | 2000 | 5,128 | 0 | 0 | 0 | 0 |
| Ms Yi Li | Unit 618 | 2 York Street | SYDNEY NSW 2000 | | | AUS | 2000 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Kym Livesley | Level 17 | 77 Castlereagh Street | SYDNEY NSW 2000 | | | AUS | 2000 | 10,000 | 0 | 0 | 0 | 0 |
| Mr John Thomas Magnifico | Unit 110 222-228 Sussex Street | SYDNEY NSW 2000 | | | | AUS | 2000 | 275,000 | 0 | 0 | 0 | 0 |
| Mr Michael Frederick Mangan | Unit 1612 | 183 Kent Street | SYDNEY NSW 2000 | | | AUS | 2000 | 100,000 | 0 | 0 | 0 | 0 |
| Marchant Capital Pty Ltd | Level 24 | 66 Goulburn Street | SYDNEY NSW 2000 | | | AUS | 2000 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Simon Richard De Meyrick & | Mr Richard John Spoehr | <Simondm Super Fund A/C> | 24 Lower Fort Street | DAWES POINT NSW 2000 | | AUS | 2000 | 285,989 | 0 | 0 | 0 | 0 |
| Ms Janice Lata Nand | 103/222-228 Sussex Street | SYDNEY NSW 2000 | | | | AUS | 2000 | 13,000 | 0 | 0 | 0 | 0 |
| Mr Marrun Faiz Rashid | Level 6 | 33 York Street | SYDNEY NSW 2000 | | | AUS | 2000 | 2,950 | 0 | 0 | 0 | 0 |
| Sovori Pty Ltd | <The Sovori A/C> | Level 63 19-29 Martin Place | SYDNEY NSW 2000 | | | AUS | 2000 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Trent Michael Stephens | 2304/129 Harrington Street | THE ROCKS NSW 2000 | | | | AUS | 2000 | 30,000 | 0 | 0 | 0 | 0 |
| Vertigo Holdings Pty Ltd | <Vertigo Super Fund A/C> | Suite 311 2 York Street | SYDNEY NSW 2000 | | | AUS | 2000 | 330,000 | 0 | 0 | 0 | 0 |
| Victor Wan | Room 20 Level 3 | 72 Pitt Street | SYDNEY NSW 2000 | | | AUS | 2000 | 741,300 | 0 | 0 | 0 | 0 |
| Manhua Xu | 1504/199 Castlereagh Street | SYDNEY NSW 2000 | | | | AUS | 2000 | 5,000 | 0 | 0 | 0 | 0 |
| 0581 Pty Ltd | <0581 Investment A/C> | GPO Box 5382 | SYDNEY NSW 2001 | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| 31 Mav Pty Ltd | PO Box 5382 | SYDNEY NSW 2001 | | | | AUS | 2001 | 0 | 0 | 0 | 0 | 0 |

1 of 22

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/8,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 May Pty Ltd | GPO Box 5382 | SYDNEY  NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| 789 Pty Ltd | GPO Box 5382 | SYDNEY NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| 789 Pty Ltd | GPO Box 5382 | SYDNEY  NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Activitas Investment Group | Ltd | GPO Box 4246 | SYDNEY NSW 2001 | | | AUS | 2001 | 81,000 | 0 | 0 | 0 | 0 |
| Activitas Investment | Group Ltd | GPO Box 4246 | SYDNEY NSW 2001 | | | AUS | 2001 | 150,000 | 0 | 0 | 0 | 0 |
| Asc Resources Pty Ltd | GPO Box 5188 | SYDNEY NSW 2001 | | | | AUS | 2001 | 125,000 | 0 | 0 | 0 | 0 |
| Australian Securities Company | (International) Pty Ltd | GPO Box 5188 | SYDNEY NSW 2001 | | | AUS | 2001 | 1,201,084 | 0 | 0 | 0 | 0 |
| Australian Securities Company | (International) Pty Ltd | GPO Box 5188 | SYDNEY NSW 2001 | | | AUS | 2001 | 117,062 | 0 | 0 | 0 | 0 |
| Bainpro Nominees Pty Limited | GPO Box 7033 | SYDNEY NSW 2001 | | | | AUS | 2001 | 1,646 | 0 | 0 | 0 | 0 |
| Blue Frog Company Pty Ltd | <Blue Frog Super Fund A/C> | GPO Box 5382 | SYDNEY NSW 2001 | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Blue Frog Company Pty Ltd | GPO Box 5382 | SYDNEY  NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Bond Street Custodians Limited | <Aaawwp - V11822 A/C> | GPO Box 4067 | SYDNEY NSW 2001 | | | AUS | 2001 | 10,000 | 0 | 0 | 0 | 0 |
| Bond Street Custodians Limited | <Teykes - R94231 A/C> | GPO Box 4067 | SYDNEY NSW 2001 | | | AUS | 2001 | 70,000 | 0 | 0 | 0 | 0 |
| Bond Street Custodians Limited | <AAA - M14297 A/C> | GPO Box 4067 | SYDNEY NSW 2001 | | | AUS | 2001 | 30,000 | 0 | 0 | 0 | 0 |
| Bond Street Custodians Limited | <Wednrun - O20040 A/C> | GPO Box 4067 | SYDNEY NSW 2001 | | | AUS | 2001 | 50,000 | 0 | 0 | 0 | 0 |
| Bond Street Custodians Limited | <CDCR - M13567 A/C> | GPO Box 4067 | SYDNEY NSW 2001 | | | AUS | 2001 | 40,000 | 0 | 0 | 0 | 0 |
| Brispot Nominees Pty Ltd | <House Head Nominee A/C> | PO Box 4151 | SYDNEY NSW 2001 | | | AUS | 2001 | 364,902 | 0 | 0 | 0 | 0 |
| Siu Hing  Chan & | Ka Wai Anita Chan | <A & A Super Fund A/C> | GPO Box 7014 | SYDNEY NSW 2001 | | AUS | 2001 | 38,333 | 0 | 0 | 0 | 0 |
| CMMT Pty Ltd | GPO Box 5382 | SYDNEY NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| CMMT Pty Ltd | GPO Box 5382 | SYDNEY  NSW 2001 | | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Mr Boris Ganke | GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Harper & | Mrs Elizabeth Harper | <Harper Mumby Super Fund A/C> | GPO Box 5382 | SYDNEY NSW 2001 | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Mr John Andrew Hart & | Ms Athena Lagos | <JVH NO5 Will A/C> | GPO Box 3298 | SYDNEY NSW 2001 | | AUS | 2001 | 43,500 | 0 | 0 | 0 | 0 |
| HSBC Custody Nominees | (Australia) Limited | GPO Box 5302 | SYDNEY NSW 2001 | | | AUS | 2001 | 49,675,618 | 0 | 0 | 0 | 0 |
| HSBC Custody Nominees | (Australia) Limited - A/C 2 | GPO Box 5302 | SYDNEY NSW 2001 | | | AUS | 2001 | 10,421,542 | 0 | 0 | 0 | 0 |
| HSBC Custody Nominees | (Australia) Limited | <Euroclear Bank SA Nv A/C> | GPO Box 5302 | SYDNEY NSW 2001 | | AUS | 2001 | 140,000 | 0 | 0 | 0 | 0 |
| Mr Christopher Terrence Lamb & | Mrs Susan Lamb | <Lamb Family Super Fund A/C> | C- Ord Minnett Ltd-Para Dept | GPO Box 5274 | SYDNEY NSW 2001 | AUS | 2001 | 100,000 | 0 | 0 | 0 | 0 |
| Longreach Oil Limited | GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 500 | 0 | 0 | 0 | 0 |
| Miss Shao Ma | GPO Box 3218 | SYDNEY  NSW 2001 | | | | AUS | 2001 | 50 | 0 | 0 | 0 | 0 |
| Southern Cross Exploration NL | GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 1,000 | 0 | 0 | 0 | 0 |
| Offshore Oil Limited | GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 701,000 | 0 | 0 | 0 | 0 |
| Offshore Oil Limited | GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 50,000 | 0 | 0 | 0 | 0 |
| Pangola Hill Pty Ltd | <Pangola Hill Investment A/C> | GPO Box 2165 | SYDNEY  NSW 2001 | | | AUS | 2001 | 1,850,000 | 0 | 0 | 0 | 0 |
| Miss Vasantika Patel | C\- GPO Box 4246 | SYDNEY NSW 2001 | | | | AUS | 2001 | 120,000 | 0 | 0 | 0 | 0 |
| Raintron Pty Ltd | <Trealz Family A/C> | C\- Brentrails NSW | GPO Box 7020 | SYDNEY  NSW 2001 | | AUS | 2001 | 340,350 | 0 | 0 | 0 | 0 |
| Raintron Pty Ltd | <Seymour Retirement Fund A/C> | GPO Box 7020 | SYDNEY NSW 2001 | | | AUS | 2001 | 335,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Salvestrin | <Investment A/C> | GPO Box 5382 | SYDNEY  NSW 2001 | | | AUS | 2001 | 1 | 0 | 0 | 0 | 0 |
| Mr Victor Wan | GPO Box 5188 | SYDNEY NSW 2001 | | | | AUS | 2001 | 343,857 | 0 | 0 | 0 | 0 |
| Mr Victor Wan | <Super Fund A/C> | GPO Box 5188 | SYDNEY NSW 2001 | | | AUS | 2001 | 625,000 | 0 | 0 | 0 | 0 |
| Mr Victor Wan | <Super Fund A/C> | GPO Box 5188 | SYDNEY NSW 2001 | | | AUS | 2001 | 4,700,000 | 0 | 0 | 0 | 0 |
| Mr Suresh Parvani | 33/460 Jones Street | ULTIMO NSW 2007 | | | | AUS | 2007 | 10 | 0 | 0 | 0 | 0 |
| Barroseven Pty Limited | 42 Shepherd Street | CHIPPENDALE NSW 2008 | | | | AUS | 2008 | 1 | 0 | 0 | 0 | 0 |
| Cryptonerds Pty Ltd | 42 Shepherd St | CHIPPENDALE NSW 2008 | | | | AUS | 2008 | 760 | 0 | 0 | 0 | 0 |
| Mr Sean Donahugh Vanderfield | Foley | 42 Shepherd Street | CHIPPENDALE NSW 2008 | | | AUS | 2008 | 20 | 0 | 0 | 0 | 0 |
| Mr Fergus James Gratton | 42 Shepherd St | CHIPPENDALE NSW 2008 | | | | AUS | 2008 | 1 | 0 | 0 | 0 | 0 |
| Mr Peter William O'Neill | 42 Shepherd St | CHIPPENDALE NSW 2008 | | | | AUS | 2008 | 1 | 0 | 0 | 0 | 0 |
| Viking Parade Pty Ltd | 35 Boundary Street | DARLINGTON NSW 2008 | | | | AUS | 2008 | 70 | 0 | 0 | 0 | 0 |
| Mr Trevor Daley & | Mrs Janis Daley | <Pyrmont Number 1 Fund A/C> | Unit 505 | 42 Refinery Drive | PYRMONT NSW 2009 | AUS | 2009 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Michael Dale Double & | Ms Bernadette Ann Double | <Double Family Super A/C> | Unit 305 Clearwater | 32 Refinery Drive | PYRMONT NSW 2009 | AUS | 2009 | 78,334 | 0 | 0 | 0 | 0 |
| Mr Adrian Sharif Dunstan | Unit 64/104 Miller Street | PYRMONT  NSW 2009 | | | | AUS | 2009 | 57,324 | 0 | 0 | 0 | 0 |
| Sierra Vista Enterprises Pty | Ltd | <Horizon Super Fund A/C> | U 405 45 Bowman Street | PYRMONT NSW 2009 | | AUS | 2009 | 41,390 | 0 | 0 | 0 | 0 |
| Miss Chen Wang | 606/233 Pyrmont Street | PYRMONT  NSW 2009 | | | | AUS | 2009 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Brent Fisher | Unit 96 | 18-32 Oxford Street | DARLINGHURST NSW 2010 | | | AUS | 2010 | 25 | 0 | 0 | 0 | 0 |
| Ms Helen Dawson Livermore | 8/110 Cooper Street | SURRY HILLS  NSW 2010 | | | | AUS | 2010 | 700,000 | 0 | 0 | 0 | 0 |
| Ms Krista Anne Waller | 33 Denham Street | SURRY HILLS NSW 2010 | | | | AUS | 2010 | 11,300 | 0 | 0 | 0 | 0 |
| Ms Louise Marjorie Bernardi | 74/3 Wylde Street | POTTS POINT NSW 2011 | | | | AUS | 2011 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Joseph Bye | U 106 71 Victoria St | POTTS POINT NSW 2011 | | | | AUS | 2011 | 31,134 | 0 | 0 | 0 | 0 |
| Mr Robert Herz | GPO Box 7209 | South Sydney Business Hub | ALEXANDRIA  NSW 2015 | | | AUS | 2015 | 6,900 | 0 | 0 | 0 | 0 |
| Mr Stephen Abbott & | Mrs Nicole Abbott | <Abbott Superannuation A/C> | 17A Chelmsford Ave | BOTANY NSW 2019 | | AUS | 2019 | 158,500 | 0 | 0 | 0 | 0 |
| Ms Linda Anstee | PO Box 746 | MASCOT NSW 2020 | | | | AUS | 2020 | 150,000 | 0 | 0 | 0 | 0 |
| Mrs Christina Margaret | Higginbotham | 5 Bennetts Grove Avenue | PADDINGTON NSW 2021 | | | AUS | 2021 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Lindsay Oliver Leeser | 29 Liverpool Street | PADDINGTON NSW 2021 | | | | AUS | 2021 | 14,000 | 0 | 0 | 0 | 0 |
| Mr Zbigniew Paul Palyza | 55 Ruthven Street | BONDI JUNCTION NSW 2022 | | | | AUS | 2022 | 7,500 | 0 | 0 | 0 | 0 |
| Ms Penelope Ann Bowen | PO Box 3328 | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 36,000 | 0 | 0 | 0 | 0 |
| Cryone Pty Ltd | <Miles F/T A/C> | 4 Blaxland Road | BELLEVUE HILL NSW 2023 | | | AUS | 2023 | 173,000 | 0 | 0 | 0 | 0 |
| Mr Eugene Ganke | 4 Northland Road | BELLEVUE HILL  NSW 2023 | | | | AUS | 2023 | 186,451 | 0 | 0 | 0 | 0 |
| Mr Gideon Harkham | 33 Kambala Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 5,000 | 0 | 0 | 0 | 0 |
| Ilwella Pty Ltd | 3 Ginahgulla Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 1,126,104 | 0 | 0 | 0 | 0 |
| Ilwella Pty Ltd | 3 Ginahgulla Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 3,105,922 | 0 | 0 | 0 | 0 |
| Josephus Pty Ltd | <Gabriella Unsen S/F A/C> | Unit 1/ 4 Victoria Road | BELLEVUE HILL NSW 2023 | | | AUS | 2023 | 10,000 | 0 | 0 | 0 | 0 |
| Ms June Kamis | 141 Victoria Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Rujiao Song | 7 Riddell St | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 20,000 | 0 | 0 | 0 | 0 |
| Weiner Pty Ltd | 77 Bulkara Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 1,048,413 | 0 | 0 | 0 | 0 |
| Ms Bei Xu | 130 Bellevue Road | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 25,000 | 0 | 0 | 0 | 0 |
| As & Jr Libbis Pty Limited | <Libbis Family A/C> | 11A Brate Street | BRONTE NSW 2024 | | | AUS | 2024 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Bruce Anthony Griffin | 1/83 Ocean Street | WOOLLAHRA NSW 2025 | | | | AUS | 2025 | 50,000 | 0 | 0 | 0 | 0 |
| Ms Junette Saskia Hay | 14 Nelson St | WOOLLAHRA NSW 2025 | | | | AUS | 2025 | 7,500 | 0 | 0 | 0 | 0 |
| Mrs Eleanor Irene Douglas | Herriott | 15 Moncur Street | WOOLLAHRA NSW 2025 | | | AUS | 2025 | 350,000 | 0 | 0 | 0 | 0 |
| Mr Ofer Kartiner | 60 John St | WOOLLAHRA NSW 2025 | | | | AUS | 2025 | 2,703 | 0 | 0 | 0 | 0 |
| Mr Andrew Walsh | 143 Queen Street | WOOLLAHRA NSW 2025 | | | | AUS | 2025 | 465,518 | 0 | 0 | 0 | 0 |
| Mr Samuel John Berridge | Unit 3 | 13 Roscoe Street | BONDI BEACH NSW 2026 | | | AUS | 2026 | 1 | 0 | 0 | 0 | 0 |
| Mr John Bilotto | 53 Imperial Avenue | BONDI NSW 2026 | | | | AUS | 2026 | 9,450 | 0 | 0 | 0 | 0 |
| Ms Ayesha Farrah & | Mr Maurice Thornton | 37 Blair Street | BONDI NSW 2026 | | | AUS | 2026 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Teo Barr Gebert | PO Box 219 127 Bondi Rd | BONDI NSW 2026 | | | | AUS | 2026 | 70,000 | 0 | 0 | 0 | 0 |
| William Taylor Nominees Pty | Ltd | 12 Ashley Street | TAMARAMA NSW 2026 | | | AUS | 2026 | 13,815,454 | 0 | 0 | 0 | 0 |
| Altmiks Investment Pty Ltd | <Altmiks Family A/C> | Unit 52 11 Sutherland Cres | DARLING POINT NSW 2027 | | | AUS | 2027 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Donald Keith Livingstone | 82 Cameron Street | EDGECLIFF NSW 2027 | | | | AUS | 2027 | 100,000 | 0 | 0 | 0 | 0 |

2 of 22

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/6,29/11/6,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Donald Keith Livingstone & | Mrs Wendy Livingstone | <Livingstone Super Fund A/C> | 82 Cameron Street | EDGECLIFF NSW 2027 | | AUS | 2027 | 375,000 | 0 | 0 | 0 | 0 |
| Mr Zachary Paulic | 11/31-31 Wolsley Road | POINT PIPER NSW 2027 | | | | AUS | 2027 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Richard Merlin O'Sullivan | Unit 2 | 22 Etham Avenue | DARLING POINT NSW 2027 | | | AUS | 2027 | 1 | 0 | 0 | 0 | 0 |
| Croested Group Pty Limited | 8 Pine Hill Avenue | DOUBLE BAY NSW 2028 | | | | AUS | 2028 | 75,000 | 0 | 0 | 0 | 0 |
| Mr Brian Leslie Riley | 14/290 New South Head Road | DOUBLE BAY NSW 2028 | | | | AUS | 2028 | 20,000 | 0 | 0 | 0 | 0 |
| Bundoran Pty Limited | <J Macphillamy S/Fund A/C> | 5 Faraday Avenue | ROSE BAY NSW 2029 | | | AUS | 2029 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Anne Mathews | PO Box 22 | ROSE BAY NSW 2029 | | | | AUS | 2029 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Matthew James Snape | Unit 5 535 Old South Head Rd | ROSE BAY NSW 2029 | | | | AUS | 2029 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Peter Aldred | 19 Otola Avenue | VAUCLUSE NSW 2030 | | | | AUS | 2030 | 40,000 | 0 | 0 | 0 | 0 |
| Grafair Pty Ltd | 51 Wallangra Road | DOVER HEIGHTS NSW 2030 | | | | AUS | 2030 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Marcus Andrew Levy | PO Box 110 | VAUCLUSE NSW 2030 | | | | AUS | 2030 | 400,000 | 0 | 0 | 0 | 0 |
| Mr Marcus Andrew Levy & | Mrs Vanessa Sanchez-Levy | PO Box 110 | VAUCLUSE NSW 2030 | | | AUS | 2030 | 787,650 | 0 | 0 | 0 | 0 |
| Mr Barry Ian Shagrin | PO Box 347 | VAUCLUSE NSW 2030 | | | | AUS | 2030 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Joan Stanley | 28 Peel Street | DOVER HEIGHTS NSW 2030 | | | | AUS | 2030 | 5,000 | 0 | 0 | 0 | 0 |
| Davington Advisory Pty Ltd | 5 Gray Street | RANDWICK NSW 2031 | | | | AUS | 2031 | 500,000 | 0 | 0 | 0 | 0 |
| Mr William Martin Mulvihill | 5 Burnie Street | CLOVELLY NSW 2031 | | | | AUS | 2031 | 250,000 | 0 | 0 | 0 | 0 |
| Shanakill Pty Ltd | <Tramore Superannuation A/C> | 5 Burnie Street | CLOVELLY NSW 2031 | | | AUS | 2031 | 231,000 | 0 | 0 | 0 | 0 |
| Mr Chris Vasales | 131 Botany Street | RANDWICK NSW 2031 | | | | AUS | 2031 | 8,888 | 0 | 0 | 0 | 0 |
| Mr Dieter James Winkler | 106 Perouse Road | RANDWICK NSW 2031 | | | | AUS | 2031 | 13,125 | 0 | 0 | 0 | 0 |
| Mr Nicholas Maksimovic | Unit 3 | 1-7 Gloucester Place | KENSINGTON NSW 2033 | | | AUS | 2033 | 50,000 | 0 | 0 | 0 | 0 |
| Carmant Pty Ltd | <Carmant Super Fund A/C> | PO Box 139 | COOGEE NSW 2034 | | | AUS | 2034 | 14 | 0 | 0 | 0 | 0 |
| Carmant Pty Ltd | PO Box 139 | COOGEE NSW 2034 | | | | AUS | 2034 | 20 | 0 | 0 | 0 | 0 |
| Colvic Pty Ltd | PO Box 139 | COOGEE NSW 2034 | | | | AUS | 2034 | 10 | 0 | 0 | 0 | 0 |
| Mr Colin Weekes | PO Box 139 | COOGEE NSW 2034 | | | | AUS | 2034 | 10 | 0 | 0 | 0 | 0 |
| Mr Colin Weekes | PO Box 139 | COOGEE NSW 2034 | | | | AUS | 2034 | 765,687 | 0 | 0 | 0 | 0 |
| Ms Yu Ling Chen | PO Box 73 | MAROUBRA NSW 2035 | | | | AUS | 2035 | 37,579 | 0 | 0 | 0 | 0 |
| Mr Liam Francis Gallagher | Unit 109 140 Maroubra Rd | MAROUBRA NSW 2035 | | | | AUS | 2035 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Adrian O'Hara | PO Box 2039 | MAROUBRA NSW 2035 | | | | AUS | 2035 | 6,000 | 0 | 0 | 0 | 0 |
| Mr David Richard Rollo | 404 Maroubra Road | MAROUBRA NSW 2035 | | | | AUS | 2035 | 44,000 | 0 | 0 | 0 | 0 |
| Mr Paul Alexander White | Unit 11 44 Marine Pde | MAROUBRA NSW 2035 | | | | AUS | 2035 | 9,000 | 0 | 0 | 0 | 0 |
| Mr Subhash Dhir & | Mrs Asha Dhir | <Dhir Super A/C> | 18 Nix Avenue | MALABAR NSW 2036 | | AUS | 2036 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Ross East | 4 Oxley Street | MATRAVILLE NSW 2036 | | | | AUS | 2036 | 6,630 | 0 | 0 | 0 | 0 |
| Mr Elvio Munzone & | Ms Maureen Gae Bergin | <Cem Real Estate S/F A/C> | 2 Oxley Street | MATRAVILLE NSW 2036 | | AUS | 2036 | 20,000 | 0 | 0 | 0 | 0 |
| Ladon Investments Pty Ltd | <Sasse Family S/F A/C> | 1 Lyndhurst Street | GLEBE NSW 2037 | | | AUS | 2037 | 630,000 | 0 | 0 | 0 | 0 |
| Mr Antonio Pirisi | 361 Young Street | ANNANDALE NSW 2038 | | | | AUS | 2038 | 5,000 | 0 | 0 | 0 | 0 |
| Dr Jennifer Rose Hislop | PO Box 779 | ROZELLE NSW 2039 | | | | AUS | 2039 | 71,500 | 0 | 0 | 0 | 0 |
| Django Investments Pty Ltd | <Carolan Super Fund A/C> | PO Box 422 | LEICHHARDT NSW 2040 | | | AUS | 2040 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Lisa Patricia Hopper & | Mr Dean William Hopper | 247 Lilyfield Road | LEICHHARDT NSW 2040 | | | AUS | 2040 | 13,000 | 0 | 0 | 0 | 0 |
| Mrs Patricia Magnifico | 247 Lilyfield Road | LEICHHARDT NSW 2040 | | | | AUS | 2040 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Thomas Magnifico | 247 Lilyfield Road | LEICHHARDT NSW 2040 | | | | AUS | 2040 | 13,000 | 0 | 0 | 0 | 0 |
| Mrs Penelope Ann Redfearn & | Mr Gary Redfearn | 31 Falls Street | LEICHHARDT NSW 2040 | | | AUS | 2040 | 100 | 0 | 0 | 0 | 0 |
| Dr Elaine Baker | 16 Albermarle Street | NEWTOWN NSW 2042 | | | | AUS | 2042 | 15,384 | 0 | 0 | 0 | 0 |
| Mr Stephen Grant Davis | Unit 57 | 19-25 Queen Street | NEWTOWN NSW 2042 | | | AUS | 2042 | 20,000 | 0 | 0 | 0 | 0 |
| Ms Joanna Monika Marjaj | Robinski | 2/30 Hordern Street | NEWTOWN NSW 2042 | | | AUS | 2042 | 310,085 | 0 | 0 | 0 | 0 |
| Ms Annette Lee Synluta | Unit 2 14-22 Mary Street | ST PETERS NSW 2044 | | | | AUS | 2044 | 11,879 | 0 | 0 | 0 | 0 |
| Mrs Judith Ida Matthews | Mr Leslie Matthews | <Superfree Superannuation A/C> | PO Box 25 | HABERFIELD NSW 2045 | | AUS | 2045 | 33,000 | 0 | 0 | 0 | 0 |
| Mr Kenny Robert Heatley | 5/100 St Georges Crescent | DRUMMOYNE NSW 2047 | | | | AUS | 2047 | 20,875 | 0 | 0 | 0 | 0 |
| Ms Peng Yu Wang | Unit 6 | 38 St Georges Crescent | DRUMMOYNE NSW 2047 | | | AUS | 2047 | 40,000 | 0 | 0 | 0 | 0 |
| Shi Di Gu | 18 Morton Avenue | LEWISHAM NSW 2049 | | | | AUS | 2049 | 5,000 | 0 | 0 | 0 | 0 |
| Modanella Investments Pty Ltd | <McFarland Family S/F A/C> | 18 Miller Street | PETERSHAM NSW 2049 | | | AUS | 2049 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Andres Perez-Cortes | 12 Lambert Street | CAMPERDOWN NSW 2050 | | | | AUS | 2050 | 100,000 | 0 | 0 | 0 | 0 |
| Miss Paloma Perez-Cortes | 12 Lambert Street | CAMPERDOWN NSW 2050 | | | | AUS | 2050 | 100,000 | 0 | 0 | 0 | 0 |
| Jdi Financial Services Pty Ltd | <Davies S/F A/C> | C- BDJ Partners | PO Box 1664 | NORTH SYDNEY NSW 2059 | | AUS | 2059 | 50,000 | 0 | 0 | 0 | 0 |
| Szomet Pty Ltd | <Smrk And Dobos S/F A/C> | PO Box 629 | NORTH SYDNEY NSW 2059 | | | AUS | 2059 | 75,000 | 0 | 0 | 0 | 0 |
| Ms Yanhong Chen | PO Box 6246 | NORTH SYDNEY NSW 2060 | | | | AUS | 2060 | 6,800 | 0 | 0 | 0 | 0 |
| H M Bates Holdings Pty Ltd | Unit 1 | 1 Clark Road | NORTH SYDNEY NSW 2060 | | | AUS | 2060 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Richard Philip | PO Box 7105 | MCMAHONS POINT NSW 2060 | | | | AUS | 2060 | 228,800 | 0 | 0 | 0 | 0 |
| Mr Anthony Richard Philip | PO Box 7105 | MCMAHONS POINT NSW 2060 | | | | AUS | 2060 | 37,500 | 0 | 0 | 0 | 0 |
| Miss Nicola Philip | PO Box 7105 | MCMAHONS POINT NSW 2060 | | | | AUS | 2060 | 160,000 | 0 | 0 | 0 | 0 |
| Mrs Patricia Kay Philip | PO Box 7105 | MCMAHONS POINT NSW 2060 | | | | AUS | 2060 | 601,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Damon Schirmer | 23 Bay Road | WAVERTON NSW 2060 | | | | AUS | 2060 | 300,000 | 0 | 0 | 0 | 0 |
| Mrs Sarasa Schirmer | 23 Bay Road | WAVERTON NSW 2060 | | | | AUS | 2060 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Louis William Durant | 50 Fitzroy Street | KIRRIBILLI NSW 2061 | | | | AUS | 2061 | 1 | 0 | 0 | 0 | 0 |
| Howard Capital Pty Ltd | <Connolly Super Fund A/C> | Unit 2 10 The Boulevarde | CAMMERAY NSW 2062 | | | AUS | 2062 | 750,000 | 0 | 0 | 0 | 0 |
| Mr David Fallu | 17 Kameruka Rd | NORTHBRIDGE NSW 2063 | | | | AUS | 2063 | 50,000 | 0 | 0 | 0 | 0 |
| Michmax Pty Ltd | <JMB SMSF A/C> | Unit 61 244-264 Mowbray Rd | ARTARMON NSW 2064 | | | AUS | 2064 | 65,000 | 0 | 0 | 0 | 0 |
| Miss Anna Wong | Unit 15 6 Benton Ave | ARTARMON NSW 2064 | | | | AUS | 2064 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Robert John David | PO Box 5161 | GREENWICH NSW 2065 | | | | AUS | 2065 | 1,800,000 | 0 | 0 | 0 | 0 |
| De Courcy Superannuation | Fund Pty Ltd | 20 Robertson Street | GREENWICH NSW 2065 | | | AUS | 2065 | 240,000 | 0 | 0 | 0 | 0 |
| Tokeresa Pty Limited | <Jordan HLDS Staff S/F A/C> | PO Box 5153 | GREENWICH NSW 2065 | | | AUS | 2065 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Alexander Zylberberg | Suite 310 | 460 Pacific Highway | ST LEONARDS NSW 2065 | | | AUS | 2065 | 5,000 | 0 | 0 | 0 | 0 |
| Mrs Sally Joy Zylberberg & | Mr Morris Norman Zylberberg | <Maricaland Pty Ltd S/F A/C> | Suite 310 | 460 Pacific Highway | ST LEONARDS NSW 2065 | AUS | 2065 | 5,000 | 0 | 0 | 0 | 0 |
| Mr John Maxwell Blumer | <Kahika P/L Super Fund A/C> | 2 Myee Crescent | LANE COVE WEST NSW 2066 | | | AUS | 2066 | 5,000 | 0 | 0 | 0 | 0 |
| Dr Hossein Monshizadeh | Maruchehri & | Ms Donna Marjan Moghaddas | 37 Walkers Drive | LANE COVE NORTH NSW 2066 | | AUS | 2066 | 47,000 | 0 | 0 | 0 | 0 |
| Mr Peter Ng | 22/25-31 Johnson St | CHATSWOOD NSW 2067 | | | | AUS | 2067 | 35 | 0 | 0 | 0 | 0 |
| Mr Xiaoqing Qin | Unit 8 215-221 Victoria Ave | CHATSWOOD NSW 2067 | | | | AUS | 2067 | 552,750 | 0 | 0 | 0 | 0 |
| Mrs Alicia Tseng | 817/09/2b Help Street | CHATSWOOD NSW 2067 | | | | AUS | 2067 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Ling Zhong | 1/240 Victoria Ave | CHATSWOOD NSW 2067 | | | | AUS | 2067 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Giuseppe Zippano | Unit 2003 / 37 Victor Street | CHATSWOOD NSW 2067 | | | | AUS | 2067 | 6,250 | 0 | 0 | 0 | 0 |
| John Major Enterprises Pty Ltd | <Major Retirement Fund A/C> | 185 Edinburgh Road | CASTLECRAG NSW 2068 | | | AUS | 2068 | 1,000,000 | 0 | 0 | 0 | 0 |
| John Major Enterprises Pty Ltd | 185 Edinburgh Road | CASTLECRAG NSW 2068 | | | | AUS | 2068 | 48,137 | 0 | 0 | 0 | 0 |
| Ms Dianne Rockwell | PO Box 4153 | CASTLECRAG NSW 2068 | | | | AUS | 2068 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Simon Cornell | 6 Trafalgar Avenue | ROSEVILLE NSW 2069 | | | | AUS | 2069 | 8,500 | 0 | 0 | 0 | 0 |
| Mr Robert Thomas Johnston | 64 Clanville Rd | ROSEVILLE NSW 2069 | | | | AUS | 2069 | 34,500 | 0 | 0 | 0 | 0 |
| Mr Gregory Thomas Susans | 11 Allard Ave | ROSEVILLE CHASE NSW 2069 | | | | AUS | 2069 | 10 | 0 | 0 | 0 | 0 |
| Mr Dev Gonsalves | Unit 3 | 26 Treatts Road | LINDFIELD NSW 2070 | | | AUS | 2070 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Nancy Yan-Oi Seto | 67 Wellington Road | EAST LINDFIELD NSW 2070 | | | | AUS | 2070 | 38,500 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/6,29/7/16,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Douglas Watson & | Mrs Doris Watson | <D I & D Watson S/F A/C> | 26 Eton Road | LINDFIELD NSW 2070 | | AUS | 2070 | 225,285 | 0 | 0 | 0 | 0 |
| Afresea Pty Ltd | 9 Roper Pl | EAST KILLARA NSW 2071 | | | | AUS | 2071 | 50,000 | 0 | 0 | 0 | 0 |
| Gillian Super Fund Pty Ltd | <Gillian SF A/C> | 7 Gillian Pde | WEST PYMBLE NSW 2073 | | | AUS | 2073 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Peter John Goddard | 2/2-4 Bloomsbury Ave | PYMBLE NSW 2073 | | | | AUS | 2073 | 13,999 | 0 | 0 | 0 | 0 |
| Mr Scott Yale-Gresham & | Mrs Tricia Mary Gresham | 58 Wallalong Crescent | WEST PYMBLE NSW 2073 | | | AUS | 2073 | 78,000 | 0 | 0 | 0 | 0 |
| Mr David Milorad Novac & | Ms Cathy Lee Sheehan | <Shevac Super Fund A/C> | PO Box 6094 | PYMBLE NSW 2073 | | AUS | 2073 | 1,100,000 | 0 | 0 | 0 | 0 |
| Mr David Milorad Novac & | Ms Cathy Lee Sheehan | <Shevac Super Fund A/C> | PO Box 6094 | PYMBLE NSW 2073 | | AUS | 2073 | 1,530,000 | 0 | 0 | 0 | 0 |
| Mrs Judith Eccles Parker | 6 Hillary Street | PYMBLE NSW 2073 | | | | AUS | 2073 | 54,000 | 0 | 0 | 0 | 0 |
| Mr David Milorad Novac & Ms | Cathy Lee Sheehan | <Shevac Super Fund A/C> | P O Box 6094 | PYMBLE NSW 2073 | | AUS | 2073 | 500,000 | 0 | 0 | 0 | 0 |
| Tomlucsar Pty Limited | <Denny Family A/C> | 3 Golfers Parade | PYMBLE NSW 2073 | | | AUS | 2073 | 200,000 | 0 | 0 | 0 | 0 |
| Tomlucsar Pty Limited | <Witomlucsar A/C> | 3 Golfers Parade | PYMBLE NSW 2073 | | | AUS | 2073 | 200,000 | 0 | 0 | 0 | 0 |
| Mabab Investments Pty Ltd | <Tymten Superannuation A/C> | 1 Harrison Street | NORTH TURRAMURRA NSW 2074 | | | AUS | 2074 | 250,000 | 0 | 0 | 0 | 0 |
| Nappin & Partners Pty Limited | <Nappin & Partners S/F A/C> | 36 Turramurra Avenue | TURRAMURRA NSW 2074 | | | AUS | 2074 | 10,000 | 0 | 0 | 0 | 0 |
| Mr David Norman Pratt & | Mrs Irina Pratt | 20 Ashburton Avenue | SOUTH TURRAMURRA NSW 2074 | | | AUS | 2074 | 41,000 | 0 | 0 | 0 | 0 |
| Mr Stirling Baker | 8 Wembury Road | ST IVES NSW 2075 | | | | AUS | 2075 | 6,206 | 0 | 0 | 0 | 0 |
| Mrs Wendy Anne Newman | 8 Sage St | ST IVES NSW 2075 | | | | AUS | 2075 | 10,000 | 0 | 0 | 0 | 0 |
| Pheeoj P/L | C/- P J Dalton & Co | PO Box 853 | ST IVES NSW 2075 | | | AUS | 2075 | 1,200,000 | 0 | 0 | 0 | 0 |
| Pheeoj Pty Ltd | C/- P J Dalton & Co | PO Box 853 | ST IVES NSW 2075 | | | AUS | 2075 | 8,123,429 | 0 | 0 | 0 | 0 |
| Power Family Holdings Pty Ltd | C/- P J Dalton & Co | PO Box 853 | ST IVES NSW 2075 | | | AUS | 2075 | 390,000 | 0 | 0 | 0 | 0 |
| Mr Ian Ranson | 4 Richmond Ave | ST IVES NSW 2075 | | | | AUS | 2075 | 7,146 | 0 | 0 | 0 | 0 |
| Acemac Pty Limited | <Mac Super A/C> | 14 Tanderra Street | WAHROONGA NSW 2076 | | | AUS | 2076 | 544,144 | 0 | 0 | 0 | 0 |
| Mr Robert Gerard Adamson | 95 Fox Valley Road | WAHROONGA NSW 2076 | | | | AUS | 2076 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Robert Gerard Adamson & | Mrs Gaele Doreen Adamson | 95 Fox Valley Road | WAHROONGA NSW 2076 | | | AUS | 2076 | 21,000 | 0 | 0 | 0 | 0 |
| Mrs Michelle Leigh Habgood | 29 Clissold Road | WAHROONGA NSW 2076 | | | | AUS | 2076 | 13,000 | 0 | 0 | 0 | 0 |
| Mr Thomas Hallam | 12 Capella Pl | NORMANHURST NSW 2076 | | | | AUS | 2076 | 14,000 | 0 | 0 | 0 | 0 |
| Hong Du Luo | 468 Somerville Road | HORNSBY NSW 2077 | | | | AUS | 2077 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Thomas Tai-Chin Lui | 36 Arthurs Circle | MOUNT COLAH NSW 2079 | | | | AUS | 2079 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Craig Paul Cunningham | 49 Waratah Road | BEROWRA NSW 2081 | | | | AUS | 2081 | 10,522 | 0 | 0 | 0 | 0 |
| Mr Lindsay Kenneth Spooner | 2 Ti-Tree Crescent | BEROWRA NSW 2081 | | | | AUS | 2081 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Joe Richard Watkins & | Mrs Gunnel Diana Watkins | <Joe & Gunnel R/F A/C> | PO Box 485 | BEROWRA HEIGHTS NSW 2082 | | AUS | 2082 | 350,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Richard Watkins | PO Box 485 | BEROWRA HEIGHTS NSW 2082 | | | | AUS | 2082 | 75,000 | 0 | 0 | 0 | 0 |
| Mr Paul Charles Knight & | Mrs Kathleen Monica Knight | <Knight Family SF A/C> | PO Box 3 | BROOKLYN NSW 2083 | | AUS | 2083 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Robert Walter Warneford & | Mrs Prudence Elizabeth | Warneford | <The Warneford S/F A/C> | 2/83 Booralie Rd | TERREY HILLS NSW 2084 | AUS | 2084 | 100,000 | 0 | 0 | 0 | 0 |
| Drilltech Services | Pty Ltd | PO Box 133 | BELROSE WEST NSW 2085 | | | AUS | 2085 | 500,000 | 0 | 0 | 0 | 0 |
| Karbell Pty Ltd | <Karbell P/L Superfund A/C> | 6 Cotswold Close | BELROSE NSW 2085 | | | AUS | 2085 | 50,000 | 0 | 0 | 0 | 0 |
| E I D H Pty Ltd | <E I D H Super Fund A/C> | C/- Burchall Thompson | 8/81 Frenchs Forest East | FRENCHS FOREST NSW 2086 | | AUS | 2086 | 629,294 | 0 | 0 | 0 | 0 |
| North Avalon Holdings Pty Ltd | <Marsden Super Fund A/C> | C/- Rick Millar | 8/81 Frenchs Forest Road | FRENCHS FOREST NSW 2086 | | AUS | 2086 | 230,000 | 0 | 0 | 0 | 0 |
| Ronatac Pty Ltd | <Master Carpets HLD Pl SF A/C> | C/- Burchall Thompson & Co | 8/81 Frenchs Forest Road East | FRENCHS FOREST NSW 2086 | | AUS | 2086 | 3,583,333 | 0 | 0 | 0 | 0 |
| Ms Sheryl Ann Catherine Onuma | 18 Cook Street | FORESTVILLE NSW 2087 | | | | AUS | 2087 | 5,000 | 0 | 0 | 0 | 0 |
| Benbecca Pty Ltd | <Seymour Super Fund A/C> | PO Box 653 | SPIT JUNCTION NSW 2088 | | | AUS | 2088 | 37,000 | 0 | 0 | 0 | 0 |
| Mr Soren Carlsen | 377 Military Road | MOSMAN NSW 2088 | | | | AUS | 2088 | 10,000 | 0 | 0 | 0 | 0 |
| Donald Steel And Associates | Pty Ltd | <Saligrus S/F A/C> | PO Box 120 | SPIT JUNCTION NSW 2088 | | AUS | 2088 | 80,000 | 0 | 0 | 0 | 0 |
| Kiwiana Pty Limited | <The Kiwiana A/C> | 100 Cowles Rd | MOSMAN NSW 2088 | | | AUS | 2088 | 265,000 | 0 | 0 | 0 | 0 |
| K & M Livesley Holdings | Pty Ltd | 12 Sirius Ave | MOSMAN NSW 2088 | | | AUS | 2088 | 52,175 | 0 | 0 | 0 | 0 |
| Ms Tracey Leanne Marshall | 2 Water Lane | MOSMAN NSW 2088 | | | | AUS | 2088 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mrs Constance Sievers | 9/69 The Esplanade | BALMORAL BEACH NSW 2088 | | | | AUS | 2088 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Phillip John Wade | 30 Iluka Road | MOSMAN NSW 2088 | | | | AUS | 2088 | 801,806 | 0 | 0 | 0 | 0 |
| Mr Stanley James Wilson & | Mrs Geraldine Ann Foster | <Gerry Foster Super Fund A/C> | PO Box 400 | SPIT JUNCTION NSW 2088 | | AUS | 2088 | 268,000 | 0 | 0 | 0 | 0 |
| 48 Large Pty Ltd | PO Box 1234 | NEUTRAL BAY JUNCTION NSW 2089 | | | | AUS | 2089 | 1 | 0 | 0 | 0 | 0 |
| Him Him Pty Ltd | PO Box 1234 | NEUTRAL BAY JUNCTION NSW 2089 | | | | AUS | 2089 | 1 | 0 | 0 | 0 | 0 |
| Ms Helen Benn | 7 Oaks Avenue | NORTH CREMORNE NSW 2090 | | | | AUS | 2090 | 5,000 | 0 | 0 | 0 | 0 |
| Toshiki Maezawa | 17/50 Earle St | CREMORNE NSW 2090 | | | | AUS | 2090 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Monojit Andrew Ray | 9 Sutherland Lane | CREMORNE NSW 2090 | | | | AUS | 2090 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Domenico Vincenzo | Angelucci & | Mrs Claudia Marina Angelucci | <Angelucci Family Super A/C> | Unit 7 33-37 Ethel St | SEAFORTH NSW 2092 | AUS | 2092 | 9,132 | 0 | 0 | 0 | 0 |
| Ms Jenny Jia Meng | 60 Clontarf St | SEAFORTH NSW 2092 | | | | AUS | 2092 | 1,000,000 | 0 | 0 | 0 | 0 |
| Moore Park Capital Pty Ltd | <Sodamnodd Fund A/C> | 30 Seaforth Crescent | SEAFORTH NSW 2092 | | | AUS | 2092 | 203,650 | 0 | 0 | 0 | 0 |
| Mr Joshua Munday | 15 Kitchener St | BALGOWLAH NSW 2093 | | | | AUS | 2093 | 7,692 | 0 | 0 | 0 | 0 |
| Mr Peter David Wade | <Wade Family A/C> | 17 Sandy Bay Road | CLONTARF NSW 2093 | | | AUS | 2093 | 333,333 | 0 | 0 | 0 | 0 |
| Mr Peter David Wade | <Wade Family A/C> | 17 Sandy Bay Road | CLONTARF NSW 2093 | | | AUS | 2093 | 1,000,000 | 0 | 0 | 0 | 0 |
| Oaklun Pty Ltd | <Ultra Offset P/L S/F A/C> | Unit 15 | 137 Sydney Road | FAIRLIGHT NSW 2094 | | AUS | 2094 | 83,500 | 0 | 0 | 0 | 0 |
| Ars Magna Pty Ltd | 54 Alexander Street | MANLY NSW 2095 | | | | AUS | 2095 | 1 | 0 | 0 | 0 | 0 |
| Mrs Kelly Courtnall | 105 Pittwater Road | MANLY NSW 2095 | | | | AUS | 2095 | 194,669 | 0 | 0 | 0 | 0 |
| Miss Melanie Kate Howarth | 8 14-26 Pacific St | MANLY NSW 2095 | | | | AUS | 2095 | 14,000 | 0 | 0 | 0 | 0 |
| Mr Brendan Joseph Walsh | PO Box 81 | MANLY NSW 2095 | | | | AUS | 2095 | 200,000 | 0 | 0 | 0 | 0 |
| Danawa (Inv) Pty Ltd | <Danawa S/F A/C> | PO Box 668 | FRESHWATER NSW 2096 | | | AUS | 2096 | 250,000 | 0 | 0 | 0 | 0 |
| Ms Lily Mien Lin Lim & | Mr Anthony Manning Richards | <Lilant Super Fund A/C> | 4 Ellen Street | CURL CURL NSW 2096 | | AUS | 2096 | 275,000 | 0 | 0 | 0 | 0 |
| Mr John Sidney Mason | Unit 8 | 38 Wyuna Avenue | HARBORD NSW 2096 | | | AUS | 2096 | 200,000 | 0 | 0 | 0 | 0 |
| Ms Lily Mien Lin Richards | 4 Ellen Street | CURL CURL NSW 2096 | | | | AUS | 2096 | 100,000 | 0 | 0 | 0 | 0 |
| Mr James Charles Smith | Unit 1 | 1A Greycliffe Street | QUEENSCLIFF NSW 2096 | | | AUS | 2096 | 50,000 | 0 | 0 | 0 | 0 |
| Zaphod Pty Limited | <Matthews Super Fund A/C> | 15A Carlton Street | FRESHWATER NSW 2096 | | | AUS | 2096 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Brian Gray | 28 Cliff Road | COLLAROY NSW 2097 | | | | AUS | 2097 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Scott Matthew Taylor & | Mrs Tania Amy Taylor | <Curly Holdings S/Fund A/C> | 22 Connaught St | NARRAWEENA NSW 2099 | | AUS | 2099 | 6,928 | 0 | 0 | 0 | 0 |
| Mr Frank Gigliotti & | Mr Sarino Gigliotti | 27 William Street | NORTH MANLY NSW 2100 | | | AUS | 2100 | 200,000 | 0 | 0 | 0 | 0 |
| Imperu Nominees Pty Limited | 10 Cicada Glen Road | INGLESIDE NSW 2101 | | | | AUS | 2101 | 140,000 | 0 | 0 | 0 | 0 |
| Ms Jie Ding | 215 79-91 Macpherson St | WARRIEWOOD NSW 2102 | | | | AUS | 2102 | 5,491 | 0 | 0 | 0 | 0 |
| Wonga King Pty Ltd | <Skirka Super Fund A/C> | 94 Barrenjoey Road | MONA VALE NSW 2103 | | | AUS | 2103 | 270,000 | 0 | 0 | 0 | 0 |
| Poriba Pty Ltd | <Litman S/F A/C> | 20/3 Pittwater Road | BAYVIEW NSW 2104 | | | AUS | 2104 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Bruce Alan Joscelyne & | Mrs Robyn Joy Joscelyne | <Raan Super Fund A/C> | PO Box 446 | NEWPORT BEACH NSW 2106 | | AUS | 2106 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Eugene Robert Clewett | 35 Mirrabooka St | BILGOLA PLATEAU NSW 2107 | | | | AUS | 2107 | 10,000 | 0 | 0 | 0 | 0 |
| Clewett Super Pty Ltd | <Clewett Super Fund A/C> | 35 Mirrabooka Street | BILGOLA PLATEAU NSW 2107 | | | AUS | 2107 | 40,000 | 0 | 0 | 0 | 0 |
| G-View Pty Ltd | <Intergen Super Fund A/C> | 20 Auburn Street | HUNTERS HILL NSW 2110 | | | AUS | 2110 | 56,250 | 0 | 0 | 0 | 0 |
| Xanthorrea Estates Pty Ltd | <STTC Family A/C> | 15 Kennedy Street | GLADESVILLE NSW 2111 | | | AUS | 2111 | 55,000 | 0 | 0 | 0 | 0 |
| Ms Sonja Ginter | 4 Linton Avenue | WEST RYDE NSW 2114 | | | | AUS | 2114 | 45,000 | 0 | 0 | 0 | 0 |
| Mr Graeme Kenneth McPherson | 17 Maple Crescent | ERMINGTON NSW 2115 | | | | AUS | 2115 | 70,000 | 0 | 0 | 0 | 0 |
| Ms Ling Huang | 18 Elder Rd | DUNDAS NSW 2117 | | | | AUS | 2117 | 158,600 | 0 | 0 | 0 | 0 |
| Mr Martin Stephen Farrow & | Mrs Michelle Farrow | <Farrow Family Ret Plan A/C> | 114 Balaka Drive | CARLINGFORD NSW 2118 | | AUS | 2118 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Timothy David Fraser | PO Box 2569 | CARLINGFORD COURT NSW 2118 | | | | AUS | 2118 | 12,140 | 0 | 0 | 0 | 0 |

4 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Dong Soo Kim | 181 Carlingford Road | CARLINGFORD NSW 2118 | | | | AUS | 2118 | 10,000 | 0 | 0 | 0 | 0 |
| Ms Hai Ling Wang | 22 Miamba Avenue | CARLINGFORD NSW 2118 | | | | AUS | 2118 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Brian Christiansen & | Mrs Shannon Marie Christiansen | <Christiansens Superfund A/C> | 194 Beecroft Road | CHELTENHAM NSW 2119 | | AUS | 2119 | 138,680 | 0 | 0 | 0 | 0 |
| Mr Owen Michael Harrison | 1 Day Rd | CHELTENHAM NSW 2119 | | | | AUS | 2119 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Tatiana Ditzinger | 12 Jesmond Cres | BEECROFT NSW 2119 | | | | AUS | 2119 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Lukas William De Vries | 16 Sutherland Road | CHELTENHAM NSW 2119 | | | | AUS | 2119 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Mitchel Ulike De Vries | 16 Sutherland Road | CHELTENHAM NSW 2119 | | | | AUS | 2119 | 24,000 | 0 | 0 | 0 | 0 |
| Gartline Pty Limited | <Hobson Super Fund A/C> | 5 Dobson Street | THORNLEIGH NSW 2120 | | | AUS | 2120 | 300,000 | 0 | 0 | 0 | 0 |
| Chocalart Pty Ltd | <The Woodvale S/Fund A/C> | 30 Brucedale Avenue | EPPING NSW 2121 | | | AUS | 2121 | 68,510 | 0 | 0 | 0 | 0 |
| Mr David Eyles | 8 Cumberland Street | EPPING NSW 2121 | | | | AUS | 2121 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Alexander Kevin McDonald | 16 Boronia Av | EPPING NSW 2121 | | | | AUS | 2121 | 910,679 | 0 | 0 | 0 | 0 |
| Mr Mario Scognamiglio & | Mrs Doris Scognamiglio | <Sco Super Fund A/C> | 32 Surrey Street | EPPING. NSW 2121 | | AUS | 2121 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Dawei Tan & | Ms Caiping Liu | 3C Edensor Street | EPPING NSW 2121 | | | AUS | 2121 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Minh Cong Duong | Unit 93 188-190 Balaclava Rd | MARSFIELD NSW 2122 | | | | AUS | 2122 | 50,000 | 0 | 0 | 0 | 0 |
| Satish Super Pty Ltd | <Satsun Super A/C> | 64 Lovell Rd | EASTWOOD NSW 2122 | | | AUS | 2122 | 331,610 | 0 | 0 | 0 | 0 |
| Southwest Pty Ltd | <MDR Super Fund No 3 A/C> | 9 Stewart St | EASTWOOD NSW 2122 | | | AUS | 2122 | 10,000 | 0 | 0 | 0 | 0 |
| Genatst Pty Ltd | <Michael Mekhitarian S/F A/C> | PO Box 970 | PARRAMATTA NSW 2124 | | | AUS | 2124 | 15,000 | 0 | 0 | 0 | 0 |
| Memo (NSW) Pty Ltd | <Memo Super Fund A/C> | PO Box 1004 | PARRAMATTA NSW 2124 | | | AUS | 2124 | 100,000 | 0 | 0 | 0 | 0 |
| Nistan Investments Pty Ltd | <Nistan Invests Ret Fund A/C> | PO Box 1004 | PARRAMATTA NSW 2124 | | | AUS | 2124 | 110,000 | 0 | 0 | 0 | 0 |
| Mr Johnson Chan | 4 Giuffre Place | WEST PENNANT HILLS NSW 2125 | | | | AUS | 2125 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Michael Yau Wai Chui & | Ms Choi Yuk Leung | 27 Ellerslie Drive | WEST PENNANT HILLS NSW 2125 | | | AUS | 2125 | 800,000 | 0 | 0 | 0 | 0 |
| Mr Neil Colquhoun | PO Box 160 | WEST PENNANT HILLS NSW 2125 | | | | AUS | 2125 | 5,500 | 0 | 0 | 0 | 0 |
| Mr Peter John Dick & | Ms Helen Anne Levers | 4 Southwood Place | WEST PENNANT HILLS NSW 2125 | | | AUS | 2125 | 150,000 | 0 | 0 | 0 | 0 |
| M & M Chan Pty Ltd | <M & M Chan Super Fund A/C> | 16 Deakin Place | WEST PENNANT HILLS NSW 2125 | | | AUS | 2125 | 30,000 | 0 | 0 | 0 | 0 |
| Mrs Monica Modi | 56 New Line Road | WEST PENNANT HILLS NSW 2125 | | | | AUS | 2125 | 5 | 0 | 0 | 0 | 0 |
| Mr Mark David Hennessey | 39 Macquarie Drive | CHERRYBROOK NSW 2126 | | | | AUS | 2126 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Stephane Dufaut | 10/25 Sloane St | SUMMER HILL NSW 2130 | | | | AUS | 2130 | 3 | 0 | 0 | 0 | 0 |
| Mr Stephen Kamaghan | 23 Devonshire Street | CROYDON NSW 2132 | | | | AUS | 2132 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Shaun Hirendra Nair & | Mrs Antonella Nair | 14 Hammond Ave | CROYDON NSW 2132 | | | AUS | 2132 | 10,000 | 0 | 0 | 0 | 0 |
| Mr John Henry Elston | 15A Gordon Street | BURWOOD NSW 2134 | | | | AUS | 2134 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Peter Mouawad | 11 Brooklyn Street | BURWOOD NSW 2134 | | | | AUS | 2134 | 5,000 | 0 | 0 | 0 | 0 |
| Wanran Zhou & | Huaijun Zheng | 35/16-22 Burwood Road | BURWOOD NSW 2134 | | | AUS | 2134 | 10,000 | 0 | 0 | 0 | 0 |
| Admiration Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| All Positive Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| Augusta Corporation | 9 Augusta Street | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 150,000 | 0 | 0 | 0 | 0 |
| Benevolence Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| C J Bova Pty Ltd | <C J Bova Ret Fund A/C> | 96 Albyn Road | STRATHFIELD NSW 2135 | | | AUS | 2135 | 100,000 | 0 | 0 | 0 | 0 |
| Cube Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| Epaesport Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| Full Integrity Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 18 | 0 | 0 | 0 | 0 |
| Generation Z Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| Honest Endeavour Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| I T V Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| I Venture Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| Jimmy Pong Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| Kiloyear Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 10 | 0 | 0 | 0 | 0 |
| Mr Jimmy Wai Hung Pong | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| Mr Mark Humphrey O'Sullivan & | Mrs Janine O'Sullivan | <Serenity Super Fund A/C> | 6/101 Wentworth Road | STRATHFIELD NSW 2135 | | AUS | 2135 | 20,000 | 0 | 0 | 0 | 0 |
| Yeah Pty Ltd | 30 Oxford Road | STRATHFIELD NSW 2135 | | | | AUS | 2135 | 67 | 0 | 0 | 0 | 0 |
| Mr Richard J Wyand-Brooks & | Mrs Vicki E Wyand-Brooks | 15 James Street | SOUTH STRATHFIELD NSW 2136 | | | AUS | 2136 | 25,000 | 0 | 0 | 0 | 0 |
| Fletcher & Pickett | Superannuation Pty Ltd | <Fletcher&Pickett 2 PLSF A/C> | Unit 43 | 77 Peninsula Drive | BREAKFAST POINT NSW 2137 | AUS | 2137 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Robert John McKenna | Unit 6 Ground Floor | 8 Wentworth Drive | LIBERTY GROVE NSW 2138 | | | AUS | 2138 | 100,000 | 0 | 0 | 0 | 0 |
| Xing Min Li | 3/8 Francis Street | LIDCOMBE NSW 2141 | | | | AUS | 2141 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Quoc Cuong Nguyen | Unit 1 | 17-19 Mary Street | LIDCOMBE NSW 2141 | | | AUS | 2141 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Marcel Abraham | 21 Steel Street | GRANVILLE NSW 2142 | | | | AUS | 2142 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Lisa Li | 2/54 Prospect St | ROSEHILL NSW 2142 | | | | AUS | 2142 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Andrew James Charles | Hansell & | Mrs Bernadeth Hansell | <Hansell Super Fund A/C> | 15 Pobje Avenue | BIRRONG NSW 2143 | AUS | 2143 | 18,013 | 0 | 0 | 0 | 0 |
| Mr Salmin Safraz Khan | 42 Jones Ave | POTTS HILL NSW 2143 | | | | AUS | 2143 | 95,000 | 0 | 0 | 0 | 0 |
| Ms Melanie Anne Andrews | 124B Centenary Rd | SOUTH WENTWORTHVILLE NSW 2145 | | | | AUS | 2145 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Andy Wai Kit Leung | 34 Hudson Street | WENTWORTHVILLE. NSW 2145 | | | | AUS | 2145 | 2,400 | 0 | 0 | 0 | 0 |
| Mrs Manjula Rajeev | 31B | Fullagar Road | WENTWORTHVILLE NSW 2145 | | | AUS | 2145 | 8,000 | 0 | 0 | 0 | 0 |
| Ms Janice Storey | 8 Azalea Street | GREYSTANES NSW 2145 | | | | AUS | 2145 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Frank Borys | 55 The Crescent | TOONGABBIE NSW 2146 | | | | AUS | 2146 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Akeke Kavana | 44 Peter Parade | OLD TOONGABBIE NSW 2146 | | | | AUS | 2146 | 727,500 | 0 | 0 | 0 | 0 |
| Mr Francis Galea & | Mrs Carmen Galea | 58 Frederick Street | BLACKTOWN NSW 2148 | | | AUS | 2148 | 67,500 | 0 | 0 | 0 | 0 |
| Mr Ravindra Kumar Karunanayake | 120 Harvey Road | KINGS PARK NSW 2148 | | | | AUS | 2148 | 30,000 | 0 | 0 | 0 | 0 |
| Xue Feng Zhang | 1/78a Weston Street | HARRIS PARK NSW 2150 | | | | AUS | 2150 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Suhaila Kylie Hochstrasser | 7 Alderson Avenue | NORTH ROCKS NSW 2151 | | | | AUS | 2151 | 5,000 | 0 | 0 | 0 | 0 |
| Dr Peter Gordon Wilson | 282 North Rocks Road | NORTH ROCKS NSW 2151 | | | | AUS | 2151 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Tong Chen | 24 Northmead Ave | NORTHMEAD NSW 2152 | | | | AUS | 2152 | 7,000 | 0 | 0 | 0 | 0 |
| Xiu Ling Liu | 11 Peter Street | BAULKHAM HILLS NSW 2153 | | | | AUS | 2153 | 14,000 | 0 | 0 | 0 | 0 |
| Mr Paul Denis Mullen | P O Box 453 | WINSTON HILLS NSW 2153 | | | | AUS | 2153 | 49,000 | 0 | 0 | 0 | 0 |
| Mrs Rena Vivekanand Parikh | 37 Glanmire Rd | BAULKHAM HILLS NSW 2153 | | | | AUS | 2153 | 109,000 | 0 | 0 | 0 | 0 |
| Mr Sagar Rajpura | 201 Seven Hills Road | BAULKHAM HILLS. NSW 2153 | | | | AUS | 2153 | 7,500 | 0 | 0 | 0 | 0 |
| Valboro Pty Limited | <P & D Sheedy Family A/C> | 3 Toni Place | BAULKHAM HILLS NSW 2153 | | | AUS | 2153 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Yvonne Tolato Hill & | Mr Graeme Leslie Hill | Unit 15 9 Garthowen Cres | CASTLE HILL NSW 2154 | | | AUS | 2154 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Chuan Yu Hsiau | 1 Richmond Court | CASTLE HILL NSW 2154 | | | | AUS | 2154 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Elyas Khaleqi | 120 David Road | CASTLE HILL NSW 2154 | | | | AUS | 2154 | 1 | 0 | 0 | 0 | 0 |
| Mr Dean Nausti | 6 Kingussie Avenue | CASTLE HILL NSW 2154 | | | | AUS | 2154 | 118,900 | 0 | 0 | 0 | 0 |
| Mr Dean Naudi | <Judean Family A/C> | 6 Kingussie Ave | CASTLE HILL NSW 2154 | | | AUS | 2154 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Gary Owen Oneill & | Mrs Marina Lucia Romana Oneill | <Starfish Super Fund A/C> | 24/22 Hudson Ave | CASTLE HILL NSW 2154 | | AUS | 2154 | 626,000 | 0 | 0 | 0 | 0 |
| Mrs Roopal Patel | 8 Richmond Court | CASTLE HILL NSW 2154 | | | | AUS | 2154 | 49,950 | 0 | 0 | 0 | 0 |
| Mr Anthony William Vermeer | Unit 2 6 Roger Ave | CASTLE HILL NSW 2154 | | | | AUS | 2154 | 3,500 | 0 | 0 | 0 | 0 |
| Mr Han Young Ko | 24 Harvard Circuit | ROUSE HILL NSW 2155 | | | | AUS | 2155 | 8,500 | 0 | 0 | 0 | 0 |
| Mr Marc Dominic Morabito & | Mrs Vittoria Maria Morabito | <M And V Morabito S/F A/C> | PO Box 370 | KELLYVILLE NSW 2155 | | AUS | 2155 | 240,000 | 0 | 0 | 0 | 0 |
| Mr Chiang Hao Wong | 8 Armbruster Ave | KELLYVILLE NSW 2155 | | | | AUS | 2155 | 1,671,000 | 0 | 0 | 0 | 0 |
| Mr Michael O'Sullivan | 3 Ballanda Place | DURAL NSW 2158 | | | | AUS | 2158 | 20,589 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 29/1/15,29/7/15,29/1/17,29/7/17,29/1/18,2 | Unlist. Opt. $0.175 Tranches - 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Aigeis Pty Ltd | <The Urry Family S/F A/C> | PO Box 150 | GALSTON NSW 2159 | | | AUS | 2159 | 2,835,000 | 0 | 0 | 0 | 0 |
| Slowdance Pty Ltd | <The Norval Family A/C> | 79 Crosslands Road | GALSTON NSW 2159 | | | AUS | 2159 | 73,462 | 0 | 0 | 0 | 0 |
| Mrs Shahida Aktar | Unit 7 | 12- 14 Newman Street | MERRYLANDS NSW 2160 | | | AUS | 2160 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Sean Lim Khov | 8 Albion Avenue | MERRYLANDS NSW 2160 | | | | AUS | 2160 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Stephen Lamb | 68A Farnell Street | MERRYLANDS NSW 2160 | | | | AUS | 2160 | 167,000 | 0 | 0 | 0 | 0 |
| Mr Mark Shalala | PO Box 376 | GUILDFORD NSW 2161 | | | | AUS | 2161 | 30,000 | 0 | 0 | 0 | 0 |
| Ms Lily Leong | C- 11/10 Fisher Street | CABRAMATTA NSW 2166 | | | | AUS | 2166 | 9,000 | 0 | 0 | 0 | 0 |
| Mr Rajendra Kadel | 11 Albion Cres | GLENFIELD NSW 2167 | | | | AUS | 2167 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Gopal Prasad Mainali | 13 Mary Ann Dr | GLENFIELD NSW 2167 | | | | AUS | 2167 | 260,000 | 0 | 0 | 0 | 0 |
| Mr Pratit Poudel | 42 Sovereign CCT | GLENFIELD NSW 2167 | | | | AUS | 2167 | 60,000 | 0 | 0 | 0 | 0 |
| Mrs Rizalie Doroteo Vergara | 31 Keppel Circuit | HINCHINBROOK NSW 2168 | | | | AUS | 2168 | 16,800 | 0 | 0 | 0 | 0 |
| Mr Tony Nakhl | 41 Amalfi Street | LURNEA NSW 2170 | | | | AUS | 2170 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Surender Kumar Pawar | Unit 71 31-33 Campbell Street | LIVERPOOL NSW 2170 | | | | AUS | 2170 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Nathan Joseph Andrew Role | 1 Pulham Close | CHIPPING NORTON NSW 2170 | | | | AUS | 2170 | 7,650 | 0 | 0 | 0 | 0 |
| Mr Tomislav Sikic | Unit 1 27-29 Bigge St | LIVERPOOL NSW 2170 | | | | AUS | 2170 | 5,714 | 0 | 0 | 0 | 0 |
| Miss Teresa Joan Wilson & | Miss Julie Monique Rogers | 28 Mubo Crescent | HOLSWORTHY NSW 2173 | | | AUS | 2173 | 7,142 | 0 | 0 | 0 | 0 |
| Mr Jonathan George | 130-134 Arundel Road | HORSLEY PARK NSW 2175 | | | | AUS | 2175 | 49,320 | 0 | 0 | 0 | 0 |
| Mr Ramsin Malek | 12 Ashur Cres | GREENFIELD PARK NSW 2176 | | | | AUS | 2176 | 133,000 | 0 | 0 | 0 | 0 |
| Mr Kiat Phanith | 29 Sweethaven Road | EDENSOR PARK NSW 2176 | | | | AUS | 2176 | 20 | 0 | 0 | 0 | 0 |
| Ms Tracey Sharron | 12 Bossley Road | BOSSLEY PARK NSW 2176 | | | | AUS | 2176 | 51,515 | 0 | 0 | 0 | 0 |
| Mr Edi Vukosa | 35 Natchez Cres | GREENFIELD PARK NSW 2176 | | | | AUS | 2176 | 130,000 | 0 | 0 | 0 | 0 |
| Mrs YUYI Chen | 44 Acton Street | HURLSTONE PARK NSW 2193 | | | | AUS | 2193 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Jane Sullivan | 69 Hay Street | ASHBURY NSW 2193 | | | | AUS | 2193 | 6,000 | 0 | 0 | 0 | 0 |
| Mrs Jane Sullivan | <The Sullivan Investment A/C> | 69 Hay Street | ASHBURY NSW 2193 | | | AUS | 2193 | 5,000 | 0 | 0 | 0 | 0 |
| Huizhan Fan | 4/83 Campsie Street | CAMPSIE NSW 2194 | | | | AUS | 2194 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Tiancheng Liu | 15 Wade St | CAMPSIE NSW 2194 | | | | AUS | 2194 | 649,000 | 0 | 0 | 0 | 0 |
| Xiu Ling Wu | 3/7 Fifth Avenue | CAMPSIE NSW 2194 | | | | AUS | 2194 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Qinghua Zhang & | Ms Xuefei Lu | 18 Clissold Pde | CAMPSIE NSW 2194 | | | AUS | 2194 | 11,448 | 0 | 0 | 0 | 0 |
| Mr Danda Venkata Srinivas Rao | Unit 5 | 15 Denman Avenue | WILEY PARK NSW 2195 | | | AUS | 2195 | 72,000 | 0 | 0 | 0 | 0 |
| Mrs Antwanette Dahbar | 2 Lofts Avenue | ROSELANDS NSW 2196 | | | | AUS | 2196 | 44,200 | 0 | 0 | 0 | 0 |
| Ms Sylvia Jankuloska | 21 Foley Street | GEORGES HALL NSW 2198 | | | | AUS | 2198 | 20,000 | 0 | 0 | 0 | 0 |
| Dr Angelo Aspris | 9 Irvine Street | BANKSTOWN NSW 2200 | | | | AUS | 2200 | 1 | 0 | 0 | 0 | 0 |
| Ms Evelyn Goh | 100 Edgar Street | BANKSTOWN NSW 2200 | | | | AUS | 2200 | 7,500 | 0 | 0 | 0 | 0 |
| Ms Xia Zou | 331 Hume Highway | BANKSTOWN NSW 2200 | | | | AUS | 2200 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Mac Christie | 29/2 Williams Pde | DULWICH HILL NSW 2203 | | | | AUS | 2203 | 10,000 | 0 | 0 | 0 | 0 |
| Ms Chongchit Cooper | 7 Black Street | MARRICKVILLE NSW 2204 | | | | AUS | 2204 | 67,000 | 0 | 0 | 0 | 0 |
| Plumbspark Pty Ltd | 107 Meeks Road | MARRICKVILLE NSW 2204 | | | | AUS | 2204 | 805,555 | 0 | 0 | 0 | 0 |
| Mr Timothy Charles Weale | 41A Petersham Rd | MARRICKVILLE NSW 2204 | | | | AUS | 2204 | 14,833 | 0 | 0 | 0 | 0 |
| Access Atpl Super Pty Ltd | <Access Atpl Super Fund A/C> | Unit 1205 1 Brodie Spark Dr | WOLLI CREEK NSW 2205 | | | AUS | 2205 | 177,106 | 0 | 0 | 0 | 0 |
| Mr James Barry Bass | 410 Homer Street | EARLWOOD NSW 2206 | | | | AUS | 2206 | 230,000 | 0 | 0 | 0 | 0 |
| Mr Didi Neto Rodrigues | 95 Wodcott Street | EARLWOOD NSW 2206 | | | | AUS | 2206 | 41,000 | 0 | 0 | 0 | 0 |
| Yili Du | 2/72 Caledonian Street | BEXLEY NSW 2207 | | | | AUS | 2207 | 55,000 | 0 | 0 | 0 | 0 |
| Mr Derrick Andrew Windsor | 12 Arthur Street | BEXLEY NSW 2207 | | | | AUS | 2207 | 5,000 | 0 | 0 | 0 | 0 |
| Dr Hua Zhu | 23 Monomeeth Street | BEXLEY NSW 2207 | | | | AUS | 2207 | 70,000 | 0 | 0 | 0 | 0 |
| Ms Danielle Louise Moore | 42 Staples Street | KINGSGROVE NSW 2208 | | | | AUS | 2208 | 68,000 | 0 | 0 | 0 | 0 |
| Jonenderbee Investments Pty | Ltd | <Starlotters Staff Prov A/C> | PO Box 51 | BEVERLY HILLS NSW 2209 | | AUS | 2209 | 601,000 | 0 | 0 | 0 | 0 |
| Wei Neng Yang | 13 Warne Crescent | BEVERLY HILLS NSW 2209 | | | | AUS | 2209 | 20,000 | 0 | 0 | 0 | 0 |
| Wei Neng Yang | 13 Warne Crescent | BEVERLY HILLS NSW 2209 | | | | AUS | 2209 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Ayodeji Fisayo Ayodele | Unit 11 13-17 Peake Pde | PEAKHURST NSW 2210 | | | | AUS | 2210 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Mario Corallo | 15 Bungalow Road | PEAKHURST NSW 2210 | | | | AUS | 2210 | 14,700 | 0 | 0 | 0 | 0 |
| Mr Peter Anthony Gibbs | 8 Prospect Road | PEAKHURST NSW 2210 | | | | AUS | 2210 | 50,000 | 0 | 0 | 0 | 0 |
| Huiming Zhang | 27 Alliance Avenue | REVESBY NSW 2212 | | | | AUS | 2212 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Tony Elhan Daroczy | 97A Tower Street | PANANIA NSW 2213 | | | | AUS | 2213 | 21,000 | 0 | 0 | 0 | 0 |
| Mr David Harris | 6 Braesmere Road | PANANIA NSW 2213 | | | | AUS | 2213 | 5,000 | 0 | 0 | 0 | 0 |
| Xiu Qian Yu | 702/7 Rockdale Plaza Drive | ROCKDALE NSW 2216 | | | | AUS | 2216 | 5,000 | 0 | 0 | 0 | 0 |
| Zacart Pty Ltd | 138 Bestic Street | KYEEMAGH NSW 2216 | | | | AUS | 2216 | 35,000 | 0 | 0 | 0 | 0 |
| Mr Kevin Duarte | 87 Barton Street | MONTEREY NSW 2217 | | | | AUS | 2217 | 28,142 | 0 | 0 | 0 | 0 |
| Mr Paul Andrew Flanagan & | Mrs Kellie Jayne Downey | <Flash Superannuation A/C> | Villa 4 78 Alfred St | RAMSGATE BEACH NSW 2217 | | AUS | 2217 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Wei Daniel Li | 22 Parkside Dr | KOGARAH BAY NSW 2217 | | | | AUS | 2217 | 41,689 | 0 | 0 | 0 | 0 |
| One Thousands Times | Superannuation Investment P/L | <Onethousandtimes Super A/C> | 6A Robertson St | KOGARAH NSW 2217 | | AUS | 2217 | 88,235 | 0 | 0 | 0 | 0 |
| Mr Harwin Churniawan | Unit 4 9-11 Argyle St | CARLTON NSW 2218 | | | | AUS | 2218 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Michael Mishevski | 34 Harris Street | SANS SOUCI NSW 2219 | | | | AUS | 2219 | 142,500 | 0 | 0 | 0 | 0 |
| Mr Michael George Abdullah | 18 Amy St | BLAKEHURST NSW 2221 | | | | AUS | 2221 | 30,000 | 0 | 0 | 0 | 0 |
| Doviclo Pty Limited | PO Box 234 | SOUTH HURTSVILLE NSW 2221 | | | | AUS | 2221 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Jason Halley Robert | Mazzaferro | 15 Stuart Crescent | BLAKEHURST NSW 2221 | | | AUS | 2221 | 46,000 | 0 | 0 | 0 | 0 |
| Mr Luke David Anthony | Mazzaferro | 15 Stuart Crescent | BLAKEHURST NSW 2221 | | | AUS | 2221 | 26,000 | 0 | 0 | 0 | 0 |
| Nimpod Pty Ltd | PO Box 234 | SOUTH HURBTVILLE NSW 2221 | | | | AUS | 2221 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Paul Joseph Sakr | 5 Duggan Crescent | CONNELLS POINT NSW 2221 | | | | AUS | 2221 | 226,964 | 0 | 0 | 0 | 0 |
| Mr John Roderick O'Connell | 93 Vicroona Parade | OATLEY NSW 2223 | | | | AUS | 2223 | 45,000 | 0 | 0 | 0 | 0 |
| White Crest Consulting Pty Ltd | 28A Annette Street | OATLEY NSW 2223 | | | | AUS | 2223 | 50,001 | 0 | 0 | 0 | 0 |
| Mr Bradley Pointing | PO Box 221 | SYLVANIA SOUTHGATE NSW 2224 | | | | AUS | 2224 | 29,500 | 0 | 0 | 0 | 0 |
| Ms Suping Zhang | 46 Craigholm Street | SYLVANIA NSW 2224 | | | | AUS | 2224 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Adam Ayash & | Mrs Gail Lynette Ayash | <The Ayash Family S/F A/C> | 7 Juvenis Avenue | OYSTER BAY NSW 2225 | | AUS | 2225 | 1,669 | 0 | 0 | 0 | 0 |
| Mrs Sharon Anne | Osbourne-McHugh | 44 Oyster Bay Road | OYSTER BAY NSW 2225 | | | AUS | 2225 | 10,000 | 0 | 0 | 0 | 0 |
| Maw Projects Pty Ltd | PO Box 1122 | GYMEA NSW 2227 | | | | AUS | 2227 | 1 | 0 | 0 | 0 | 0 |
| Maw Pty Ltd | <Wardrope Family A/C> | PO Box 1122 | GYMEA NSW 2227 | | | AUS | 2227 | 1 | 0 | 0 | 0 | 0 |
| Mr Evan Wardrope | PO Box 1122 | GYMEA NSW 2227 | | | | AUS | 2227 | | 0 | 0 | 0 | 0 |
| Mr Michael Anthony Wardrope | PO Box 1122 | GYMEA NSW 2227 | | | | AUS | 2227 | | 0 | 0 | 0 | 0 |
| Mr Joshua Terry White | 2 Tathra Place | GYMEA NSW 2227 | | | | AUS | 2227 | 85,000 | 0 | 0 | 0 | 0 |
| Mr Gordon Alfred Coutinho & | Mrs Debra Coutinho | 218 Kiora Road | YOWIE BAY NSW 2228 | | | AUS | 2228 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Christopher Roland King | Kemp | 267 President Avenue | MIRANDA NSW 2228 | | | AUS | 2228 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Gordon Bruce Kemp | 267 President Avenue | MIRANDA NSW 2228 | | | | AUS | 2228 | 5,300 | 0 | 0 | 0 | 0 |
| Aspect Australia Pty Limited | PO Box 1097 | CRONULLA NSW 2230 | | | | AUS | 2230 | 50,000 | 0 | 0 | 0 | 0 |
| Aspect Australia Pty Ltd | <Super Fund A/C> | PO Box 1097 | CRONULLA NSW 2230 | | | AUS | 2230 | 150,000 | 0 | 0 | 0 | 0 |
| Mr John Ronald Blanch | 49 Kirkwood Road | CRONULLA NSW 2230 | | | | AUS | 2230 | 30 | 0 | 0 | 0 | 0 |
| Mr Michael John Bofinger & | Mrs Alison Lucille | Bofinger | 8 Gimlang Road | CRONULLA NSW 2230 | | AUS | 2230 | 14,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Cianciarulo | Unit 8 14 The Esplanade | CRONULLA NSW 2230 | | | | AUS | 2230 | 100,000 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Haralambos Flaskas | 3 Wategos St | GREENHILLS BEACH NSW 2230 | | | | AUS | 2230 | 225,000 | 0 | 0 | 0 | 0 |
| GDNC Holdings Pty Ltd | <G & D Amey Super Fund A/C> | 257 Woolooware Road | BURRANEER NSW 2230 | | | AUS | 2230 | 380,120 | 0 | 0 | 0 | 0 |
| Lebika Pty Ltd | <Lebika Pty Ltd S/F A/C> | PO Box 373 | CRONULLA NSW 2230 | | | AUS | 2230 | 131,500 | 0 | 0 | 0 | 0 |
| Mr Robert John Moore | B9/14-16 Burraneer Bay Road | CRONULLA NSW 2230 | | | | AUS | 2230 | 60,000 | 0 | 0 | 0 | 0 |
| Mrs Kylie Nolan | PO Box 1097 | CRONULLA NSW 2230 | | | | AUS | 2230 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Shaun Andrew Nolan | PO Box 1097 | CRONULLA NSW 2230 | | | | AUS | 2230 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Shaun Andrew Nolan & | Mrs Kylie Jane Nolan | <Aspect Super Fund A/C> | PO Box 1097 | CRONULLA NSW 2230 | | AUS | 2230 | 50,000 | 0 | 0 | 0 | 0 |
| Picnic Point Development | Pty Ltd | 4 Glandore Street | WOOLOOWARE NSW 2230 | | | AUS | 2230 | 136,660 | 0 | 0 | 0 | 0 |
| Mr Frank Joseph Buffoni | 12/103 Glencoe Street | SUTHERLAND NSW 2232 | | | | AUS | 2232 | 43,000 | 0 | 0 | 0 | 0 |
| Mr Ian Thomas Rae & | Mrs Geraldine Anne Rae | <Rae Family Super Fund A/C> | 4 Heron Place | GRAYS POINT NSW 2232 | | AUS | 2232 | 517,350 | 0 | 0 | 0 | 0 |
| Heron Financial Pty Ltd | <Heron Financial A/C> | 19 Holmlea Place | ENGADINE NSW 2233 | | | AUS | 2233 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Christopher Thomas Rae & | Ms Elana Jo-Ane Mitchell | <Caldarra Super Fund Account> | 19 Holmlea Place | ENGADINE NSW 2233 | | AUS | 2233 | 400,000 | 0 | 0 | 0 | 0 |
| Mr Terence Michael Brooks & | Ms Yiak Choo Sim | <Star 999 Superfund A/C> | 46 Moreton Road | ILLAWONG NSW 2234 | | AUS | 2234 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Anthony Ghaleb | 15 Jarrah Close | ALFORDS POINT NSW 2234 | | | | AUS | 2234 | 13,000 | 0 | 0 | 0 | 0 |
| Ma & Ym Callaghan Pty Ltd | <Southside Holdings S/F A/C> | 11 Arika Close | BANGOR NSW 2234 | | | AUS | 2234 | 75,475 | 0 | 0 | 0 | 0 |
| Mr Harald Tristan Potuzak & | Mrs Meegan Louise Potuzak | 8 Jonquil Pl | ALFORDS POINT NSW 2234 | | | AUS | 2234 | 140,000 | 0 | 0 | 0 | 0 |
| Mrs Catherine Mary Rawson | PO Box 3278 | BANGOR NSW 2234 | | | | AUS | 2234 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Steven Patrick Van Ryn & | Mrs Lucy Liane Van Ryn | 6 Hall Dr | MENAI NSW 2234 | | | AUS | 2234 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Robert Zobouian | 4 Parkwood Drive | MENAI NSW 2234 | | | | AUS | 2234 | 18,518 | 0 | 0 | 0 | 0 |
| Jalleo Investments Pty Limited | <Jalleo Investments A/C> | PO Box 3565 | ERINA NSW 2250 | | | AUS | 2250 | 750,000 | 0 | 0 | 0 | 0 |
| Jalleo Superannuation Pty | Limited | <Jalleo Super Fund A/C> | PO Box 3565 | ERINA NSW 2250 | | AUS | 2250 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Sergio Sill | 37 Wroy Wroy Road | KARIONG NSW 2250 | | | | AUS | 2250 | 158,000 | 0 | 0 | 0 | 0 |
| Snork Superannuation Fund Pty | Limited | <Snork Super Fund A/C> | PO Box 3565 | ERINA NSW 2250 | | AUS | 2250 | 120,000 | 0 | 0 | 0 | 0 |
| Mr John Toohey | 160 Wattle Tree Road | HOLGATE NSW 2250 | | | | AUS | 2250 | 84,000 | 0 | 0 | 0 | 0 |
| Donzel Pty Limited | <Gr Stewart Family S/F A/C> | 13 Elfin Hill Road | GREEN POINT NSW 2251 | | | AUS | 2251 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Katey Elisabeth Dorahy | 29 High Stree | SARATOGA NSW 2251 | | | | AUS | 2251 | 60,000 | 0 | 0 | 0 | 0 |
| Beltana Contracting Pty Ltd | <Magro Super Fund A/C> | 18 The Rampart | UMINA BEACH NSW 2257 | | | AUS | 2257 | 110,000 | 0 | 0 | 0 | 0 |
| Mr Charles Magro | 18 The Rampart | UMINA BEACH NSW 2257 | | | | AUS | 2257 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Angelo Masters & | Mrs Trudy Masters | <The Masters S/F A/C> | 19 Wilks Ave | UMINA BEACH NSW 2257 | | AUS | 2257 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Angelo Masters & | Mrs Trudy Joy Masters | <The Masters Super Fund A/C> | 19 Wilks Avenue | UMINA BEACH NSW 2257 | | AUS | 2257 | 30,000 | 0 | 0 | 0 | 0 |
| Alan & Gillian Robson Pty Ltd | <The Robson Family SMSF A/C> | 15 Marigold Street | WOONGARRAH NSW 2259 | | | AUS | 2259 | 6,666 | 0 | 0 | 0 | 0 |
| Mr Neil David Duffy | PO Box 27 | WYONG NSW 2259 | | | | AUS | 2259 | 150,000 | 0 | 0 | 0 | 0 |
| Mrs Karen Dorothy Richards | 41A Burbank Drive | TUGGERAH NSW 2259 | | | | AUS | 2259 | 15,000 | 0 | 0 | 0 | 0 |
| Mrs Christine Boydell | 11 Okanagan Close | WAMBERAL NSW 2260 | | | | AUS | 2260 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Claudine Boydell | 11 Okanagan Close | WAMBERAL NSW 2260 | | | | AUS | 2260 | 10,000 | 0 | 0 | 0 | 0 |
| Chris Jones Superannuation | Fund P/L | <Chris Jones S/Fund A/C> | 31 Casino Street | TERRIGAL NSW 2260 | | AUS | 2260 | 83,148 | 0 | 0 | 0 | 0 |
| Kobler Jireh Pty Ltd | <Kobler Family A/C> | 28A Ogilvie Street | TERRIGAL NSW 2260 | | | AUS | 2260 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Askam Rex Nottage & | Mrs Marie Nottage | 14 Newlands Avenue | TERRIGAL NSW 2260 | | | AUS | 2260 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Timothy Tyrrell | 26 Tramway Road | NORTH AVOCA NSW 2260 | | | | AUS | 2260 | 7,500 | 0 | 0 | 0 | 0 |
| Bark (NSW) Pty Ltd | <Bark A/C> | 321 Lakedge Avenue | BERKELEY VALE NSW 2261 | | | AUS | 2261 | 80,000 | 0 | 0 | 0 | 0 |
| Mr Jeffrey Bernhard Raberg & | Mrs Carol Raberg | <Raberg Retirement Fund A/C> | 52 Sierra Avenue | BATEAU BAY NSW 2261 | | AUS | 2261 | 15,000 | 0 | 0 | 0 | 0 |
| Asset Capital Pty Ltd | 94 Border Street | ERARING NSW 2264 | | | | AUS | 2264 | 55,000 | 0 | 0 | 0 | 0 |
| Ms Julie Ann Goldie & | Ms Helen Irene Cox | 10 Kalani Road | BONNELLS BAY NSW 2264 | | | AUS | 2264 | 3,814 | 0 | 0 | 0 | 0 |
| Mr Darrell Kenneth Small & | Mrs Betty Small | 12 Macquarie Street | BONNELLS BAY NSW 2264 | | | AUS | 2264 | 10,450 | 0 | 0 | 0 | 0 |
| Mr David Wayne Smith | 28 Puna Rd | WANGI WANGI NSW 2267 | | | | AUS | 2267 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Patrick Burke | 20 Bellevue Road | BELMONT NSW 2280 | | | | AUS | 2280 | 1 | 0 | 0 | 0 | 0 |
| George Wilks Pty Ltd | <George Wilks Super Fund A/C> | 123 Floraville Road | FLORAVILLE NSW 2280 | | | AUS | 2280 | 546,000 | 0 | 0 | 0 | 0 |
| JBPB Holdings Pty Ltd | <JBPB Holdings A/C> | 20 Bellevue Road | BELMONT NSW 2280 | | | AUS | 2280 | 1 | 0 | 0 | 0 | 0 |
| Ms Jessica Lindsay | 20 Bellevue Road | BELMONT NSW 2280 | | | | AUS | 2280 | | 0 | 0 | 0 | 0 |
| Square Forest Pty Ltd | 20 Bellevue Road | BELMONT NSW 2280 | | | | AUS | 2280 | 1 | 0 | 0 | 0 | 0 |
| Viper Ray Pty Ltd | 20 Bellevue Road | BELMONT NSW 2280 | | | | AUS | 2280 | | 0 | 0 | 0 | 0 |
| Mr Anupam Nahar | Unit C 556 The Esplande | WARNERS BAY NSW 2282 | | | | AUS | 2282 | 168,000 | 0 | 0 | 0 | 0 |
| Spooner Consulting Pty Ltd | 22 Casegrain Close | ELEEBANA NSW 2282 | | | | AUS | 2282 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Arthur Lindsay Harding & | Mrs Lynne Marie Harding | <L & L Harding Super A/C> | 125 Fishing Point Road | FISHING POINT NSW 2283 | | AUS | 2283 | 40,000 | 0 | 0 | 0 | 0 |
| Epcoz Pty Ltd | <Martin Epstein P/L S/F A/C> | 12 Burwood Road | WHITEBRIDGE NSW 2290 | | | AUS | 2290 | 180,000 | 0 | 0 | 0 | 0 |
| Hamva Pty Ltd | <Beaton Super Fund A/C> | 18 Seacourt Avenue | DUDLEY NSW 2290 | | | AUS | 2290 | 6,000 | 0 | 0 | 0 | 0 |
| Mr George David Angus & | Mrs Wendy Lorraine Angus | <Angus Family Super Fund A/C> | PO Box 599 | THE JUNCTION NSW 2291 | | AUS | 2291 | 40,000 | 0 | 0 | 0 | 0 |
| Larjanak Pty Limited | <Lg Roddick Practice S/F A/C> | PO Box 164 | THE JUNCTION NSW 2291 | | | AUS | 2291 | 12,000 | 0 | 0 | 0 | 0 |
| Princess Rose Pty Ltd | PO Box 3450 | MEREWETHER NSW 2291 | | | | AUS | 2291 | 900,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Bourke Terrell | 3 Charles Street | WICKHAM NSW 2293 | | | | AUS | 2293 | 180,000 | 0 | 0 | 0 | 0 |
| Mr Swee Eng Chen & | Mrs Cheng Eng Chan | <Chen Super Fund A/C> | PO Box 139 | JESMOND NSW 2299 | | AUS | 2299 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Robert Desmond Dailey & | Mrs Kerrie Anne Dailey | PO Box 122 | LAMBTON NSW 2299 | | | AUS | 2299 | 40,000 | 0 | 0 | 0 | 0 |
| Mrs Mary Cecilia Ferguson | 40 Church Street | NEWCASTLE NSW 2300 | | | | AUS | 2300 | 10,000 | 0 | 0 | 0 | 0 |
| Nesbitt Investment Co Pty Ltd | PO Box 349 | NEWCASTLE NSW 2300 | | | | AUS | 2300 | 600,000 | 0 | 0 | 0 | 0 |
| Mr Craig Nicholas Porich | 33 Gulliver St | HAMILTON NSW 2303 | | | | AUS | 2303 | 75,000 | 0 | 0 | 0 | 0 |
| Mrs Sandra Maxine Clare | Porich | 33 Gulliver St | HAMILTON NSW 2303 | | | AUS | 2303 | 6,153 | 0 | 0 | 0 | 0 |
| Mr Stan Weeks | P O Box 345 | NELSON BAY NSW 2315 | | | | AUS | 2315 | 200,000 | 0 | 0 | 0 | 0 |
| Marie Angelique International | Pty Ltd | PO Box 117 | MAITLAND NSW 2320 | | | AUS | 2320 | 35,000 | 0 | 0 | 0 | 0 |
| Mr Brendan Paul Power & | Mrs Merran Kay Power | 4 Arcadia Ct | BOLWARRA HEIGHTS NSW 2320 | | | AUS | 2320 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Roger William Schmakeit | 11 Forest Rd | DUNS CREEK NSW 2321 | | | | AUS | 2321 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Paul Richard Annable | 62 Maxonite Rd | TOMAGO NSW 2322 | | | | AUS | 2322 | 240,000 | 0 | 0 | 0 | 0 |
| Mr Kevin James Thompson | 8 Twister St | CHISHOLM NSW 2322 | | | | AUS | 2322 | 50,000 | 0 | 0 | 0 | 0 |
| Mrs Lorna May Thompson | 8 Twister St | CHISHOLM NSW 2322 | | | | AUS | 2322 | 50,000 | 0 | 0 | 0 | 0 |
| Appleton Pty Ltd | 10 George Street | EAST MAITLAND NSW 2323 | | | | AUS | 2323 | | 0 | 0 | 0 | 0 |
| Mrs Angela Clifton | 10 George Street | EAST MAITLAND NSW 2323 | | | | AUS | 2323 | 1 | 0 | 0 | 0 | 0 |
| Mr Matthew Clifton | 10 George Street | EAST MAITLAND NSW 2323 | | | | AUS | 2323 | 10 | 0 | 0 | 0 | 0 |
| Eddison Pty Ltd | 10 George Street | EAST MAITLAND NSW 2323 | | | | AUS | 2323 | | 0 | 0 | 0 | 0 |
| Revit Pty Ltd | 10 George Street | EAST MAITLAND NSW 2323 | | | | AUS | 2323 | | 0 | 0 | 0 | 0 |
| Mr James Benham | 1463 Bridgman Road | BRIDGMAN NSW 2330 | | | | AUS | 2330 | 125,000 | 0 | 0 | 0 | 0 |
| Bje Investement Pty Ltd | <Bje Investment Fund A/C> | 7 Spinks Close | WATTLE PONDS NSW 2330 | | | AUS | 2330 | 400,000 | 0 | 0 | 0 | 0 |
| Kaelem Pty Ltd | <Kamlok Super Fund No 2 A/C> | 104 Queen Street | MUSWELLBROOK NSW 2333 | | | AUS | 2333 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Jorge De Jorge & | Mrs Janine De Jorge | <De Jorge Family A/C> | 179 Harwood Rd | BRANXTON NSW 2335 | | AUS | 2335 | 59,898 | 0 | 0 | 0 | 0 |
| DWSK Super Pty Limited | <DWSK Super Fund A/C> | PO Box 401 | TAMWORTH NSW 2340 | | | AUS | 2340 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Ian Malcolm Stephenson | 169 Allingham Street | ARMIDALE NSW 2350 | | | | AUS | 2350 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Robert Donald Lawrence & | Mrs Janet Ann Lawrence | 17 Sayers Close | GLEN INNES NSW 2370 | | | AUS | 2370 | 5,000 | 0 | 0 | 0 | 0 |
| Mrs Julianne Musgrave | 20 David St | MOREE NSW 2400 | | | | AUS | 2400 | 28,333 | 0 | 0 | 0 | 0 |
| Mrs Desleigh Anne Stone & | Mr Michael Edward Stone | 9 Hassell Street | MOREE NSW 2400 | | | AUS | 2400 | 100,000 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 9/7/18,29/1/19,29/6/19 | Unlist. Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Frank Fenech | PO Box 350 | TUNCURRY NSW 2428 | | | | AUS | 2428 | 42,147 | 0 | 0 | 0 | 0 |
| Mr Alistair Hamish Graham | PO Box 176 | TUNCURRY NSW 2428 | | | | AUS | 2428 | 10,000 | 0 | 0 | 0 | 0 |
| Beachburn Holdings Pty Ltd | <Scott Superfund A/C> | 6 Ritchie Crescent | TAREE NSW 2430 | | | AUS | 2430 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Robert Malcolm Gander | 7 Surfsound Ave | WALLABI POINT NSW 2430 | | | | AUS | 2430 | 25,000 | 0 | 0 | 0 | 0 |
| Mrs Margaret Helen Howard & | Mr William John Howard | <W> & Mh Howard S/F A/C> | 15 Unique Close | CAMDEN HEAD NSW 2443 | | AUS | 2443 | 100,000 | 0 | 0 | 0 | 0 |
| Agland Enterprises Pty Ltd | 21 Jonas Absalom Drive | PORT MACQUARIE NSW 2444 | | | | AUS | 2444 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Terence Essex | 16 Amira Drive | PORT MACQUARIE NSW 2444 | | | | AUS | 2444 | 45,000 | 0 | 0 | 0 | 0 |
| Kevin Byrne Consulting | Services Pty Ltd | <Byrne Super Fund A/C> | 19 Heavenly Ridge | PORT MACQUARIE NSW 2444 | | AUS | 2444 | 220,000 | 0 | 0 | 0 | 0 |
| Mrs Wendy Godley | 28/1333 Ocean Drive | LAKE CATHIE NSW 2445 | | | | AUS | 2445 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Peter Beames | 388 Redbank Road | WAUCHOPE  NSW 2446 | | | | AUS | 2446 | 11,000 | 0 | 0 | 0 | 0 |
| Mr Peter John Kingston | PO Box 157 | NAMBUCCA HEADS NSW 2448 | | | | AUS | 2448 | 40,000 | 0 | 0 | 0 | 0 |
| Mrs Melinda Battaglia | 2A Plunkett Cl | BOAMBEE NSW 2450 | | | | AUS | 2450 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Graham Mitchell Jones | Unit 37 33A Mackays Rd | COFFS HARBOUR NSW 2450 | | | | AUS | 2450 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Graham Mitchell Jones | Unit 37 33 Mackays Rd | COFFS HARBOUR NSW 2450 | | | | AUS | 2450 | 50,000 | 0 | 0 | 0 | 0 |
| Mr John William Pinney | PO Box 571 | COFFS HARBOUR NSW 2450 | | | | AUS | 2450 | 10,000 | 0 | 0 | 0 | 0 |
| Plaza Bay (Aust) Pty Ltd | <Blewitt Super Fund A/C> | PO Box 6768 | COFFS HARBOUR PLAZA NSW 2450 | | | AUS | 2450 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Bruce Cross | 29 Ramonie Drive | TOORMINA  NSW 2452 | | | | AUS | 2452 | 6,000 | 0 | 0 | 0 | 0 |
| H R Want Pty Ltd | <Granleese Super Fund A/C> | PO Box 490 | YAMBA NSW 2464 | | | AUS | 2464 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Ross Brian Wilson & | Mrs Carmen Wilson | 184 Oyster Cove Resort | 1 Orion Drive | YAMBA  NSW 2464 | | AUS | 2464 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Helmut Weil & | Mrs Ingrid Weil | 561 Goodwood Island Road | GOODWOOD ISLAND NSW 2469 | | | AUS | 2469 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Helmut Weil | 561 Goodwood Island Road | GOODWOOD ISLAND NSW 2469 | | | | AUS | 2469 | 45,000 | 0 | 0 | 0 | 0 |
| Mrs Selma May Platt | 6 Devon Court | CASINO NSW 2470 | | | | AUS | 2470 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Raymond Noel Skelton & | Ms Helen Kerr | PO Box 449 | KYOGLE NSW 2474 | | | AUS | 2474 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Raymond Noel Skelton | PO Box 449 | KYOGLE NSW 2474 | | | | AUS | 2474 | 250,000 | 0 | 0 | 0 | 0 |
| C Page Pty Ltd | <CDP Superannuation A/C> | PO Box 66 | BYRON BAY NSW 2481 | | | AUS | 2481 | 40,000 | 0 | 0 | 0 | 0 |
| C Page Pty Ltd | <CDP Investment Account> | PO Box 66 | BYRON BAY NSW 2481 | | | AUS | 2481 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Brian Bevan | Unit 26 | 98-102 Keith Compton Drive | TWEED HEADS NSW 2485 | | | AUS | 2485 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Benjamin Couwenberg | PO Box 6040 | TWEED HEADS SOUTH NSW 2486 | | | | AUS | 2486 | 29,001 | 0 | 0 | 0 | 0 |
| Ms Evelyn Maud Endres | 84 Avondale Drive | BANORA POINT NSW 2486 | | | | AUS | 2486 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Joseph Lanskey & | Mrs Jannette Joan Lanskey | <The Lanskey Family A/C> | 36 Parkes Lane | TERRANORA NSW 2486 | | AUS | 2486 | 69,819 | 0 | 0 | 0 | 0 |
| Mr Kenneth William Lewis | 10 Medoc Place | TWEED HEADS SOUTH NSW 2486 | | | | AUS | 2486 | 68,581 | 0 | 0 | 0 | 0 |
| Mrs Kathryn Quinton | 24 Bluegum Boulevard | BANORA POINT  NSW 2486 | | | | AUS | 2486 | 11,000 | 0 | 0 | 0 | 0 |
| TJW Pty Ltd | <The Francis Super Fund A/C> | PO Box 5011 | TERRANORA  NSW 2486 | | | AUS | 2486 | 3,000,000 | 0 | 0 | 0 | 0 |
| Mrs Yvonne Webley & | Mr Donald Webley | 1 Vista Close | TERRANORA NSW 2486 | | | AUS | 2486 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Robert Anthony McLucas | 35 Sutherland Street | KINGSCLIFF NSW 2487 | | | | AUS | 2487 | 834,445 | 0 | 0 | 0 | 0 |
| Mr Scott Nicholas Pearson | Unit 10 26 Kingscliff St | KINGSCLIFF NSW 2487 | | | | AUS | 2487 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Alan Peter De Reuck | 1 Sailfish Way | KINGSCLIFF NSW 2487 | | | | AUS | 2487 | 3,647 | 0 | 0 | 0 | 0 |
| Mr Robert William Corlett | PO Box 7155 | GWYNNEVILLE NSW 2500 | | | | AUS | 2500 | 1 | 0 | 0 | 0 | 0 |
| Drulland Management | Pty Limited | <Kelly Super Fund Account> | 14 Edward St | WOLLONGONG NORTH NSW 2500 | | AUS | 2500 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Thomas Heffernan | 42 Old Quarry Circuit | HELENSBURGH NSW 2508 | | | | AUS | 2508 | 100,431 | 0 | 0 | 0 | 0 |
| Mr Talis Janis Putnins | 15 Old Farm Rd | HELENSBURGH NSW 2508 | | | | AUS | 2508 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Simon Leary | 103 Morrison Ave | WOMBARRA  NSW 2515 | | | | AUS | 2515 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Jonathan Lyndon Osborne | 480 Lawrence Hargrave Drive | WOMBARRA NSW 2515 | | | | AUS | 2515 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Alan Gregory Bennett | 11 Arapan Circuit | BULLI NSW 2516 | | | | AUS | 2516 | 419,796 | 0 | 0 | 0 | 0 |
| Mrs Angela Rosalind Thompson | 11 Alroy St | BULLI NSW 2516 | | | | AUS | 2516 | 41,675 | 0 | 0 | 0 | 0 |
| Mr Peter Thompson | 11 Alroy St | BULLI NSW 2516 | | | | AUS | 2516 | 38,500 | 0 | 0 | 0 | 0 |
| Mr Peter Lawrence Hawken & | Mrs Pamela Hawken | 73 Franklin Avenue | WOONONA NSW 2517 | | | AUS | 2517 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Adam Peter McLeod | 4 Gahnia Ave | FIGTREE NSW 2525 | | | | AUS | 2525 | 400,000 | 0 | 0 | 0 | 0 |
| Mrs Pamela O'Connell | 22 Aviemore Place | FIGTREE NSW 2525 | | | | AUS | 2525 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Vlade Stojkovski | 7 Lillian Place | FIGTREE NSW 2525 | | | | AUS | 2525 | 83,333 | 0 | 0 | 0 | 0 |
| Mr Ruwan Brell | 206 Farmborough Road | FARMBOROUGH HEIGHTS NSW 2526 | | | | AUS | 2526 | 12,000 | 0 | 0 | 0 | 0 |
| Mrs Nicole Ross & | Mr David John Ross | 28 Darling Drive | ALBION PARK NSW 2527 | | | AUS | 2527 | 3,800 | 0 | 0 | 0 | 0 |
| Mr Philip Glenn Tate | "The Meadows" | 140 Calderwood Road | ALBION PARK NSW 2527 | | | AUS | 2527 | 190,000 | 0 | 0 | 0 | 0 |
| Dr Paul Mark Halley | PO Box 97 | WARRILLA NSW 2528 | | | | AUS | 2528 | 200 | 0 | 0 | 0 | 0 |
| Mr Mathew James Harrison | 19 Peterborough Avenue | LAKE ILLAWARRA NSW 2528 | | | | AUS | 2528 | 8,500 | 0 | 0 | 0 | 0 |
| Mrs Trudy May Jovanovski | Unit 2 9B Glider Avenue | BLACKBUTT  NSW 2529 | | | | AUS | 2529 | 20,000 | 0 | 0 | 0 | 0 |
| Miss Natalie Naumovski | 38 Ocean Beach Drive | SHELLHARBOUR NSW 2529 | | | | AUS | 2529 | 157,320 | 0 | 0 | 0 | 0 |
| Mr Mario Salvatore Russo | PO Box 184 | OAK FLATS NSW 2529 | | | | AUS | 2529 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Michael Craig | PO Box 9 | DAPTO NSW 2530 | | | | AUS | 2530 | 28,357 | 0 | 0 | 0 | 0 |
| Mr Joseph John Goodyer & | Ms Peta Alana Staszak | PO Box 588 | KIAMA  NSW 2533 | | | AUS | 2533 | 209,237 | 0 | 0 | 0 | 0 |
| Mr Allan Michael Syne & Mrs | Julie Anne Syne | 24 Kauzal Crescent | SURF BEACH NSW 2536 | | | AUS | 2536 | 16,500 | 0 | 0 | 0 | 0 |
| Mr Peter Lewis Engelbrecht | 13 Colia Ave | TUROSS HEAD NSW 2537 | | | | AUS | 2537 | 1 | 0 | 0 | 0 | 0 |
| Mr Colin Bruce Baker | 46 Lake Conjola Entrance Rd | LAKE CONJOLA NSW 2539 | | | | AUS | 2539 | 3,455 | 0 | 0 | 0 | 0 |
| Mr Tim Alan O'Brien | 3 Ronald Avenue | BURRILL LAKE  NSW 2539 | | | | AUS | 2539 | 30,913 | 0 | 0 | 0 | 0 |
| Mr Peter Laurence Lindsay & | Mrs Christine Elizabeth | Lindsay | 5 St Georges Road | ST GEORGES BASIN NSW 2540 | | AUS | 2540 | 10,900 | 0 | 0 | 0 | 0 |
| Mr Michael Strachan | 261B Woollamia Road | WOOLLAMIA NSW 2540 | | | | AUS | 2540 | 100,000 | 0 | 0 | 0 | 0 |
| T & J Gallant Pty Limited | <Superfund A/C> | 8 Amaryllis Way | TOMERONG NSW 2540 | | | AUS | 2540 | 18,500 | 0 | 0 | 0 | 0 |
| Mrs Janeen Woods & | Mr Gregory Allan Woods | <Ga&J Woods Partnership A/C> | 260 Oreville Avenue | SANCTUARY POINT NSW 2540 | | AUS | 2540 | 7,026 | 0 | 0 | 0 | 0 |
| Mr Mark Fonsterling | PO Box 613 | NOWRA NSW 2541 | | | | AUS | 2541 | 30,000 | 0 | 0 | 0 | 0 |
| Popono Pty Ltd | <John Shadlow Family S/F A/C> | 9 Karana Drive | NORTH NOWRA  NSW 2541 | | | AUS | 2541 | 90,000 | 0 | 0 | 0 | 0 |
| Mr John Graham Allardice & | Mrs Gwen Allardice | <Jg & G Allardice S/F A/C> | PO Box 386 | BERMAGUI NSW 2546 | | AUS | 2546 | 90,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Gordon Austin & | Mrs Patrice Austin | <Ag & P Austin Super Fund A/C> | C/- PO Box 302 | BERMAGUI NSW 2546 | | AUS | 2546 | 35,500 | 0 | 0 | 0 | 0 |
| Mr Jesse Arch Austin | PO Box 302 | BERMAGUI NSW 2546 | | | | AUS | 2546 | 35,500 | 0 | 0 | 0 | 0 |
| Mrs Anne Lynette Blakeman & | Mr Hayden Charles Blakeman | 37 Baldwin Avenue | KIANGA  NSW 2546 | | | AUS | 2546 | 350,036 | 0 | 0 | 0 | 0 |
| Mrs Anne Lynette Blakeman & | Mr Hayden Charles Blakeman | <Blakeman Inv Super Fund A/C> | 37 Baldwin Ave | KIANGA NSW 2546 | | AUS | 2546 | 220,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Bruce Farrell | 8 Mummaga Way | DALMENY NSW 2546 | | | | AUS | 2546 | 60,000 | 0 | 0 | 0 | 0 |
| Owss Pty Ltd | <Eberbach Super Fund A/C> | PO Box 502 | MERIMBULA NSW 2548 | | | AUS | 2548 | 18,080 | 0 | 0 | 0 | 0 |
| Winpoint Pty Ltd | <Stirling Super Fund A/C> | 64 Sapphire Crescent | MERIMBULA NSW 2548 | | | AUS | 2548 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Richard Anthony | Wright & | Ms Judith Denise Roberson | <Ric Wright Super Fund A/C> | 10 Andes Place | TURA BEACH NSW 2548 | AUS | 2548 | 74,000 | 0 | 0 | 0 | 0 |
| Mr Richard Anthony Wright & | Ms Judith Denise Roberson | <The Ric Wright S/F A/C> | 10 Andes Place | TURA BEACH NSW 2548 | | AUS | 2548 | 594,000 | 0 | 0 | 0 | 0 |
| Mr Tankred Otfried Mueller | PO Box 26 | PAMBULA  NSW 2549 | | | | AUS | 2549 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Conrad Hildebrand & | Mrs Elizabeth Seymour | <The Sharonvale S/F A/C> | 18 College Road | CAMPBELLTOWN NSW 2560 | | AUS | 2560 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Stanley Krawczyk | 4 Swift Place | INGLEBURN NSW 2565 | | | | AUS | 2565 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Cornelius De Groot | 16 Glenella Way | MINTO NSW 2566 | | | | AUS | 2566 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Jose Alexander Ramirez | 3 Sandeford Way | MINTO NSW 2566 | | | | AUS | 2566 | 21,428 | 0 | 0 | 0 | 0 |
| Mr Mark William McMonigal | 3 Homestead Court | HARRINGTON PARK  NSW 2567 | | | | AUS | 2567 | 25,873 | 0 | 0 | 0 | 0 |
| Mr Andrew Alexander Smith | 308 Mount Annan Drive | MOUNT ANNAN NSW 2567 | | | | AUS | 2567 | 200,000 | 0 | 0 | 0 | 0 |

8 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mrs Lou-Ellen Margaret Aaron | 19 Maclean Lane | CAMDEN PARK NSW 2570 | | | | AUS | 2570 | 5,500 | 0 | 0 | 0 | 0 |
| Mr Peter Michael Buckley | 36 Cruikshank Ave | ELDERSLIE  NSW 2570 | | | | AUS | 2570 | 72,370 | 0 | 0 | 0 | 0 |
| Mr David Scott Chambers | 16 Tullet Street | CAMDEN PARK NSW 2570 | | | | AUS | 2570 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Philip Anthony Cornock & | Mrs Maureen Elizabeth Cornock | <Estate Alison Humphries A/C> | 48 Menangle Road | CAMDEN NSW 2570 | | AUS | 2570 | 600,000 | 0 | 0 | 0 | 0 |
| Enugu Pty Ltd | <Macor Super Fund A/C> | 48 Menangle Road | CAMDEN NSW 2570 | | | AUS | 2570 | 1,500,000 | 0 | 0 | 0 | 0 |
| Enugu Pty Ltd | <Cormac Unit A/C> | 48 Menangle Road | CAMDEN NSW 2570 | | | AUS | 2570 | 1,336,000 | 0 | 0 | 0 | 0 |
| Enugu Pty Ltd | <The Cornock Family A/C> | 48 Menangle Rd | CAMDEN NSW 2570 | | | AUS | 2570 | 1,250,000 | 0 | 0 | 0 | 0 |
| Mr Michael Ronald Guyer | 145 Coates Park Rd | COBBITTY NSW 2570 | | | | AUS | 2570 | 1,000,000 | 0 | 0 | 0 | 0 |
| Rathide Pty Limited | <Redman Retirement Fund A/C> | 3 Lilly Pilly Close | COBBITTY NSW 2570 | | | AUS | 2570 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Ronald Mahoney | <Mahoney Family S/F A/C> | 8/150 Abbotsford Road | PICTON NSW 2571 | | | AUS | 2571 | 44,764 | 0 | 0 | 0 | 0 |
| Mulhollands Nominees Pty Ltd | <MHS Pension Fund A/C> | 20 The Vintage | PICTON NSW 2571 | | | AUS | 2571 | 1,365,195 | 0 | 0 | 0 | 0 |
| Mrs Lynelle Gai Slim & | Mr Mark Robert Slim | 269 Mulhollands Road | THIRLMERE NSW 2572 | | | AUS | 2572 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Christopher John Nardone & | Mrs Isabell Nardone | <C&I Nardone Super Fund A/C> | 11B Remembrance Driveway | TAHMOOR NSW 2573 | | AUS | 2573 | 15,500 | 0 | 0 | 0 | 0 |
| Mr Michael Bell | <Gypsy Road S/F A/C> | 5 St Denis Close | BURRADOO  NSW 2576 | | | AUS | 2576 | 5 | 0 | 0 | 0 | 0 |
| Lonipat Pty Ltd | 53 Boardman Road | BOWRAL NSW 2576 | | | | AUS | 2576 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Grantland Lloyd Pearce | <Pearce Family Sup Fund A/C> | PO Box 146 | GOULBURN NSW 2580 | | | AUS | 2580 | 300,000 | 0 | 0 | 0 | 0 |
| PCFJ Pty Ltd | <PCFJ Super Fund A/C> | PO Box 274 | CROOKWELL  NSW 2583 | | | AUS | 2583 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Mark Stapleton | 64 Hovell Street | COOTAMUNDRA  NSW 2590 | | | | AUS | 2590 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Michael Christopher Tallis | 6 Beech Place | JERRABOMBERRA NSW 2619 | | | | AUS | 2619 | 21,837 | 0 | 0 | 0 | 0 |
| Mrs Jasmine Dawn Young & Mr | Grant Young | 27 Carolyn Jackson Dr | JERRABOMBERRA NSW 2619 | | | AUS | 2619 | 11,694 | 0 | 0 | 0 | 0 |
| Mr Dimitri Karagiannidis | Pontos Estate | 199 Bidges Rd | SUTTON NSW 2620 | | | AUS | 2620 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Brett Lucas | 4 York Street | ADAMINABY  NSW 2629 | | | | AUS | 2629 | 35,200 | 0 | 0 | 0 | 0 |
| Mrs Lorna Lydia Karja | "Dundee" | 3104 Peak View Road | JERANGLE  NSW 2630 | | | AUS | 2630 | 189,350 | 0 | 0 | 0 | 0 |
| Mrs Kate Elizabeth Schroeter | 261 East St | EAST ALBURY NSW 2640 | | | | AUS | 2640 | 2,885,421 | 0 | 0 | 0 | 0 |
| Est Late Ian Watson | C/- Freedom Financial Group | PO Box 105 | ALBURY NSW 2640 | | | AUS | 2640 | 5,000 | 0 | 0 | 0 | 0 |
| M & V Lampe Pty Ltd | <M&V Lampe Super Fund A/C> | 95 Michelle Avenue | LAVINGTON NSW 2641 | | | AUS | 2641 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Ian James McLellan | 153 River St | COROWA NSW 2646 | | | | AUS | 2646 | 5,000 | 0 | 0 | 0 | 0 |
| Yododoc Pty Ltd | 65 Clifton Street | BOURKELANDS  NSW 2650 | | | | AUS | 2650 | 19,231 | 0 | 0 | 0 | 0 |
| Mrs Katrina Alison Arthur & | Mr Lindsay Reginald Arthur | "Ivanhoe" | 5232 Olympic Highway | THE ROCK NSW 2655 | | AUS | 2655 | 280,000 | 0 | 0 | 0 | 0 |
| Est Mrs Susan Ruth Metcalfe | "Madeira" | RMB 164 | THE ROCK NSW 2655 | | | AUS | 2655 | 35,666 | 0 | 0 | 0 | 0 |
| Leo Savage Nominees Pty Ltd | <Savage Super Fund A/C> | PO Box 938 | GRIFFITH NSW 2680 | | | AUS | 2680 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Graeme John Mathieson & | Mrs Therese May Mathieson | <Mathieson Family P/F A/C> | 27 Racecourse Rd | NARRANDERA NSW 2700 | | AUS | 2700 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Glen Keith Haines & | Mrs Connie Louise Haines | <Gk Haines Super Fund A/C> | PO Box 720 | DENILIQUIN NSW 2710 | | AUS | 2710 | 425,900 | 0 | 0 | 0 | 0 |
| Mr Glen Keith Haines | PO Box 720 | DENILIQUIN NSW 2710 | | | | AUS | 2710 | 33,333 | 0 | 0 | 0 | 0 |
| Ms Judith Lorraine Zammit | PO Box 165 | TOCUMWAL NSW 2714 | | | | AUS | 2714 | 5,882 | 0 | 0 | 0 | 0 |
| Mr Mark Frederick Le Poer | Trench & | Dr Emily Jane Hibbert | <Brooklet Holdings S/F A/C> | 9 Fairlight Road | MULGOA NSW 2745 | AUS | 2745 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Healey Raymond Knighton | 7 Blackman Court | WERRINGTON COUNTY NSW 2747 | | | | AUS | 2747 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Healey Raymond Knighton | 7 Blackman Court | WERRINGTON COUNTY NSW 2747 | | | | AUS | 2747 | 50,000 | 0 | 0 | 0 | 0 |
| Melite Investments Pty Ltd | <M & N Mifsud Superfund A/C> | 38 The Chase | ORCHARD HILLS NSW 2748 | | | AUS | 2748 | 503,783 | 0 | 0 | 0 | 0 |
| Mr Bryan Anthony Abbott | 47 Beach Street | EMU PLAINS NSW 2750 | | | | AUS | 2750 | 25,641 | 0 | 0 | 0 | 0 |
| Jia Yu Chen | 7/37 Evan Street | PENRITH NSW 2750 | | | | AUS | 2750 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Thomas Andrew Renny | 11 Iraba Avenue | EMU PLAINS NSW 2750 | | | | AUS | 2750 | 97,560 | 0 | 0 | 0 | 0 |
| Mr Antonio Sorbello & | Mrs Melanie Sorbello | PO Box 212 | NORTH RICHMOND NSW 2754 | | | AUS | 2754 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Theodorus De Bruin & | Mrs Janice De Bruin | 9 James Street | GLOSSODIA NSW 2756 | | | AUS | 2756 | 3,000 | 0 | 0 | 0 | 0 |
| Miss Susan May Camilleri | PO Box 7067 | WILBERFORCE NSW 2756 | | | | AUS | 2756 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Graham Wilkins & | Mrs Emma Wilkins | 29 Willow Glen Rd | KURRAJONG NSW 2758 | | | AUS | 2758 | 9,545 | 0 | 0 | 0 | 0 |
| Mr Satya Narayan Raju Naicker | 19 Macleay Crescent | ST MARYS  NSW 2760 | | | | AUS | 2760 | 9,000 | 0 | 0 | 0 | 0 |
| Megarry Excavations & | Roadworks Pty Ltd | 66 Owen Street | GLENDENNING NSW 2761 | | | AUS | 2761 | 100,000 | 0 | 0 | 0 | 0 |
| Mr John Phillip Camilleri | 83 Hambledon Rd | SCHOFIELDS NSW 2762 | | | | AUS | 2762 | 3,125 | 0 | 0 | 0 | 0 |
| Mr Vijayakumar Halagali & | Mrs Girijadevi Halagali | 73 Aleppo Street | QUAKERS HILL NSW 2763 | | | AUS | 2763 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Bhishma Kumar Chhetri | 11 Persimmon Way | GLENWOOD NSW 2768 | | | | AUS | 2768 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Nigel Bruce Clark& | Mrs Sandra Clark | 22 Knightsbridge Avenue | GLENWOOD NSW 2768 | | | AUS | 2768 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Gene Stanyer & | Mrs Bonnie Jean Ellen Stanyer | 5 Oldbury Street | STANHOPE GARDENS NSW 2768 | | | AUS | 2768 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Ankur Jain | 27 Mosaic Ave | THE PONDS NSW 2769 | | | | AUS | 2769 | 5,500 | 0 | 0 | 0 | 0 |
| Mr Andrew Alan Jenkinson | 46 Explorers Road | GLENBROOK NSW 2773 | | | | AUS | 2773 | 95,042 | 0 | 0 | 0 | 0 |
| Mr Matthew Cummins | 189 Rusden Road | MOUNT RIVERVIEW NSW 2774 | | | | AUS | 2774 | 710,000 | 0 | 0 | 0 | 0 |
| Ms Carole Ann Ryles | 5 Torulosa Place | WINMALEE NSW 2777 | | | | AUS | 2777 | 370,000 | 0 | 0 | 0 | 0 |
| Mr David Andrew Fraser | 78 Winbourne Road | HAZELBROOK NSW 2779 | | | | AUS | 2779 | 400,000 | 0 | 0 | 0 | 0 |
| Mrs Bronwyn Elizabeth | Blanchard | 10 Carlton Street | KATOOMBA NSW 2780 | | | AUS | 2780 | 50,000 | 0 | 0 | 0 | 0 |
| Mr James William Humphreys | 9 Hume Avenue | WENTWORTH FALLS NSW 2782 | | | | AUS | 2782 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Stuart Richard Martin | 2 Waratah Rd | WENTWORTH FALLS NSW 2782 | | | | AUS | 2782 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Garth Adam Kummerow | 69 River Park Rd | COWRA NSW 2794 | | | | AUS | 2794 | 9,000 | 0 | 0 | 0 | 0 |
| Ajh & KLH Retirement Fund Pty | Ltd | <Ajh & KLH Superfund A/C> | 58 Prince St | ORANGE NSW 2800 | | AUS | 2800 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Charles Harrison | 149 Spring Street | ORANGE NSW 2800 | | | | AUS | 2800 | 77,000 | 0 | 0 | 0 | 0 |
| West Orange Superannuation Pty | Limited | <West Orange MTRS S/F A/C> | 32 Forbes Road | ORANGE NSW 2800 | | AUS | 2800 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Michael Glockler | 133 Dalton Street | DUBBO NSW 2830 | | | | AUS | 2830 | 15,000 | 0 | 0 | 0 | 0 |
| JFSF Holdings Pty Ltd | <The Jane Family S/F A/C> | 8L Gavel Drive | DUBBO  NSW 2830 | | | AUS | 2830 | 2,200,000 | 0 | 0 | 0 | 0 |
| Mr Phillip Graeme Tucker | 2 Catherine Dr | DUBBO NSW 2830 | | | | AUS | 2830 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Leighton Wayne | Weekes | 7 Shetland Ave | DUBBO NSW 2830 | | | AUS | 2830 | 1,961 | 0 | 0 | 0 | 0 |
| Mr Brian Melhuish | PO Box 673 | PARKES NSW 2870 | | | | AUS | 2870 | 39,000 | 0 | 0 | 0 | 0 |
| Mr David Antonio Bernardi | 165 Lachlan Street | FORBES  NSW 2871 | | | | AUS | 2871 | 3,733,579 | 0 | 0 | 0 | 0 |
| Mr Martin Bernardi | Cottons Weir | River Road | FORBES NSW 2871 | | | AUS | 2871 | 500,000 | 0 | 0 | 0 | 0 |
| Crandell Pty Ltd | <Berpaid Pty Ltd S/F NO2 A/C> | PO Box 185 | FORBES  NSW 2871 | | | AUS | 2871 | 700,000 | 0 | 0 | 0 | 0 |
| Removale Pty Limited | <No 2 A/C> | 165 Lachlan Street | FORBES NSW 2871 | | | AUS | 2871 | 450,000 | 0 | 0 | 0 | 0 |
| Removale Pty Ltd | 165 Lachlan Street | FORBES NSW 2871 | | | | AUS | 2871 | 9,300,334 | 0 | 0 | 0 | 0 |
| Sudell Pty Ltd | 2 Wambat Street | FORBES NSW 2871 | | | | AUS | 2871 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Andrew John Chamen & | Mrs Cristina Sergia Chamen | <Aj & Cs Chamen S/F A/C> | PO Box 42 | CONDOBOLIN NSW 2877 | | AUS | 2877 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Peter John Woodhouse & | Mrs Leanne Morgan | 87 Alawa Crescent | ALAWA NT 0810 | | | AUS | 0810 | 1,800 | 0 | 0 | 0 | 0 |
| Compass Plumbing Pty Ltd | PO Box 40170 | CASUARINA NT 0811 | | | | AUS | 0811 | 41,926 | 0 | 0 | 0 | 0 |
| Duke Winston Pty Ltd | 30 Savannah Drive | LEANYER  NT 0812 | | | | AUS | 0812 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Matthew James Ford | 159 Leanyer Dr | LEANYER NT 0812 | | | | AUS | 0812 | 6,258 | 0 | 0 | 0 | 0 |
| Mr Peter James Manning | PO Box 37992 | WINNELLIE NT 0820 | | | | AUS | 0820 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Stephen Thompson & | Ms Marie Joan Mitchell | <Superannuation Fund A/C> | PO Box 39332 | WINNELLIE NT 0821 | | AUS | 0821 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Matthew Colin Harrison | 31 Muramats Road | EAST ARM  NT 0822 | | | | AUS | 0822 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Allan Roy Wehl | Unit 3/89 Dwyer Circuit | DRIVER  NT 0830 | | | | AUS | 0830 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Alexander Dean Jagers | PO Box 2321 | KATHERINE NT 0850 | | | | AUS | 0850 | 30,303 | 0 | 0 | 0 | 0 |
| Mr Robin Edgar Pearce | PO Box 295 | TENNANT CREEK NT 0861 | | | | AUS | 0861 | 8,000 | 0 | 0 | 0 | 0 |

9 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/15,29/7/15,29/1/17,29/7/17,29/1/18,29/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Awella Pty Ltd | Level 7/167 Eagle Street | BRISBANE CITY QLD 4000 | | | | AUS | 4000 | 85,326 | 0 | 0 | 0 | 0 |
| Cruice Administration Pty | Limited | <Cruice Family Super Fund A/C> | C/- Morgans Wealthplus | GPO Box 582 | BRISBANE QLD 4001 | AUS | 4001 | 500,001 | 0 | 0 | 0 | 0 |
| Didds Investments Pty Ltd | <Lyndal Bayly Super Fund A/C> | GPO Box 7861 | BRISBANE QLD 4001 | | | AUS | 4001 | 75,000 | 0 | 0 | 0 | 0 |
| Lapploy Pty Limited | <Nephron Super Fund A/C> | C/- Morgans Wealthplus | GPO Box 582 | BRISBANE QLD 4001 | | AUS | 4001 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Carol Anne Moore | C/- Morgans Wealthplus | GPO Box 582 | BRISBANE QLD 4001 | | | AUS | 4001 | 25,000 | 0 | 0 | 0 | 0 |
| Robyn Lindsay Super Pty Ltd | <The Robyn Lindsay S/F A/C> | C/- Morgans Wealthplus | GPO Box 582 | BRISBANE QLD 4001 | | AUS | 4001 | 160,000 | 0 | 0 | 0 | 0 |
| Mr Adam Justin Turcato | <Cairnes Road Family A/C> | C/- Morgans Wealthplus | GPO Box 582 | BRISBANE QLD 4001 | | AUS | 4001 | 96,000 | 0 | 0 | 0 | 0 |
| Mr Bruce William Wallace | GPO Box 1931 | BRISBANE QLD 4001 | | | | AUS | 4001 | 200,000 | 0 | 0 | 0 | 0 |
| Ms Lorna Jean Osborne | PO Box 15505 | CITY EAST QLD 4002 | | | | AUS | 4002 | 425,000 | 0 | 0 | 0 | 0 |
| Dr Leon Eugene Pretorius | PO Box 15505 | CITY EAST QLD 4002 | | | | AUS | 4002 | 3,947,500 | 0 | 0 | 0 | 0 |
| Dr Leon Eugene Pretorius | PO Box 15505 | CITY EAST QLD 4002 | | | | AUS | 4002 | 2,100,000 | 0 | 0 | 0 | 0 |
| Mr William Stephen Gray | Unit 10 | 111 James Street | NEW FARM QLD 4005 | | | AUS | 4005 | 1 | 0 | 0 | 0 | 0 |
| Taybian Group Pty Ltd | <Taybian Discretionary A/C> | PO Box 2183 | NEW FARM QLD 4005 | | | AUS | 4005 | 27,958 | 0 | 0 | 0 | 0 |
| Mr Chrishley Goonewardane | 33 Bramston Tce | HERSTON QLD 4006 | | | | AUS | 4006 | 2,000,000 | 0 | 0 | 0 | 0 |
| Mrs Roberta Margaret Payne | PO Box 504 | FORTITUDE VALLEY QLD 4006 | | | | AUS | 4006 | 35,000 | 0 | 0 | 0 | 0 |
| Mr Lawrance Raymond Crane & | Miss Lyndal Irma Crane | <Morod A/C> | PO Box 72 | NUNDAH QLD 4012 | | AUS | 4012 | 5,535 | 0 | 0 | 0 | 0 |
| Mr Michael James Harrison | 73 Musgrave Rd | BANYO QLD 4014 | | | | AUS | 4014 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Roger Norman Bower | 18 Walu Street | BRACKEN RIDGE QLD 4017 | | | | AUS | 4017 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Stephen Lester Cran & | Mrs Jillian Rosemary Cran | <123439 A/C> | 34 Greenwood Street | BRIGHTON QLD 4017 | | AUS | 4017 | 70,000 | 0 | 0 | 0 | 0 |
| McAdam Pty Ltd | <McAdam A/C> | 123 Barclay St | DEAGON QLD 4017 | | | AUS | 4017 | 400,000 | 0 | 0 | 0 | 0 |
| McAdam Superannuation Pty Ltd | 123 Barclay St | DEAGON QLD 4017 | | | | AUS | 4017 | 1,208,529 | 0 | 0 | 0 | 0 |
| Mr Robert McAdam Stevenson & | Mrs Louise Elizabeth | Stevenson | 16 Northcote St | BRIGHTON QLD 4017 | | AUS | 4017 | 928,529 | 0 | 0 | 0 | 0 |
| Mr Keith William Boardman & | Mrs Jennifer Rita Boardman | 33 Albert Street | MARGATE QLD 4019 | | | AUS | 4019 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Kelly Adams | 40 Mariner Ct | NEWPORT QLD 4020 | | | | AUS | 4020 | 503,355 | 0 | 0 | 0 | 0 |
| Lyn's Investment Co Pty Ltd | <Lynian Superannuation A/C> | 1 Cruiser Court | NEWPORT QLD 4020 | | | AUS | 4020 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Robin David McGaffin | Unit 49 | 24 Prince Edward Parade | REDCLIFFE QLD 4020 | | | AUS | 4020 | 3,000 | 0 | 0 | 0 | 0 |
| Mr John William Rawlinson & | Mrs Rayleen Rawlinson | PO Box 198 | REDCLIFFE QLD 4020 | | | AUS | 4020 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Donald Leslie Hatch | 74 McPherson Street | KIPPA-RING QLD 4021 | | | | AUS | 4021 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Alan Mills | 22 Inwood St | WOOLOOWIN QLD 4030 | | | | AUS | 4030 | 3,455 | 0 | 0 | 0 | 0 |
| Mr Maurice Vincent Burke | 22 Kanofski Street | CHERMSIDE WEST QLD 4032 | | | | AUS | 4032 | 3,700 | 0 | 0 | 0 | 0 |
| Mr Alan William Burns | Richardson | 77 Nemira St | CARSELDINE QLD 4034 | | | AUS | 4034 | 230,000 | 0 | 0 | 0 | 0 |
| Mr Kenneth Dudley Steele | PO Box 375 | ASPLEY QLD 4034 | | | | AUS | 4034 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Paul Trevor Mills & | Mrs Robyn Dell Mills | 20 Shuttle Place | BRIDGEMAN DOWNS QLD 4035 | | | AUS | 4035 | 16,600 | 0 | 0 | 0 | 0 |
| Mr Ian Warren Rowe & | Ms Therese Frances Rowe | 3 Castleroy Court | ALBANY CREEK QLD 4035 | | | AUS | 4035 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Ryan David Spain & | Mrs Belinda Spain | <Piper Grace Spain A/C> | 104 Thiess Dr | ALBANY CREEK QLD 4035 | | AUS | 4035 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Pak Yang Chang | 39 Chelford Street | ALDERLEY QLD 4051 | | | | AUS | 4051 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Mark Francis Anthony | Downing | 94 Chelford Street | ALDERLEY QLD 4051 | | | AUS | 4051 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Robert Leslie Stonier & | Mrs Lynda Elizabeth Stonier | <Stonier Super Fund Account> | 23 Watson Street | NEWMARKET QLD 4051 | | AUS | 4051 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Duncan Ross Gorrie | 11 Greenhill St | EVERTON PARK QLD 4053 | | | | AUS | 4053 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Roman Kolakowski & | Mrs Mariola Elzbieta Drozd | <Kolakowski S/F A/C> | 8 Wanaka Place | MCDOWALL QLD 4053 | | AUS | 4053 | 10,000 | 0 | 0 | 0 | 0 |
| Mr David James Ree | 80 Frasers Road | MITCHELTON QLD 4053 | | | | AUS | 4053 | 12,500 | 0 | 0 | 0 | 0 |
| Ms Yvonne Wong | 16 Stumm Street | STAFFORD QLD 4053 | | | | AUS | 4053 | 350,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Gordon Bragg | 37 Yathong Ct | ARANA HILLS QLD 4054 | | | | AUS | 4054 | 12,500 | 0 | 0 | 0 | 0 |
| Mr Raymond John Lanskey & | Mrs Ellen Lanskey | 37 Lislane Street | FERNY GROVE QLD 4055 | | | AUS | 4055 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Tristan Grist & | Mrs Michelle Bicknell-Grist | 1 The Crescent | ASHGROVE QLD 4060 | | | AUS | 4060 | 4,500 | 0 | 0 | 0 | 0 |
| Dr Gerd Paul Haberkern | 5 Aminya Close | THE GAP QLD 4061 | | | | AUS | 4061 | 80,000 | 0 | 0 | 0 | 0 |
| Mr Richard David Rhodes | 21 Montrose Place | THE GAP QLD 4061 | | | | AUS | 4061 | 14,814 | 0 | 0 | 0 | 0 |
| Mr Chad Henry Donnelly | PO Box 383 | PADDINGTON QLD 4064 | | | | AUS | 4064 | 450,000 | 0 | 0 | 0 | 0 |
| Mr Tony Howes | 31 Accession Street | BARDON QLD 4065 | | | | AUS | 4065 | 3,900 | 0 | 0 | 0 | 0 |
| Blacksquare Pty Ltd | <The Blacksquare Invt A/C> | PO Box 1287 | KENMORE QLD 4069 | | | AUS | 4069 | 10,000 | 0 | 0 | 0 | 0 |
| Practus Pty Ltd | <Practus Super Fund A/C> | 54 Advanx St | KENMORE HILLS QLD 4069 | | | AUS | 4069 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Ross Norman Thompson | 128 Rafting Ground Road | BROOKFIELD QLD 4069 | | | | AUS | 4069 | 50,000 | 0 | 0 | 0 | 0 |
| Mrs Evelyn Heng | 7 Roper Close | WESTLAKE QLD 4074 | | | | AUS | 4074 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Michael John Vickers | 2 Murragong St | JINDALEE QLD 4074 | | | | AUS | 4074 | 20 | 0 | 0 | 0 | 0 |
| Despy & | Michael Butler Pty Ltd | <D & M Super Fund A/C> | PO Box 78 | SHERWOOD QLD 4075 | | AUS | 4075 | 24,000 | 0 | 0 | 0 | 0 |
| Mr Michael Douglas Larcom | 19 Ettie Street | SHERWOOD QLD 4075 | | | | AUS | 4075 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Jennifer Rose Sharkey | 56 Ruthven Street | CORINDA QLD 4075 | | | | AUS | 4075 | 300,000 | 0 | 0 | 0 | 0 |
| Ms Olga Stefanie Veprek | 3 Masterton Street | OXLEY QLD 4075 | | | | AUS | 4075 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Fiona Elizabeth Naisbitt | 23 Darra Ave | DARRA QLD 4076 | | | | AUS | 4076 | 2,500 | 0 | 0 | 0 | 0 |
| Miss Tran My Huynh | 3 Avebury St | WEST END QLD 4101 | | | | AUS | 4101 | 146,765 | 0 | 0 | 0 | 0 |
| Mr Peter John Ruddle & | Mrs Lyndall Wendy Ruddle | <Ruddle Superannuation A/C> | 55 Cavan Street | ANNERLEY QLD 4103 | | AUS | 4103 | 24,000 | 0 | 0 | 0 | 0 |
| Mr Julian Tran & | Ms Cheng Lan | 7 Military Close | ANNERLEY QLD 4103 | | | AUS | 4103 | 10,000 | 0 | 0 | 0 | 0 |
| Hanbro Estates Pty Ltd | PO Box 3182 | YERONGA QLD 4104 | | | | AUS | 4104 | 1,173,000 | 0 | 0 | 0 | 0 |
| Mr Clyde Charles Leslie | Mitchell & | Mrs Lynn Georgina Mitchell | 16 Medina Street | MOOROOKA QLD 4105 | | AUS | 4105 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Charlie Nguyen | 35 Fegen Dr | MOOROOKA QLD 4105 | | | | AUS | 4105 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Kevin Edwin Stephenson | 24 Limerick Street | ACACIA RIDGE QLD 4110 | | | | AUS | 4110 | 15,000 | 0 | 0 | 0 | 0 |
| Kaloni Runcorn Pty Ltd | <Kaloni Super Fund A/C> | 3 Davina Court | RUNCORN QLD 4113 | | | AUS | 4113 | 100,000 | 0 | 0 | 0 | 0 |
| S & L Kaloni Pty Ltd | <Kaloni Family A/C> | 3 Davina Court | RUNCORN QLD 4113 | | | AUS | 4113 | 37,030 | 0 | 0 | 0 | 0 |
| Mr Alan Graham Dodds | 14 Ash Avenue | LOGAN CENTRAL QLD 4114 | | | | AUS | 4114 | 100,000 | 0 | 0 | 0 | 0 |
| Ms Jenni Lee Heraud & | Mr Alan Graham Dodds | <Jenni Heraud Superfund A/C> | 14 Ash Avenue | WOODRIDGE QLD 4114 | | AUS | 4114 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Chao Jiang | 12 Liquidambar Pl | STRETTON QLD 4116 | | | | AUS | 4116 | 25,000 | 0 | 0 | 0 | 0 |
| Dr Eugene Riwoe | <Tjia Tek Djin Super Fund A/C> | 335 Cornwall Street | GREENSLOPES QLD 4120 | | | AUS | 4120 | 596,664 | 0 | 0 | 0 | 0 |
| Nk Rosato Pty Ltd | PO Box 6128 | UPPER MOUNT GRAVATT QLD 4122 | | | | AUS | 4122 | 30,000 | 0 | 0 | 0 | 0 |
| Ms Patricia O'Rourke | PO Box 868 | MOUNT GRAVATT QLD 4122 | | | | AUS | 4122 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Gavin Lyle Winter | 8 Culzean Street | MANSFIELD QLD 4122 | | | | AUS | 4122 | 15,000 | 0 | 0 | 0 | 0 |
| Top Green Cottage Pty Ltd | <Chesterton Super Fund A/C> | 25 Ruza Place | GREENBANK QLD 4124 | | | AUS | 4124 | 220,000 | 0 | 0 | 0 | 0 |
| Ms Lisa Maree Hansley | PO Box 1705 | SPRINGWOOD QLD 4127 | | | | AUS | 4127 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Eric Ching-Sun Wong | 27 El Rancho Street | DAISY HILL QLD 4127 | | | | AUS | 4127 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Eric Ching-Sun Wong & | <The Pinciple A/C> | 11 Silverash Court | CAPALABA QLD 4157 | | | AUS | 4157 | 107,000 | 0 | 0 | 0 | 0 |
| Mrs Elizabeth Schwarz & | Mr Harry Schwarz | <H&J Schwarz Super Fund A/C> | 18 Mahogany Street | CAPALABA QLD 4157 | | AUS | 4157 | 23,144 | 0 | 0 | 0 | 0 |
| Mr James Joseph Whitehead | 18 Jeffrey St | CAPALABA QLD 4157 | | | | AUS | 4157 | 3,000 | 0 | 0 | 0 | 0 |
| Est Mr John Joseph Adams | 4/150 Middle Street | CLEVELAND QLD 4163 | | | | AUS | 4163 | 90,000 | 0 | 0 | 0 | 0 |
| K12 Korporation Pty Ltd | <The Duckham Family S/F A/C> | Unit 6 | 6-10 Anchorage Drive | CLEVELAND QLD 4163 | | AUS | 4163 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Errol-James Milevskiy | 29 Moreton View Crescent | THORNLANDS QLD 4164 | | | | AUS | 4164 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Thomas D'Arcy | 18 Allen St | VICTORIA POINT QLD 4165 | | | | AUS | 4165 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Eric Maldwyn Shipton | 10/235 Main Street | KANGAROO POINT QLD 4169 | | | | AUS | 4169 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Mark Ashley Hughes | Unit 4 35 Agnes St | MORNINGSIDE QLD 4170 | | | | AUS | 4170 | 300,000 | 0 | 0 | 0 | 0 |

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/6,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/16,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jo-Anne Nipperess Holdings | Pty Ltd | <Jo-Anne Nipperess S/F A/C> | 44 Rossiter Street | MORNINGSIDE QLD 4170 | | AUS | 4170 | 10,000 | 0 | 0 | 0 | 0 |
| Miss Jane Evelyn Nipperess & | Mr Mark Ainsley Angus | <Three & One Super Fund A/C> | 53 Kingsbury St | NORMAN PARK QLD 4170 | | AUS | 4170 | 3,300 | 0 | 0 | 0 | 0 |
| Mr Steven Frank Sheppard | Unit 5 330 Hawthorne Road | HAWTHORNE QLD 4171 | | | | AUS | 4171 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Jennifer Leanne Wilson & | Mr Rodney Kenneth Wilson | 5 Ryley Street | MURARRIE QLD 4172 | | | AUS | 4172 | 7,000 | 0 | 0 | 0 | 0 |
| Equity Trustees Superannuation | Limited | <Aing Rory Callaghan A/C> | PO Box 3528 | TINGALPA DC QLD 4173 | | AUS | 4173 | 30,000 | 0 | 0 | 0 | 0 |
| Equity Trustees Superannuation | Limited | <Aing SF Paul Simpson A/C> | PO Box 3528 | TINGALPA DC QLD 4173 | | AUS | 4173 | 100,000 | 0 | 0 | 0 | 0 |
| Equity Trustees Superannuation | Limited | <Aing Tony Elltan Darcozy A/C> | PO Box 3528 | TINGALPA DC QLD 4173 | | AUS | 4173 | 43,000 | 0 | 0 | 0 | 0 |
| Equity Trustees Superannuation | Limited | <Aing - Stacey Callaghan A/C> | PO Box 3528 | TINGALPA DC QLD 4173 | | AUS | 4173 | 20,000 | 0 | 0 | 0 | 0 |
| Ms Lien Phung | 22 Beneteau Pl | LOTA QLD 4179 | | | | AUS | 4179 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Christopher Mark Bell & | Mrs Desiley Anne Bell | Unit 11 | 6-42 Quinzeh Creek Road | LOGAN VILLAGE QLD 4207 | | AUS | 4207 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Ashkon Mondegari | 13 Manning Court | MOUNT WARREN PARK QLD 4207 | | | | AUS | 4207 | 1 | 0 | 0 | 0 | 0 |
| Mrs Lesley Gelson | 14 Windward Pl | JACOBS WELL QLD 4208 | | | | AUS | 4208 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Michael Brian Armstrong & | Mrs Deborah Elizabeth | Armstrong | 40 Saint Stephens Drive | UPPER COOMERA QLD 4209 | | AUS | 4209 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Zeph Pouljraiin | 16 Sundew Terrace | COOMERA QLD 4209 | | | | AUS | 4209 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Cherelyn Anne Gillson | 35 Keneally Street | MAUDSLAND QLD 4210 | | | | AUS | 4210 | 1,037 | 0 | 0 | 0 | 0 |
| Mr Sheldon Denzel Steyn | 29 Tara Vista BLVD | HIGHLAND PARK QLD 4211 | | | | AUS | 4211 | 44,469 | 0 | 0 | 0 | 0 |
| Mr Vinesh V Chandra | Unit 3105 2 Activa Way | HOPE ISLAND QLD 4212 | | | | AUS | 4212 | 120,000 | 0 | 0 | 0 | 0 |
| Mr John Raymond Lees | PO Box 464 | HELENSVALE QLD 4212 | | | | AUS | 4212 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Andrew John Steele & | Mrs Debra Elizabeth Steele | <Steele S/Fund A/C> | 8314 Magnolia Drive East | HOPE ISLAND QLD 4212 | | AUS | 4212 | 490,000 | 0 | 0 | 0 | 0 |
| Calbatec Pty Ltd | <Twiston & Lee Family A/C> | 395 The Panorama | TALLAI QLD 4213 | | | AUS | 4213 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Jonathan Crisp & | Miss Karina Smith | 395 The Panorama | TALLAI QLD 4213 | | | AUS | 4213 | 153,852 | 0 | 0 | 0 | 0 |
| Mr Allan John Buckton & | Mrs Vicki Anne Buckton | 15 Allspice Drive | ASHMORE QLD 4214 | | | AUS | 4214 | 35,400 | 0 | 0 | 0 | 0 |
| Eory Super Pty Ltd | <Eory Investments P/L Pen A/C> | 322/74 Wardoo Street | ASHMORE QLD 4214 | | | AUS | 4214 | 20,000 | 0 | 0 | 0 | 0 |
| Mr James Sean Regan | 5 Fitzalan CCT | ARUNDEL QLD 4214 | | | | AUS | 4214 | 92,592 | 0 | 0 | 0 | 0 |
| Mr Ciaran John Cullen | 1/180 Whiting Street | LABRADOR QLD 4215 | | | | AUS | 4215 | 4,200 | 0 | 0 | 0 | 0 |
| Mr Matthew Granfield | 20 Grevillia Avenue | SOUTHPORT QLD 4215 | | | | AUS | 4215 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Dominic John Adam Joslin & | Mrs Mary Carmel Joslin | 24 Drury Avenue | SOUTHPORT QLD 4215 | | | AUS | 4215 | 66,666 | 0 | 0 | 0 | 0 |
| Mr John Mason | PO Box 7010 | SOUTHPORT PARK QLD 4215 | | | | AUS | 4215 | 38,330 | 0 | 0 | 0 | 0 |
| Mr Wilhelmus Johannes Evers& | Mrs Gesina Anna Maria Evers | Unit 32 21 Bayview Street | RUNAWAY BAY QLD 4216 | | | AUS | 4216 | 50,000 | 0 | 0 | 0 | 0 |
| Ms Sally-Anne Patricia | Simankowicz | 83 Numbat Court | COOMBABAH QLD 4216 | | | AUS | 4216 | 8,000 | 0 | 0 | 0 | 0 |
| Ms Lynda Margaret Williams | 6 Ashgrove Avenue | RUNAWAY BAY QLD 4216 | | | | AUS | 4216 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Gerard Paul Brownrigg & | Mrs Jane Louise Brownrigg | 43 Marbella Drive | BENOWA QLD 4217 | | | AUS | 4217 | 43,000 | 0 | 0 | 0 | 0 |
| Dorinco Pty Ltd | PO Box 1943 | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 400,000 | 0 | 0 | 0 | 0 |
| Gattenside Pty Ltd | <HCH (1987) Super Fund A/C> | PO Box 1943 | SURFERS PARADISE QLD 4217 | | | AUS | 4217 | 300,000 | 0 | 0 | 0 | 0 |
| Gattenside Pty Ltd | PO Box 1943 | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 100,000 | 0 | 0 | 0 | 0 |
| Hampden Rd Pty Ltd | <Hampden Rd Super Fund A/C> | PO Box 1943 | SURFERS PARADISE QLD 4217 | | | AUS | 4217 | 100,000 | 0 | 0 | 0 | 0 |
| Harold Cripps Holdings Pty Ltd | PO Box 1943 | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 900,000 | 0 | 0 | 0 | 0 |
| Mrs Barbara Rosier | <Rosier Family S/F A/C> | Unit 111 West | 8 Admiralty Dr | SURFERS PARADISE QLD 4217 | | AUS | 4217 | 10,000 | 0 | 0 | 0 | 0 |
| Ms Gayle Margaret Sedgman | Unit 24 30 Watson Esp | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 41,666 | 0 | 0 | 0 | 0 |
| Mrs Rachel Margaret Twine | PO Box 1791 | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Arthur Fazendin & | Miss Anne Dobby | <New World Auto Elec S/F A/C> | PO Box 1268 | BROADBEACH QLD 4218 | | AUS | 4218 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Graeme Lloyd Gribben & | Mrs Pamela Irene Gribben | <Gribben Family Super A/C> | C/- Diana McGregor | PO Box 5454 | Q SUPERCENTRE QLD 4218 | AUS | 4218 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Mervyn Leslie Hoskins | PO Box 840 | BROADBEACH QLD 4218 | | | | AUS | 4218 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Kurt Martin Rose | PO Box 69 | BROADBEACH QLD 4218 | | | | AUS | 4218 | 236,982 | 0 | 0 | 0 | 0 |
| Mrs Susan Margaret Turner | 24 Lancelin Dr | MERMAID WATERS QLD 4218 | | | | AUS | 4218 | 5,000 | 0 | 0 | 0 | 0 |
| Mrs Susan Margaret Turner & | Mr Garry Duncan Turner | <The Turner Family A/C> | 24 Lancelin Dr | MERMAID WATERS QLD 4218 | | AUS | 4218 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Richard Cartwright | PO Box 139 | WEST BURLEIGH QLD 4219 | | | | AUS | 4219 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Rochelle Lyn Walsh | PO Box 377 | WEST BURLEIGH QLD 4219 | | | | AUS | 4219 | 5,000 | 0 | 0 | 0 | 0 |
| Asaf Pty Ltd | <Farrugia Superannuation A/C> | U 2 28 Evandale Crescent | MIAMI QLD 4220 | | | AUS | 4220 | 50,000 | 0 | 0 | 0 | 0 |
| Mrs Georgina Mary Findlay & | Mr Robert George Fraser | Findlay | <Findlay Family A/C> | 18 Kortum Drive | BURLEIGH HEADS QLD 4220 | AUS | 4220 | 1,500,000 | 0 | 0 | 0 | 0 |
| Mr Brendan Joseph Walsh | PO Box 74 | BURLEIGH HEADS QLD 4220 | | | | AUS | 4220 | 138,081 | 0 | 0 | 0 | 0 |
| Mr John Francis Carlton | 15 Seaview Pde | ELANORA QLD 4221 | | | | AUS | 4221 | 30,000 | 0 | 0 | 0 | 0 |
| Jadtie Holdings Pty Ltd | 11 Myco Court | ELANORA QLD 4221 | | | | AUS | 4221 | 29,000 | 0 | 0 | 0 | 0 |
| Mr Robert Reginald Merrotsy & | Mrs Margaret Mary Merrotsy | 100 Murtha Drive | ELANORA QLD 4221 | | | AUS | 4221 | 2,500 | 0 | 0 | 0 | 0 |
| Mr Julian Albert Prebble | U46/955 Gold Coast Highway | PALM BEACH QLD 4221 | | | | AUS | 4221 | 40,580 | 0 | 0 | 0 | 0 |
| Mr Barry Michael Scott | 94 Cyclades Crescent | CURRUMBIN WATERS QLD 4223 | | | | AUS | 4223 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Michael Lanskey | Unit 14 15-17 South St | COOLANGATTA QLD 4225 | | | | AUS | 4225 | 12,195 | 0 | 0 | 0 | 0 |
| Ma And D Ghuan Investments | Pty Ltd | Unit 1 230 Pacific Pde | BILINGA QLD 4225 | | | AUS | 4225 | 120,000 | 0 | 0 | 0 | 0 |
| Monogram Holdings Pty Ltd | 226 Pacific Parade | BILINGA QLD 4225 | | | | AUS | 4225 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Jennifer May McGregor | 110 Camberwell CCT | ROBINA QLD 4226 | | | | AUS | 4226 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Adam Matthew Wright | 72 Peninsula Drive | ROBINA QLD 4226 | | | | AUS | 4226 | 50,000 | 0 | 0 | 0 | 0 |
| Mrs Catherine Maree Huggill | P O Box 423 | BEAUDESERT QLD 4285 | | | | AUS | 4285 | 2,500 | 0 | 0 | 0 | 0 |
| Mr Jonathan Roy Black | 23 Sunview Rd | SPRINGFIELD QLD 4300 | | | | AUS | 4300 | 25,000 | 0 | 0 | 0 | 0 |
| Jenroy Superannuation Pty Ltd | 1 Fitzroy Place | KARALEE QLD 4306 | | | | AUS | 4306 | 210,000 | 0 | 0 | 0 | 0 |
| Mr John Healy & | Mrs Daphne Healy | Mail Service 22237 | 176 Hunsley Road | GLENVALE QLD 4350 | | AUS | 4350 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Douglas Robert Graham Neild | 65 Tourist Road | TOOWOOMBA QLD 4350 | | | | AUS | 4350 | 15,600 | 0 | 0 | 0 | 0 |
| Mr Donald Raymond Patch & | Mrs Prue Selena Patch | 59A Mary Street | TOOWOOMBA QLD 4350 | | | AUS | 4350 | 10,500 | 0 | 0 | 0 | 0 |
| Mr David John Willis | 13 Corella Street | RANGEVILLE QLD 4350 | | | | AUS | 4350 | 40,000 | 0 | 0 | 0 | 0 |
| Mrs Rachael Kylie Davey | 4 Kimdon Crescent | HIGHFIELDS QLD 4352 | | | | AUS | 4352 | 30,000 | 0 | 0 | 0 | 0 |
| Hartley Super Investments Pty | Ltd | 64 Macatta St | GOOMBUNGEE QLD 4354 | | | AUS | 4354 | 42,585 | 0 | 0 | 0 | 0 |
| Mr Paul Clapham | PO Box 164 | PITTSWORTH QLD 4356 | | | | AUS | 4356 | 24,000 | 0 | 0 | 0 | 0 |
| Mr Douglas John Hendry | 31 Kates St | CLIFTON QLD 4361 | | | | AUS | 4361 | 5,277 | 0 | 0 | 0 | 0 |
| Mr James Goss & | Mrs Mary-Ann Goss | PO Box 98 | BALLANDEAN QLD 4382 | | | AUS | 4382 | 50 | 0 | 0 | 0 | 0 |
| Mrs Jodie Maree Boggs | 22 Watt St | DALBY QLD 4405 | | | | AUS | 4405 | 10,000 | 0 | 0 | 0 | 0 |
| Ms Christine Rosetta Cooke | 17 Fairlie Court | KALLANGUR QLD 4503 | | | | AUS | 4503 | 2,500 | 0 | 0 | 0 | 0 |
| Mr Albert James Cyril Lawson | 226 Brays Road | GRIFFIN QLD 4503 | | | | AUS | 4503 | 76,490 | 0 | 0 | 0 | 0 |
| Mr Klaus Dieter Rohde & | Mrs Christine Lee Rohde | <Rohde Super Fund A/C> | 23 Hyde Road | WHITESIDE QLD 4503 | | AUS | 4503 | 12,500 | 0 | 0 | 0 | 0 |
| Mr Geoffrey Craig Kernick | 29 Ontario Crescent | NARANGBA QLD 4504 | | | | AUS | 4504 | 25,000 | 0 | 0 | 0 | 0 |
| Mrs Georgina Elizabeth Vinton | 71 Progress Rd | BURPENGARY QLD 4505 | | | | AUS | 4505 | 3,850 | 0 | 0 | 0 | 0 |
| Mr Barry Hertzog Booyens & | Mrs Maria Josephina Booyens | PO Box 859 | MORAYFIELD QLD 4506 | | | AUS | 4506 | 6,000 | 0 | 0 | 0 | 0 |
| Mr David Scott Chalkey | PO Box 678 | NORTH LAKES QLD 4509 | | | | AUS | 4509 | 149,000 | 0 | 0 | 0 | 0 |
| Mr Nikolay Sobolev & | Mrs Faina Sobolova & | Mr Vladimir Sobolev | <Sobolev Super Fund A/C> | 42 Nicklaus Parade | NORTH LAKES QLD 4509 | AUS | 4509 | 180,000 | 0 | 0 | 0 | 0 |
| Mr Murray Boyd Bassett & | Mrs Fiona Clare Bassett | 48 Wallace Street North | CABOOLTURE QLD 4510 | | | AUS | 4510 | 3,800 | 0 | 0 | 0 | 0 |
| Mr David Charles Hulme | 7 Meninga Court | CABOOLTURE QLD 4510 | | | | AUS | 4510 | 146,500 | 0 | 0 | 0 | 0 |
| Mr Anthony Elmer Kellerman & | Mrs Carolyn Anne Kellerman | Unit 87 | 34 Ardrossan Road | CABOOLTURE QLD 4510 | | AUS | 4510 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Simon Rixson Zillman | 1020 Old North Road | ROCKSBERG QLD 4510 | | | | AUS | 4510 | 40,000 | 0 | 0 | 0 | 0 |
| Mr John Warwick Armstrong | 53 Ranald Avenue | NINGI QLD 4511 | | | | AUS | 4511 | 5,000 | 0 | 0 | 0 | 0 |

11 of 22

## Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,29/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr William Chambers | 168 Alcock Road | ELIMBAH QLD 4516 | | | | AUS | 4516 | 5,192 | 0 | 0 | 0 | 0 |
| Mrs Christine Fuller & | Mr John Fuller | Unit 38 34-38 Canberra Tce | CALOUNDRA QLD 4551 | | | AUS | 4551 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Cecil Gary John King & | Mrs Susan Lorraine King | <The CGJ & SI King S/F A/C> | U1 Vardon Pt | 1 Millennium Circuit | PELICAN WATERS QLD 4551 | AUS | 4551 | 700,000 | 0 | 0 | 0 | 0 |
| Mrs Jann Elizabeth McLennan | 29 The Passage | PELICAN WATERS QLD 4551 | | | | AUS | 4551 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Karl Wabersinke | 1 Gerrybell Street | CALOUNDRA QLD 4551 | | | | AUS | 4551 | 7,692 | 0 | 0 | 0 | 0 |
| Mr David Williams | 18 Oxford Pde | PELICAN WATERS QLD 4551 | | | | AUS | 4551 | 850,000 | 0 | 0 | 0 | 0 |
| Ck Super Fund Pty Ltd | <Ck Super Fund A/C> | PO Box 1273 | BUDERIM QLD 4556 | | | AUS | 4556 | 9,000 | 0 | 0 | 0 | 0 |
| Mr Barry Charles McTaggart | 11 Woodlands Crescent | BUDERIM QLD 4556 | | | | AUS | 4556 | 17,600 | 0 | 0 | 0 | 0 |
| Mr Gavin Wayne Onions | 16 Radbourne Road | TANAWHA QLD 4556 | | | | AUS | 4556 | 70,000 | 0 | 0 | 0 | 0 |
| Mr Desmond James Robinson & | Mrs Pamela Enid Robinson | PO Box 1381 | BUDERIM QLD 4556 | | | AUS | 4556 | 65,000 | 0 | 0 | 0 | 0 |
| Mr Douglas Jon Turner | 19 Plantation Parade | BUDERIM QLD 4556 | | | | AUS | 4556 | 5,500 | 0 | 0 | 0 | 0 |
| Dulverton Pty Ltd | <Swyer Family Super Fund A/C> | Unit 35 143-147 Mooloolaba | Esplanade | MOOLOOLABA QLD 4557 | | AUS | 4557 | 65,000 | 0 | 0 | 0 | 0 |
| Mr Geoffrey Alexander Rieck & | Mrs Sharon June Rieck | 28 Aldinga Place | MOOLOOLABA QLD 4557 | | | AUS | 4557 | 7,000 | 0 | 0 | 0 | 0 |
| Mrs Noleen Lynn Sonderegger & | Mr Robi Sonderegger | PO Box 1268 | MOOLOOLABA QLD 4557 | | | AUS | 4557 | 8,700 | 0 | 0 | 0 | 0 |
| Balcara Enterprises Pty Ltd | <Hensman Super Fund A/C> | PO Box 386 | COTTON TREE QLD 4558 | | | AUS | 4558 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Mervyn William Chakley & | Mrs Beverley Joy Chakley | <Devenish Nominees S/F A/C> | Juneau Apartments | 11/128 Duporth Avenue | MAROOCHYDORE QLD 4558 | AUS | 4558 | 3,575,000 | 0 | 0 | 0 | 0 |
| Mr Mervyn William Chakley & | Mrs Beverley Joy Chakley | <Syntac Pty Ltd S/F A/C> | Juneau Apartments | 11/128 Duporth Avenue | MAROOCHYDORE QLD 4558 | AUS | 4558 | 10,584,008 | 0 | 0 | 0 | 0 |
| Est Mr Peter Desmond Marsh | 32 Picnic Point Esplanade | MAROOCHYDORE QLD 4558 | | | | AUS | 4558 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Richard Ruscombe Poole | PO Box 5263 | MAROOCHYDORE BC QLD 4558 | | | | AUS | 4558 | 11,000 | 0 | 0 | 0 | 0 |
| Mr Scott Allan Bryan & | Mrs Melissa Joy Bryan | <The Bryan Family S/F A/C> | 6 Ringtail Place | BLI BLI QLD 4560 | | AUS | 4560 | 15,000 | 0 | 0 | 0 | 0 |
| Mr David William Erbacher | 17 Kerrs Lane | COES CREEK QLD 4560 | | | | AUS | 4560 | 17,000 | 0 | 0 | 0 | 0 |
| Mr Jarrad Lee Watt | 20 McCall Pl | BLI BLI QLD 4560 | | | | AUS | 4560 | 2,000 | 0 | 0 | 0 | 0 |
| Mrs Maria Ellen Fletcher | PO Box 41 | COOROY QLD 4563 | | | | AUS | 4563 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Graeme Peter Lavender | Unit 134 21 Baywater Dr | TWIN WATERS QLD 4564 | | | | AUS | 4564 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Petri Yrjanainen | 16 June Cresent | NOOSAVILLE QLD 4566 | | | | AUS | 4566 | 22,000 | 0 | 0 | 0 | 0 |
| Mr Lyall Cameron Barr | P O Box 1427 Noosa Heads | NOOSA HEADS QLD 4567 | | | | AUS | 4567 | 5,250 | 0 | 0 | 0 | 0 |
| Mr Donald George Gregor & | Mrs Judith Gregor | Unit 103 61 Noosa Springs | Drive | NOOSA HEADS QLD 4567 | | AUS | 4567 | 69,995 | 0 | 0 | 0 | 0 |
| Mr Bruce William Wallace & | Mrs Zelma Wallace | <Wallace Pension Fund A/C> | PO Box 1735 | NOOSA HEADS QLD 4567 | | AUS | 4567 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Don Fitzgerald | 7 Gerrygone Pl | POMONA QLD 4568 | | | | AUS | 4568 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Kenneth Davison | 11 Watson Road | GYMPIE QLD 4570 | | | | AUS | 4570 | 1,720,496 | 0 | 0 | 0 | 0 |
| Mr Rodney Kenneth Davison | 11 Watson Road | SOUTHSIDE QLD 4570 | | | | AUS | 4570 | 352,048 | 0 | 0 | 0 | 0 |
| Mrs Connie Henderson | <Henderson Super Fund A/C> | 49 Pike Rd | WOOLOOGA QLD 4570 | | | AUS | 4570 | 5,100 | 0 | 0 | 0 | 0 |
| Mr Christopher Ray Knox | 11 Watson Road | GYMPIE QLD 4570 | | | | AUS | 4570 | 85,000 | 0 | 0 | 0 | 0 |
| Mr Mark Pritchard & | Mrs Joanne Pritchard | 103 Fosters Lane | ANDERLEIGH QLD 4570 | | | AUS | 4570 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Wayne Leslie Smith | 106 Hartwig Road | MOTHAR MOUNTAIN QLD 4570 | | | | AUS | 4570 | 10,000 | 0 | 0 | 0 | 0 |
| Est Mr Frederick Peter | Temminck | 122 Pacific Boulevard | BUDDINA QLD 4575 | | | AUS | 4575 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Robin Dean Keily | PO Box 437 | MARYBOROUGH QLD 4650 | | | | AUS | 4650 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Geoffrey Ian Crook & | Mrs Marie Therese Crook | 22 Lockerbie Court | KAWUNGAN QLD 4655 | | | AUS | 4655 | 2,265 | 0 | 0 | 0 | 0 |
| Mr Arthur Dylewski | Unit 125 99 Doolong Rd | KAWUNGAN QLD 4655 | | | | AUS | 4655 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Timothy Edward Sheehan | Breakfree Resort 161 17 | Buccaneer Drive | URANGAN QLD 4655 | | | AUS | 4655 | 9,500 | 0 | 0 | 0 | 0 |
| Mr Gary Kelvin Smith | PO Box 7680 | URANGAN QLD 4655 | | | | AUS | 4655 | 11,000 | 0 | 0 | 0 | 0 |
| Mrs Maureen Frances Williams | 70-72 Longview Drive | RIVER HEADS QLD 4655 | | | | AUS | 4655 | 4,975 | 0 | 0 | 0 | 0 |
| Mr Mark James McAulay & | Mrs Vicki Leanne McAulay | 7 Yalla Lane | REDRIDGE QLD 4660 | | | AUS | 4660 | 4,500 | 0 | 0 | 0 | 0 |
| Mr Anthony Robert Bradshaw & | Mrs Lily Daphne Bradshaw | <Ar & Ld Bradshaw S/F A/C> | 105 Sea Esplanade | BURNETT HEADS QLD 4670 | | AUS | 4670 | 3,000 | 0 | 0 | 0 | 0 |
| Ms Susan Amelia Faulkner | Unit 3 | 4A Kentia Avenue | MOORE PARK BEACH QLD 4670 | | | AUS | 4670 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Arthur Robert Freudenberg | & Mrs Anne Patricia | Freudenberg | 5 Wilmington Street | Avenell Heights | BUNDABERG QLD 4670 | AUS | 4670 | 12,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Howard George& | Mrs Janette Lydia George | <Rodney George S/Fund A/C> | PO Box 496 | BUNDABERG QLD 4670 | | AUS | 4670 | 50,000 | 0 | 0 | 0 | 0 |
| Mr David Clifford Milford & | Ms Rae Ellen Milford | 411 Mingo Road | GIN GIN QLD 4671 | | | AUS | 4671 | 98,395 | 0 | 0 | 0 | 0 |
| Mr Darryl Warren Onions | 48 Settlers Ct | MAROONDAN QLD 4671 | | | | AUS | 4671 | 45,000 | 0 | 0 | 0 | 0 |
| DKT Super Co Pty Ltd | <Dm & Km Thomas SF A/C> | 3 Stokes Street | BOYNE ISLAND QLD 4680 | | | AUS | 4680 | 24,000 | 0 | 0 | 0 | 0 |
| Dunwait'N Pty Ltd | <P S F Super Fund A/C> | 13 Selma Court | TANNUM SANDS QLD 4680 | | | AUS | 4680 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Peter Gardiner & | Mrs Shaylene Maree Gardiner | 48814 Bruce Highway | BENARABY QLD 4680 | | | AUS | 4680 | 133,000 | 0 | 0 | 0 | 0 |
| Mr Patrick Alan Locker | 5 Dunn St | TANNUM SANDS QLD 4680 | | | | AUS | 4680 | 2,000 | 0 | 0 | 0 | 0 |
| Ms Elizabeth Joy McLeod | 2/12 Golf View Drive | BOYNE ISLAND QLD 4680 | | | | AUS | 4680 | 3,735 | 0 | 0 | 0 | 0 |
| Mr Laurance Edgar Schulz & | Mrs Anecita Pagandahan Schulz | <L & A Schulz Superfund A/C> | 20 Brown Street | CALLIOPE QLD 4680 | | AUS | 4680 | 9 | 0 | 0 | 0 | 0 |
| Mrs Juliana Kelner | 145 Link Road | DARTS CREEK QLD 4695 | | | | AUS | 4695 | 47,600 | 0 | 0 | 0 | 0 |
| Mr Yves Lucien Yvon Kelner | 145 Link Road | DARTS CREEK QLD 4695 | | | | AUS | 4695 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Howard Steven Mills & | Mrs Sheelah Margaret Mills | <Stock & Station Super A/C> | PO Box 8369 | ALLENSTOWN QLD 4700 | | AUS | 4700 | 100,000 | 0 | 0 | 0 | 0 |
| Mitsue Pty Ltd | PO Box 8478 | ALLENSTOWN QLD 4700 | | | | AUS | 4700 | 200,000 | 0 | 0 | 0 | 0 |
| Mrs Janice Lorraine Hendy | PO Box 2124 | YEPPOON QLD 4703 | | | | AUS | 4703 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Kurt James McPhail | 34 Eden Way | YEPPOON QLD 4703 | | | | AUS | 4703 | 17 | 0 | 0 | 0 | 0 |
| Mrs Beverley Joyce Green & | Mr Francis Graham Green | 34 Marine Parade | EMU PARK QLD 4710 | | | AUS | 4710 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Paul David Congreve | PO Box 2553 | EMERALD QLD 4720 | | | | AUS | 4720 | 13,332 | 0 | 0 | 0 | 0 |
| Jabiwarra Superannuation Pty | Ltd | <Jabiwarra Super Fund A/C> | PO Box 78 | EMERALD QLD 4720 | | AUS | 4720 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Christopher John Keast | 21 Lakeside Dr | EMERALD QLD 4720 | | | | AUS | 4720 | 9 | 0 | 0 | 0 | 0 |
| Mrs Susan Marshall & | Mr Benjamin Shane Marshall | <BSM Superannuation Fund A/C> | 21 Eclipse St | SPRINGSURE QLD 4722 | | AUS | 4722 | 196,000 | 0 | 0 | 0 | 0 |
| Mr Juan Carlos Abad & | Mrs Carmen Abad | <Abad Family Super Fund A/C> | PO Box 8644 | MOUNT PLEASANT QLD 4740 | | AUS | 4740 | 48,000 | 0 | 0 | 0 | 0 |
| Mr Neil Joseph Cruikshank | 86 Mogford Street | MACKAY QLD 4740 | | | | AUS | 4740 | 24,153 | 0 | 0 | 0 | 0 |
| Mrs Helen Ruth Labruniy | 4 Hucker Street | MACKAY QLD 4740 | | | | AUS | 4740 | 100,000 | 0 | 0 | 0 | 0 |
| Miss Melissa Maree Sorensen | 5 Chauvel Street | SOUTH MACKAY QLD 4740 | | | | AUS | 4740 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Kylie Dowd | 33 Leichhardt Drive | MORANBAH QLD 4744 | | | | AUS | 4744 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Alex Miller | 6A Lyons Court | MORANBAH QLD 4744 | | | | AUS | 4744 | 623,000 | 0 | 0 | 0 | 0 |
| Mr Vikki Niall Deguara & | Mrs Gayle Nola Deguara | <V & G Deguara S/F A/C> | PO Box 382 | MARIAN QLD 4753 | | AUS | 4753 | 18,870 | 0 | 0 | 0 | 0 |
| Mr Simon Walter & | Mrs Amanda Walter | 7 Manooka Drive | CANNONVALE QLD 4802 | | | AUS | 4802 | 5,000 | 0 | 0 | 0 | 0 |
| Dr Kenneth Crasta | PO Box 2355 | TOWNSVILLE QLD 4810 | | | | AUS | 4810 | 25,000 | 0 | 0 | 0 | 0 |
| Mrs Julie Ann Johnston | 608 Cape Cleveland Road | CAPE CLEVELAND QLD 4810 | | | | AUS | 4810 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Craig Winter | 30 Soule Street | HERMIT PARK QLD 4812 | | | | AUS | 4812 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Garth Harrigan | 43 Elizabeth Street | AITKENVALE QLD 4814 | | | | AUS | 4814 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Michael Kenneth Roach | 16 Emerald Street | KIRWAN QLD 4817 | | | | AUS | 4817 | 56,585 | 0 | 0 | 0 | 0 |
| Mr Nicholas Exarhos | 9A Dundee Lane | QUEENTON QLD 4820 | | | | AUS | 4820 | 55,555 | 0 | 0 | 0 | 0 |
| Mrs Liota Jeanette Peno | 35 Rutherford Street | CHARTERS TOWERS QLD 4820 | | | | AUS | 4820 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Warwick Lloyd Jull | PO Box 389 | MISSION BEACH QLD 4852 | | | | AUS | 4852 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Alan Harold Cole | PO Box 11 | SOUTH JOHNSTONE QLD 4859 | | | | AUS | 4859 | 56,685 | 0 | 0 | 0 | 0 |
| Mr Shaun O'Donahoo & | Mrs Judith O'Donahoo | 2A Keirle Avenue | WHITFIELD QLD 4870 | | | AUS | 4870 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Paul Lee Hutchinson | 209 Greenslopes St | EDGE HILL QLD 4870 | | | | AUS | 4870 | 11,400 | 0 | 0 | 0 | 0 |
| Mr Gregory Herbert Lawrence & | Mrs Wendy Lawrence | <G H Lawrence Super Fund A/C> | 363 Mulgrave Road | BUNGALOW QLD 4870 | | AUS | 4870 | 71,000 | 0 | 0 | 0 | 0 |
| Mr Grant James Joseph | Pollard & | Mrs Kerry Lynette Pollard | 11 Kurrajong Street | EARLVILLE QLD 4870 | | AUS | 4870 | 6,100 | 0 | 0 | 0 | 0 |

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,2 | Unlisted. Opt. $0.175 Tranches - 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| GPV Super Pty Ltd | <Vom Superannuation A/C> | PO Box 889 | EARLVILLE QLD 4870 | | | AUS | 4870 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Gordon Thomas Venables | 12 Atherton St | WHITFIELD QLD 4870 | | | | AUS | 4870 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Drew Isaac Slawson | 2 Dineen Cl | COOYA BEACH QLD 4873 | | | | AUS | 4873 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Hugh Armitage | <Armitage Family A/C> | PO Box 553 | CLIFTON BEACH QLD 4879 | | | AUS | 4879 | 14,285 | 0 | 0 | 0 | 0 |
| Mr John Walter Brooksbank | PO Box 317 | KURANDA QLD 4881 | | | | AUS | 4881 | 150,000 | 0 | 0 | 0 | 0 |
| Tufmal Pty Ltd | <M&D Fahey Super Fund A/C> | PO Box 1011 | ATHERTON QLD 4883 | | | AUS | 4883 | 100,000 | 0 | 0 | 0 | 0 |
| Australian Executor Trustees | Limited | <No 1 Account> | GPO Box 546 | ADELAIDE SA 5001 | | AUS | 5001 | 40,000 | 0 | 0 | 0 | 0 |
| Dr Margaret Jean Gibson | C\- Ael Limited | GPO Box 546 | ADELAIDE SA 5001 | | | AUS | 5001 | 85,000 | 0 | 0 | 0 | 0 |
| KDKF Superannuation Pty Ltd | <KDKF Super Fund A/C> | GPO Box 1347 | ADELAIDE SA 5001 | | | AUS | 5001 | 80,000 | 0 | 0 | 0 | 0 |
| Mrs Jill Ross Newland | 21 Tynte Street | NORTH ADELAIDE SA 5006 | | | | AUS | 5006 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Paul Sloan & | Mrs Gillian Sloan | PO Box 161 | NORTH ADELAIDE SA 5006 | | | AUS | 5006 | 286,000 | 0 | 0 | 0 | 0 |
| Mr Scott Leigh Zucker | 6 Fourth Avenue | CHELTENHAM SA 5014 | | | | AUS | 5014 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Wayne David Dienhoff & | Mrs Caroline Mary Dienhoff | <Dienhoff Super Fund A/C> | 17 Swansea Street | LARGS NORTH SA 5016 | | AUS | 5016 | 20,000 | 0 | 0 | 0 | 0 |
| Morlow (No 46) Pty Ltd | <Munday Super Fund A/C> | PO Box 216 | HENLEY BEACH SA 5022 | | | AUS | 5022 | 80,000 | 0 | 0 | 0 | 0 |
| Mr Robert Charles Dingle & | Mrs Robyn Dawn Dingle | <Dings Dynamic Superfund A/C> | 333A Tapleys Hill Rd | SEATON SA 5023 | | AUS | 5023 | 2,000,000 | 0 | 0 | 0 | 0 |
| Michael Harris Super Pty Ltd | <Michael Harris Super A/C> | 263 Grange Road | FINDON SA 5023 | | | AUS | 5023 | 113,978 | 0 | 0 | 0 | 0 |
| Mr Gerard Patrick O'Brien & | Mrs Diane Mary O'Brien | PO Box 137 | WEST BEACH SA 5024 | | | AUS | 5024 | 15,594 | 0 | 0 | 0 | 0 |
| Mr Shane Bradley Hagan | 22 Hoskin Avenue | KIDMAN PARK SA 5025 | | | | AUS | 5025 | 39,800 | 0 | 0 | 0 | 0 |
| Mr Leath Hamish Margrie | PO Box 389 | BROOKLYN PARK SA 5032 | | | | AUS | 5032 | 121,000 | 0 | 0 | 0 | 0 |
| Investart Holdings Pty Ltd | <Investart Holdings A/C> | 56B King William Road | GOODWOOD SA 5034 | | | AUS | 5034 | 274,000 | 0 | 0 | 0 | 0 |
| Algoma Steel Pty Ltd | <Terence Kavanagh Family A/C> | 2 Scott Court | NOVAR GARDENS SA 5040 | | | AUS | 5040 | 200,000 | 0 | 0 | 0 | 0 |
| Algoma Steel Pty Ltd | <Kavanagh Super Fund A/C> | 2 Scott Court | NOVAR GARDENS SA 5040 | | | AUS | 5040 | 170,000 | 0 | 0 | 0 | 0 |
| Mr Matthew David Burford | 48 Frederick Street | GLENGOWRIE SA 5044 | | | | AUS | 5044 | 10 | 0 | 0 | 0 | 0 |
| Mr Robert Bruce Crabbe & | Mrs Karen Elizabeth Crabbe | <Emeritus Super Fund A/C> | PO Box 773 | GLENELG SA 5045 | | AUS | 5045 | 15,000 | 0 | 0 | 0 | 0 |
| Pemash Investments Pty Ltd | <Nash Super Fund A/C> | PO Box 87 | BRIGHTON SA 5048 | | | AUS | 5048 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Graham Lawrence Richards & | Ms Suzana Saskor | <Flex Super Fund A/C> | PO Box 442 | HOVE SA 5048 | | AUS | 5048 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Brian Stanley Tilley | 14 Oleander Street East | SOUTH BRIGHTON SA 5048 | | | | AUS | 5048 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Bruce Alastair Harris | Unit 1 41 Young St | SEACLIFF SA 5049 | | | | AUS | 5049 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Glenn David Jobling | 196 Coromandel Parade | COROMANDEL VALLEY SA 5051 | | | | AUS | 5051 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Nigel Robin Burton | 11 Kalyra Road | BELAIR SA 5052 | | | | AUS | 5052 | 2,888 | 0 | 0 | 0 | 0 |
| Pitten Pty Ltd | <The Hall Retirement Fund A/C> | PO Box 411 | BELAIR SA 5052 | | | AUS | 5052 | 90,818 | 0 | 0 | 0 | 0 |
| Mr Anthony John Goodall | 24 Blyth Street | PARKSIDE SA 5063 | | | | AUS | 5063 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Peter William Forbes | Morrison | 6 Yeo Avenue | HIGHGATE SA 5063 | | | AUS | 5063 | 5,400 | 0 | 0 | 0 | 0 |
| Dr Lap Kwong Han | 6 Mountain View Place | MOUNT OSMOND SA 5064 | | | | AUS | 5064 | 12,000 | 0 | 0 | 0 | 0 |
| Mrs Jacqueline Margaret | Holdich | 1 Purnana Avenue | ST GEORGES SA 5064 | | | AUS | 5064 | 14,900 | 0 | 0 | 0 | 0 |
| Lasbury Services Pty Ltd | <The Flight A/C> | 19 Auburn Avenue | MYRTLE BANK SA 5064 | | | AUS | 5064 | 300,000 | 0 | 0 | 0 | 0 |
| Mrs Joan Louise Prosser | Apartment 37 | 7 Spence Avenue | MYRTLE BANK SA 5064 | | | AUS | 5064 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Dean Crawford Engelhardt | 34 Dulwich Ave | DULWICH SA 5065 | | | | AUS | 5065 | 8,260 | 0 | 0 | 0 | 0 |
| Mr Ronald William Glasson | 76A Statenborough Street | ERINDALE SA 5066 | | | | AUS | 5066 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Stefan Melanomski | 73 Waterfall Gully Road | WATERFALL GULLY SA 5066 | | | | AUS | 5066 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Derek Terence Morley | 18 Knightsbridge Road | HAZELWOOD PARK SA 5066 | | | | AUS | 5066 | 13,000 | 0 | 0 | 0 | 0 |
| Mr James Robert Seaton | 58B Glynburn Road | BEAUMONT SA 5066 | | | | AUS | 5066 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Kevin Robert Sexton | 58B Glynburn Road | BEAUMONT SA 5066 | | | | AUS | 5066 | 2,000,000 | 0 | 0 | 0 | 0 |
| Ardeen Pty Ltd | PO Box 231 | STEPNEY SA 5069 | | | | AUS | 5069 | 120,000 | 0 | 0 | 0 | 0 |
| Mr Ryan Sydney McClenaghan | PO Box 411 | STEPNEY SA 5069 | | | | AUS | 5069 | 2,500 | 0 | 0 | 0 | 0 |
| Mrs Antonietta Angelini & | Dr Maria Elisa Angelini | <Antonietta Angelini S/F A/C> | PO Box 2631 | KENT TOWN SA 5071 | | AUS | 5071 | 62,500 | 0 | 0 | 0 | 0 |
| Dr Maria Angelini | PO Box 2631 | KENT TOWN SA 5071 | | | | AUS | 5071 | 75,000 | 0 | 0 | 0 | 0 |
| Dr Maria Elisa Angelini & | Mrs Antonietta Angelini | <Maria Angelini S/F A/C> | PO Box 2631 | KENT TOWN SA 5071 | | AUS | 5071 | 62,500 | 0 | 0 | 0 | 0 |
| Mr Timo Angelini & | Mrs Antonietta Angelini | PO Box 2631 | KENT TOWN SA 5071 | | | AUS | 5071 | 62,500 | 0 | 0 | 0 | 0 |
| Mr Robert Kay Davenport | <RKD Superannuation Fund A/C> | 13 Heetall Avenue | TRANMERE SA 5073 | | | AUS | 5073 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Ruth Sinclair Deegan | 14 Heetall Avenue | TRANMERE SA 5073 | | | | AUS | 5073 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Kevin Richard Lawton | 17 Marda Avenue | ROSTREVOR SA 5073 | | | | AUS | 5073 | 5,000 | 0 | 0 | 0 | 0 |
| JC & Ma Varricchio Pty Ltd | <The Varricchio S/F A/C> | 879 Lower North East Road | DERNANCOURT SA 5075 | | | AUS | 5075 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Mark Howard Oldfield & | Mrs Julie Faye Oldfield | <Ordav Nominees A/C> | 2 Quondong Ave | ATHELSTONE SA 5076 | | AUS | 5076 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Gregory James Blight & | Mr Stephen Maxwell Blight | <Gregory Blight S/F A/C> | 55 North East Road | COLLINSWOOD SA 5081 | | AUS | 5081 | 370,370 | 0 | 0 | 0 | 0 |
| Mr Andrew Clement Grope | 50 Northcote Tce | GILBERTON SA 5081 | | | | AUS | 5081 | 3,750 | 0 | 0 | 0 | 0 |
| Mr Timothy Alexander Brown | 2 Audley Ave | PROSPECT SA 5082 | | | | AUS | 5082 | 22,222 | 0 | 0 | 0 | 0 |
| Ms Catriona Eleanor Herriott | 28 Leslie Avenue | BLAIR ATHOL SA 5084 | | | | AUS | 5084 | 55,000 | 0 | 0 | 0 | 0 |
| Mr My Van Tran | 20 Elizabeth St | BLAIR ATHOL SA 5084 | | | | AUS | 5084 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Ralph Mervyn Greenham | 1 Flinders Road | HILLCREST SA 5086 | | | | AUS | 5086 | 10,000 | 0 | 0 | 0 | 0 |
| Mr James Binh Quyen Luu & | Mrs Hue Dao Chau | 21 Hilltop Drive | OAKDEN SA 5086 | | | AUS | 5086 | 418,888 | 0 | 0 | 0 | 0 |
| Mr Dean Claude Matthews & | Mrs Patricia Leone Matthews | 20 Harold Street | HIGHBURY SA 5089 | | | AUS | 5089 | 6,000 | 0 | 0 | 0 | 0 |
| Mr David Wilton | 15 Packham Place | HIGHBURY SA 5089 | | | | AUS | 5089 | 137,000 | 0 | 0 | 0 | 0 |
| Mr Bryan Raymond Tidswell | 30 Wheeler Avenue | POORAKA SA 5095 | | | | AUS | 5095 | 15,700 | 0 | 0 | 0 | 0 |
| Mr Anthony Peter O'Keeffe | 7 Saddle Crescent | WALKLEY HEIGHTS SA 5098 | | | | AUS | 5098 | 6,322 | 0 | 0 | 0 | 0 |
| Mr Gavin Stewart Woolford & | Mrs Adelina Woolford | <G & A Woolford S/F A/C> | 15 Hughes Court | WALKLEY HEIGHTS SA 5098 | | AUS | 5098 | 9,000 | 0 | 0 | 0 | 0 |
| Mr Gavin Stewart Woolford | 15 Hughes Ct | WALKLEY HEIGHTS SA 5098 | | | | AUS | 5098 | 31,500 | 0 | 0 | 0 | 0 |
| Mrs Glenda Ann Campbell | 7 O'Dea Court | GAWLER EAST SA 5118 | | | | AUS | 5118 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Mervyn Thomas Curtis | 29 Jane Street | WILLASTON SA 5118 | | | | AUS | 5118 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Frederick Cugley | 156 Seaview Road | GOLDEN GROVE SA 5125 | | | | AUS | 5125 | 10,500 | 0 | 0 | 0 | 0 |
| Miss Kavindya Ishini | Kariyawasam | 16 Valour Ct | GOLDEN GROVE SA 5125 | | | AUS | 5125 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Angus John Nicholas Brooks | PO Box 210 | CRAFERS SA 5152 | | | | AUS | 5152 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Ewan John Vickery & | Mrs Helen Caroline Vickery | <Vickery Super Fund A/C> | 19 Avenue Road | STIRLING SA 5152 | | AUS | 5152 | 100,000 | 0 | 0 | 0 | 0 |
| Dr Robert Gwydir Booth | Morrison & | Mrs Penelope Suzanne Morrison | <Morrison Super Fund A/C> | 46 Mountford Avenue | BRIDGEWATER SA 5155 | AUS | 5155 | 35,000 | 0 | 0 | 0 | 0 |
| Dr Neelakanthi Ekanayake | Gunawardena | 20 Clearview Terrace | FLAGSTAFF HILL SA 5159 | | | AUS | 5159 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Ernest Elf & Mrs Oksana Elf | <Elf Family Super Fund A/C> | 46 Britannia Pde | HINDMARSH ISLAND SA 5214 | | | AUS | 5214 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Mark Vincent Ewart | PO Box 687 | PENNESHAW SA 5222 | | | | AUS | 5222 | 6,060 | 0 | 0 | 0 | 0 |
| Mr Kevin David Lee & | Mrs Suzanne Lee | <KDSJL Super Fund A/C> | PO Box 1741 | MOUNT BARKER SA 5251 | | AUS | 5251 | 119,019 | 0 | 0 | 0 | 0 |
| Mr Michael Lawton Harrington | South | PO Box 188 | MILANG SA 5256 | | | AUS | 5256 | 50,000 | 0 | 0 | 0 | 0 |
| Mr John Charles Finnis & | Mrs Glenys Jan Boyanton | <Smith St Acc Ser SF No1 A/C> | PO Box 1046 | NARACOORTE SA 5271 | | AUS | 5271 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Gilbert Graham Agnew & | Mrs Valerie Dianne Agnew | 19 Ramsay Avenue | MOUNT GAMBIER SA 5290 | | | AUS | 5290 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Robin Yeats Ellerman & | Mrs Mary Ellerman | <Ellerman Super Fund A/C> | PO Box 37 | MOUNT GAMBIER SA 5290 | | AUS | 5290 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Robin Yeats Ellerman & | Mrs Mary Ellerman | <Ellerman Super Fund A/C> | PO Box 37 | MOUNT GAMBIER SA 5290 | | AUS | 5290 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Yvonne Margaretha Kobes | PO Box 1741 | MOUNT GAMBIER SA 5290 | | | | AUS | 5290 | 200,000 | 0 | 0 | 0 | 0 |
| Hammond Financial Pty Ltd | <Hammond Family S/F A/C> | PO Box 9934 | MOUNT GAMBIER WEST SA 5291 | | | AUS | 5291 | 300,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Eric Schubert | PO Box 79 | STOCKWELL SA 5355 | | | | AUS | 5355 | 15,000 | 0 | 0 | 0 | 0 |
| Calidan Pty Ltd | <Calidan A/C> | PO Box 159 | ROSEWORTHY SA 5371 | | | AUS | 5371 | 9,000 | 0 | 0 | 0 | 0 |

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 9/7/18,29/1/19,29/6/19 | Unlist. Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Graeme Robert Barry & | Mrs Janette Dawn Barry | PO Box 135 | DRROROO SA 5431 | | | AUS | 5431 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Cameron Paul March | PO Box 177 | KADINA SA 5554 | | | | AUS | 5554 | 10,648 | 0 | 0 | 0 | 0 |
| Mr Paul Newton March & | Ms Merilyn Dawn March | PO Box 177 | KADINA SA 5554 | | | AUS | 5554 | 22,000 | 0 | 0 | 0 | 0 |
| Ms Judith Anne Haydon | 13A Deer Court | WALLAROO SA 5556 | | | | AUS | 5556 | 182,000 | 0 | 0 | 0 | 0 |
| Est Mr Michael Howard Archer | PO Box 201 | YORKETOWN SA 5576 | | | | AUS | 5576 | 210,000 | 0 | 0 | 0 | 0 |
| Rm & KJ Denton Superannuation | Fund | Rm & KJ Denton Superannuation | <A/C> | 3 Wandana Place | TUMBY BAY  SA 5605 | AUS | 5605 | 6,000 | 0 | 0 | 0 | 0 |
| Mrs Paula Ellen Blatchford | Mr Michael John Blatchford & | <Blatchford Family A/C> | 3 Martin Court | WHYALLA STUART  SA 5608 | | AUS | 5608 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Richard Parsons | PO Box 105 | KIMBA  SA 5641 | | | | AUS | 5641 | 3,360 | 0 | 0 | 0 | 0 |
| Mr Phillip Roland Whiting | PO Box 54 | PORT AUGUSTA SA 5700 | | | | AUS | 5700 | 3,000 | 0 | 0 | 0 | 0 |
| Mr Mark Robert Dillon | 27 Valley Street | WEST HOBART  TAS 7000 | | | | AUS | 7000 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Michael Watson & | Mrs Anna Maree Watson | PO Box 511 | NORTH HOBART TAS 7002 | | | AUS | 7002 | 50,000 | 0 | 0 | 0 | 0 |
| Est Mr Robert Budzul | Unit 4 | 23 Albuera Street | BATTERY POINT TAS 7004 | | | AUS | 7004 | 3,900 | 0 | 0 | 0 | 0 |
| Ms Tamzin Peta Hookway | 451 Churchill Avenue | SANDY BAY TAS 7005 | | | | AUS | 7005 | 47,727 | 0 | 0 | 0 | 0 |
| Dr Peter Julian Savers & | Mrs Lyn Elizabeth Savers | <P J & L E Savers Super A/C> | PO Box 378 | SANDY BAY TAS 7006 | | AUS | 7006 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Rong Fan & Ms Wanlu Gou | <The Fan Family SF A/C> | Unit 2 | 36B Augusta Rd | NEW TOWN TAS 7008 | | AUS | 7008 | 7,350,000 | 0 | 0 | 0 | 0 |
| Mr Mark Allan Hepworth | 34 Eleventh Avenue | WEST MOONAH TAS 7009 | | | | AUS | 7009 | 2,400 | 0 | 0 | 0 | 0 |
| Mr Craig Michael Wood | 44 Windsor Street | GLENORCHY TAS 7010 | | | | AUS | 7010 | 70,000 | 0 | 0 | 0 | 0 |
| Miss Shuang Liang | 8 Balamara Street | BELLERIVE TAS 7018 | | | | AUS | 7018 | 2,620,760 | 0 | 0 | 0 | 0 |
| Mr Peter Laurence Hardinge & | Mrs Kathryn Elizabeth Hardinge | 1 Allender Court | OAKDOWNS TAS 7019 | | | AUS | 7019 | 23,000 | 0 | 0 | 0 | 0 |
| Mr Duncan McDermott Hine | 441 Pelverata Road | KAOOTA TAS 7150 | | | | AUS | 7150 | 7,500 | 0 | 0 | 0 | 0 |
| Mrs Vicki Jane Bazan | 8 Tabor Road | ACTON PARK TAS 7170 | | | | AUS | 7170 | 15,500 | 0 | 0 | 0 | 0 |
| Mr Raj Kumar Acharya | PO Box 10 | COLES BAY TAS 7215 | | | | AUS | 7215 | 79,104 | 0 | 0 | 0 | 0 |
| Mr Robert John Evans | 16 Tasman Highway | BICHENO  TAS 7215 | | | | AUS | 7215 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Michael Charles Ravenshaw | Brodie & | Ms Margaret Caroline Brodie | <Michael Brodie Family A/C> | PO Box 8068 | TREVALLYN TAS 7250 | AUS | 7250 | 100,000 | 0 | 0 | 0 | 0 |
| Chenoa Pty Ltd | <Chenoa Family A/C> | PO Box 432 | NEWSTEAD TAS 7250 | | | AUS | 7250 | 180,000 | 0 | 0 | 0 | 0 |
| Mr Robert Edward Innes | 9 Derwray Grove | NORWOOD TAS 7250 | | | | AUS | 7250 | 150,000 | 0 | 0 | 0 | 0 |
| Miss Prue Sutton & | Dr Robert Charles Barbour | <Barbour & Sutton Super A/C> | 43 Gorge Rd | TREVALLYN TAS 7250 | | AUS | 7250 | 803,563 | 0 | 0 | 0 | 0 |
| Mr Wesley Sulzberger | 39 Tanner Dr | LEGANA TAS 7277 | | | | AUS | 7277 | 1,500 | 0 | 0 | 0 | 0 |
| Ms Jacqueline Faye Merrett | 66 William Street | WESTBURY TAS 7303 | | | | AUS | 7303 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Ian Raymond Huett | PO Box 21 | DELORAINE TAS 7304 | | | | AUS | 7304 | 114,846 | 0 | 0 | 0 | 0 |
| Mr Ian Robert Kerr | 192 Wilmot Street | PORT SORELL TAS 7307 | | | | AUS | 7307 | 7,000 | 0 | 0 | 0 | 0 |
| No Gnome Loans Pty Ltd | 13 Eugene St | DEVONPORT TAS 7310 | | | | AUS | 7310 | 2 | 0 | 0 | 0 | 0 |
| Mr Kelvin Bowers | 6 Archer St | ULVERSTONE TAS 7315 | | | | AUS | 7315 | 4,800 | 0 | 0 | 0 | 0 |
| Mrs Mindy-Ann King | <C&M King Retirement Fund A/C> | PO Box 703 | ULVERSTONE  TAS 7315 | | | AUS | 7315 | 9,500 | 0 | 0 | 0 | 0 |
| Mr Timothy Graham Sykes & | Mrs Rachael Tamara Sykes | PO Box 264 | PENGUIN TAS 7316 | | | AUS | 7316 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Christopher James Weinert & | Mrs Andrea Jayne Weinert | 52 Grandview Ave | PARK GROVE  TAS 7320 | | | AUS | 7320 | 14,400 | 0 | 0 | 0 | 0 |
| Merrill Lynch (Australia) | Nominees Pty Limited | Level 19 | 120 Collins Street | MELBOURNE VIC 3000 | | AUS | 3000 | 1,394,333 | 0 | 0 | 0 | 0 |
| Mr Andrew Pak | Unit 2406 318 Russell St | MELBOURNE VIC 3000 | | | | AUS | 3000 | 10,000 | 0 | 0 | 0 | 0 |
| J P Morgan Nominees Australia | Pty Limited | Locked Bag 20049 | MELBOURNE VIC 3001 | | | AUS | 3001 | 55,227,151 | 0 | 0 | 0 | 0 |
| Penause Pty Ltd | GPO Box 4147 | MELBOURNE VIC 3001 | | | | AUS | 3001 | | 0 | 0 | 0 | 2,000,000 |
| Keng Chuen Tham | 21/28 Jeffcot Street | WEST MELBOURNE VIC 3003 | | | | AUS | 3003 | 3,759,643 | 0 | 0 | 0 | 0 |
| Mr Phillip John Fox & | Mrs Graziella Bonello-Fox | Unit 1001 35 Albert Road | MELBOURNE  VIC 3004 | | | AUS | 3004 | 20,000 | 0 | 0 | 0 | 0 |
| GP Levvey Pty Ltd | <GP Levvey Family A/C> | C/- Level 13 Freshwater Place | 2 Southbank Bouevard | SOUTHBANK  VIC 3006 | | AUS | 3006 | 414,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Levvey & | Mrs Bronwyn Levvey | <Levvey Super Fund A/C> | Level 13 Freshwater Place | 2 Southbank BLVD | SOUTHBANK  VIC 3006 | AUS | 3006 | 1,645,000 | 0 | 0 | 0 | 0 |
| Mrs Alison Williams | U 508 100 Lorimar St | DOCKLANDS VIC 3008 | | | | AUS | 3008 | 9,940 | 0 | 0 | 0 | 0 |
| Mr Ken Quach | 14 Collins Street | SEDDON VIC 3011 | | | | AUS | 3011 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Luke Michael Robertson | 22 Tiernan St | FOOTSCRAY  VIC 3011 | | | | AUS | 3011 | 3,800 | 0 | 0 | 0 | 0 |
| Mr Khai Hao Truong | 106 Ballarat Road | FOOTSCRAY VIC 3011 | | | | AUS | 3011 | 100 | 0 | 0 | 0 | 0 |
| Mr Brendan Terence Fahy | 118 North Road | NEWPORT VIC 3015 | | | | AUS | 3015 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Paul Stebbing | <Stebbing Super Fund A/C> | 15 Waterfront Place | WILLIAMSTOWN VIC 3016 | | | AUS | 3016 | 67,735 | 0 | 0 | 0 | 0 |
| Tarstan Nominees Pty Ltd | <Morrows P/L Super Fund A/C> | 59 Morris Street | WILLIAMSTOWN  VIC 3016 | | | AUS | 3016 | 6,782,477 | 0 | 0 | 0 | 0 |
| Elsad Nominees Pty Ltd | <The Loukides Family A/C> | 111 Esplanade | ALTONA VIC 3018 | | | AUS | 3018 | 20,000 | 0 | 0 | 0 | 0 |
| Jezza-Belles Pty Ltd | PO Box 471 | ALTONA VIC 3018 | | | | AUS | 3018 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Kevin John Boers | 55 Clayton Street | SUNSHINE NORTH VIC 3020 | | | | AUS | 3020 | 19,518 | 0 | 0 | 0 | 0 |
| Mr Kevin John Boers & | Ms Annette Marie Vickery | <ANYETA26 Super Fund A/C> | 55 Clayton Street | SUNSHINE NORTH VIC 3020 | | AUS | 3020 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Dinh Thien Tran & | Mrs My Huy Lam Tran | <Lam & Tran S Family A/C> | Unit 5 | 111-113 Taylors Road | ST ALBANS  VIC 3021 | AUS | 3021 | 500,000 | 0 | 0 | 0 | 0 |
| Ms Thanh Ngoc Tran | Unit 5 | 111-113 Taylors Road | ST ALBANS VIC 3021 | | | AUS | 3021 | 345,000 | 0 | 0 | 0 | 0 |
| Ms Jeanette Squillacioti | 16 Melview Drive | WYNDHAM VALE VIC 3024 | | | | AUS | 3024 | 10,000 | 0 | 0 | 0 | 0 |
| Mr John Sultana | <Thomas John Sultana A/C> | 65 Knightsbridge Avenue | ALTONA MEADOWS VIC 3028 | | | AUS | 3028 | 100,000 | 0 | 0 | 0 | 0 |
| Granborough Pty Ltd | <Ai & J Kino S/F A/C> | 8 Tucker Court | HOPPERS CROSSING VIC 3029 | | | AUS | 3029 | 3,000,000 | 0 | 0 | 0 | 0 |
| Mr Edwin Mugi Kabuga | 4 Sinclair Crescent | TARNEIT VIC 3029 | | | | AUS | 3029 | 13,000 | 0 | 0 | 0 | 0 |
| Mr Brandon William Leckie | 9 Hunter Ave | HOPPERS CROSSING VIC 3029 | | | | AUS | 3029 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Ernesto Ricci | 71 Bellbridge Dr | HOPPERS CROSSING VIC 3029 | | | | AUS | 3029 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Pavel Sluka | 23 Clearwater Rise Pde | TRUGANINA VIC 3029 | | | | AUS | 3029 | 4,000 | 0 | 0 | 0 | 0 |
| Mrs Isabelle Birds | 35 Arrowgrass Drive | POINT COOK VIC 3030 | | | | AUS | 3030 | 8,533 | 0 | 0 | 0 | 0 |
| Mr Hoo Ward Ng | 35 Middle Park Drive | POINT COOK  VIC 3030 | | | | AUS | 3030 | 19,999 | 0 | 0 | 0 | 0 |
| Mrs Alison Mary Singh | 276 Sanctuary Lakes South BVD | POINT COOK VIC 3030 | | | | AUS | 3030 | 10,000 | 0 | 0 | 0 | 0 |
| Mr David Simmens | Unit 4 17 Glance St | FLEMINGTON VIC 3031 | | | | AUS | 3031 | 34,482 | 0 | 0 | 0 | 0 |
| Mr Subramaniam Sreenivasan | 205 Stockmans Way | KENSINGTON VIC 3031 | | | | AUS | 3031 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Shaun Timothy Gregory | 31 Clarks Road | KEILOR EAST  VIC 3033 | | | | AUS | 3033 | 19,000 | 0 | 0 | 0 | 0 |
| Mrs Kathryn Alicia Hofman | 6 Maurice Court | KEILOR EAST VIC 3033 | | | | AUS | 3033 | 20,000 | 0 | 0 | 0 | 0 |
| Mr John Crawford | 3 Taggerty Court | KEILOR  VIC 3036 | | | | AUS | 3036 | 5,000 | 0 | 0 | 0 | 0 |
| Lockwood Superannuation Fund | Pty Ltd | <Lockwood Super Fund A/C> | 10 Wyperfeld Avenue | TAYLORS LAKES VIC 3038 | | AUS | 3038 | 297,275 | 0 | 0 | 0 | 0 |
| Mr John David Tennant | Unit 132 | 800 Kings Road | TAYLORS LAKES VIC 3038 | | | AUS | 3038 | 30,000 | 0 | 0 | 0 | 0 |
| Mrs Noela Mary Tennant | Unit 132 | 800 Kings Road | TAYLORS LAKES VIC 3038 | | | AUS | 3038 | 250,000 | 0 | 0 | 0 | 0 |
| Jamaam Pty Ltd | <The Thomson Super Fund A/C> | 25 Ardmillan Road | MOONEE PONDS VIC 3039 | | | AUS | 3039 | 100,000 | 0 | 0 | 0 | 0 |
| 10Q Capital Pty Ltd | <Faggianelli Family A/C> | 10 Kiora Street | ESSENDON VIC 3040 | | | AUS | 3040 | 1 | 0 | 0 | 0 | 0 |
| Mr Adam John Arkinstall | Mr Ian John Arkinstall | <Aj Arkinstall Superfund A/C> | 32 Ardoch Street | ESSENDON  VIC 3040 | | AUS | 3040 | 75,000 | 0 | 0 | 0 | 0 |
| Mr Kyle Maree | Panagiotopoulos | 15 Clarinda Rd | ESSENDON  VIC 3040 | | | AUS | 3040 | 19,000 | 0 | 0 | 0 | 0 |
| Primo Nominees Pty Ltd | 21 Kalimna Street | ESSENDON VIC 3040 | | | | AUS | 3040 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Blake John Ballard | 4 Streldon Ave | STRATHMORE VIC 3041 | | | | AUS | 3041 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Merrick Ian Abraham | 83 King Street | AIRPORT WEST VIC 3042 | | | | AUS | 3042 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Evan Antony Appathurai | 6/246 Cumberland Road | PASCOE VALE  VIC 3044 | | | | AUS | 3044 | 3,125 | 0 | 0 | 0 | 0 |
| Mr Michael Nguyen | 4 Somali Street | PASCOE VALE SOUTH VIC 3044 | | | | AUS | 3044 | 80,000 | 0 | 0 | 0 | 0 |
| Supapark Pty Ltd | <Kops Family Super Fund A/C> | 367 O'Hea Street | PASCOE VALE SOUTH VIC 3044 | | | AUS | 3044 | 78,000 | 0 | 0 | 0 | 0 |
| Mr Paul Anton Bolte | 38 New Rd | OAK PARK VIC 3046 | | | | AUS | 3046 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Albert Bucchieri | 132 East Street | GLENROY VIC 3046 | | | | AUS | 3046 | 8,000 | 0 | 0 | 0 | 0 |

14 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/15,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/15,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Jim Nickson & | Mrs Kim Thanh Phu | Unit 1 | 231 Peel Street | NORTH MELBOURNE VIC 3051 | | AUS | 3051 | 20,000 | 0 | 0 | 0 | 0 |
| Albany Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Benson Family Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Bolkonsky Holdings Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| BZP Nominees Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Cap Dal Fin Analysis Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| CHSH Pty Ltd | PO Box 4024 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Clendon Capital Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Reumah Investments Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 20 | 0 | 0 | 0 | 0 |
| White Trading Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 21 | 0 | 0 | 0 | 0 |
| Wong Partners Pty Ltd | PO Box 4022 | MELBOURNE UNIVERSITY VIC 3052 | | | | AUS | 3052 | 17 | 0 | 0 | 0 | 0 |
| Mr Joel Yongjian Huang | Unit 7 116 Albert St | BRUNSWICK VIC 3056 | | | | AUS | 3056 | 17,000 | 0 | 0 | 0 | 0 |
| Mr Angelo Vicendese | Unit 3008 187 Weston Street | BRUNSWICK EAST VIC 3057 | | | | AUS | 3057 | 165,000 | 0 | 0 | 0 | 0 |
| Blaak Pty Ltd | 12 Portland St | COBURG VIC 3058 | | | | AUS | 3058 | 153,495 | 0 | 0 | 0 | 0 |
| Bonclyde Pty Ltd | <A V Super Fund A/C> | 38 Saunders Street | COBURG  VIC 3058 | | | AUS | 3058 | 400,000 | 0 | 0 | 0 | 0 |
| Mr Alan Hector Anthony De | Menezes | <The De Menezes Family A/C> | 15 Piccadilly Court | GREENVALE VIC 3059 | | AUS | 3059 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Martin Shorland & | Mrs Bruni Shorland | <Shorland Super Fund A/C> | PO Box 140 | FITZROY VIC 3065 | | AUS | 3065 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Chase Michael Deveraeux | 30 Miller St | FITZROY NORTH VIC 3068 | | | | AUS | 3068 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Jamie Stuart Lowe | 20 Hilton St | CLIFTON HILL VIC 3068 | | | | AUS | 3068 | 20,000 | 0 | 0 | 0 | 0 |
| Mr John Mavrias | <John Mavrias Super Fund A/C> | 132 Byrne Street | FITZROY NORTH VIC 3068 | | | AUS | 3068 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Zachary David Morgan | 6/37 Yambla Street | CLIFTON HILL VIC 3068 | | | | AUS | 3068 | 7,500 | 0 | 0 | 0 | 0 |
| Mr Mark Andrew Plackett | 29 Heidelberg Road | CLIFTON HILL VIC 3068 | | | | AUS | 3068 | 1,000 | 0 | 0 | 0 | 0 |
| Mr Ali Chaudhry | 38 Clifton Street | NORTHCOTE VIC 3070 | | | | AUS | 3070 | 7,692 | 0 | 0 | 0 | 0 |
| Mr Graham John Jones | 1 Burt Street | NORTHCOTE VIC 3070 | | | | AUS | 3070 | 40,000 | 0 | 0 | 0 | 0 |
| Mrs Sarah Louise Keays | 402/550 High St | NORTHCOTE  VIC 3070 | | | | AUS | 3070 | 3,700 | 0 | 0 | 0 | 0 |
| Mr Lachlan Macnish | Unit 1 | 2 Bank Street | NORTHCOTE VIC 3070 | | | AUS | 3070 | 3,847 | 0 | 0 | 0 | 0 |
| Mr Giovanni Spagnolo | <Marcus Deluca A/C> | 13 Emmaline Street | NORTHCOTE VIC 3070 | | | AUS | 3070 | 4 | 0 | 0 | 0 | 0 |
| Mr Aleksander Zlatkovic | 66 Rennie Street | THORNBURY VIC 3071 | | | | AUS | 3071 | 92,500 | 0 | 0 | 0 | 0 |
| Mr Silvio D'Aloia | 2 Edgar Street | RESERVOIR VIC 3073 | | | | AUS | 3073 | 138,032 | 0 | 0 | 0 | 0 |
| Mrs Ying D'Aloia | 2 Edgar Street | RESERVOIR VIC 3073 | | | | AUS | 3073 | 43,968 | 0 | 0 | 0 | 0 |
| Mr Reynier Garcia | 11 Marus Court | LALOR VIC 3075 | | | | AUS | 3075 | 5,100 | 0 | 0 | 0 | 0 |
| Mr Ross Cundari & | Mrs Wendy Janyne Cundari | <R & W Cundari Super Fund A/C> | 5 Lambeth Court | EPPING VIC 3076 | | AUS | 3076 | 75,000 | 0 | 0 | 0 | 0 |
| Mrs Ying Kang | Unit 1 46 Montgomery St | HEIDELBERG HEIGHTS VIC 3081 | | | | AUS | 3081 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Gregory Kenneth Hibbert | Unit 2 358 Lower Plenty Rd | VIEWBANK VIC 3084 | | | | AUS | 3084 | 5,000 | 0 | 0 | 0 | 0 |
| Montgomery Bond Pty Ltd | <La Conian Super Fund A/C> | 48 Station Road | ROSANNA VIC 3084 | | | AUS | 3084 | 260,000 | 0 | 0 | 0 | 0 |
| Mr Hamish Alexander Rhodes | 7 Havilah Court | VIEWBANK VIC 3084 | | | | AUS | 3084 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Upali Perera | 9 Castlereagh Place | WATSONIA VIC 3087 | | | | AUS | 3087 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Matthias Wobbe | 30 Crellin Cres | WATSONIA VIC 3087 | | | | AUS | 3087 | 1,947 | 0 | 0 | 0 | 0 |
| Mrs Carmel Diliberto & | Mr John Diliberto | 2 Viola Close | GREENSBOROUGH VIC 3088 | | | AUS | 3088 | 9,200 | 0 | 0 | 0 | 0 |
| Mr Johnny Di Liberto | 2 Viola Close | GREENSBOROUGH VIC 3088 | | | | AUS | 3088 | 4,200 | 0 | 0 | 0 | 0 |
| Mr Ioannis Racovalis & | Mrs Vicky Racovalis | <Racovalis Super Fund A/C> | 2 Plantago Court | GREENSBOROUGH VIC 3088 | | AUS | 3088 | 850,000 | 0 | 0 | 0 | 0 |
| Mr Franco Fiorenza | Unit 2 35 Panorama Ave | LOWER PLENTY VIC 3093 | | | | AUS | 3093 | 3,000 | 0 | 0 | 0 | 0 |
| Gagandwok Pty Ltd | <Goodway Retreads P/L S/F A/C> | 32 Brenda Road | RESEARCH  VIC 3095 | | | AUS | 3095 | 218,175 | 0 | 0 | 0 | 0 |
| Mr Adrian Boon Leong Soh | 68 Frank Street | ELTHAM VIC 3095 | | | | AUS | 3095 | 5,000 | 0 | 0 | 0 | 0 |
| Steffen Pty Ltd | <Steffen Super Fund A/C> | 14 Opal Court | ELTHAM VIC 3095 | | | AUS | 3095 | 40,000 | 0 | 0 | 0 | 0 |
| Archmedia Pty Ltd | <B & P O'Connor S/F A/C> | 259 Barkers Road | KEW VIC 3101 | | | AUS | 3101 | 20,000 | 0 | 0 | 0 | 0 |
| Beniac-Brooks Super Fund Pty | Ltd | <Beniac-Brooks S/F A/C> | PO Box 2045 | KEW VIC.3101 | | AUS | 3101 | 150,000 | 0 | 0 | 0 | 0 |
| Mr John Anthony Olver | Suite 219 | 16 Cotham Road | KEW VIC 3101 | | | AUS | 3101 | 100,100 | 0 | 0 | 0 | 0 |
| Mr Siak Seng Quah & | Ms Bee Lee Tan | <Qt S/F A/C> | 22 Linckens Crescent | BALWYN  VIC 3103 | | AUS | 3103 | 65,000 | 0 | 0 | 0 | 0 |
| Timmatt Pty Ltd | <Stuckey S/F A/C> | PO Box 106 | BALWYN VIC 3103 | | | AUS | 3103 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Norman Frederick Brown | 2 June Avenue | BALWYN NORTH VIC 3104 | | | | AUS | 3104 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Glisbert Chow | 41 Ray Drive | BALWYN NORTH  VIC 3104 | | | | AUS | 3104 | 7,407 | 0 | 0 | 0 | 0 |
| Mr Ugo Fanizza | 36 Gardenia Road | BALWYN NORTH  VIC 3104 | | | | AUS | 3104 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Michael Kyriakopoulos & | Mrs Sophie Kyriakopoulos | 12 Pendered Way | BULLEEN VIC 3105 | | | AUS | 3105 | 500,000 | 0 | 0 | 0 | 0 |
| Blackwood Grace Pty Ltd | <Specialty Chickens P/ SF A/C> | 111 Wodsters Road | TEMPLESTOWE VIC 3106 | | | AUS | 3106 | 142,800 | 0 | 0 | 0 | 0 |
| Mrs Stephanie Holman | <A & S Holman Unit A/C> | 7 Milner Close | TEMPLESTOWE VIC 3106 | | | AUS | 3106 | 1,200,000 | 0 | 0 | 0 | 0 |
| John Holman Investments | Pty Ltd | <John Holman Invest S/F A/C> | 33 McDonald Avenue | TEMPLESTOWE  VIC 3106 | | AUS | 3106 | 275,000 | 0 | 0 | 0 | 0 |
| Ms Yinghui Lu | 7 Winifred Court | TEMPLESTOWE VIC 3106 | | | | AUS | 3106 | 12 | 0 | 0 | 0 | 0 |
| Mickrilea Pty Ltd | <Mickrilea Super Fund A/C> | PO Box 903 | TEMPLESTOWE VIC 3106 | | | AUS | 3106 | 125,000 | 0 | 0 | 0 | 0 |
| Mr Peter Arthur Pezos | 287 Church Road | TEMPLESTOWE  VIC 3106 | | | | AUS | 3106 | 60,000 | 0 | 0 | 0 | 0 |
| Mrs Beverley Ball | <Ball Resources Super A/C> | 9 Maverick Close | DONCASTER VIC 3108 | | | AUS | 3108 | 180,000 | 0 | 0 | 0 | 0 |
| Miss Ting Xiao He | Unit 17 413 Doncaster Road | DONCASTER VIC 3108 | | | | AUS | 3108 | 10,000 | 0 | 0 | 0 | 0 |
| Ms Wai Leng Chek & | Mr Jason Marriott | <Lifechek Superfund A/C> | 257 Andersons Creek Road | DONCASTER EAST VIC 3109 | | AUS | 3109 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Myles Connell & | Mrs Dunia Connell | <Nca Superannuation Fund A/C> | 13 Oran Court | DONCASTER EAST  VIC 3109 | | AUS | 3109 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Paul Martin & | Mrs Suzanne Jane Martin | 54 Owens Street | DONCASTER EAST VIC 3109 | | | AUS | 3109 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Mark Allen | 37 Florence Avenue | DONVALE VIC 3111 | | | | AUS | 3111 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Cosimo Interno & | Mrs Sandra Joy Merrett-Interno | 11 Kevin Court | DONVALE VIC 3111 | | | AUS | 3111 | 30,000 | 0 | 0 | 0 | 0 |
| Mrs Sandra Joy Merrett-Interno | 11 Kevin Court | DONVALE VIC 3111 | | | | AUS | 3111 | 6,000 | 0 | 0 | 0 | 0 |
| Ms Nina Apollonov | PO Box 93 | RICHMOND VIC 3121 | | | | AUS | 3121 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Lisa Jane Lockwood | <Nicholas James Lockwood A/C> | 353 Highett Street | RICHMOND VIC 3121 | | | AUS | 3121 | 50,000 | 0 | 0 | 0 | 0 |
| Ms Sarah Courtney Lockwood | 353 Highett Street | RICHMOND VIC 3121 | | | | AUS | 3121 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Graham Robert Reid | <Reid Super Fund Account> | 65 Docker Street | RICHMOND VIC 3121 | | | AUS | 3121 | 50,200 | 0 | 0 | 0 | 0 |
| Mr Graham Robert Reid | 65 Docker Street | RICHMOND VIC 3121 | | | | AUS | 3121 | 24,030 | 0 | 0 | 0 | 0 |
| Mr Andrew John Slawinski | 27 Charles Street | RICHMOND VIC 3121 | | | | AUS | 3121 | 30,000 | 0 | 0 | 0 | 0 |
| Mr David John Young | 46 Balmain Street | CREMORNE  VIC 3121 | | | | AUS | 3121 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Sally Elizabeth Kelaher | 14 Yarra Street | HAWTHORN  VIC 3122 | | | | AUS | 3122 | 120,000 | 0 | 0 | 0 | 0 |
| Ms Judith Anne Lewis | 404/662 Glenferrie Rd | HAWTHORN VIC 3122 | | | | AUS | 3122 | 40,000 | 0 | 0 | 0 | 0 |
| Ojet Pty Ltd | <Tusa Super Fund A/C> | PO Box 881 | HAWTHORN  VIC 3122 | | | AUS | 3122 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Matthew Stephen Craig | Targett | 36 Coppin Grove | HAWTHORN VIC 3122 | | | AUS | 3122 | 15,384 | 0 | 0 | 0 | 0 |
| Mr Bruce Anthony Curtis | 32 Auburn Parade | HAWTHORN EAST VIC 3123 | | | | AUS | 3123 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Sebastiano Formica & | Mrs Lucia Formica | <Formica Super Fund A/C> | PO Box 3123 | AUBURN VIC 3123 | | AUS | 3123 | 6,000 | 0 | 0 | 0 | 0 |
| Pennfield Pty Ltd | <Ansell Super Fund A/C> | 62 Fletcher Street | HAWTHORN EAST VIC 3123 | | | AUS | 3123 | 240,000 | 0 | 0 | 0 | 0 |
| Mr You Lik Cheang | 36 Glen Iris Rd | CAMBERWELL VIC 3124 | | | | AUS | 3124 | 300,000 | 0 | 0 | 0 | 0 |
| Mrs Mary-Louise Hay | <Sumont A/C> | PO Box 4300 | MIDDLE CAMBERWELL  VIC 3124 | | | AUS | 3124 | 265,000 | 0 | 0 | 0 | 0 |
| Mrs Mary-Louise Hay | <Sumont A/C> | PO Box 4300 | MIDDLE CAMBERWELL VIC 3124 | | | AUS | 3124 | 70,000 | 0 | 0 | 0 | 0 |
| Mr Bruce Honey | 7 Crown Avenue | CAMBERWELL VIC 3124 | | | | AUS | 3124 | 100,000 | 0 | 0 | 0 | 0 |
| Pilkena Pty Ltd | 591 Riversdale Road | CAMBERWELL VIC 3124 | | | | AUS | 3124 | 120,000 | 0 | 0 | 0 | 0 |

15 of 22

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 9/7/18,29/1/19,29/6/19 | Unlisted Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Romanis Cant Services Pty Ltd | <Subcast No.2 Super Fund A/C> | 7 Crellin Grove | CAMBERWELL VIC 3124 | | | AUS | 3124 | 120,000 | 0 | 0 | 0 | 0 |
| Ms Kerrie Lee Clayton | 98 Somers Street | BURWOOD VIC 3125 | | | | AUS | 3125 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Geoffrey Ronald Tabe | 33 The Ridge | CANTERBURY VIC 3126 | | | | AUS | 3126 | 10,000 | 0 | 0 | 0 | 0 |
| GMW Holdings Pty Ltd | <G & M Wilson Family A/C> | 12 Marlborough Street | MONT ALBERT VIC 3127 | | | AUS | 3127 | 20 | 0 | 0 | 0 | 0 |
| Mr Frans Herjanto | 10 Ross St | SURREY HILLS VIC 3127 | | | | AUS | 3127 | 140,000 | 0 | 0 | 0 | 0 |
| Mrs Julie Clarke Vango & | Mr William Malcolm Vango | 43 Park Road | SURREY HILLS VIC 3127 | | | AUS | 3127 | 45,454 | 0 | 0 | 0 | 0 |
| Mrs Maria Wilson | 12 Marlborough Street | MONT ALBERT VIC 3127 | | | | AUS | 3127 | 20 | 0 | 0 | 0 | 0 |
| Mr Jeffrey Steven Hall | Unit 2 | 48 Foch Street | BOX HILL SOUTH VIC 3128 | | | AUS | 3128 | 200,000 | 0 | 0 | 0 | 0 |
| Mr James William | Foster-Johnson & | Mrs Helen Foster-Johnson | <Sutton Park Future S/F A/C> | 3 Sutton Parade | BOX HILL NORTH VIC 3129 | AUS | 3129 | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Jean Roper | 229 Dorking Road | BOX HILL NORTH VIC 3129 | | | | AUS | 3129 | 12,000 | 0 | 0 | 0 | 0 |
| Mrs Suzanna Bowman | 36 South Pde | BLACKBURN VIC 3130 | | | | AUS | 3130 | 7,000 | 0 | 0 | 0 | 0 |
| Mr David William Richardson | 30 Bermuda Drive | BLACKBURN SOUTH VIC 3130 | | | | AUS | 3130 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Dmitry Gamayunov & | Mrs Ina Gamayunov | <Ramiol Superannuation A/C> | C\- Super Concepts | Locked Bag 2008 | FOREST HILL VIC 3131 | AUS | 3131 | 196,078 | 0 | 0 | 0 | 0 |
| Rz Consulting Group Pty Ltd | <Rz Family A/C> | 32 High Street | NUNAWADING VIC 3131 | | | AUS | 3131 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Burhan Sia | 14 Luckie Street | NUNAWADING VIC 3131 | | | | AUS | 3131 | 20,000 | 0 | 0 | 0 | 0 |
| Mr David Moore | 8 McGhee Avenue | MITCHAM VIC 3132 | | | | AUS | 3132 | 14 | 0 | 0 | 0 | 0 |
| Abrir Pty Ltd | <Lucas Super Fund A/C> | 628 Canterbury Road | VERMONT VIC 3133 | | | AUS | 3133 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Fernando Costa-Pinto & | Mrs Selena Costa-Pinto | 5 Elonera Road | VERMONT SOUTH VIC 3133 | | | AUS | 3133 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Chee Cheong Low | 1 Minerva Crescent | VERMONT SOUTH VIC 3133 | | | | AUS | 3133 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Pian Pian Ngiau | 28 Gibbon Avenue | VERMONT SOUTH VIC 3133 | | | | AUS | 3133 | 50,000 | 0 | 0 | 0 | 0 |
| Mrs Tanya Ellard | Unit 3 44 Warranwood Road | WARRANWOOD VIC 3134 | | | | AUS | 3134 | 47,869 | 0 | 0 | 0 | 0 |
| Let's Talk Marketing Pty Ltd | <Sillett Super Fund A/C> | Level 1 | 79-83 Maroondah Hwy | RINGWOOD VIC 3134 | | AUS | 3134 | 25,000 | 0 | 0 | 0 | 0 |
| S F P Superannuation Pty Ltd | <S & F Pellegrino Fam S/F A/C> | 281 Maroondah Highway | RINGWOOD VIC 3134 | | | AUS | 3134 | 740,000 | 0 | 0 | 0 | 0 |
| Mr Jonathan Frederick Croft | 1 Kemps Street | RINGWOOD EAST VIC 3135 | | | | AUS | 3135 | 11,000 | 0 | 0 | 0 | 0 |
| Mr Roger Phillip Henderson | 20 Andrew Cres | CROYDON SOUTH VIC 3136 | | | | AUS | 3136 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Damian Rio | 10 Yolanda Court | KILSYTH VIC 3137 | | | | AUS | 3137 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Rio | 10 Yolanda Court | KILSYTH VIC 3137 | | | | AUS | 3137 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Mark Patrick Watycha | 3 Flinders Court | KILSYTH VIC 3137 | | | | AUS | 3137 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Keith Alexander Barnes | Unit 3 | 40 Felix Grove | MOOROOLBARK VIC 3138 | | | AUS | 3138 | 6,000 | 0 | 0 | 0 | 0 |
| Hillbrick Investments Pty Ltd | <Hillbrick Super Fund A/C> | 9 Greenwood Lane | MOOROOLBARK VIC 3138 | | | AUS | 3138 | 505,000 | 0 | 0 | 0 | 0 |
| Mr Richard Michael Nelson | 204 Manchester Road | MOOROOLBARK VIC 3138 | | | | AUS | 3138 | 4,000 | 0 | 0 | 0 | 0 |
| Mr James Harper | 7 The Righi | SOUTH YARRA VIC 3141 | | | | AUS | 3141 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Allan Edward Shaylor | 1 Affleck Street | SOUTH YARRA VIC 3141 | | | | AUS | 3141 | 66,194 | 0 | 0 | 0 | 0 |
| Dr Andrew Wilks & | Dr Mary Saleh | <Wilks Super Fund A/C> | 6 Macfarlan Lane | SOUTH YARRA VIC 3141 | | AUS | 3141 | 17,850 | 0 | 0 | 0 | 0 |
| Mr Samuel Ross Marks | C\- Stephen G Marks | PO Box 337 | TOORAK VIC 3142 | | | AUS | 3142 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Timothy Collett | 43 Densham Road | ARMADALE VIC 3143 | | | | AUS | 3143 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Antony Geoffrey Edward Spry | <Ef Spry Super Fund A/C> | 28 Hampden Road | ARMADALE VIC 3143 | | | AUS | 3143 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Dion Szer | 24 Thanet Street | MALVERN VIC 3144 | | | | AUS | 3144 | 4,500 | 0 | 0 | 0 | 0 |
| Mr Timothy Keys Wilson | 38 Elizabeth Street | MALVERN VIC 3144 | | | | AUS | 3144 | 10,900 | 0 | 0 | 0 | 0 |
| Ms Wendy Ann Black | 2 Goode Street | MALVERN EAST VIC 3145 | | | | AUS | 3145 | 5,882 | 0 | 0 | 0 | 0 |
| Mrs Trish Brettell & | Mr Martin Ashley Brettell | <Brettell Super Fund A/C> | 2 Lang Ct | MALVERN EAST VIC 3145 | | AUS | 3145 | 112,700 | 0 | 0 | 0 | 0 |
| Mr Graeme William Flatman | 5 Manning Road | MALVERN EAST VIC 3145 | | | | AUS | 3145 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Paul Higginbottom & | Mrs Helena Higginbottom | <Higginbottom Super Fund A/C> | 15 Grant Street | MALVERN EAST VIC 3145 | | AUS | 3145 | 500,000 | 0 | 0 | 0 | 0 |
| Ms Amanda Julie Balta-Kellett | 24 Manning Rd | MALVERN EAST VIC 3145 | | | | AUS | 3145 | 100,000 | 0 | 0 | 0 | 0 |
| Mr David Gordon O'Reilly & | Ms Eugenie O'Reilly | <Super Fund A/C> | 2 Manning Road | MALVERN EAST VIC 3145 | | AUS | 3145 | 5,254,000 | 0 | 0 | 0 | 0 |
| Mr Domenico De Petro | 48 Grant Street | MALVERN EAST VIC 3146 | | | | AUS | 3145 | 392,142 | 0 | 0 | 0 | 0 |
| Mr David Gordon O'Reilly | 2 Manning Road | MALVERN EAST VIC 3146 | | | | AUS | 3145 | 1,850,000 | 0 | 0 | 0 | 0 |
| Mrs Rosemary Catherine Taylor | 30 Clarence Street | MALVERN EAST VIC 3145 | | | | AUS | 3145 | 5,000 | 0 | 0 | 0 | 0 |
| Ms Fiona Dorothy Williams | 9 Lithgow Street | GLEN IRIS VIC 3146 | | | | AUS | 3146 | 10,000 | 0 | 0 | 0 | 0 |
| P A Shakespeare Investing | Pty Ltd | 21 Marquis Street | ASHBURTON VIC 3147 | | | AUS | 3147 | 1 | 0 | 0 | 0 | 0 |
| Mrs Michelle Catherine | D'Rozario | 14A Sunderland Ave | ASHBURTON VIC 3147 | | | AUS | 3147 | 50,000 | 0 | 0 | 0 | 0 |
| Miss Soo Yee Beh | 21 Chandler Rd | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 400,000 | 0 | 0 | 0 | 0 |
| Mrs Rowena Church | 20 Sunnybrook Drive | WHEELERS HILL VIC 3150 | | | | AUS | 3150 | 50,000 | 0 | 0 | 0 | 0 |
| Ms Ying Fang | 2 Clematis Street | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 55,000 | 0 | 0 | 0 | 0 |
| Mr Ivan Murray Handasyde | 6 Tintern Rise | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Wei Yeong Ho | 21 Chandler Road | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 400,000 | 0 | 0 | 0 | 0 |
| Mr Chengzhen How | 17 Swindon Av | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 71,000 | 0 | 0 | 0 | 0 |
| Mr Russell Charles McIntyre & | Mrs Yvonne Anne McIntyre | 19 Guinevere Parade | GLEN WAVERLEY VIC 3150 | | | AUS | 3150 | 5,555 | 0 | 0 | 0 | 0 |
| Mrs Gladys Elaine Mudgway | Unit 221 242 Jells Rd | WHEELERS HILL VIC 3150 | | | | AUS | 3150 | 250,000 | 0 | 0 | 0 | 0 |
| Mrs Lynette Ivy Nickell | 5 Swan Court | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 6,000 | 0 | 0 | 0 | 0 |
| Mrs Stephanie Elizabeth | Robbie | 4 Arran Court | GLEN WAVERLEY VIC 3150 | | | AUS | 3150 | 20,000 | 0 | 0 | 0 | 0 |
| Ti & Yb Investments Pty Ltd | <Tinybn Super Fund A/C> | 9 Draper Square | WHEELERS HILL VIC 3150 | | | AUS | 3150 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Toh Kiew Ung | 2 Brynor Crescent | GLEN WAVERLEY VIC 3150 | | | | AUS | 3150 | 1,000 | 0 | 0 | 0 | 0 |
| Navatoe Amber Joe Pty Ltd | <Navatoe Amber Joe S/F A/C> | 355 Stud Road | WANTIRNA SOUTH VIC 3152 | | | AUS | 3152 | 10,000 | 0 | 0 | 0 | 0 |
| Mrs Margot Joan Brewer | 127 Glenfern Road | UPPER FERNTREE GULLY VIC 3156 | | | | AUS | 3156 | 3,500 | 0 | 0 | 0 | 0 |
| Mr Ian Scott Richards | 34 Kelvin Drive | FERNTREE GULLY VIC 3156 | | | | AUS | 3156 | 20,000 | 0 | 0 | 0 | 0 |
| Ibatin Pty Ltd | <Wolf Family Super Fund A/C> | 318 Alma Road | CAULFIELD NORTH VIC 3161 | | | AUS | 3161 | 502,126 | 0 | 0 | 0 | 0 |
| Seychelles Australia Pty Ltd | 41 Orrong Crescent | CAULFIELD NORTH VIC 3161 | | | | AUS | 3161 | 94,000 | 0 | 0 | 0 | 0 |
| Mr Ke Tan | 82 Bambra Rd | CAULFIELD NORTH VIC 3161 | | | | AUS | 3161 | 9,687 | 0 | 0 | 0 | 0 |
| Ms Maria Paulina Elmera | Kloprogge | 5 Roselea Street | CAULFIELD SOUTH VIC 3162 | | | AUS | 3162 | 164,500 | 0 | 0 | 0 | 0 |
| Mr James Michael Gallagher & | Mrs Bernadette Maree Gallagher | <JBG Super Fund A/C> | 31 Murrumbeena Road | MURRUMBEENA VIC 3163 | | AUS | 3163 | 403,645 | 0 | 0 | 0 | 0 |
| Mr Glen William Skelton & | Mr Steven Skelton | <Skelton Super Fund A/C> | 3 Ardyne Street | MURRUMBEENA VIC 3163 | | AUS | 3163 | 200,000 | 0 | 0 | 0 | 0 |
| Mr Mirno John Aloisi & | Mrs Silvana Bruton | <M J Aloisi Super Fund A/C> | 6 Florence Street | BENTLEIGH EAST VIC 3165 | | AUS | 3165 | 115,834 | 0 | 0 | 0 | 0 |
| Mr Kenneth Douglas Battams | 23 Hill St | BENTLEIGH EAST VIC 3165 | | | | AUS | 3165 | 32,000 | 0 | 0 | 0 | 0 |
| Mr Samuel Stamos | 5 Foley Place | BENTLEIGH EAST VIC 3165 | | | | AUS | 3165 | 22,645 | 0 | 0 | 0 | 0 |
| Mr Moqiang Xu | 398 Huntingdale Road | OAKLEIGH SOUTH VIC 3167 | | | | AUS | 3167 | 110 | 0 | 0 | 0 | 0 |
| Ms Yafen Zhu | 398 Huntingdale Road | OAKLEIGH SOUTH VIC 3167 | | | | AUS | 3167 | 115 | 0 | 0 | 0 | 0 |
| Ms Thuy-Linh Gigler | Unit 2 | 21 Prince Charles Street | CLAYTON VIC 3168 | | | AUS | 3168 | 40,000 | 0 | 0 | 0 | 0 |
| Mr Kwok Hing Ong & | Mrs Chew Leng Ong | <Onq Super Fund A/C> | 22 Leonard Close | CLARINDA VIC 3169 | | AUS | 3169 | 80,000 | 0 | 0 | 0 | 0 |
| Mr Troy Joseph Jeffs | PO Box 13 | MULGRAVE VIC 3170 | | | | AUS | 3170 | 49,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Yap | 5 Nimmo Court | MULGRAVE VIC 3170 | | | | AUS | 3170 | 567,375 | 0 | 0 | 0 | 0 |
| Mr Paul Anthony Siegle | <Siegs Super Fund A/C> | 49 Howard Road | DINGLEY VILLAGE VIC 3172 | | | AUS | 3172 | 14,000 | 0 | 0 | 0 | 0 |
| Mr Agim Alimi | <Agita Family A/C> | 3 Fox Court | DANDENONG VIC 3175 | | | AUS | 3175 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Rik William Marchant | 27 Homestead Drive | BANGHOLME VIC 3175 | | | | AUS | 3175 | 3,130 | 0 | 0 | 0 | 0 |
| Mr Yi Wang | 3 Norisha Ct | DANDENONG NORTH VIC 3175 | | | | AUS | 3175 | 3,012 | 0 | 0 | 0 | 0 |
| Mrs Sheila Mary Bridge | Villa 140 | 10 Waterford Park Avenue | KNOXFIELD VIC 3180 | | | AUS | 3180 | 11,000 | 0 | 0 | 0 | 0 |
| Mr Chung Meng Fone | Suite 1-3 | 107-111 High Street | PRAHRAN VIC 3181 | | | AUS | 3181 | 5,000 | 0 | 0 | 0 | 0 |

16 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/16,29/7/16,29/1/17,29/7/17,29/1/18,2 9/1/16,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Denzil John Griffiths | <Denzil Griffiths S/F A/C> | PO Box 409 | PRAHRAN VIC 3181 | | | AUS | 3181 | 325,000 | 0 | 0 | 0 | 0 |
| Ms Karen Ann Hill | PO Box 409 | PRAHRAN VIC 3181 | | | | AUS | 3181 | 80,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Daryl Cuthbert | 49 Robe St | ST KILDA VIC 3182 | | | | AUS | 3182 | 153,846 | 0 | 0 | 0 | 0 |
| Mr Ross O'Brien & | Mrs Julie Jean O'Brien | <J & R Super Fund A/C> | 15 Eildon Road | ST KILDA VIC 3182 | | AUS | 3182 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Taras Sobol | 2 Steele Avenue | ST KILDA VIC 3182 | | | | AUS | 3182 | 17,400 | 0 | 0 | 0 | 0 |
| Mr Douglas Baldwin & | Miss Amanda Williams | 4 Kalymna Grove | ST KILDA EAST VIC 3183 | | | AUS | 3183 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Luke Alexander David | 1/60 Gourlay St | BALACLAVA VIC 3183 | | | | AUS | 3183 | 105,263 | 0 | 0 | 0 | 0 |
| Mr Matthew Stephen Allison | Unit 2 321 Barkly St | ELWOOD VIC 3184 | | | | AUS | 3184 | 2,264 | 0 | 0 | 0 | 0 |
| Miss Julia Fay Mary Benoit | 35 Downshire Road | ELSTERNWICK VIC 3185 | | | | AUS | 3185 | 395,007 | 0 | 0 | 0 | 0 |
| Mr Christopher Spencer Burnett | Unit 5 76 Orrong Rd | ELSTERNWICK VIC 3185 | | | | AUS | 3185 | 18,000 | 0 | 0 | 0 | 0 |
| Ms Eugenie O'Reilly | 35 Downshire Road | ELSTERNWICK VIC 3185 | | | | AUS | 3185 | 1,068,000 | 0 | 0 | 0 | 0 |
| Ms Eugenie O'Reilly | <The Louis Benoit Support A/C> | 35 Downshire Road | ELSTERNWICK VIC 3185 | | | AUS | 3185 | 730,000 | 0 | 0 | 0 | 0 |
| Ms Eugenie O'Reilly | <Est Vincent P Benoit A/C> | 35 Downshire Road | ELSTERNWICK VIC 3185 | | | AUS | 3185 | 203,993 | 0 | 0 | 0 | 0 |
| Ms Eugenie O'Reilly | <The Julia Benoit Support A/C> | 35 Downshire Road | ELSTERNWICK VIC 3185 | | | AUS | 3185 | 609,000 | 0 | 0 | 0 | 0 |
| Mr George Redwan | 59 St Georges Rd | ELSTERNWICK VIC 3185 | | | | AUS | 3185 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Geoffrey Brown | 5/ 103 Bay Street | BRIGHTON VIC 3186 | | | | AUS | 3186 | 9,428 | 0 | 0 | 0 | 0 |
| Dr Geoffrey Ronald County | 62 Martin Street | BRIGHTON VIC 3186 | | | | AUS | 3186 | 17,500 | 0 | 0 | 0 | 0 |
| Dealcave Pty Ltd | <Superannuation Fund A/C> | 299 South Road | BRIGHTON EAST VIC 3187 | | | AUS | 3187 | 4,000,000 | 0 | 0 | 0 | 0 |
| Mr David Frederick Kearns | 32 Centre Road | BRIGHTON EAST VIC 3187 | | | | AUS | 3187 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Oliver Davis | 5 Garden St | HAMPTON VIC 3188 | | | | AUS | 3188 | 24,000 | 0 | 0 | 0 | 0 |
| Dr Peter David Freckleton | 4 Vista Road | HAMPTON VIC 3188 | | | | AUS | 3188 | 4,200 | 0 | 0 | 0 | 0 |
| Daniland Investments Pty Ltd | <Danielle Marshall A/C> | PO Box 142 | SANDRINGHAM VIC 3191 | | | AUS | 3191 | 700,000 | 0 | 0 | 0 | 0 |
| Mr Thomas Richardson | 21 Norwood St | SANDRINGHAM VIC 3191 | | | | AUS | 3191 | 30,000 | 0 | 0 | 0 | 0 |
| Mr Xiao-Yan Shi & | Mrs Juan Shi | 4 Silver Street | CHELTENHAM VIC 3192 | | | AUS | 3192 | 39,000 | 0 | 0 | 0 | 0 |
| Mr Xiao Yan Shi & | Mrs Juan Shi | 4 Silver St | CHELTENHAM VIC 3192 | | | AUS | 3192 | 52,453 | 0 | 0 | 0 | 0 |
| Bandara Investments Pty Ltd | <Bandara Super A/C> | PO Box 7472 | BEAUMARIS VIC 3193 | | | AUS | 3193 | 10,000 | 0 | 0 | 0 | 0 |
| Bold & Bountiful Pty Ltd | <55/63 Private Super A/C> | 11 McNaught Street | BEAUMARIS VIC 3193 | | | AUS | 3193 | 225,000 | 0 | 0 | 0 | 0 |
| Forex Match Pty Ltd | <Stenford Family S/ F A/C> | C- 95 Reserve Road | BEAUMARIS VIC 3193 | | | AUS | 3193 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Lance | 32 Scott Street | BEAUMARIS VIC 3193 | | | | AUS | 3193 | 50,000 | 0 | 0 | 0 | 0 |
| Miss Monique Riedel | Unit 1 41 Tramway Pde | BEAUMARIS VIC 3193 | | | | AUS | 3193 | 4,500 | 0 | 0 | 0 | 0 |
| Mr Martin Shorland | 20 Lynette Avenue | BEAUMARIS VIC 3193 | | | | AUS | 3193 | 300,000 | 0 | 0 | 0 | 0 |
| Terena Pty Ltd | <Terena Super Fund A/C> | PO Box 7472 | BEAUMARIS VIC 3193 | | | AUS | 3193 | 113,000 | 0 | 0 | 0 | 0 |
| Ms Margaret Bernice Wells | Unit 5 / 44 Collins St | MENTONE VIC 3194 | | | | AUS | 3194 | 1,000,000 | 0 | 0 | 0 | 0 |
| KMC (Asia) Pty Ltd | <Kegler Super Fund A/C> | 267 Boundary Road | MORDIALLOC VIC 3195 | | | AUS | 3195 | 15,000 | 0 | 0 | 0 | 0 |
| Mr David McCall | 34 Stewart Avenue | PARKDALE VIC 3195 | | | | AUS | 3195 | 76,923 | 0 | 0 | 0 | 0 |
| Rev Suzanne Joy Bluett | 10 Thames Promenade | CHELSEA VIC 3196 | | | | AUS | 3196 | 4,500 | 0 | 0 | 0 | 0 |
| Scientific Installations Pty Ltd | <Karinakmar Family A/C> | 107 Palm Beach Drive | PATTERSON LAKES. VIC 3197 | | | AUS | 3197 | 96,154 | 0 | 0 | 0 | 0 |
| Sultige Services Pty Ltd | <Sultige Services S/F A/C> | 12 Marina Palms | Inner Harbour Dr | PATTERSON LAKES VIC 3197 | | AUS | 3197 | 180,000 | 0 | 0 | 0 | 0 |
| Mr John Clarence Webb & | Ms Joy Maree Webb | <J & J Webb Super Fund A/C> | Unit 2 | 705 Nepean Highway | CARRUM VIC 3197 | AUS | 3197 | 48,833 | 0 | 0 | 0 | 0 |
| Mr Hugh James Henderson | Unit 2 18 Charles St | SEAFORD VIC 3198 | | | | AUS | 3198 | 37,777 | 0 | 0 | 0 | 0 |
| Mr Kevin Henderson | 39 Keppler Circuit | SEAFORD VIC 3198 | | | | AUS | 3198 | 2,800 | 0 | 0 | 0 | 0 |
| Mr Kevin John Henderson | 39 Keppler Circuit | SEAFORD VIC 3198 | | | | AUS | 3198 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Toby Middleton & | Mrs Kylie Middleton | 19 Coonara Ave | SEAFORD VIC 3198 | | | AUS | 3198 | 7,500 | 0 | 0 | 0 | 0 |
| Accounting Strategists Pty Ltd | <Accounting Strategists A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mr Andrew Burton | <Burton Family A/C> | 19 Owens Ave | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 144,000 | 0 | 0 | 0 | 0 |
| Buy Write Pty Ltd | <Buy Write Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Design Strategists Pty Ltd | <Wealth Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mr Lawrence Anthony Eedy & | Mrs Eira May Eedy | Unit 34 | 95 Ashleigh Avenue | FRANKSTON VIC 3199 | | AUS | 3199 | 8,000 | 0 | 0 | 0 | 0 |
| Environmental Strategists Pty Ltd | <Kawecki Discretionary 3 A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Family Office Strategists Pty Ltd | <Kawecki Discretionary 1 A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Finance Strategists Pty Ltd | <Development Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Financial Freedom Apic Pty Ltd | <Fin Freedom Apic S/F A/C> | 52 Bartlett Street | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 700,000 | 0 | 0 | 0 | 0 |
| Financial Planning Strategists Pty Ltd | <Strategic Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Foreign Exchange Arbitrage Pty Ltd | <Investment Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Forex Arbitrage Pty Ltd | <Kawecki Discretionary 2 A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Funding Strategists Pty Ltd | <Kawecki Discretionary 4 A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Fx Arbitrage Pty Ltd | <Security Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Healthy Wealthy & Wise Strategists Pty Ltd | <Healthy Wealthy Wise A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mr Mark Damion Kawecki | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Mr Mark Damion Kawecki | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mr Mark Damion Kawecki | <Toby Leon Kawecki A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Mr Mark Damion Kawecki | <Jamie Martin Kawecki A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Dr Matthew Leon Kawecki | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Life Advice Pty Ltd | <Lifestyle Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Life Coaching Pty Ltd | <Simple Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mr Michael Reginald McQuade | 52 Culcairn Drive | FRANKSTON SOUTH VIC 3199 | | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Mechanical Trading Pty Ltd | <Performance Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Original Name Pty Ltd | <Original Name Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Professional & Sophisticated Investors Pty Ltd | <Prof & Soph Invest A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Professional & Sophisticated Investors Pty Ltd | <Prof & Soph Invest A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Property Strategists Pty Ltd | <Property Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Retirement Strategists Pty Ltd | <Retirement Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Share Trading Pty Ltd | <Shares Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Stock Trading Pty Ltd | <Stock Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Wealth Management Strategists Pty Ltd | <Mark Kawecki Super Fund A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 100 | 0 | 0 | 0 | 0 |
| Superannuation Strategists Pty Ltd | <Kawecki Discretionary 5 A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 30 | 0 | 0 | 0 | 0 |
| Technical Analysts Pty Ltd | <Maximum Unit A/C> | 62 McComb Boulevard | FRANKSTON SOUTH VIC 3199 | | | AUS | 3199 | 1,030 | 0 | 0 | 0 | 0 |
| Mr David Leonard Sharman | 4 Botany Drive | CARRUM DOWNS VIC 3201 | | | | AUS | 3201 | 300 | 0 | 0 | 0 | 0 |
| Mr Barry Boehm & | Mrs Maree Boehm | <BMB S/F A/C> | 26 Antony Street | ORMOND VIC 3204 | | AUS | 3204 | 750,000 | 0 | 0 | 0 | 0 |
| Mr Barry Boehm | 26 Anthony St | ORMOND VIC 3204 | | | | AUS | 3204 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Maxwell Raymond Dunstan & | Mrs Margherita Maria Dunstan | 37 Hall Street | McKinnon VIC 3204 | McKINNON VIC 3204 | | AUS | 3204 | 15,000 | 0 | 0 | 0 | 0 |
| Mr Laurie Quintal | 32 Tucker Road | BENTLEIGH VIC 3204 | | | | AUS | 3204 | 15,380 | 0 | 0 | 0 | 0 |
| Eighty Eight(Vic) Pty Ltd | <Eighty Eight A/C> | Level 2 | 66 Albert Road | SOUTH MELBOURNE VIC 3205 | | AUS | 3205 | 180,000 | 0 | 0 | 0 | 0 |
| Mr John Charles Hazen & | Ms Susan Isabel Hazen | <Hazen Super Fund A/C> | PO Box 5198 | SOUTH MELBOURNE VIC 3205 | | AUS | 3205 | 38,000 | 0 | 0 | 0 | 0 |
| Netwealth Investments Limited | <Super Services A/C> | C- Custody Department | PO Box 336 | SOUTH MELBOURNE VIC 3205 | | AUS | 3205 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Justin Dominic Penrose | 112/38 Bank Street | SOUTH MELBOURNE VIC 3205 | | | | AUS | 3205 | 2 | 0 | 0 | 0 | 0 |
| Mr Andrew Reeves & | Mrs Lynette Reeves | <Reeves Family Super Fund A/C> | Locked Bag 4020 | SOUTH MELBOURNE VIC 3205 | | AUS | 3205 | 800,000 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/6,29/7/16,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr John Berman | 55 Esplanade East | PORT MELBOURNE VIC 3207 | | | | AUS | 3207 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Benjamin Liam Jones | Unit 502 | 25 Pickles Street | PORT MELBOURNE VIC 3207 | | | AUS | 3207 | 25 | 0 | 0 | 0 | 0 |
| Miss Hannah Louise Jones | Unit 502 | 25 Pickles Street | PORT MELBOURNE VIC 3207 | | | AUS | 3207 | 1 | 0 | 0 | 0 | 0 |
| Mr Brian Laurence McGlade | Unit 707 | 101 Bay Street | PORT MELBOURNE VIC 3207 | | | AUS | 3207 | 1 | 0 | 0 | 0 | 0 |
| Mr Daniel Richard McGlade | Unit 707 | 101 Bay Street | PORT MELBOURNE VIC 3207 | | | AUS | 3207 | 26 | 0 | 0 | 0 | 0 |
| Mrs Pamela Jean McGlade | Unit 707 | 101 Bay Street | PORT MELBOURNE VIC 3207 | | | AUS | 3207 | 1 | 0 | 0 | 0 | 0 |
| Mrs Jane Eleanor Chen | PO Box 73 | LARA VIC 3212 | | | | AUS | 3212 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Ashley Bottrell | 32-37 Pearl Court | LOVELY BANKS  VIC 3213 | | | | AUS | 3213 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Robert Scott McLay | Unit 1 20-22 Lunan Avenue | DRUMCONDRA VIC 3215 | | | | AUS | 3215 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Mladoje Potpara | 6 Abele Street | BELL PARK VIC 3215 | | | | AUS | 3215 | 324,180 | 0 | 0 | 0 | 0 |
| Mr James Alexander Boyd & | Mrs Katherine Louise Boyd | <Boyd Farming Super Fund A/C> | 100-102 Rivergum Drive | HIGHTON  VIC 3216 | | AUS | 3216 | 60,000 | 0 | 0 | 0 | 0 |
| Buchla Investments Pty Ltd | <Buchla Super Fund A/C> | C/- Anthony Clarke | 9 Dryden Way | HIGHTON  VIC 3216 | | AUS | 3216 | 165,000 | 0 | 0 | 0 | 0 |
| Krason Pty Ltd | Unit 2 160 Grove Road | GROVEDALE VIC 3216 | | | | AUS | 3216 | 164,000 | 0 | 0 | 0 | 0 |
| Mr Brian Laurence McGlade | 6A Barwon Boulevard | HIGHTON VIC 3216 | | | | AUS | 3216 | 2 | 0 | 0 | 0 | 0 |
| Mr Mitchell Scott Pavletich | 5 Buckley Falls Road | HIGHTON VIC 3216 | | | | AUS | 3216 | 26 | 0 | 0 | 0 | 0 |
| R & M Gaffney Pty Ltd | <R & M Gaffney Super A/C> | 2/150 Barwon Heads Rd | BELMONT VIC 3216 | | | AUS | 3216 | 400,000 | 0 | 0 | 0 | 0 |
| Mrs Shouline Tchen | 211 Pakington Street | GEELONG WEST VIC 3218 | | | | AUS | 3218 | 24,180 | 0 | 0 | 0 | 0 |
| BSD Super Pty Ltd | <BSD Super Fund A/C> | PO Box 1605 | GEELONG VIC 3220 | | | AUS | 3220 | 84,494 | 0 | 0 | 0 | 0 |
| Ms Wendy Allison Hunt | 9 Centaurus Avenue | CLIFTON SPRINGS VIC 3222 | | | | AUS | 3222 | 15 | 0 | 0 | 0 | 0 |
| Mr David Charles Fisher & | Mrs Miriam Cherry Fisher | <Dm Superannuation Fund A/C> | PO Box 511 | OCEAN GROVE VIC 3226 | | AUS | 3226 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Gerald Fuller | 26 Ocean Acres Drive | TORQUAY VIC 3228 | | | | AUS | 3228 | 100,000 | 0 | 0 | 0 | 0 |
| Ms Jane Fuller | 2F Darian Road | TORQUAY  VIC 3228 | | | | AUS | 3228 | 120,000 | 0 | 0 | 0 | 0 |
| Mr Steven Peter Ledden & | Mrs Fiona Ledden | 54 O'Donohue Road | ANGLESEA VIC 3230 | | | AUS | 3230 | 90,000 | 0 | 0 | 0 | 0 |
| Mr Richard Spence & | Mrs Ann Spence | <R & A Spence SMSF A/C> | 61 Ballagh St | ELLIMINYT VIC 3250 | | AUS | 3250 | 8,000 | 0 | 0 | 0 | 0 |
| Mr Barry Alan Harker | 30 Ower St | CAMPERDOWN  VIC 3260 | | | | AUS | 3260 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Donald Bell | P O Box 955 | WARRNAMBOOL  VIC 3280 | | | | AUS | 3280 | 200,000 | 0 | 0 | 0 | 0 |
| Ms Leanne Williams & | Mr Brendan Primmer | 42 Kerr Street | WARRNAMBOOL VIC 3280 | | | AUS | 3280 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Craig Antony Dorney | 104 Barries Road | BUSHFIELD  VIC 3281 | | | | AUS | 3281 | 38,461 | 0 | 0 | 0 | 0 |
| Datar Super Pty Ltd | <Datar Super Fund A/C> | 104 Barries Rd | BUSHFIELD VIC 3281 | | | AUS | 3281 | 55,555 | 0 | 0 | 0 | 0 |
| Mr Peter Francis Ashton | 284 Southern Cross Road | SOUTHERN CROSS VIC 3283 | | | | AUS | 3283 | 72,500 | 0 | 0 | 0 | 0 |
| Mr Maxwell Holmes | 9 Couta Close | PORT FAIRY VIC 3284 | | | | AUS | 3284 | 3,800 | 0 | 0 | 0 | 0 |
| Mr Gregory Walker | Unit 2 | 6 Iramoo Circuit | ROCKBANK VIC 3335 | | | AUS | 3335 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Gregory John Walker & | Miss Renee Elizabeth Cottrill | <Two Plus Two Super Fund A/C> | Unit 2 | 6 Iramoo Circuit | ROCKBANK VIC 3335 | AUS | 3335 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Adrian Lance Martin | 53 Mowbray Cres | KURUNJANG VIC 3337 | | | | AUS | 3337 | 12,121 | 0 | 0 | 0 | 0 |
| Mr David John Still & | Mrs Lynne Still | <Still 4 Super Fund A/C> | PO Box 193 | BACCHUS MARSH VIC 3340 | | AUS | 3340 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Robin Blair Cuy | 8 Ashford Court | INVERMAY PARK VIC 3350 | | | | AUS | 3350 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Samuel Thomas Hutchison | <The S T Hutchison S/F A/C> | 311 Macarthur Street | BALLARAT VIC 3350 | | | AUS | 3350 | 40,000 | 0 | 0 | 0 | 0 |
| Aaron James Kline | 8 Reid Street | BROWN HILL VIC 3350 | | | | AUS | 3350 | 26,000 | 0 | 0 | 0 | 0 |
| Mr Anthony Gregory & | Ms Louise Cheslett | <Bullfish Super Fund A/C> | 7 Yvonne Street | WENDOUREE VIC 3355 | | AUS | 3355 | 10 | 0 | 0 | 0 | 0 |
| Hodgson & Gregory Pty Ltd | 7 Yvonne Street | WENDOUREE VIC 3355 | | | | AUS | 3355 | 1 | 0 | 0 | 0 | 0 |
| JJ Shares Pty Ltd | 7 Yvonne Street | WENDOUREE VIC 3355 | | | | AUS | 3355 | 1 | 0 | 0 | 0 | 0 |
| Mrs Seema Singh | 5 Rossio Gr | WENDOUREE VIC 3355 | | | | AUS | 3355 | 32,200 | 0 | 0 | 0 | 0 |
| Mr Aaron J Brown | 13 St Georges Ct | SEBASTOPOL VIC 3356 | | | | AUS | 3356 | 208,000 | 0 | 0 | 0 | 0 |
| Kalony Superannuation Fund | Pty Ltd | <Kalony SF A/C> | 2690 Henty Highway | BEULAH VIC 3395 | | AUS | 3395 | 70,000 | 0 | 0 | 0 | 0 |
| Mr Te Sau Leong & | Mrs San Mi Leong | PO Box 1140 | HORSHAM VIC 3400 | | | AUS | 3400 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Garry Heald | PO Box 674 | GISBORNE VIC 3437 | | | | AUS | 3437 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Richard John Howells & | Mrs Lee Howells | <Lynmara S/F A/C> | PO Box 360 | MACEDON VIC 3440 | | AUS | 3440 | 165,000 | 0 | 0 | 0 | 0 |
| Mr Daryl Rodney Philipot | 96 Raglan St | DAYLESFORD VIC 3460 | | | | AUS | 3460 | 182,336 | 0 | 0 | 0 | 0 |
| Mr Gregory Pridmore | 35 Hallets Lane | YANDOIT VIC 3461 | | | | AUS | 3461 | 70,000 | 0 | 0 | 0 | 0 |
| Tanec Engineering Services Pty | Ltd | <Fairview 35 Super Fund A/C> | 35 Hallets Lane | YANDOIT VIC 3461 | | AUS | 3461 | 250,000 | 0 | 0 | 0 | 0 |
| Mr Andrew John Lehmann | 121 Volcano Road | SWANWATER VIC 3477 | | | | AUS | 3477 | 100 | 0 | 0 | 0 | 0 |
| Mr Lance Lloyd Archie | PO Box 2043 | MILDURA VIC 3502 | | | | AUS | 3502 | 166,666 | 0 | 0 | 0 | 0 |
| Mr Simon Conole | PO Box 454 | MERBEIN  VIC 3505 | | | | AUS | 3505 | 70,000 | 0 | 0 | 0 | 0 |
| Mr Gary William Crow | 55 Monash Avenue | UNDERBOOL VIC 3509 | | | | AUS | 3509 | 2,000 | 0 | 0 | 0 | 0 |
| Mr Rohan Robert McNutt | 72 Knowsley-Eppalock Road | KNOWSLEY  VIC 3523 | | | | AUS | 3523 | 22,000 | 0 | 0 | 0 | 0 |
| Mr Richard Hyett Dungey & | Mrs Patricia Mary Dungey | <R H & P M Super A/C> | 14 Doak Street | BENDIGO  VIC 3550 | | AUS | 3550 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Leigh Mathew Oliver | 1 Gemina Rose Court | SPRING GULLY VIC 3550 | | | | AUS | 3550 | 1,203,384 | 0 | 0 | 0 | 0 |
| Mr Jake Francis Miller | 16 Jackman Court | GOLDEN SQUARE VIC 3555 | | | | AUS | 3555 | 11,000 | 0 | 0 | 0 | 0 |
| Tammo De Vries | Superannuation Pty Ltd | <Tammo De Vries S/F A/C> | PO Box 413 | GOLDEN SQUARE VIC 3555 | | AUS | 3555 | 771,500 | 0 | 0 | 0 | 0 |
| Mr Tammo De Vries | PO Box 413 | GOLDEN SQUARE VIC 3555 | | | | AUS | 3555 | 707,380 | 0 | 0 | 0 | 0 |
| Mr Grant Bruce Smethurst | 5 Collier Street | ECHUCA VIC 3564 | | | | AUS | 3564 | 6,500 | 0 | 0 | 0 | 0 |
| Mr Donald McKenzie & | Mr David McKenzie & | Mr Gary McKenzie | <McKenzie Family S/F A/C> | PO Box 408 | KYABRAM VIC 3619 | AUS | 3619 | 50,000 | 0 | 0 | 0 | 0 |
| Mr John William Fanning | 9 Angus Court | MOOROOPNA VIC 3629 | | | | AUS | 3629 | 40,000 | 0 | 0 | 0 | 0 |
| Ms Vicki Dyson & | Dr John Stanley Dyson | <Vickidyson Superfund A/C> | PO Box 6862 | SHEPPARTON VIC 3632 | | AUS | 3632 | 1,000,000 | 0 | 0 | 0 | 0 |
| Mrs Susan Elza Stribling & | Mr Michael Francis Phelan | <Flat Rock Super Fund A/C> | 55 Railway Street | EUROA  VIC 3666 | | AUS | 3666 | 60,000 | 0 | 0 | 0 | 0 |
| Ms Susan Elza Stribling | 55 Railway Street | EUROA  VIC 3666 | | | | AUS | 3666 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Gary Edmund Andison & | Mrs Kerry Maree Andison | <Andison Super Fund A/C> | PO Box 37 | WANGARATTA VIC 3677 | | AUS | 3677 | 15,000 | 0 | 0 | 0 | 0 |
| Espejo Holdings Pty Ltd | <J F Dunstan R/F A/C> | 12 Beard Crescent | WODONGA  VIC 3690 | | | AUS | 3690 | 662 | 0 | 0 | 0 | 0 |
| Mr Ian Frank Schubert & | Mrs Pamela Lorraine Schubert | 1170 Murray River Road | TALGARNO VIC 3691 | | | AUS | 3691 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Nathan Macphee | 32 Box Court | MANSFIELD VIC 3722 | | | | AUS | 3722 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Zoran Stefanovski | 6 Remington Way | SOUTH MORANG VIC 3752 | | | | AUS | 3752 | 90,000 | 0 | 0 | 0 | 0 |
| Mr John Saviour Muscat & | Mrs Margaret Muscat | 16 Preserve Circuit | DOREEN VIC 3754 | | | AUS | 3754 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Allan Roy Den Besten | 11 Bronwyn St | COLDSTREAM VIC 3770 | | | | AUS | 3770 | 7,700 | 0 | 0 | 0 | 0 |
| Mr Romesh Perera | 8 Sorbus Close | ENDEAVOUR HILLS VIC 3802 | | | | AUS | 3802 | 71,000 | 0 | 0 | 0 | 0 |
| Mr Derren Lee Sullivan & | Mrs Bianca Johanna Sullivan | 1 Tolmie Rise | HALLAM  VIC 3803 | | | AUS | 3803 | 123,000 | 0 | 0 | 0 | 0 |
| Mr Simon Neville Breman | 9 Lilac Cres | BERWICK VIC 3806 | | | | AUS | 3806 | 1,990 | 0 | 0 | 0 | 0 |
| Mr Chamindra Fernando | 10 Limousin Court | BERWICK VIC 3806 | | | | AUS | 3806 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Brian Smith | 65 Homestead Road | BERWICK VIC 3806 | | | | AUS | 3806 | 13,000 | 0 | 0 | 0 | 0 |
| Mr Lawrence Cooper & | Mrs Coral Cooper & | Mr Bradley Cooper | <Laurie & Coral Co S/F A/C> | 10 Lakeview Terrace | BEACONSFIELD VIC 3807 | AUS | 3807 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Michael Daniel Booker | 13 Harvest Rd | OFFICER VIC 3809 | | | | AUS | 3809 | 132 | 0 | 0 | 0 | 0 |
| Mrs Margaret Faye Peirce | 50 Vincent Road | MORWELL  VIC 3840 | | | | AUS | 3840 | 5,819 | 0 | 0 | 0 | 0 |
| Mrs Cheryl Osborne | 284 Nuttalls Road | YINNAR VIC 3869 | | | | AUS | 3869 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Peter Edward Hall | 57 Calvert Street | BAIRNSDALE  VIC 3875 | | | | AUS | 3875 | 4,000 | 0 | 0 | 0 | 0 |
| Mr Andrew Charles Quirke | 12 Waratah Avenue | PAYNESVILLE VIC 3880 | | | | AUS | 3880 | 52,000 | 0 | 0 | 0 | 0 |
| Mr Michael John Gilbert & | Mrs Maria Gilbert | 3 Erica Court | LANGWARRIN VIC 3910 | | | AUS | 3910 | 50,400 | 0 | 0 | 0 | 0 |
| Mr Glenn Hoyle | 2/11 Athol Court | LANGWARRIN VIC 3910 | | | | AUS | 3910 | 30 | 0 | 0 | 0 | 0 |
| Mr Phillip John Caldwell | 24 Sumner Road | BAXTER VIC 3911 | | | | AUS | 3911 | 392,150 | 0 | 0 | 0 | 0 |

18 of 22

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 9/7/18,29/11/19,29/6/19 | Unlisted Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Phillip John Caldwell | <Ruby Caldwell A/C> | 24 Sumner Road | BAXTER VIC 3911 | | | AUS | 3911 | 246,500 | 0 | 0 | 0 | 0 |
| Mr Phillip John Caldwell | 24 Sumner Road | BAXTER VIC 3911 | | | | AUS | 3911 | 78,000 | 0 | | 0 | 0 |
| Mr Matthew Thomas Brown | PO Box 835 | COWES VIC 3922 | | | | AUS | 3922 | 107,500 | 0 | 0 | 0 | 0 |
| Mr Mieczyslaw Kawecki | 17 Arundel Court | MOUNT ELIZA VIC 3930 | | | | AUS | 3930 | 30 | 0 | | 0 | 0 |
| Mr Mieczyslaw Kawecki & | Mr Mark Damion Kawecki | <Max Kawecki Super Fund A/C> | 17 Arundel Court | MOUNT ELIZA VIC 3930 | | AUS | 3930 | 30 | 0 | | 0 | 0 |
| Mrs Sue Maree Kawecki | 17 Arundel Court | MOUNT ELIZA VIC 3930 | | | | AUS | 3930 | 30 | 0 | | 0 | 0 |
| Ms Yvonne Margaret Stephens | PO Box 986 | MOUNT ELIZA VIC 3930 | | | | AUS | 3930 | 6,000 | 0 | | 0 | 0 |
| Fifth Septelux Pty Ltd | 22 Sunningdale Avenue | MORNINGTON VIC 3931 | | | | AUS | 3931 | 30 | 0 | | 0 | 0 |
| Mr Ronald James Johnstone & | Mrs Pamela Alice Johnstone | <Petropym Super Fund A/C> | 14 Mills Beach Close | MORNINGTON VIC 3931 | | AUS | 3931 | 10,000 | 0 | | 0 | 0 |
| Mrs Margaret Anne Loffler | 22 Sunningdale Avenue | MORNINGTON VIC 3931 | | | | AUS | 3931 | 30 | 0 | | 0 | 0 |
| Minguin Pty Ltd | <Ma Loffler Super A/C> | 22 Sunningdale Avenue | MORNINGTON VIC 3931 | | | AUS | 3931 | 30 | 0 | | 0 | 0 |
| Mr Denis James Sephton | 9 Caversham Drive | MORNINGTON VIC 3931 | | | | AUS | 3931 | 28,000 | 0 | | 0 | 0 |
| Aj Growth Pty Ltd | <Aj Growth A/C> | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | AUS | 3938 | 30 | 0 | | 0 | 0 |
| Anm Momentum Pty Ltd | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | | AUS | 3938 | 10 | 0 | | 0 | 0 |
| Ms Angela Noeleen Meyer | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | | AUS | 3938 | 30 | 0 | | 0 | 0 |
| Ms Angela Noeleen Meyer | <Johann Joshua Meyer A/C> | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | AUS | 3938 | 10 | 0 | | 0 | 0 |
| Ms Angela Noeleen Meyer | <Flynn William Meyer A/C> | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | AUS | 3938 | 10 | 0 | | 0 | 0 |
| Meyer Super Company Pty Ltd | <Ajf Prosperity S/F A/C> | 54 Arthurs Avenue | MCCRAE VIC 3938 | | | AUS | 3938 | 30 | 0 | | 0 | 0 |
| Mr James Blacker & | Ms Maureen Blacker | <Blacker Super Fund A/C> | 10 Mashie Court | ROSEBUD VIC 3939 | | AUS | 3939 | 100,000 | 0 | | 0 | 0 |
| Ms Pauline Mary Wiseman | 37 Golgiewie St | ROSEBUD VIC 3939 | | | | AUS | 3939 | 3,900 | 0 | | 0 | 0 |
| Mr Anthony Charles Bicknell & | Mrs Wendy Anne Bicknell | <Laflsi Super Fund A/C> | PO Box 377 | BLAIRGOWRIE VIC 3942 | | AUS | 3942 | 30,000 | 0 | | 0 | 0 |
| Jennifer Took Superannuation | Pty Ltd | <Jennifer Took Super Fund A/C> | 26 Armytage Drive | PORTSEA VIC 3944 | | AUS | 3944 | 2,200,000 | 0 | | 0 | 0 |
| Mrs Jennifer Took | 26 Armytage Drive | PORTSEA VIC 3944 | | | | AUS | 3944 | 1,525,000 | 0 | | 0 | 0 |
| Mr Gerard Murphy | 11 Jeffrey St | LEONGATHA VIC 3953 | | | | AUS | 3953 | 19,955 | 0 | | 0 | 0 |
| Mr Leslie Arthur Booth | Unit 1 49 Normanby St | CRANBOURNE VIC 3977 | | | | AUS | 3977 | 20,000 | 0 | | 0 | 0 |
| Mr Robert Fransen & | Mrs Janice Fransen | 42 Bayview Avenue | TENBY POINT VIC 3984 | | | AUS | 3984 | 100,000 | 0 | | 0 | 0 |
| Mr Garry Gillett | 72 Kallay Dr | PIONEER BAY VIC 3984 | | | | AUS | 3984 | 15,000 | 0 | | 0 | 0 |
| Mr George Romaniotis & | Mrs Julia Romaniotis | PO Box 96 | WONTHAGGI VIC 3995 | | | AUS | 3995 | 619,344 | 0 | | 0 | 0 |
| Mr Wayne Robert Nettleton & | Mrs Barbara Anne Nettleton | <Turnco Industries S/F A/C> | C\- Baillieu Hotel (Logic) | PO Box 48 | COLLINS ST WEST VIC 8007 | AUS | 8007 | 331,500 | 0 | | 0 | 0 |
| Provaltor Pty Ltd | <Larsson S/F A/C> | PO Box 200 | COLLINS STREET WEST VIC 8007 | | | AUS | 8007 | 60,000 | 0 | | 0 | 0 |
| VCG SMSF Pty Ltd | <VCG Superannuation Fund A/C> | PO Box 320 | FLINDERS LANE VIC 8009 | | | AUS | 8009 | 139,636 | 0 | | 0 | 0 |
| Mr Michael John Hawkins & | Ms Diana June Baldrey | <M J Hawkins Barrister SF A/C> | 16th Floor | 77 St Georges Terrace | PERTH WA 6000 | AUS | 6000 | 10,478 | 0 | | 0 | 0 |
| Mr John Haynes & | Mrs Patricia Ann Haynes | 3a/70 Terrace Road | EAST PERTH WA 6004 | | | AUS | 6004 | 16,666 | 0 | | 0 | 0 |
| Simply Supported Pty Ltd | <Felder Family A/C> | 6 Allora Avenue | SUBIACO WA 6008 | | | AUS | 6008 | 202,000 | 0 | | 0 | 0 |
| Stagelight Investments Pty Ltd | <Felder Super Fund A/C> | 6 Allora Avenue | SUBIACO WA 6008 | | | AUS | 6008 | 1,323,750 | 0 | | 0 | 0 |
| Mr Ian Shaw Chu | 82 Smyth Road | NEDLANDS WA 6009 | | | | AUS | 6009 | 28,600 | 0 | | 0 | 0 |
| Miss Amy Pui-Man Kwan | 88 Circe Circle South | DALKEITH WA 6009 | | | | AUS | 6009 | 31,500 | 0 | | 0 | 0 |
| Voltraint No 1407 Pty Limited | <Rupert Lewi A/C> | Unit 52 3 Park Avenue | CRAWLEY WA 6009 | | | AUS | 6009 | 200,000 | 0 | | 0 | 0 |
| Mr Alexander Carl Dorsch | 17 Barsden St | COTTESLOE WA 6011 | | | | AUS | 6011 | 34,000 | 0 | | 0 | 0 |
| Mr Graham David Hogg | 49 Leake Street | PEPPERMINT GROVE WA 6011 | | | | AUS | 6011 | 35,000 | 0 | | 0 | 0 |
| Icon Holdings Pty Ltd | <The K J Paganin Family A/C> | 53 Irvine Street | PEPPERMINT GROVE WA 6011 | | | AUS | 6011 | 600,000 | 0 | | 0 | 0 |
| Mr Peter Denton Scholes | 16 Lillian Street | COTTESLOE WA 6011 | | | | AUS | 6011 | 5,000 | 0 | | 0 | 0 |
| Mr John Oakley Clinton | <Clinton Trading A/C> | PO Box 4043 | MOSMAN PARK WA 6012 | | | AUS | 6012 | 120,404 | 0 | | 0 | 0 |
| Ms Jodie McAuliffe | PO Box 4424 Mosman Park | South LPO | MOSMAN PARK WA 6012 | | | AUS | 6012 | 20 | 0 | | 0 | 0 |
| Maruta Pty Ltd | 9 Marimba Crescent | CITY BEACH WA 6015 | | | | AUS | 6015 | 5,700 | 0 | | 0 | 0 |
| Dr Sandeep Kumar Sharma | 342 The Boulevard | CITY BEACH WA 6015 | | | | AUS | 6015 | 25,000 | 0 | | 0 | 0 |
| Aki SF Pty Ltd | <Aki Superannuation Fund A/C> | 54 Norman St | INNALOO WA 6018 | | | AUS | 6018 | 40,000 | 0 | | 0 | 0 |
| Tinelle Pty Ltd | <Lundy Super Fund A/C> | Unit 3 | 24 Muriel Avenue | INNALOO WA 6018 | | AUS | 6018 | 122,723 | 0 | | 0 | 0 |
| Mrs Midori Tanaka-Reay | 10 Fluorite Way | CARINE WA 6020 | | | | AUS | 6020 | 42,500 | 0 | | 0 | 0 |
| Mr Cornelus Willem Du Toit | 2 Blancoa Lane | STIRLING WA 6021 | | | | AUS | 6021 | 100,000 | 0 | | 0 | 0 |
| Mr John Elders | 10 St Andrews Way | DUNCRAIG WA 6023 | | | | AUS | 6023 | 4,000 | 0 | | 0 | 0 |
| Mr Ross George Hinscliff | 5 Thirroul Gr | KINGSLEY WA 6026 | | | | AUS | 6026 | 75,000 | 0 | | 0 | 0 |
| Rose Storm Pty Ltd | <The Will Family S/F A/C> | 1 Ivory Court | KINGSLEY WA 6026 | | | AUS | 6026 | 25,000 | 0 | | 0 | 0 |
| Ms Karen Louise Cable | 8 John Place | MULLALOO WA 6027 | | | | AUS | 6027 | 16,400 | 0 | | 0 | 0 |
| Mr Joannes Petrus Fabris & | Mrs Marian Clare Fabris | 25 Ituka Avenue | MULLALOO WA 6027 | | | AUS | 6027 | 10,000 | 0 | | 0 | 0 |
| Mr Quirinus Johannas | Van Kins & | Mrs Tina Van Kins | <Van Kins Super Fund A/C> | 18 Stillwater Way | EDGEWATER WA 6027 | AUS | 6027 | 400,000 | 0 | | 0 | 0 |
| Mr Neil T Schmidt | 114 Lysander Drive | HEATHRIDGE WA 6027 | | | | AUS | 6027 | 5,900 | 0 | | 0 | 0 |
| Dr Antonio Strangio | Unit 1 | 126 Grand Boulevard | JOONDALUP WA 6027 | | | AUS | 6027 | 30,000 | 0 | | 0 | 0 |
| Aria Strangio | 1/126 Grand Boulevard | JOONDALUP WA 6027 | | | | AUS | 6027 | 25,000 | 0 | | 0 | 0 |
| Ms Caterina Strangio | 1/126 Grand Boulevard | JOONDALUP WA 6027 | | | | AUS | 6027 | 25,000 | 0 | | 0 | 0 |
| Mr Joseph Strangio | 1/126 Grand Boulevard | JOONDALUP WA 6027 | | | | AUS | 6027 | 25,000 | 0 | | 0 | 0 |
| Mrs Petronella Bekker & | Mr Hermanus Theodorus Bekker | 41 Whitehaven Ave | BURNS BEACH WA 6028 | | | AUS | 6028 | 48,000 | 0 | | 0 | 0 |
| Mr Gordon Strang | 29 Bainbridge Mews | CURRAMBINE WA 6028 | | | | AUS | 6028 | 66,125 | 0 | | 0 | 0 |
| Mr Stewart Cable | 11 Ozone Parade | TRIGG WA 6029 | | | | AUS | 6029 | 14,000 | 0 | | 0 | 0 |
| Mr Edward Johannes Ensel | 44 Greygum Crescent | QUINNS ROCKS WA 6030 | | | | AUS | 6030 | 700,000 | 0 | | 0 | 0 |
| Ms Enid Brenda Pereira | 34 Rothessay Heights | MINDARIE WA 6030 | | | | AUS | 6030 | 6,000 | 0 | | 0 | 0 |
| Mr Philip Duncan Ralph | 5 Brooks Drive | BAYSWATER WA 6053 | | | | AUS | 6053 | 6,000 | 0 | | 0 | 0 |
| Mr Bruce Raymond Saxby | 1 Slade Street | BAYSWATER WA 6053 | | | | AUS | 6053 | 7,000 | 0 | | 0 | 0 |
| Mr Brian David Turner | 15 Walker Crescent | HIGH WYCOMBE WA 6057 | | | | AUS | 6057 | 30,000 | 0 | | 0 | 0 |
| Ari Nominees Pty Ltd | <J F Family A/C> | 8 Hannaby Street | DIANELLA WA 6059 | | | AUS | 6059 | 50,000 | 0 | | 0 | 0 |
| Mrs Janelle Andrea Easthope | 117 Swan Street | TUART HILL WA 6060 | | | | AUS | 6060 | 5,000 | 0 | | 0 | 0 |
| Mr Eric Edelman & | Mrs Kaye Marie Edelman | <E & K Edelman Superfund A/C> | PO Box 3176 | YOKINE WA 6060 | | AUS | 6060 | 15,000 | 0 | | 0 | 0 |
| Mr Graham Thomas Fitzgerald & | Ms Helen Lorraine Sharland | 2/237 French Street | TUART HILL WA 6060 | | | AUS | 6060 | 50,000 | 0 | | 0 | 0 |
| Mr Giuseppe Colosi | Unit B | 279 Amelia Street | WESTMINSTER WA 6061 | | | AUS | 6061 | 5,000 | 0 | | 0 | 0 |
| Mr Stefan Nikolic | 2 Zeeb Cl | MIRRABOOKA WA 6061 | | | | AUS | 6061 | 3,200 | 0 | | 0 | 0 |
| Mr Dushyant Dave | 42 Longford CCT | DARCH WA 6065 | | | | AUS | 6065 | 20,000 | 0 | | 0 | 0 |
| Mr Chris Lourens | 30 Bengora Avenue | TAPPING WA 6065 | | | | AUS | 6065 | 100,000 | 0 | | 0 | 0 |
| Mr Arvind Kumar Shivji | Unit 1 9 Sefton Pl | LANDSDALE WA 6065 | | | | AUS | 6065 | 43,478 | 0 | | 0 | 0 |
| Mr Erica Dorothy Darge | 24 Waterview Grove | ELLENBROOK WA 6069 | | | | AUS | 6069 | 30,000 | 0 | | 0 | 0 |
| Mr Robert Charles Franz | 2 Cluny Way | ELLENBROOK WA 6069 | | | | AUS | 6069 | 73,700 | 0 | | 0 | 0 |
| Mr Trevor John McLoughlin & | Mrs Gail McLoughlin | <Realmac Super Fund A/C> | 8 Daleview Close | GLEN FORREST WA 6071 | | AUS | 6071 | 10,000 | 0 | | 0 | 0 |
| Gamblue Nominees Pty Ltd | <G A Baker Investment A/C> | 17 Newlands Grove | GOOSEBERRY HILL WA 6076 | | | AUS | 6076 | 250,000 | 0 | | 0 | 0 |
| Mrs Yvonne Denise Price | 565 Wildberry Drive | STONEVILLE WA 6081 | | | | AUS | 6081 | 58,000 | 0 | | 0 | 0 |
| Mr Matthew Peter Laurence | Noonan-Crowe | <Superannuation Fund A/C> | 16 McMillan Street | VICTORIA PARK WA 6100 | | AUS | 6100 | 69,210 | 0 | | 0 | 0 |
| Mr Robert Diepeveen & | Mrs Esther Diepeveen | 38 Oswald St | VICTORIA PARK WA 6100 | | | AUS | 6100 | 100,000 | 0 | | 0 | 0 |
| Mr John Lyons | 46 Marchamley Street | CARLISLE WA 6101 | | | | AUS | 6101 | 10,000 | 0 | | 0 | 0 |
| Mr Shane Edgar Simmons | 31B Weston St | CARLISLE WA 6101 | | | | AUS | 6101 | 5,000 | 0 | | 0 | 0 |

Common Class Shareholders - Exhibit A to Equity Security Holders

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares 9/7/18,29/1/19,29/6/19 | Unlist. Opt. $0.175 Tranches - 29/1/18,29/7/18,29/1/17,29/7/17,29/1/18,2 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Peter Lloyd Robinson | 51 Fitzroy Road | RIVERVALE WA 6103 | | | | AUS | 6103 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Glen Laurance Leslie | 317 Epsom Avenue | REDCLIFFE WA 6104 | | | | AUS | 6104 | 27,141 | 0 | 0 | | 0 |
| Mr Glen Laurance Leslie | 317 Epsom Ave | REDCLIFFE WA 6104 | | | | AUS | 6104 | 222,387 | 0 | 0 | | 0 |
| Mr Ian Martin Anns & | Mrs Denise Andrea Anns | 4 Ripplewood Avenue | THORNLIE WA 6108 | | | AUS | 6108 | 10,000 | 0 | 0 | | 0 |
| Mr Edward Richard Floyd | 4 Timbercrest Road | THORNLIE WA 6108 | | | | AUS | 6108 | 7,500 | 0 | 0 | | 0 |
| Mr James Francis Ryan | 21 Kelton Way | THORNLIE WA 6108 | | | | AUS | 6108 | 100,000 | 0 | 0 | | 0 |
| Mr Michael John Gill | 437 Nicholson Road | FORRESTDALE WA 6112 | | | | AUS | 6112 | 36,000 | 0 | 0 | | 0 |
| Mr Desmond Arthur Hannah & | Mrs Heather Anne Hannah | 5 Chipper Close | BEDFORDALE WA 6112 | | | AUS | 6112 | 35,714 | 0 | 0 | | 0 |
| Mrs Lisa Houweling | 26 Stockmans Close | OAKFORD WA 6121 | | | | AUS | 6121 | 18,060 | 0 | 0 | | 0 |
| Caralee Nominees Pty Ltd | <Caralee Family A/C> | 303 Summerfield Road | SERPENTINE WA 6125 | | | AUS | 6125 | 3,500 | 0 | 0 | | 0 |
| Mr Simon Matthew Haynes & | Mrs Josephine Marion Haynes | 28 Narcissus Ave | PARKWOOD WA 6147 | | | AUS | 6147 | 641,317 | 0 | 0 | | 0 |
| Mr Stephen James Reynolds | 9 Datura Court | PARKWOOD WA 6147 | | | | AUS | 6147 | 100,500 | 0 | 0 | | 0 |
| Mr Robert Andrew Kostrz & | Mrs Caroline Kostrz | 35 Cotton Crescent | BULL CREEK WA 6149 | | | AUS | 6149 | 101,131 | 0 | 0 | | 0 |
| Mr Dinesh Mithanthaya & | Mrs Anuja Mithanthaya | 14 Larmer Place | BULL CREEK WA 6149 | | | AUS | 6149 | 740,048 | 0 | 0 | | 0 |
| Mr Sie Chung Wong & | Ms Catherine Ping Chih | 9 Anderton Retreat | MURDOCH WA 6150 | | | AUS | 6150 | 12,000 | 0 | 0 | | 0 |
| Mrs Puspavati Naran | 4 Adare Court | WATERFORD WA 6152 | | | | AUS | 6152 | 40,000 | 0 | 0 | | 0 |
| Mr John Pirie | <Liam Pirie A/C> | 24 Redmond Street | SALTER POINT WA 6152 | | | AUS | 6152 | 3,000 | 0 | 0 | | 0 |
| Mr Thain Chai Yong | 65 Todd Avenue | COMO WA 6152 | | | | AUS | 6152 | 140,000 | 0 | 0 | | 0 |
| Mrs Wilhelmina Johanna | Coloper | PO Box 1215 | Canning Bridge Applecross WA | 6153 | | AUS | 6153 | 5,000 | 0 | 0 | | 0 |
| Ms Yenna Ah Yeo Ong | 15 Glenelg Street | APPLECROSS WA 6153 | | | | AUS | 6153 | 48,000 | 0 | 0 | | 0 |
| Ms Isabella Strangio | 25B Tweeddale Road | APPLECROSS WA 6153 | | | | AUS | 6153 | 25,000 | 0 | 0 | | 0 |
| Ms Stacey Strangio | 25B Tweeddale Road | APPLECROSS WA 6153 | | | | AUS | 6153 | 25,000 | 0 | 0 | | 0 |
| Mrs Magdalena Zabek | Unit 3 95 Matheson Road | APPLECROSS WA 6153 | | | | AUS | 6153 | 267,000 | 0 | 0 | | 0 |
| Mr Norman Anthony Brass | 12 Norma Rd | ALFRED COVE WA 6154 | | | | AUS | 6154 | 35,000 | 0 | 0 | | 0 |
| Dr Aveni Shashikant Haynes | 3 Calpin Crescent | ATTADALE WA 6156 | | | | AUS | 6156 | 31,250 | 0 | 0 | | 0 |
| Mr Matthew John Haynes | 3 Calpin Crescent | ATTADALE WA 6156 | | | | AUS | 6156 | 31,250 | 0 | 0 | | 0 |
| Mrs Faeghe Evans | 7 Lee Place | BICTON WA 6157 | | | | AUS | 6157 | 100,000 | 0 | 0 | | 0 |
| Mr George Graham & | Mrs Sandra Graham | Unit 2 | 28 Aurelian Street | PALMYRA WA 6157 | | AUS | 6157 | 508,845 | 0 | 0 | | 0 |
| Everwell Pty Ltd | 50A Pier Street | EAST FREMANTLE WA 6158 | | | | AUS | 6158 | 363,133 | 0 | 0 | | 0 |
| Mr Craig William Keith Booth | PO Box 8040 | FREMANTLE WA 6160 | | | | AUS | 6160 | 140,000 | 0 | 0 | | 0 |
| Mr Edward Albert Parr | 4A Fothergill St | FREMANTLE WA 6160 | | | | AUS | 6160 | 10,000 | 0 | 0 | | 0 |
| Mr Murray Dennis & | Mrs Julie Dennis | PO Box 8072 | HILTON WA 6163 | | | AUS | 6163 | 988,010 | 0 | 0 | | 0 |
| Mr Kevin John Hayes | 29 Amelie Ct | KARDINYA WA 6163 | | | | AUS | 6163 | 30,000 | 0 | 0 | | 0 |
| Mr Levi Holden | 151 Clontarf Road | HAMILTON HILL WA 6163 | | | | AUS | 6163 | 21,276 | 0 | 0 | | 0 |
| Miss Rebekah Jayne Argent | Unit 9 1 Lomax Ct | BEELIAR WA 6164 | | | | AUS | 6164 | 2,500 | 0 | 0 | | 0 |
| Mr Neil Graham Harrison | 16 Conigrave Road | YANGEBUP WA 6164 | | | | AUS | 6164 | 100,000 | 0 | 0 | | 0 |
| Mr Lindsay Corless | 9 Summerton Rd | MEDINA WA 6167 | | | | AUS | 6167 | 2,500 | 0 | 0 | | 0 |
| Mr Christopher John Ridgers | 7 Kawoor Mews | BERTRAM WA 6167 | | | | AUS | 6167 | 50,000 | 0 | 0 | | 0 |
| Mr Richard Lawrence | 39 Fifth Ave | SHOALWATER WA 6169 | | | | AUS | 6169 | 70,000 | 0 | 0 | | 0 |
| Dr Donald Keith Martin | 12 Shelton Street | WAIKIKI WA 6169 | | | | AUS | 6169 | 35,428 | 0 | 0 | | 0 |
| Dr Donald Keith Martin & | Mr Graeme Charles Martin | <D.K.M Superannuation A/C> | 12 Shelton Street | WAIKIKI WA 6169 | | AUS | 6169 | 215,000 | 0 | 0 | | 0 |
| Mrs Catherine Elizabeth Rayner | 9 Groom Mews | WELLARD WA 6170 | | | | AUS | 6170 | 30,384 | 0 | 0 | | 0 |
| Mr Alan Todd Mouna & | Miss Peta Michelle Markham | 15 Bentley St | SINGLETON WA 6175 | | | AUS | 6175 | 100,000 | 0 | 0 | | 0 |
| Mr Stephen Brian Fanetti | 16 Jubilee Drive | PINJARRA WA 6208 | | | | AUS | 6208 | 5,000 | 0 | 0 | | 0 |
| Mr Allan Keith Martin | 74 Murray Waters BLVD | SOUTH YUNDERUP WA 6208 | | | | AUS | 6208 | 1,001 | 0 | 0 | | 0 |
| Mr Malcolm Hubert | Bassett-Scarfe | PO Box 5168 | FALCON WA 6210 | | | AUS | 6210 | 25,000 | 0 | 0 | | 0 |
| Est Mr Peter Cucow | 1 Merryfull Road | MANDURAH WA 6210 | | | | AUS | 6210 | 8,522 | 0 | 0 | | 0 |
| Miss Dawn Newman | 21 Whimbrel Crescent | COODANUP WA 6210 | | | | AUS | 6210 | 15,000 | 0 | 0 | | 0 |
| Mr Akshaya Patel | 9 San Marco Quays | HALLS HEAD WA 6210 | | | | AUS | 6210 | 12,500 | 0 | 0 | | 0 |
| Ms Samantha Jane Ramm | 85 Avocet Island Qys | WANNANUP WA 6210 | | | | AUS | 6210 | 48,000 | 0 | 0 | | 0 |
| Mr Wade Edward Shephard | 12 Martin St | EAST BUNBURY WA 6230 | | | | AUS | 6230 | 150,000 | 0 | 0 | | 0 |
| Mr Geoffrey Ronald Whyatt | 3 Magnolia Drive | GLEN IRIS WA 6230 | | | | AUS | 6230 | 20,000 | 0 | 0 | | 0 |
| Mr Andrew Ham | PO Box 1600 | MANJIMUP WA 6258 | | | | AUS | 6258 | 10,800 | 0 | 0 | | 0 |
| Mr Marc Longley Jones | 1 Harlequin Boulevard | KEALY WA 6280 | | | | AUS | 6280 | 3,000 | 0 | 0 | | 0 |
| Chic Investments Pty Ltd | <Hartnup Family A/C> | PO Box 1964 | MARGARET RIVER WA 6285 | | | AUS | 6285 | 3,334 | 0 | 0 | | 0 |
| Mr David John Shephard | 13 Thelma Street | AUGUSTA WA 6290 | | | | AUS | 6290 | 557,421 | 0 | 0 | | 0 |
| Mrs Lisa Kate Bradford & | Mr Dawson Robert Bradford | Care PO | POPANYINNING WA 6309 | | | AUS | 6309 | 10,000 | 0 | 0 | | 0 |
| Dlca Superannuation Pty Ltd | <The Dl & CA Mayer S/F A/C> | PO Box 30 | BROOMEHILL WA 6318 | | | AUS | 6318 | 35,000 | 0 | 0 | | 0 |
| Norino Pty Ltd | <The Bloomfield Unit A/C> | PO Box 30 | BROOMEHILL WA 6318 | | | AUS | 6318 | 60,000 | 0 | 0 | | 0 |
| Acetop Holdings Pty Ltd | 183 Grey St West | ALBANY WA 6330 | | | | AUS | 6330 | 7,811 | 0 | 0 | | 0 |
| Mrs Josephine Marion Haynes | <Elizabeth Mary Haynes A/C> | PO Box 624 | DENMARK WA 6333 | | | AUS | 6333 | 20,763 | 0 | 0 | | 0 |
| Mrs Josephine Marion Haynes | <Alexandra Marie Haynes A/C> | PO Box 624 | DENMARK WA 6333 | | | AUS | 6333 | 20,763 | 0 | 0 | | 0 |
| Mr Jason Roy King | 124A Wittemoom St | WEST LAMINGTON WA 6430 | | | | AUS | 6430 | 2,265 | 0 | 0 | | 0 |
| Mrs Karen Anne King | 9 Sobota St | SOMERVILLE WA 6430 | | | | AUS | 6430 | 6,000 | 0 | 0 | | 0 |
| Mr Daniel Jon Koric | PO Box 63 | DONGARA WA 6525 | | | | AUS | 6525 | 10,000 | 0 | 0 | | 0 |
| Ms Emma O'Brien | 11 Ada Wynd | WANDINA WA 6530 | | | | AUS | 6530 | 25,000 | 0 | 0 | | 0 |
| Mr Graeme Carson | PO Box 61 | TOODYAY WA 6566 | | | | AUS | 6566 | 20,000 | 0 | 0 | | 0 |
| 4OGGIE Pty Ltd | <All 4OGGIES Super Fund A/C> | PO Box 423 | EXMOUTH WA 6707 | | | AUS | 6707 | 50,000 | 0 | 0 | | 0 |
| Mr Michael Ian Ogden | PO Box 423 | EXMOUTH WA 6707 | | | | AUS | 6707 | 10,000 | 0 | 0 | | 0 |
| Mrs Marina Anita Goldschmidt | 4 Rhonda Rd | KARRATHA WA 6714 | | | | AUS | 6714 | 3,530 | 0 | 0 | | 0 |
| Mr Darren Maxwell Humm | PO Box 7 | PORT HEDLAND WA 6721 | | | | AUS | 6721 | 50,000 | 0 | 0 | | 0 |
| Mr Peter John Ellis | PO Box 816 | KUNUNURRA WA 6743 | | | | AUS | 6743 | 47,072 | 0 | 0 | | 0 |
| Mrs Kerry Anne Roberts | <Roberts Investments A/C> | C/- Accolade Services | GPO Box D150 | PERTH WA 6840 | | AUS | 6840 | 50,700 | 0 | 0 | | 0 |
| Avanteos Investments Limited | <5528675 Christopher A/C> | PO Box 6272 | PERTH BC WA 6849 | | | AUS | 6849 | 12,662 | 0 | 0 | | 0 |
| BT Portfolio Services Limited | < Mr P T Noonan A/C> | PO Box 8550 | PERTH BC WA 6849 | | | AUS | 6849 | 55,500 | 0 | 0 | | 0 |
| RBC Investor Services | Australia Nominees Pty Ltd | <69928 Duveen Supe A/C> | PO Box 8490 | PERTH BC WA 6849 | | AUS | 6849 | 136,000 | 0 | 0 | | 0 |
| Mr Lindsay George Dudfield | <Lg Dudfield P/F A/C> | PO Box 302 | CLAREMONT WA 6910 | | | AUS | 6910 | 125,000 | 0 | 0 | | 0 |
| Mr Lindsay George Dudfield & | Mrs Yvonne Sheila Doling | Dudfield | <Lg Dudfield Pension Fund A/C> | PO Box 302 | CLAREMONT WA 6910 | AUS | 6910 | 550,000 | 0 | 0 | | 0 |
| Mr Gordon John Willis | PO Box 291 | OSBORNE PARK WA 6917 | | | | AUS | 6917 | 200,000 | 0 | 0 | | 0 |
| Mrs Lee-Anne Anderson | PO Box 1119 | SCARBOROUGH WA 6922 | | | | AUS | 6922 | 18,500 | 0 | 0 | | 0 |
| Mrs Sherilyn Joy Ford | PO Box 969 | SOUTH PERTH WA 6951 | | | | AUS | 6951 | 40,000 | 0 | 0 | | 0 |
| JCV Nominees Pty Ltd | <Vegar Super Fund A/C> | PO Box 351 | APPLECROSS WA 6953 | | | AUS | 6953 | 200,000 | 0 | 0 | | 0 |
| Mr Paul Glendon Hunter | PO Box 1325 | CANNING VALE DC WA 6970 | | | | AUS | 6970 | 250,000 | 0 | 0 | | 0 |
| Mr Chris Davies | PO Box 1565 | EAST VICTORIA PARK WA 6981 | | | | AUS | 6981 | 3,600 | 0 | 0 | | 0 |
| Miss Katelyn Johnstone | Makada 859 Wallaroo Road | HALL ACT 2618 | | | | AUS | 2618 | 3,800 | 0 | 0 | | 0 |
| Mr Alfred George Moufarrige | Level 57 MLC Centre | Martin Place | SYDNEY NSW 2000 | | | AUS | 2000 | 50,000 | 0 | 0 | | 0 |
| Zhou Wenfei | 2205 Hyde Park Tower | 148 Elizabeth Street | SYDNEY NSW 2000 | | | AUS | 2000 | 30,000 | 0 | 0 | | 0 |

20 of 22

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/1/15,29/7/15,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Zak Investments Pty Ltd | C/- Harrison Howard & Co | 36-38 Clarence Street | SYDNEY NSW 2000 | | | AUS | 2000 | 20,000 | 0 | 0 | 0 | 0 |
| Australian Securities Company | (International) Pty Ltd | Level 3 | 72 Pitt Street | SYDNEY NSW 2001 | | AUS | 2001 | 91,070 | 0 | 0 | 0 | 0 |
| International Pacific Capital | Limited | GPO Box 3486 | SYDNEY NSW 2001 | | | AUS | 2001 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Rodney Cecil Cross | The Physics Department | UNIVERSITY OF SYDNEY NSW 2006 | | | | AUS | 2006 | 50,000 | 0 | 0 | 0 | 0 |
| Mr Timofey Klimov | 42 Shepherd | CHIPPENDALE NSW 2008 | | | | AUS | 2008 | 1 | 0 | 0 | 0 | 0 |
| Mr Roy Simon Chassey | 1 Rupert Avenue | BELLEVUE HILL NSW 2023 | | | | AUS | 2023 | 50,000 | 0 | 0 | 0 | 0 |
| Aaer Pty Ltd | Suite 531 Level 5 | 203 New South Head Road | EDGECLIFF NSW 2027 | | | AUS | 2027 | 2 | 0 | 0 | 0 | 0 |
| Mr Andrew Scarf | Suite 531 Level 5 | 203 New South Head Road | EDGECLIFF NSW 2027 | | | AUS | 2027 | 1 | 0 | 0 | 0 | 0 |
| Lidcombe Hotel Investments | Pty Ltd | Suite 12 401-407 | New South Head Road | DOUBLE BAY NSW 2028 | | AUS | 2028 | 360,000 | 0 | 0 | 0 | 0 |
| Mr Johnson Azzad | 115 Botany Street | RANDWICK NSW 2031 | | | | AUS | 2031 | 150,000 | 0 | 0 | 0 | 0 |
| Mr Miles Edwin Currington | PO Box 6111 | MALABAR NSW 2036 | | | | AUS | 2036 | 26,400 | 0 | 0 | 0 | 0 |
| Mr Richard James | 23 A Dumbarton Street | MCMAHONS POINT NSW 2060 | | | | AUS | 2060 | 15,515 | 0 | 0 | 0 | 0 |
| Mr Matthew Lorimer | Unit 603 | 3 Clydesdale Place | PYMBLE NSW 2073 | | | AUS | 2073 | 12,000 | 0 | 0 | 0 | 0 |
| Dr Newton Jayasinghe | 20/153 Grosvenor Street | WAHROONGA NSW 2076 | | | | AUS | 2076 | 31,250 | 0 | 0 | 0 | 0 |
| Mr Grant Edgar Sievers | 9-69 The Esplanade | Balmoral Beach | MOSMAN NSW 2088 | | | AUS | 2088 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Jun Zhao | 2410/57-72 Queen Street | AUBURN NSW 2144 | | | | AUS | 2144 | 35,000 | 0 | 0 | 0 | 0 |
| Guihua Lin | 27 Gueudecourt Avenue | Earlwood | CANTERBURY 2193 | | | AUS | 2193 | 5,000 | 0 | 0 | 0 | 0 |
| Xiupeng Yu | 20 Bembia Road | BEVERLY HILLS NSW 2200 | | | | AUS | 2200 | 25,000 | 0 | 0 | 0 | 0 |
| Ms Susan Gai Miller | Unit 4 109 Belmore Road | PEAKHURST NSW 2210 | | | | AUS | 2210 | 17,846 | 0 | 0 | 0 | 0 |
| Lozada Financial Services Pty | Ltd | P0 Box 769 | ROCKDALE NSW 2216 | | | AUS | 2216 | 234,375 | 0 | 0 | 0 | 0 |
| Mr Steven Anthony Gibara | 105 St Georges Parade | HURSTVILLE NSW 2220 | | | | AUS | 2220 | 240,000 | 0 | 0 | 0 | 0 |
| Mrs Yiying Ming | Unit 4 | 14-18 Connells Point Road | SOUTH HURSTVILLE NSW 2221 | | | AUS | 2221 | 75,000 | 0 | 0 | 0 | 0 |
| Mr Joseph Dimarco & | Mr Santino James Dimarco | <The Joe Dim Super Fund A/C> | Unit C61 | 1 McDonald Street | CRONULLA NSW 2230 | AUS | 2230 | 60,000 | 0 | 0 | 0 | 0 |
| Kerry Matheson Risk Management | Pty Ltd | <KMRM P/L Super Fund A/C> | PO Box 4329 | FORSTER NSW 2428 | | AUS | 2428 | 180,000 | 0 | 0 | 0 | 0 |
| Mr Peter Anthony Wilson | 108 Waratah Drive | YARRAVEL NSW 2440 | | | | AUS | 2440 | 20,000 | 0 | 0 | 0 | 0 |
| Mr Patrick Brendan Hughes & | Mrs Donna Elizabeth Hughes | 3324 Bruxner Highway | CASINO NSW 2470 | | | AUS | 2470 | 10,000 | 0 | 0 | 0 | 0 |
| Justentim Pty Ltd | Box 6095 | South Coast Mail Centre | WOLLONGONG NSW 2500 | | | AUS | 2500 | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Stojna Nikolich | 242 Obriens Road | FIGTREE NSW 2525 | | | | AUS | 2525 | 10,000 | 0 | 0 | 0 | 0 |
| Mac-Stu Pty Ltd | <McLachlan Super Fund A/C> | 11 Saint Vincent Road | TUROSS HEAD NSW 2537 | | | AUS | 2537 | 181,150 | 0 | 0 | 0 | 0 |
| Mr Stuart McLachlan | 11 Saint Vincent Road | TUROSS HEAD NSW 2537 | | | | AUS | 2537 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Michael Slim | 312 Mulhollands Road | THRILMERE NSW 2572 | | | | AUS | 2572 | 395,369 | 0 | 0 | 0 | 0 |
| Mr David Terence Brewster & | Mrs Regina Angelika Brewster | PO Box 119 | ROBERTSON NSW 2577 | | | AUS | 2577 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Darren Lucas | Little Plain | ADAMINABY NSW 2629 | | | | AUS | 2629 | 14,545 | 0 | 0 | 0 | 0 |
| Locarb (Aust) Pty Limited | <Chamberlain Family S/F A/C> | PO Box 5747 | EAST WAGGA WAGGA NSW 2650 | | | AUS | 2650 | 40,255 | 0 | 0 | 0 | 0 |
| Wallace SMSF Pty Ltd | <PJ & BM Wallace Ps/F A/C> | PO Box 8636 | WAGGA WAGGA NSW 2650 | | | AUS | 2650 | 500,000 | 0 | 0 | 0 | 0 |
| Mr Robert Charles Preston | 716 Blowering Road | TUMUT NSW 2720 | | | | AUS | 2720 | 20,000 | 0 | 0 | 0 | 0 |
| Ms Cherie Dianne Payne | 81 Church Street | CRANE BROOK NSW 2749 | | | | AUS | 2749 | 5,000 | 0 | 0 | 0 | 0 |
| Jia Zuo Chan | 7/37a Evans Street | PENRITH NSW 2750 | | | | AUS | 2750 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Rudolf Homberger | 54 Hersey Street | GLENBROOK NSW 2773 | | | | AUS | 2773 | 360,000 | 0 | 0 | 0 | 0 |
| Mr Steven John Thompson | Lot 12 Cranbrook Park Road | LITTLE HARTLEY NSW 2790 | | | | AUS | 2790 | 25,000 | 0 | 0 | 0 | 0 |
| Mr Ian Andrew Withers | Box 407 | MUDGEE NSW 2850 | | | | AUS | 2850 | 102,500 | 0 | 0 | 0 | 0 |
| Ms Louise Marjorie Bernardi | Lower Wambat Street | FORBES NSW 2871 | | | | AUS | 2871 | 50,000 | 0 | 0 | 0 | 0 |
| Trinaway Pty Limited | Cottons Weir River Road | FORBES NSW 2871 | | | | AUS | 2871 | 485,000 | 0 | 0 | 0 | 0 |
| Mr Stuart Edwin Frith | Box 4037 | MATARANKA NT 0852 | | | | AUS | 0852 | 60,000 | 0 | 0 | 0 | 0 |
| Mr Daniel Francis | Van Der Loos | Unit 2004 21 Mary Street | BRISBANE CITY QLD 4000 | | | AUS | 4000 | 20,000 | 0 | 0 | 0 | 0 |
| Mr James L Skelton | Unit 30 Tall Trees | 3745 Pacific Highway | SLACKS CREEK QLD 4127 | | | AUS | 4127 | 5,000 | 0 | 0 | 0 | 0 |
| Mr Roderick James McIvor | 2 13-15 Illawong Street | SURFERS PARADISE QLD 4217 | | | | AUS | 4217 | 200,000 | 0 | 0 | 0 | 0 |
| Mrs Debbie Margaree Morgan | PO Box 9277 | BUNDALL QLD 4217 | | | | AUS | 4217 | 5,164 | 0 | 0 | 0 | 0 |
| Mr Garry Hafner & | Mrs Jennifer Hafner | Unit 59 | 62-68 Marine Parade | COOLANGATTA QLD 4225 | | AUS | 4225 | 8,000 | 0 | 0 | 0 | 0 |
| Ms Pauline Eleanor Chisholm | PO Box 511 | ROBINA QLD 4226 | | | | AUS | 4226 | 7,000 | 0 | 0 | 0 | 0 |
| Mr Timothy John Lennox & | Mrs Alison Florence Lennox | <Lennox Super Fund A/C> | PO Box 6069 | MAROOCHYDORE QLD 4558 | | AUS | 4558 | 70,000 | 0 | 0 | 0 | 0 |
| Mr Paul Henry Masters | PO Box 302 | GLADSTONE QLD 4680 | | | | AUS | 4680 | 2,160 | 0 | 0 | 0 | 0 |
| Mrs Gillian Beth Robertson | PO Box 1776 | GLADSTONE QLD 4680 | | | | AUS | 4680 | 30,000 | 0 | 0 | 0 | 0 |
| Mrs Heather Morton | Neleh Downs | ISISFORD QLD 4731 | | | | AUS | 4731 | 3,350 | 0 | 0 | 0 | 0 |
| Silver Fox Super Pty Ltd | <Grey Nurse Super Fund A/C> | C/0 Eungella Post Office | EUNGELLA QLD 4757 | | | AUS | 4757 | 232,187 | 0 | 0 | 0 | 0 |
| Mr Darren John Poole | 1151 Ross River Road | RASMUSSEN QLD 4815 | | | | AUS | 4815 | 5,500 | 0 | 0 | 0 | 0 |
| Mrs Desma Heather Morton | 521 Pine Creek Road | GORDONVALE QLD 4865 | | | | AUS | 4865 | 5,000 | 0 | 0 | 0 | 0 |
| Mr John Walter Brooksbank | PO Box 317 | KURANDA QLD 4881 | | | | AUS | 4881 | 180,000 | 0 | 0 | 0 | 0 |
| Mr Robert Quentin Davis & | Mrs June Bernadette Davis | <R & J Davis Super Fund A/C> | Res 2102 South Shields | Private Mail Bag 90 | GOLD COAST MC QLD 9726 | AUS | 9726 | 15,000 | 0 | 0 | 0 | 0 |
| Dr Josefina David | PO Box 356 | MAGILL SA 5072 | | | | AUS | 5072 | 3,000 | 0 | 0 | 0 | 0 |
| Ms Valery Jeanette Nipperess | 156 Seaview Rd | YATALA VALE SA 5126 | | | | AUS | 5126 | 11,000 | 0 | 0 | 0 | 0 |
| Elba Investments Pty Ltd | <Elba A/C> | A'Beckett Street Post Office | PO Box 12883 | MELBOURNE VIC 3000 | | AUS | 3000 | 80,000 | 0 | 0 | 0 | 0 |
| Seymour Super Fund Pty Ltd | <Seymour Super Fund A/C> | C/- Acorn Financial Group | Level 4 | 157 Spring Street | MELBOURNE VIC 3000 | AUS | 3000 | 57,000 | 0 | 0 | 0 | 0 |
| Citicorp Nominees Pty Limited | GPO Box 764G | MELBOURNE VIC 3001 | | | | AUS | 3001 | 7,671,566 | 0 | 0 | 0 | 0 |
| Navigator Australia Ltd | <MLC Investment Settl A/C> | Attention Custody | Level 5 | 700 Bourke Street | DOCKLANDS VIC 3008 | AUS | 3008 | 615,000 | 0 | 0 | 0 | 0 |
| Ferdinand Zito & Associates | Pty Ltd | <The Ferdinand Zito S/F A/C> | PO Box 2216 | IVANHOE VIC 3079 | | AUS | 3079 | 1,150,000 | 0 | 0 | 0 | 0 |
| Ms Dora Aspridis | 30 Glenair Street | TEMPLESTOWE LOWER VIC 3107 | | | | AUS | 3107 | 9,300 | 0 | 0 | 0 | 0 |
| Mr Sing Ting | <Ting Family S/F A/C> | 9 Ranfurlie Drive | GLEN WAVERLEY VIC 3150 | | | AUS | 3150 | 140,000 | 0 | 0 | 0 | 0 |
| Benford Pty Ltd | 4/202 The Esplanade | BRIGHTON VIC 3186 | | | | AUS | 3186 | 100,000 | 0 | 0 | 0 | 0 |
| Benford Pty Ltd | <The A Pellicano Family A/C> | Unit 4 | 202 The Esplanade | BRIGHTON VIC 3186 | | AUS | 3186 | 400,000 | 0 | 0 | 0 | 0 |
| Essential Superannuation Pty | Ltd | <Essential Super Fund A/C> | 4/202 The Esplanade | BRIGHTON VIC 3186 | | AUS | 3186 | 143,071 | 0 | 0 | 0 | 0 |
| Mr John Waddington | C/-Lindsay Brown & Associates | Level 1 | 250 Bay Street | BRIGHTON VIC 3186 | | AUS | 3186 | 206,800 | 0 | 0 | 0 | 0 |
| Ms Carol Ann Merrett | 15/57 Tibrockney Street | HIGHETT VIC 3190 | | | | AUS | 3190 | 6,000 | 0 | 0 | 0 | 0 |
| Mr Lester McMahon | 230 Frankston Dandenong Road | FRANKSTON NORTH VIC 3200 | | | | AUS | 3200 | 32,807 | 0 | 0 | 0 | 0 |
| BCP Superannuation Fund Pty | Ltd | <BCP Superannuation Fund A/C> | C/- Patrick Rowan Associates | 24 Moorabool Street | GEELONG VIC 3220 | AUS | 3220 | 440,000 | 0 | 0 | 0 | 0 |
| Bindarah Farming Pty Ltd | <Pj&Jm Theodore Family A/C> | 20 Scanlan Dr | ELLMINYT VIC 3250 | | | AUS | 3250 | 290,000 | 0 | 0 | 0 | 0 |
| Bridview Pty Ltd | <Ivan Boyd Family A/C> | 385 Cobden Road | CAMPERDOWN VIC 3260 | | | AUS | 3260 | 190,000 | 0 | 0 | 0 | 0 |
| Lilyscout Pty Ltd | <Pickles Super Fund A/C> | 36 O'Connell Avenue | TOOLERN VALE VIC 3337 | | | AUS | 3337 | 8,157 | 0 | 0 | 0 | 0 |
| Lauzrence Keith Darker & | Mrs Suzanne Maree Darker | <The L And S Darker SF A/C> | 184-Avoca Road | STAWELL VIC 3380 | | AUS | 3380 | 100,000 | 0 | 0 | 0 | 0 |
| Mr Benjamin James Hunt | 121 Volcano Road | ST ARNAUD VIC 3478 | | | | AUS | 3478 | 2 | 0 | 0 | 0 | 0 |
| Mr Mark Francis McLoughlan | C/- Box 831 | BENDIGO VIC 3552 | | | | AUS | 3552 | 8,000 | 0 | 0 | 0 | 0 |
| Ms Kerry Lynne Schubert | 39 Taligarno Centenary Road | TALGARNO VIC 3691 | | | | AUS | 3691 | 15,000 | 0 | 0 | 0 | 0 |
| B S D Investments Pty Ltd | <BSD Super Fund A/C> | PO Box 7280 | ST KILDA ROAD VIC 8004 | | | AUS | 8004 | 35,000 | 0 | 0 | 0 | 0 |
| Mr Clinton Cherry | 22 138 MTS Bay Road | PERTH WA 6000 | | | | AUS | 6000 | 32,000 | 0 | 0 | 0 | 0 |
| Mr David John Adams | RMB 310 | CRANBROOK WA 6321 | | | | AUS | 6321 | 10,000 | 0 | 0 | 0 | 0 |
| Mr Michael Charles Lawrie | PO Box 1183 | GERALDTON WA 6530 | | | | AUS | 6530 | 35,000 | 0 | 0 | 0 | 0 |
| Mr Ben Moran | PO Box 1828 | OSBORNE PARK WA 6917 | | | | AUS | 6917 | 25,000 | 0 | 0 | 0 | 0 |

| Name/Address 1 | Name/Address 2 | Name/Address 3 | Name/Address 4 | Name/Address 5 | Name/Address 6 | Domicile | Postcode | Fully Paid Ordinary Shares | Redeemable Convertible Preference Shares | Redeemable Preference Shares | Unlist. Opt. $0.175 Tranches - 29/11/6,29/7/10,29/1/17,29/7/17,29/1/18,2 9/7/18,29/1/19,29/6/19 | Unlisted Options $0.25 exp 3 Jun 2016 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Mr Patrick John Smith | PO Box 32465 | ABU DHABI | UNITED ARAB EMIRATES | | | ARE | | 1,000,000 | 0 | 0 | 0 | 0 |
| BXR 1 Holdings Inc | 22 St Clair Avenue E | Suite 1200 | Toronto | ONTARIO M4T 2S3 | CANADA | CAN | | 1,454,545 | 0 | 0 | 0 | 0 |
| Mr James Douglas Price & | Mrs Take Frances Kunkel | 455 Roehampton Avenue | Toronto Ont | M4P 1S3 | CANADA | CAN | | 250,000 | 0 | 0 | 0 | 0 |
| Beston Limited | C/- A K Rath | Level 2 Na Porici 19 | 11000 PRAGUE 1 | CZECH REPUBLIC | | CZE | | 125,000 | 0 | 0 | 0 | 0 |
| Mr Olivier Filipowicz | 40 Rue Des Saules | 75018 PARIS | FRANCE | | | FRA | | 5,000 | 0 | 0 | 0 | 0 |
| Mr John Terence Kilford | Granary Cottage | New Road Swanwick | SOUTHAMPTON SO31 7HE | UNITED KINGDOM | | GBR | | 100,000 | 0 | 0 | 0 | 0 |
| Sunvest Corporation Limited | 34 Weymouth Street | LONDON  W1G 6NH | UNITED KINGDOM | | | GBR | | 8,000 | 0 | 0 | 0 | 0 |
| Yeldhigh Group Limited | Rm 2101-3 | Yardley Commercial Building | 3 Connaught Road West | HONGKONG | HONG KONG | HKG | | 25,000 | 0 | 0 | 0 | 0 |
| Mr Bernard Fehaze Ali & | Mrs Anshu Mala Singh | 38B Westerham Drive | DANNEMORA AUCKLAND 2016 | NEW ZEALAND | | NZL | | 32,000 | 0 | 0 | 0 | 0 |
| Asb Nominees Limited | <130368 - MI A/C> | PO Box 35 | AUCKLAND 1015 | NEW ZEALAND | | NZL | | 2,245,000 | 0 | 0 | 0 | 0 |
| Asb Nominees Limited | <680221 A/C> | PO Box 35 Shortland Street | AUCKLAND 1140 | NEW ZEALAND | | NZL | | 175,543 | 0 | 0 | 0 | 0 |
| Asb Nominees Limited | < 681057 A/C> | PO Box 35 | Shortland Street Auckland 1140 | | NEW ZEALAND | NZL | | 250,000 | 0 | 0 | 0 | 0 |
| Asb Nominees Limited | <376951 - A/C> | PO Box 35 Shortland Street | AUCKLAND 1140 | NEW ZEALAND | | NZL | | 200,000 | 0 | 0 | 0 | 0 |
| Asb Nominees Limited | Account 576079 | PO Box 35 Shortland Street | AUCKLAND 1140 | NEW ZEALAND | | NZL | | 250,000 | 0 | 0 | 0 | 0 |
| Mrs Janet Backhouse | PO Box 14470 | Kilbirnie | WELLINGTON 6241 | NEW ZEALAND | | NZL | | 2,250,000 | 0 | 0 | 0 | 0 |
| Mr Edward Allan Ewart Badham & | Mrs Lois Jennifer Badham | 20 Maxine Place | SAINT HELIERS AUCKLAND 1071 | NEW ZEALAND | | NZL | | 140,000 | 0 | 0 | 0 | 0 |
| Ms Eileen Anne Badham & | Ms Robyn Hopkins | <Eileen Badham Family A/C> | 2/294 St Johns Road | SAINT JOHNS AUCKLAND 1072 | NEW ZEALAND | NZL | | 32,000 | 0 | 0 | 0 | 0 |
| Mr Brian Robert Stafford-Bush | 19 Norwood Road | Bayswater | AUCKLAND 0622 | NEW ZEALAND | | NZL | | 750,000 | 0 | 0 | 0 | 0 |
| Mr Arvind Chhibber & | Mrs Kiran Chhibber | 24B Karaka Street | New Lynn | AUCKLAND 0600 | NEW ZEALAND | NZL | | 7,000 | 0 | 0 | 0 | 0 |
| John Alexander Brodie | Crawford | 4 Erskine Close | Island Bay | WELLINGTON 6002 | NEW ZEALAND | NZL | | 30,000 | 0 | 0 | 0 | 0 |
| Mrs Kelly Jean Cullum | 39A Noall Street | TE ATATU PENINSULA AUCKL 0610 | NEW ZEALAND | | | NZL | | 2,000 | 0 | 0 | 0 | 0 |
| Todd Stuart Ross Dalzell | 20 Roswell Place | Islington | CHRISTCHURCH 8042 | NEW ZEALAND | | NZL | | 1,000,000 | 0 | 0 | 0 | 0 |
| Mr Paul Robert Davey | 15 Kittyhawk Drive | RD 1 TAUPO 3377 | NEW ZEALAND | | | NZL | | 7,500 | 0 | 0 | 0 | 0 |
| Mrs Joanna Elizabeth Demanser | 85 Hill Road | R D 2 | NAPIER 4182 | NEW ZEALAND | | NZL | | 3,670 | 0 | 0 | 0 | 0 |
| Mrs Joanna Elizabeth Demanser | 185 Whirinaki Rd | R D 2 NAPIER 4021 | NEW ZEALAND | | | NZL | | 8,845 | 0 | 0 | 0 | 0 |
| Mr Sean Dennehy | 26 Kent Road St Johns Hill | WHANGANUI 4501 | NEW ZEALAND | | | NZL | | 1,572,221 | 0 | 0 | 0 | 0 |
| Mr Maurice James Edgar & | Mrs Irene Carole Edgar | 11 Kulim Avenue | Bureta | TAURANGA 3001 | NEW ZEALAND | NZL | | 60,000 | 0 | 0 | 0 | 0 |
| Mrs Rosheen Finlay | 30 Ploughmans Avenue | Pukekohe | AUCKLAND 2120 | NEW ZEALAND | | NZL | | 180,000 | 0 | 0 | 0 | 0 |
| Mr Robert Wayne Hammerton | 12 Allen Johnston Place | SAINT JOHNS AUCKLAND 1072 | NEW ZEALAND | | | NZL | | 24,000 | 0 | 0 | 0 | 0 |
| Elinda Hartley | 70 Ava Street | Petone | HUTT CITY 5012 | NEW ZEALAND | | NZL | | 260,000 | 0 | 0 | 0 | 0 |
| Elinda Hartley | 70 Ava Street | Petone | HUTT CITY 5012 | NEW ZEALAND | | NZL | | 5,000 | 0 | 0 | 0 | 0 |
| Henry Berry Corporation | Limited | PO Box 36 | AUCKLAND 1140 | NEW ZEALAND | | NZL | | 200,000 | 0 | 0 | 0 | 0 |
| Mrs Lisa Jane Hopper | 32 Top Road | Rd 2 | ALBANY 0792 | NEW ZEALAND | | NZL | | 6,100 | 0 | 0 | 0 | 0 |
| Mr Bertrand Rowan Ingram | 703 Rainbow Avenue | PARKVALE HASTINGS 4122 | NEW ZEALAND | | | NZL | | 20,000 | 0 | 0 | 0 | 0 |
| Mrs Jean Jellie & | Mr Gary John Jellie | 150 Sewell Street | HOKITIKA 7810 | NEW ZEALAND | | NZL | | 12,000 | 0 | 0 | 0 | 0 |
| Dr Iain Andrew Kirkwood | 42 James Drive | RD1 Lyttelton | CAN 8971 | NEW ZEALAND | | NZL | | 15,000 | 0 | 0 | 0 | 0 |
| Mr Andrew John Van Lier | 4A Mornin Street | Ellerslie | AUCKLAND 1015 | NEW ZEALAND | | NZL | | 50,000 | 0 | 0 | 0 | 0 |
| Mr Peter Gilbert Campbell | Mackay & | Mrs Devon Anne Mackay | <Mackay Family P/Ship A/C> | PO BOX 151 OHAKUNE 4660 | NEW ZEALAND | NZL | | 20,000 | 0 | 0 | 0 | 0 |
| John Meyer & Sheryl Leigh Tim | & Clive Jackson Trustee Ltd | <The Meyer Tim A/C> | PO Box 387 | DARGAVILLE 0340 | NEW ZEALAND | NZL | | 10,000 | 0 | 0 | 0 | 0 |
| Mr Colin Roy Middleton | 69 Stanley Avenue | TE AROHA 3320 | NEW ZEALAND | | | NZL | | 1,000 | 0 | 0 | 0 | 0 |
| Mrs Margaret Alice Mortel | 84E Horsham Downs Road | Rototuna North | HAMILTON 3210 | NEW ZEALAND | | NZL | | 105,000 | 0 | 0 | 0 | 0 |
| Mr Brian Joseph Orr | 148 Methuen Road | NEW WINDSOR AUCKLAND 0600 | NEW ZEALAND | | | NZL | | 60,000 | 0 | 0 | 0 | 0 |
| Mr Ross Alexander Osborne | 9 Memorial Drive | PARAHAKI WHANGAREI 0112 | NEW ZEALAND | | | NZL | | 3,000 | 0 | 0 | 0 | 0 |
| Mr Bernard Francis Preston | 92 Sale Street | HOKOTIKA 7810 | NEW ZEALAND | | | NZL | | 117,300 | 0 | 0 | 0 | 0 |
| Mr Hangarkata Arun Rao | 25 Crossandra Drive | MANGERE AUCKLAND 2022 | NEW ZEALAND | | | NZL | | 95,000 | 0 | 0 | 0 | 0 |
| Mr Christopher Geoffrey Ryan | PO Box 90625 | Victoria Street West | AUCKLAND 1142 | NEW ZEALAND | | NZL | | 9,000 | 0 | 0 | 0 | 0 |
| Smart Investments Limited | 17 Bens Place | Springvale | WHANGANUI 4501 | NEW ZEALAND | | NZL | | 1,111,111 | 0 | 0 | 0 | 0 |
| Mr Gregory Maurice Wayne | Smith & | Mrs Maria Anne Smith | 255 Whareahara Road | RD 2 KATIKATI 3178 | NEW ZEALAND | NZL | | 10,000 | 0 | 0 | 0 | 0 |
| Robert Peng Yeow Tham | PO Box 7050 | Wellesley Street | AUCKLAND 1141 | NEW ZEALAND | | NZL | | 100,000 | 0 | 0 | 0 | 0 |
| Mr David John Thomas | 79 Keith Street | WANGANUI 4500 | NEW ZEALAND | | | NZL | | 30,000 | 0 | 0 | 0 | 0 |
| Mr Neville Thornley | 347 Connell Street | Blockhouse Bay | AUCKLAND 1007 | NEW ZEALAND | | NZL | | 5,000 | 0 | 0 | 0 | 0 |
| Mr Ronald Walter Topping | 63 Koraha Road | RD 2 KUMEU 0892 | NEW ZEALAND | | | NZL | | 500,000 | 0 | 0 | 0 | 0 |
| Mr Michael Rodney Arlington | Turner | PO Box 36181 | MERIVALE CHRISTCHURCH 8146 | NEW ZEALAND | | NZL | | 500,000 | 0 | 0 | 0 | 0 |
| John Mark Oliver Wood | PO Box 2495 | WELLINGTON 6140 | NEW ZEALAND | | | NZL | | 507,000 | 0 | 0 | 0 | 0 |
| Est Peter Young | C/- Treadwells | PO Box 859 | WELLINGTON 6140 | NEW ZEALAND | | NZL | | 50,000 | 0 | 0 | 0 | 0 |
| Mr Michael Hannon | PO Box 354 | GOROKA EHP | PAPUA NEW GUINEA | | | PNG | | 100,000 | 0 | 0 | 0 | 0 |
| Mrs Vanessa Hickey | 230 Rc/D Henrique Seixas | CASCAIS 2750-375 | PORTUGAL | | | PRT | | 100,000 | 0 | 0 | 0 | 0 |
| DBS Vickers Securities | (Singapore) Pte Ltd | <Client Account> | 12 Marina Boulevard #10-01 | MBFC TOWER 3 | SINGAPORE | SGP | | 60,000 | 0 | 0 | 0 | 0 |
| Kwang Hou Hung | 20 Newton Road | #23-06 Amaryllis Ville | 307953 | SINGAPORE | | SGP | | 36,960,787 | 0 | 0 | 0 | 0 |
| Mr Cher Tze Hong Matthias | 36 WILKINSON ROAD | SINGAPORE | | | | SGP | | 2,620,357 | 0 | 0 | 0 | 0 |
| Mrs Linda Adrey | 1726 Mission Springs Drive | KATY TX 77450 | USA | | | USA | | 3,827,234 | 0 | 0 | 0 | 0 |
| Mr Richard A Adrey | 1726 Mission Springs Drive | KATY TX 77450 | USA | | | USA | | 6,013,565 | 0 | 0 | 0 | 0 |
| Richard A Adrey & | Linda K Adrey | <Wros A/C> | 1726 Mission Springs Drive | KATY TEXAS 77450 | USA | USA | | 5,000,000 | 0 | 0 | 10,000,000 | 0 |
| Mr Richard Adrey | 1726 Mission Springs Dr | KATY TX 77450-5083 | USA | | | USA | | 2,754,521 | 0 | 0 | 0 | 0 |
| Mr Ruben Alba | C/- Fresco LLC | 11245 River Run Parkway | HENDERSON CO 80640 | USA | | USA | | 32,000 | 0 | 0 | 0 | 0 |
| Mr John M Durkee | 1125 East 49th Place | TULSA OK 74105 | USA | | | USA | | 692,000 | 0 | 0 | 0 | 0 |
| Mr John Durkee | 1125 E 49th Place | TULSA OK 74105 | USA | | | USA | | 4,112 | 0 | 0 | 0 | 0 |
| Mr Bruce Forman | 17847 Porto Menhe Way | PACIFIC PALISADES CA 90272 | USA | | | USA | | 0 | 0 | 2,515,804 | 0 | 0 |
| Dan Fulkerson | <Est Late B R Fulkerson A/C> | 2900 N Loop W #500 | HOUSTON TX 77092 | USA | | USA | | 600,000 | 0 | 0 | 0 | 0 |
| Ms Hollie Heldmann | 2531 E 57th Street | TULSA OK 74105 | USA | | | USA | | 50,000 | 0 | 0 | 0 | 0 |
| Ms Amy Holbrook | 520 Chiquita Road | SANTA BARBARA CA 93103 | UNITED STATES OF AMERICA | | | USA | | 73,738 | 0 | 0 | 0 | 0 |
| Mr Michael Jacobs | 3920 Curtis Circle | Boca Raton | FLORIDA 33434 | USA | | USA | | 24,077 | 0 | 0 | 0 | 0 |
| Ptolemy Energy Holdings LLC | C/- Morrison Cohen LLP | Attn: David Lagalia Esq | 909 Third Avenue | NY NY10022-4784 | USA | USA | | 0 | 98,104,082 | 88,248,007 | 0 | 0 |
| Sebastes Capital LLC | One Maritime Plaza | Suite 2250 | SAN FRANCISCO CA 94111 | USA | | USA | | 9,050,000 | 0 | 0 | 0 | 0 |
| Michael Stone | 1505 Buckingham Drive | La Jolle | CALIFORNIA 92037 | USA | | USA | | 0 | 0 | 0 | 2,000,000 | 0 |
| Nicholas James Stone | 710 Patrol Road | Woodside | CALIFORNIA 94062 | USA | | USA | | 0 | 0 | 0 | 2,000,000 | 0 |
| The Hewlett Fund | 20 East Sunrise Highway | Suite 302 | VALLEY STREAM NY 11581 | USA | | USA | | 17,387 | 0 | 0 | 0 | 0 |
| Weider Health & Fitness | 20750 Ventura BLVD Suite 310 | WOODLANDS HILLS CA 91367 | USA | | | USA | | 0 | 13,108,476 | 12,048,974 | 0 | 0 |
| Young Capital Partners Lp | 2800 Nelson Way #503 | Santa Monica | CA 90405 | USA | | USA | | 0 | 0 | 6,100,443 | 0 | 0 |
| Mr George Euvrard De Kock | PO Box 206 | CALEDON 7230 | SOUTH AFRICA | | | ZAF | | 100,000 | 0 | 0 | 0 | 0 |

Revised 02/2012

# United States Bankruptcy Court
## Northern District of Oklahoma

In re    **AusTex Oil Limited**                              Case No. _____

                                     Debtor(s)              Chapter    **11**

## VERIFICATION AS TO OFFICIAL CREDITOR LIST

■      Original
☐      Amendment
☐    Add       ☐    Delete

       I hereby certify under penalty of perjury that the master mailing list of creditors submitted either on the Creditor List Submission application, or uploaded to the Electronic Case Filing System is a true, correct and complete listing to the best of my knowledge.

       I further acknowledge that (1) the accuracy and completeness in preparing the creditor listing are the shared responsibility of the debtor and the debtor's attorney, (2) the court will rely on the creditor listing for all mailings, and (3) that the various schedules and statements required by the Bankruptcy Rules are not used for mailing purposes.

       **If this filing is an amendment to the creditor list, indicate <u>only</u> the number of creditors being added or to be deleted at this time. (For verification purposes, attach a list of the creditors being submitted, uploaded, or to be deleted.)**

    **1920**     # of Creditors (or if amended, # of creditors added)

Method of submission:
       a)    **X**    uploaded to Electronic Case Filing System; or
       b) _____ Creditor List Submission application (to be used by Pro Se filers, found on the Court's website at
                  www.oknb.uscourts.gov, or available in the Clerk's Office)
_____# of Creditors (on attached list) to be deleted

**/s/ Richard A. Adrey**
_____       _____
Debtor Signature                                         Joint Debtor Signature
Address:(if not represented by an attorney)               Address:(if not represented by an attorney)

_____       _____
Phone:(if not represented by an attorney)                Phone:(if not represented by an attorney)

**/s/ Gary M. McDonald**
_____       Date: **June  3, 2019**
Attorney Signature
**Gary M. McDonald 5960**
**McDonald & Metcalf, LLP**                              *[Check if applicable]*
**15 E. 5th Street, Suite 1400**                         \_\_\_ Creditors with foreign addresses included
**Tulsa, OK 74103-0000**
**918.430.3700**

**gmcdonald@mmmsk.com**

```
0581 Pty Ltd
<0581 Investment A/C>
GPO Box 5382
SYDNEY  NSW 2001
AUS

10Q Capital Pty Ltd
<Faggianelli Family A/C>
10 Kiora Street
ESSENDON VIC 3040
AUS

31 May Pty Ltd
PO Box 5382
SYDNEY NSW 2001
AUS

31 May Pty Ltd
GPO Box 5382
SYDNEY  NSW 2001
AUS

48 Large Pty Ltd
PO Box 1234
NEUTRAL BAY JUNCTION NSW 2089
AUS

4OGGIE Pty Ltd
<All 4OGGIES Super Fund A/C>
PO Box 423
EXMOUTH WA 6707
AUS

789 Pty Ltd
GPO Box 5382
SYDNEY NSW 2001
AUS

789 Pty Ltd
GPO Box 5382
SYDNEY  NSW 2001
AUS

Aaron James Kline
8 Reid Street
BROWN HILL VIC 3350
AUS

Aasr Pty Ltd
Suite 531 Level 5
203 New South Head Road
EDGECLIFF NSW 2027
AUS
```

```
Abrir Pty Ltd
<Lucas Super Fund A/C>
628 Canterbury Road
VERMONT VIC 3133
AUS

Access Atpl Super Pty Ltd
<Access Atpl Super Fund A/C>
Unit 1205 1 Brodie Spark Dr
WOLLI CREEK NSW 2205
AUS

Accounting Strategists Pty Ltd
<Accounting Strategists A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Acemac Pty Limited
<Mac Super A/C>
14 Tanderra Street
WAHROONGA NSW 2076
AUS

Acetop Holdings Pty Ltd
183 Grey St West
ALBANY WA 6330
AUS

Activitas Investment
Group Ltd
GPO Box 4246
SYDNEY NSW 2001
AUS

Activitas Investment Group
Ltd
GPO Box 4246
SYDNEY NSW 2001
AUS

Admiration Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Afresea Pty Ltd
9 Roper Pl
EAST KILLARA NSW 2071
AUS

Agland Enterprises Pty Ltd
21 Jonas Absalom Drive
PORT MACQUARIE NSW 2444
AUS
```

Aj Growth Pty Ltd
<Aj Growth A/C>
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Ajh & KLH Retirement Fund Pty
Ltd
<Ajh & KLH Superfund A/C>
58 Prince St
ORANGE NSW 2800 AUS

Aki SF Pty Ltd
<Aki Superannuation Fund A/C>
54 Norman St
INNALOO WA 6018
AUS

Alan & Gillian Robson Pty Ltd
<The Robson Family SMSF A/C>
15 Marigold Street
WOONGARRAH NSW 2259
AUS

Albany Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Algeni Pty Ltd
<The Urry Family S/F A/C>
PO Box 150
GALSTON  NSW 2159
AUS

Algoma Steel Pty Ltd
<Terence Kavanagh Family A/C>
2 Scott Court
NOVAR GARDENS  SA 5040
AUS

Algoma Steel Pty Ltd
<Kavanagh Super Fund A/C>
2 Scott Court
NOVAR GARDENS  SA 5040
AUS

All Positive Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Altmiks Investment Pty Ltd
<Altmiks Family A/C>
Unit 52 11 Sutherland Cres
DARLING POINT NSW 2027
AUS

Anm Momentum Pty Ltd
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Appleton Pty Ltd
10 George Street
EAST MAITLAND NSW 2323
AUS

Aprinall Pty Ltd
<Aprinall Super Fund A/C>
PO Box 111
BELCONNEN ACT 2616
AUS

Archmedia Pty Ltd
<B & P O'Connor S/F A/C>
259 Barkers Road
KEW VIC 3101
AUS

Ardeen Pty Ltd
PO Box 231
STEPNEY SA 5069
AUS

Ari Nominees Pty Ltd
<J F Family A/C>
8 Hannaby Street
DIANELLA WA 6059
AUS

Aria Strangio
1/126 Grand Boulevard
JOONDALUP WA 6027
AUS

Ars Magna Pty Ltd
54 Alexander Street
MANLY NSW 2095
AUS

As & Jr Libbis Pty Limited
<Libbis Family A/C>
11A Brate Street
BRONTE NSW 2024
AUS

Asaf Pty Ltd
<Farrugia Superannuation A/C>
U 2 28 Evandale Crescent
MIAMI QLD 4220
AUS

Asb Nominees Limited
<130368 - Ml A/C>
PO Box 35
AUCKLAND 1015
NEW ZEALAND

Asb Nominees Limited
<680221 A/C>
PO Box 35 Shortland Street
AUCKLAND 1140
NEW ZEALAND

Asb Nominees Limited
<376951 - A/C>
PO Box 35 Shortland Street
AUCKLAND 1140
NEW ZEALAND

Asb Nominees Limited
Account 576079
PO Box 35 Shortland Street
AUCKLAND 1140
NEW ZEALAND

Asb Nominees Limited
PO Box 35
Shortland Street Auckland 1140
NEW ZEALAND NZL

Asc Resources Pty Ltd
GPO Box 5188
SYDNEY NSW 2001
AUS

Aspect Australia Pty Limited
PO Box 1097
CRONULLA NSW 2230
AUS

Aspect Australia Pty Ltd
<Super Fund A/C>
PO Box 1097
CRONULLA  NSW 2230
AUS

Asset Capital Pty Ltd
94 Border Street
ERARING NSW 2264
AUS

Augusta Corporation
9 Augusta Street
STRATHFIELD NSW 2135
AUS

AusTex HoldCo, LLC
1801 E. 71st Street
Tulsa, OK 74136

Australian Securities & Investment Comm
Locked Bag 5000
Gippsland Mail Centre Victoria 3841
Australia

Australian Executor Trustees
Limited
<No 1 Account>
GPO Box 546
ADELAIDE SA 5001 AUS

Australian Securities Company
(International) Pty Ltd
GPO Box 5188
SYDNEY NSW 2001
AUS

Australian Securities Company
(International) Pty Ltd
Level 3
72 Pitt Street
SYDNEY  NSW 2001 AUS

Avanteos Investments Limited
<5528675 Christopher A/C>
PO Box 8272
PERTH BC WA 6849
AUS

B S D Investments Pty Ltd
<BSD Super Fund A/C>
PO Box 7280
ST KILDA ROAD VIC 8004
AUS

Bainpro Nominees Pty Limited
GPO Box 7033
SYDNEY NSW 2001
AUS

Balcara Enterprises Pty Ltd
<Hensman Super Fund A/C>
PO Box 386
COTTON TREE QLD 4558
AUS

Bandara Investments Pty Ltd
<Bandara Super A/C>
PO Box 7472
BEAUMARIS VIC 3193
AUS

Bark (NSW) Pty Ltd
<Bark A/C>
321 Lakedge Avenue
BERKELEY VALE NSW 2261
AUS

Barroseven Pty Limited
42 Shepherd Street
CHIPPENDALE NSW 2008
AUS

BCP Superannuation Fund Pty LTD
<BCP Superannuation Fund A/C>
C/- Patrick Rowan Associates
24 Moorabool Street
GEELONG VIC 3220 AUS

Beachbum Holdings Pty Ltd
<Scott Superfund A/C>
6 Ritchie Crescent
TAREE NSW 2430
AUS

Beltana Contracting Pty Ltd
<Magro Super Fund A/C>
18 The Rampart
UMINA BEACH NSW 2257
AUS

Benbecca Pty Ltd
<Seymour Super Fund A/C>
PO Box 653
SPIT JUNCTION NSW 2088
AUS

Benevolence Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Benford Pty Ltd
4/202 The Esplanade
BRIGHTON VIC 3186
AUS

Benford Pty Ltd
<The A Pellicano Family A/C>
Unit 4
202 The Esplanade
BRIGHTON VIC 3186 AUS

Beniac-Brooks Super Fund Pty
Ltd
<Beniac-Brooks S/F A/C>
PO Box 2045
KEW VIC 3101 AUS

Benjamin Fischer, Esq.
Morvillo Abramowitz Grand Iason & Anello
565 5th Avenue
New York, NY 10017-4000

Benson Family Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Beston Limited
C/- A K Rath
Level 2 Na Porici 19
11000 PRAGUE 1
CZECH REPUBLIC CZE

Bindarah Farming Pty Ltd
<Pj&Jm Theodore Family A/C>
20 Scanlan Dr
ELLIMINYT VIC 3250
AUS

Bje Investement Pty Ltd
<Bje Investment Fund A/C>
7 Spinks Close
WATTLE PONDS NSW 2330
AUS

Blaak Pty Ltd
12 Portland St
COBURG VIC 3058
AUS

Blacksquare Pty Ltd
<The Blacksquare Invt A/C>
PO Box 1287
KENMORE QLD 4069
AUS

```
Blackwood Grace Pty Ltd
<Specialty Chickens Pl SF A/C>
111 Websters Road
TEMPLESTOWE VIC 3106
AUS

Blue Frog Company Pty Ltd
<Blue Frog Super Fund A/C>
GPO Box 5382
SYDNEY NSW 2001
AUS

Blue Frog Company Pty Ltd
GPO Box 5382
SYDNEY  NSW 2001
AUS

BNP Paribas Nominees Pty Ltd
<KCG Prop DRP A/C>
PO Box R209
ROYAL EXCHANGE NSW 1225
AUS

BNP Paribas Nominees Pty Ltd
<Ib Au Noms Retailclient DRP>
PO Box R209
ROYAL EXCHANGE NSW 1225
AUS

BNP Paribas Nominees Pty Ltd
HUB24 Custodial Serv Ltd DRP
PO Box R209
ROYAL EXCHANGE NSW 1225
AUS

BNP Paribas Noms Pty Ltd
<DRP>
PO Box R209
ROYAL EXCHANGE NSW 1225
AUS

BNP Paribas Noms Pty Ltd
<Uob Kay Hian Priv Ltd DRP>
PO Box R209
ROYAL EXCHANGE NSW 1225
AUS

Boardroom Pty Limited
Level 12, 225 George Street
Sydney, NSW 2000 Austrailia
```

```
Bold & Bountiful Pty Ltd
<55/63 Private Super A/C>
11 McNaught Street
BEAUMARIS VIC 3193
AUS

Bolkonsky Holdings Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Bonclyde Pty Ltd
<A V Super Fund A/C>
38 Saunders Street
COBURG  VIC 3058
AUS

Bond Street Custodians Limited
<Aaaswp - V11822 A/C>
GPO Box 4067
SYDNEY NSW 2001
AUS

Bond Street Custodians Limited
<Tsykes - R94231 A/C>
GPO Box 4067
SYDNEY NSW 2001
AUS

Bond Street Custodians Limited
<AAA - M14297 A/C>
GPO Box 4067
SYDNEY NSW 2001
AUS

Bond Street Custodians Limited
<Wedmun - O20040 A/C>
GPO Box 4067
SYDNEY NSW 2001
AUS

Bond Street Custodians Limited
<CDCR - M13567 A/C>
GPO Box 4067
SYDNEY NSW 2001
AUS

Bridview Pty Ltd
<Ivan Boyd Family A/C>
385 Cobden Road
CAMPERDOWN VIC 3260
AUS
```

Brispot Nominees Pty Ltd
<House Head Nominee A/C>
PO Box 4151
SYDNEY NSW 2001
AUS

Bruce Forman
17847 Porto Merihe Way
Pacific Palisades, CA 90272

BSD Super Pty Ltd
<BSD Super Fund A/C>
PO Box 1605
GEELONG VIC 3220
AUS

BT Portfolio Services Limited
< Mr P T Noonan A/C>
PO Box 8550
PERTH BC WA 6849
AUS

Buchla Investments Pty Ltd
<Buchla Super Fund A/C>
C/- Anthony Clarke
9 Dryden Way
HIGHTON  VIC 3216 AUS

Bundoran Pty Limited
<J Macphillamy S/Fund A/C>
5 Faraday Avenue
ROSE BAY NSW 2029
AUS

Buy Write Pty Ltd
<Buy Write Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

BXR 1 Holdings Inc
22 St Clair Avenue E
Suite 1200
TORONTO, ONTARIO M4T 2S3 CAN

BZP Nominees Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

C J Bova Pty Ltd
<C J Bova Ret Fund A/C>
96 Albyn Road
STRATHFIELD NSW 2135
AUS

```
C Page Pty Ltd
<CDP Superannuation A/C>
PO Box 66
BYRON BAY NSW 2481
AUS

C Page Pty Ltd
<CDP Investment Account>
PO Box 66
BYRON BAY NSW 2481
AUS

Calbatec Pty Ltd
<Twiston & Lee Family A/C>
395 The Panorama
TALLAI  QLD 4213
AUS

Calidan Pty Ltd
<Calidan A/C>
PO Box 159
ROSEWORTHY SA 5371
AUS

Cap Dat Fin Analysis Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Caralee Nominees Pty Ltd
<Caralee Family A/C>
303 Summerfield Road
SERPENTINE WA 6125
AUS

Carmant Pty Ltd
<Carmant Super Fund A/C>
PO Box 139
COOGEE NSW 2034
AUS

Carmant Pty Ltd
PO Box 139
COOGEE NSW 2034
AUS

Chenoa Pty Ltd
<Chenoa Family A/C>
PO Box 432
NEWSTEAD TAS 7250
AUS
```

```
Chic Investments Pty Ltd
<Hartnup Family A/C>
PO Box 1964
MARGARET RIVER WA 6285
AUS

Chocalart Pty Ltd
<The Woodvale S/Fund A/C>
30 Brucedale Avenue
EPPING  NSW 2121
AUS

Chris Jones Superannuation
Fund P/L
<Chris Jones S/Fund A/C>
31 Casino Street
TERRIGAL   NSW 2260 AUS

CHSH Pty Ltd
PO Box 4024
MELBOURNE UNIVERSITY VIC 3052
AUS

Citicorp Nominees Pty Limited
GPO Box 764G
MELBOURNE VIC 3001
AUS

Ck Super Fund Pty Ltd
<Ck Super Fund A/C>
PO Box 1273
BUDERIM  QLD 4556
AUS

Clendon Capital Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Clewett Super Pty Ltd
<Clewett Super Fund A/C>
35 Mirrabooka Street
BILGOLA PLATEAU NSW 2107
AUS

CMMT Pty Ltd
GPO Box 5382
SYDNEY NSW 2001
AUS

CMMT Pty Ltd
GPO Box 5382
SYDNEY  NSW 2001
AUS
```

```
Colvic Pty Ltd
PO Box 139
COOGEE NSW 2034
AUS

Compass Plumbing Pty Ltd
PO Box 40170
CASUARINA NT 0811
AUS

Competi Pty Ltd
PO Box 746
MASCOT NSW 1460
AUS

Crandell Pty Ltd
<Berpaid Pty Ltd S/F NO2 A/C>
PO Box 185
FORBES  NSW 2871
AUS

Croxted Group Pty Limited
8 Pine Hill Avenue
DOUBLE BAY NSW 2028
AUS

Cruice Administration Pty Limited
<Cruice Family Super Fund A/C>
C/- Morgans Wealthplus
GPO Box 582
BRISBANE QLD 4001 AUS

Cryone Pty Ltd
<Miles F/T A/C>
4 Blaxland Road
BELLEVUE HILL NSW 2023
AUS

Cryptonerds Pty Ltd
42 Shepherd St
CHIPPENDALE NSW 2008
AUS

Cutie Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Daklyn Pty Ltd
<Ultra Offset P/L S/F A/C>
Unit 15
137 Sydney Road
FAIRLIGHT NSW 2094 AUS
```

Dan Fulkerson
<Est Late B R Fulkerson A/C>
2900 N Loop W #500
HOUSTON, TX 77092

Danawa (Inv) Pty Ltd
<Danawa S/F A/C>
PO Box 688
FRESHWATER NSW 2096
AUS

Daniland Investments Pty Ltd
<Danielle Marshall A/C>
PO Box 142
SANDRINGHAM  VIC 3191
AUS

Davington Advisory Pty Ltd
5 Gray Street
RANDWICK NSW 2031
AUS

DBS Vickers Securities
(Singapore) Pte Ltd
12 Marina Boulevard #10-01
MBFC TOWER 3
SINGAPORE SGP

De Courcy Superannuation
Fund Pty Ltd
20 Robertson Street
GREENWICH NSW 2065
AUS

Dealcave Pty Ltd
<Superannuation Fund A/C>
299 South Road
BRIGHTON EAST VIC 3187
AUS

Dekadia Family Pty Ltd
<Dekadia Superfund A/C>
PO Box 1075
MANLY NSW 1655
AUS

Design Strategists Pty Ltd
<Wealth Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Despy &
Michael Butler Pty Ltd
<D & M Super Fund A/C>
PO Box 78
SHERWOOD QLD 4075 AUS

Didds Investments Pty Ltd
<Lyndal Bayly Super Fund A/C>
GPO Box 7861
BRISBANE QLD 4001
AUS

Django Investments Pty Ltd
<Carolan Super Fund A/C>
PO Box 422
LEICHHARDT NSW 2040
AUS

DKT Super Co Pty Ltd
<Dm & Km Thomas SF A/C>
3 Stokes Street
BOYNE ISLAND QLD 4680
AUS

Dlca Superannuation Pty Ltd
<The Dl & CA Meyer S/F A/C>
PO Box 30
BROOMEHILL WA 6318
AUS

Donald Steel And Associates
Pty Ltd
<Salignus S/F A/C>
PO Box 120
SPIT JUNCTION NSW 2088 AUS

Donzel Pty Limited
<Gr Stewart Family S/F A/C>
13 Elfin Hill Road
GREEN POINT NSW 2251
AUS

Dorinco Pty Ltd
PO Box 1943
SURFERS PARADISE QLD 4217
AUS

Dovido Pty Limited
PO Box 234
SOUTH HURTSVILLE NSW 2221
AUS

Dr Andrew Alexander Chang
Level 13 Park House
187 Macquarie Street
SYDNEY NSW 2000
AUS

Dr Andrew Wilks &
Dr Mary Saleh
<Wilks Super Fund A/C>
6 Macfarlan Lane
SOUTH YARRA VIC 3141 AUS

Dr Angelo Aspris
9 Irvine Street
BANKSTOWN NSW 2200
AUS

Dr Antonio Strangio
Unit 1
126 Grand Boulevard
JOONDALUP WA 6027
AUS

Dr Aveni Shashikant Haynes
3 Calpin Crescent
ATTADALE WA 6156
AUS

Dr Donald Keith Martin
12 Shelton Street
WAIKIKI WA 6169
AUS

Dr Donald Keith Martin &
Mr Graeme Charles Martin
<D K M Superannuation A/C>
12 Shelton Street
WAIKIKI WA 6169 AUS

Dr Elaine Baker
16 Albermarle Street
NEWTOWN NSW 2042
AUS

Dr Eugene Riwoe
<Tjia Tek Djin Super Fund A/C>
335 Cornwall Street
GREENSLOPES QLD 4120
AUS

Dr Geoffrey Ronald County
62 Martin Street
BRIGHTON VIC 3186
AUS

Dr Gerd Paul Haberkern
5 Aminya Close
THE GAP QLD 4061
AUS

Dr Hossein Monshizadeh
Manuchehri &
Ms Donna Marjan Moghaddas
37 Walkers Drive
LANE COVE NORTH  NSW 2066 AUS

Dr Hua Zhu
23 Monomeeth Street
BEXLEY NSW 2207
AUS

Dr Iain Andrew Kirkwood
42 James Drive
RD1 Lyttelton
CAN 8971
NEW ZEALAND

Dr Jennifer Rose Hislop
PO Box 779
ROZELLE NSW 2039
AUS

Dr Josefina David
PO Box 356
MAGILL SA 5072
AUS

Dr Kenneth Crasta
PO Box 2355
TOWNSVILLE QLD 4810
AUS

Dr Lap Kwong Han
6 Mountain View Place
MOUNT OSMOND SA 5064
AUS

Dr Leon Eugene Pretorius
PO Box 15505
CITY EAST  QLD 4002
AUS

Dr Margaret Jean Gibson
C/- Aet Limited
GPO Box 546
ADELAIDE SA 5001
AUS

Dr Maria Angelini
PO Box 2631
KENT TOWN SA 5071
AUS

Dr Maria Elisa Angelini &
Mrs Antonietta Angelini
<Maria Angelini S/F A/C>
PO Box 2631
KENT TOWN  SA 5071 AUS

Dr Matthew Leon Kawecki
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Dr Neelakanthi Ekanayake
Gunawardena
20 Clearview Terrace
FLAGSTAFF HILL SA 5159
AUS

Dr Newton Jayasinghe
20/153 Grosvenor Street
WAHROONGA NSW 2076
AUS

Dr Paul Mark Halley
PO Box 97
WARILLA NSW 2528
AUS

Dr Peter David Freckleton
4 Vista Road
HAMPTON VIC 3188
AUS

Dr Peter Gordon Wilson
262 North Rocks Road
NORTH ROCKS NSW 2151
AUS

Dr Peter John Quach
93 Hopetoun Circuit
YARRALUMLA ACT 2600
AUS

Dr Peter Julian Sayers &
Mrs Lyn Elizabeth Sayers
<P J & L E Sayers Super A/C>
PO Box 378
SANDY BAY TAS 7006 AUS

Dr Robert Gwydir Booth Morrison &
Mrs Penelope Suzanne Morrison
<Morrison Super Fund A/C>
46 Mountford Avenue
BRIDGEWATER SA 5155 AUS

Dr Sandeep Kumar Sharma
342 The Boulevard
CITY BEACH  WA 6015
AUS

Drilltech Services
Pty Ltd
PO Box 133
BELROSE WEST NSW 2085
AUS

Drulland Management
Pty Limited
<Kelly Super Fund Account>
14 Edward St
WOLLONGONG NORTH NSW 2500 AUS

Dstar Super Pty Ltd
<Dstar Super Fund A/C>
104 Barries Rd
BUSHFIELD VIC 3281
AUS

Duke Winston Pty Ltd
30 Savannah Drive
LEANYER  NT 0812
AUS

Dulverton Pty Ltd
<Swyer Family Super Fund A/C>
Unit 35 143-147 Mooloolaba
Esplanade
MOOLOOLABA  QLD 4557 AUS

Dunwait'N Pty Ltd
<P S F Super Fund A/C>
13 Selma Court
TANNUM SANDS QLD 4680
AUS

DWSK Super Pty Limited
<DWSK Super Fund A/C>
PO Box 401
TAMWORTH NSW 2340
AUS

```
E I D H Pty Ltd
<E I D H Super Fund A/C>
C/- Burchall Thompson
8/81 Frenchs Forest East
FRENCHS FOREST NSW 2086 AUS

Eddison Pty Ltd
10 George Street
EAST MAITLAND NSW 2323
AUS

Eighty Eight(Vic) Pty Ltd
<Eighty Eight A/C>
Level 2
66 Albert Road
SOUTH MELBOURNE VIC 3205 AUS

Elba Investments Pty Ltd
<Elba A/C>
A'Beckett Street Post Office
PO Box 12883
MELBOURNE VIC 3000 AUS

Elinda Hartley
70 Ava Street
Petone
HUTT CITY 5012
NEW ZEALAND

Elsad Nominees Pty Ltd
<The Loukides Family A/C>
111 Esplanade
ALTONA VIC 3018
AUS

Engineering &
Finance Co Pty Limited
PO Box 746
MASCOT NSW 1460
AUS

Enugu Pty Ltd
<Macor Super Fund A/C>
48 Menangle Road
CAMDEN NSW 2570
AUS

Enugu Pty Ltd
<Cormac Unit A/C>
48 Menangle Road
CAMDEN NSW 2570
AUS
```

Enugu Pty Ltd
<The Cornock Family A/C>
48 Menangle Rd
CAMDEN NSW 2570
AUS

Environmental Strategists Pty
Ltd
<Kawecki Discretionary 3 A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Eory Super Pty Ltd
<Eory Investments P/L Pen A/C>
322/74 Wardoo Street
ASHMORE QLD 4214
AUS

Epassport Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Epcoz Pty Ltd
<Martin Epstein P/L S/F A/C>
12 Burwood Road
WHITEBRIDGE  NSW 2290
AUS

Equity Trustees Superannuation
Limited
<Amg Rory Callaghan A/C>
PO Box 3528
TINGALPA DC QLD 4173 AUS

Equity Trustees Superannuation
Limited
<Amg SF Paul Simpson A/C>
PO Box 3528
TINGALPA DC QLD 4173 AUS

Equity Trustees Superannuation
Limited
<Amg Tony Elltan Daroczy A/C>
PO Box 3528
TINGALPA DC QLD 4173 AUS

Equity Trustees Superannuation
Limited
<Amg - Stacey Callaghan A/C>
PO Box 3528
TINGALPA DC QLD 4173 AUS

```
Espejo Holdings Pty Ltd
<J F Dunstan R/F A/C>
12 Beard Crescent
WODONGA  VIC 3690
AUS

Essential Superannuation Pty
Ltd
<Essential Super Fund A/C>
4/202 The Esplanade
BRIGHTON VIC 3186 AUS

Est Late Ian Watson
C/- Freedom Financial Group
PO Box 105
ALBURY NSW 2640
AUS

Est Mr Frederick Peter
Temminck
122 Pacific Boulevard
BUDDINA  QLD 4575
AUS

Est Mr John Joseph Adams
4/150 Middle Street
CLEVELAND QLD 4163
AUS

Est Mr Michael Howard Archer
PO Box 201
YORKETOWN SA 5576
AUS

Est Mr Peter Cucow
1 Merryfull Road
MANDURAH  WA 6210
AUS

Est Mr Peter Desmond Marsh
32 Picnic Point Esplanade
MAROOCHYDORE QLD 4558
AUS

Est Mr Robert Budzul
Unit 4
23 Albuera Street
BATTERY POINT TAS 7004
AUS

Est Mrs Susan Ruth Metcalfe
"Madeira"
RMB 164
THE ROCK NSW 2655
AUS
```

Est Peter Young
C/- Treadwells
PO Box 859
WELLINGTON 6140
NEW ZEALAND

Eureka Teleconferencing Pty Ltd
Level 29, Chifley Plaza
Chifley Tower 2 Sq
Sydney NSW 2000 Australia

Evervest Pty Ltd
50A Pier Street
EAST FREMANTLE WA 6158
AUS

Family Office Strategists Pty
Ltd
<Kawecki Discretionary 1 A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Fen Chen
209/155 King Street
SYDNEY NSW 2000
AUS

Ferdinand Zito & Associates
Pty Ltd
<The Ferdinand Zito S/F A/C>
PO Box 2216
IVANHOE  VIC 3079 AUS

Fifth Septelux Pty Ltd
22 Sunningdale Avenue
MORNINGTON VIC 3931
AUS

Finance Strategists Pty Ltd
<Development Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Financial Freedom Apjc Pty Ltd
<Fin Freedom Apjc S/F A/C>
52 Bartlett Street
FRANKSTON SOUTH VIC 3199
AUS

Financial Planning Strategists
Pty Ltd
<Strategic Unit A/C>
62 McComb Boulevard
FRANKSTON  SOUTH  VIC  3199  AUS

```
Firefish Investments Pty Ltd
<Super Fund A/C>
PO Box 746
MASCOT NSW 1460
AUS

Fletcher & Pickett
Superannuation Pty Ltd
Unit 43
77 Peninsula Drive
BREAKFAST POINT NSW 2137 AUS

Foreign Exchange Arbitrage Pty
Ltd
<Investment Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Forex Arbitrage Pty Ltd
<Kawecki Discretionary 2 A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Forex Match Pty Ltd
<Stenford Family S/ F A/C>
C/- 95 Reserve Road
BEAUMARIS  VIC 3193
AUS

Fraser Trade Pty Ltd
<Fraser Trade Super Fund A/C>
PO Box 143
EPPING NSW 1710
AUS

Full Integrity Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Funding Strategists Pty Ltd
<Kawecki Discretionary 4 A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Fx Arbitrage Pty Ltd
<Security Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS
```

G-View Pty Ltd
<Intergen Super Fund A/C>
20 Auburn Street
HUNTERS HILL NSW 2110
AUS

Gagandwok Pty Ltd
<Goodway Retreads P/L S/F AC>
32 Brenda Road
RESEARCH  VIC 3095
AUS

Garttine Pty Limited
<Hobson Super Fund A/C>
5 Dobson Street
THORNLEIGH  NSW 2120
AUS

Gattenside Pty Ltd
<HCH (1987) Super Fund A/C>
PO Box 1943
SURFERS PARADISE QLD 4217
AUS

Gattenside Pty Ltd
PO Box 1943
SURFERS PARADISE QLD 4217
AUS

GDNC Holdings Pty Ltd
<G & D Amey Super Fund A/C>
257 Woolooware Road
BURRANEER NSW 2230
AUS

Gemblue Nominees Pty Ltd
<G A Baker Investment A/C>
17 Newlands Grove
GOOSEBERRY HILL WA 6076
AUS

Genatst Pty Ltd
<Michael Mekhitarian S/F A/C>
PO Box 970
PARRAMATTA  NSW 2124
AUS

Generation Z Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

George Wilks Pty Ltd
<George Wilks Super Fund A/C>
123 Floraville Road
FLORAVILLE NSW 2280
AUS

Gilbert & Tobin
Attorneys at Law
200 Barangaroo Avenue
Barangaroo NSW 2000 Australia

Gillian Super Fund Pty Ltd
<Gillian SF A/C>
7 Gillian Pde
WEST PYMBLE NSW 2073
AUS

GMW Holdings Pty Ltd
<G & M Wilson Family  A/C>
12 Marlborough Street
MONT ALBERT VIC 3127
AUS

GP Levvey Pty Ltd
<GP Levvey Family A/C>
C/- Level 13 Freshwater Place
2 Southbank Bouevard
SOUTHBANK  VIC 3006 AUS

Grafair Pty Ltd
51 Wallangra Road
DOVER HEIGHTS  NSW 2030
AUS

Granborough Pty Ltd
<Aj & J King S/F A/C>
8 Tucker Court
HOPPERS CROSSING VIC 3029
AUS

Guihua Lin
27 Gueudecourt Avenue
Earlwood
CANTERBURY 2193
AUS

H M Bates Holdings Pty Ltd
Unit 1
1 Clark Road
NORTH SYDNEY NSW 2060
AUS

```
H R Want Pty Ltd
<Granleese Super Fund A/C>
PO Box 490
YAMBA NSW 2464
AUS

Hammond Financial Pty Ltd
<Hammond Family S/F A/C>
PO Box 9934
MOUNT GAMBIER WEST  SA 5291
AUS

Hampden Rd Pty Ltd
<Hampden Rd Super Fund A/C>
PO Box 1943
SURFERS PARADISE QLD 4217
AUS

Hamva Pty Ltd
<Beaton Super Fund A/C>
18 Seacourt Avenue
DUDLEY NSW 2290
AUS

Hanbro Estates Pty Ltd
PO Box 3182
YERONGA  QLD 4104
AUS

Harold Cripps Holdings Pty Ltd
PO Box 1943
SURFERS PARADISE QLD 4217
AUS

Hartley Super Investments Pty
Ltd
64 Mocatta St
GOOMBUNGEE  QLD 4354
AUS

Healthy Wealthy & Wise
Strategists Pty Ltd
<Healthy Wealthy Wise A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Henry Berry Corporation
Limited
PO Box 36
AUCKLAND 1140
NEW ZEALAND
```

Heron Financial Pty Ltd
<Heron Financial A/C>
19 Holmlea Place
ENGADINE NSW 2233
AUS

Hillbrick Investments Pty Ltd
<Hillbrick Super Fund A/C>
9 Greenwood Lane
MOOROOLBARK VIC 3138
AUS

Him Him Pty Ltd
PO Box 1234
NEUTRAL BAY JUNCTION NSW 2089
AUS

Hodgson & Gregory Pty Ltd
7 Yvonne Street
WENDOUREE VIC 3355
AUS

Honest Endeavour Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Hong Du Luo
468 Somerville Road
HORNSBY NSW 2077
AUS

Howard Capital Pty Ltd
<Connolly Super Fund A/C>
Unit 2 10 The Boulevarde
CAMMERAY NSW 2062
AUS

HSBC Custody Nominees
(Australia) Limited
GPO Box 5302
SYDNEY NSW 2001
AUS

HSBC Custody Nominees
(Australia) Limited - A/C 2
GPO Box 5302
SYDNEY NSW 2001
AUS

HSBC Custody Nominees
(Australia) Limited
<Euroclear Bank SA Nv A/C>
GPO Box 5302
SYDNEY NSW 2001 AUS

Huiming Zhang
27 Alliance Avenue
REVESBY NSW 2212
AUS

Huizhan Fan
4/83 Campsie Street
CAMPSIE NSW 2194
AUS

I T V Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

I Venture Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Ibatin Pty Ltd
<Wolf Family Super Fund A/C>
318 Alma Road
CAULFIELD NORTH VIC 3161
AUS

Icon Holdings Pty Ltd
<The K J Paganin Family A/C>
53 Irvine Street
PEPPERMINT GROVE WA 6011
AUS

Ilwella Pty Ltd
3 Ginahgulla Road
BELLEVUE HILL NSW 2023
AUS

Ilwella Pty Ltd
Level 7/167 Eagle Street
BRISBANE CITY QLD 4000
AUS

Imperu Nominees Pty Limited
10 Cicada Glen Road
INGLESIDE NSW 2101
AUS

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

International Energy Company, LLC
1801 E. 71st Street
Tulsa, OK 74136

International Energy Corporation
1801 E. 71st Street
Tulsa, OK 74136

International Energy Holding Company LLC
1801 E. 71st Street
Tulsa, OK 74136

International Energy, LLC
1801 E. 71st Street
Tulsa, OK 74136

International Oil & Gas, LLC
1801 E. 71st Street
Tulsa, OK 74136

International Pacific Capital
Limited
GPO Box 3486
SYDNEY NSW 2001
AUS

International Properties Partners, LLC
1801 E. 71st Street
Tulsa, OK 74136

Investart Holdings Pty Ltd
<Investart Holdings A/C>
56B King William Road
GOODWOOD SA 5034
AUS

J & J SMSF Pty Ltd
QVB Post Shop
PO Box Q693
Queen Victoria Building NSW 1230 AUS

J P Morgan Nominees Australia
Pty Limited
Locked Bag 20049
MELBOURNE VIC 3001
AUS

Jabiwarra Superannuation Pty
Ltd
<Jabiwarra Super Fund A/C>
PO Box 78
EMERALD QLD 4720 AUS

Jadite Holdings Pty Ltd
11 Myco Court
ELANORA QLD 4221
AUS

Jalleo Investments Pty Limited
<Jalleo Investments A/C>
PO Box 3565
ERINA NSW 2250
AUS

Jalleo Superannuation Pty
Limited
<Jalleo Super Fund A/C>
PO Box 3565
ERINA NSW 2250 AUS

Jansam Pty Ltd
<The Thomson Super Fund A/C>
25 Ardmillan Road
MOONEE PONDS VIC 3039
AUS

JBPB Holdings Pty Ltd
<JBPB Holdings A/C>
20 Bellevue Road
BELMONT NSW 2280
AUS

JC & Ma Varricchio Pty Ltd
<The Varricchio S/F A/C>
879 Lower North East Road
DERNANCOURT SA 5075
AUS

JCV Nominees Pty Ltd
<Vegar Super Fund A/C>
PO Box 351
APPLECROSS WA 6953
AUS

Jdi Financial Services Pty Ltd
<Davies S/F A/C>
C/- BDJ Partners
PO Box 1664
NORTH SYDNEY  NSW 2059 AUS

Jennifer Took Superannuation
Pty Ltd
<Jennifer Took Super Fund A/C>
26 Armytage Drive
PORTSEA VIC 3944 AUS

Jenroy Superannuation Pty Ltd
1 Fitzroy Place
KARALEE QLD 4306
AUS

Jezza-Belles Pty Ltd
PO Box 471
ALTONA VIC 3018
AUS

JFSF Holdings Pty Ltd
<The Jane Family S/F A/C>
8L Gavel Drive
DUBBO  NSW 2830
AUS

Jia Yu Chan
7/37 Evan Street
PENRITH NSW 2750
AUS

Jia Zuo Chan
7/37a Evans Street
PENRITH NSW 2750
AUS

Jimmy Pong Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Jj Shares Pty Ltd
7 Yvonne Street
WENDOUREE VIC 3355
AUS

Jo-Anne Nipperess Holdings
Pty Ltd
<Jo-Anne Nipperess S/F A/C>
44 Rossiter Street
MORNINGSIDE QLD 4170 AUS

John Alexander Brodie Crawford
4 Erskine Close
Island Bay
WELLINGTON 6002
NEW ZEALAND NZL

John Holman Investments
Pty Ltd
<John Holman Invest S/F A/C>
33 McDonald Avenue
TEMPLESTOWE  VIC 3106 AUS

John Major Enterprises Pty Ltd
<Major Retirement Fund A/C>
185 Edinburgh Road
CASTLECRAG NSW 2068
AUS

```
John Major Enterprises Pty Ltd
185 Edinburgh Road
CASTLECRAG NSW 2068
AUS

John Mark Oliver Wood
PO Box 2495
WELLINGTON 6140
NEW ZEALAND

John Meyer & Sheryl Leigh Tim & Clive Ja
<The Meyer Tim A/C>
PO Box 387
DARGAVILLE 0340
NEW ZEALAND NZL

Jonenderbee Investments Pty
Ltd
<Starlotters Staff Prov A/C>
PO Box 51
BEVERLY HILLS NSW 2209 AUS

Josephus Pty Ltd
<Gabriella Unsen S/F A/C>
Unit 1/ 4 Victoria Road
BELLEVUE HILL NSW 2023
AUS

Jusjentim Pty Ltd
Box 6095
South Coast Mail Centre
WOLLONGONG NSW 2500
AUS

K & M Livesley Holdings
Pty Ltd
12 Sirius Ave
MOSMAN NSW 2088
AUS

K12 Korporation Pty Ltd
<The Duckham Family S/F A/C>
Unit 6
6-16 Anchorage Drive
CLEVELAND QLD 4163 AUS

Kaelem Pty Ltd
<Kemlok Super Fund No 2 A/C>
104 Queen Street
MUSWELLBROOK  NSW 2333
AUS
```

Kaiony Superannuation Fund
Pty Ltd
<Kaiony SF A/C>
2690 Henty Highway
BEULAH VIC 3395 AUS

Kaloni Runcorn Pty Ltd
<Kaloni Super Fund A/C>
3 Davina Court
RUNCORN  QLD 4113
AUS

Kamjac Services Pty Ltd
<Chase Family Super Fund A/C>
PO Box 87
ARTARMON NSW 1570
AUS

Karbell Pty Ltd
<Karbell P/L Superfund A/C>
6 Cotswold Close
BELROSE NSW 2085
AUS

KDKF Superannuation Pty Ltd
<KDKF Super Fund A/C>
GPO Box 1347
ADELAIDE SA 5001
AUS

Keng Chuen Tham
21/28 Jeffcot Street
WEST MELBOURNE VIC 3003
AUS

Kerry Matheson Risk Management
Pty Ltd
<KMRM P/L Super Fund A/C>
PO Box 4329
FORSTER NSW 2428 AUS

Kevin Byrne Consulting
Services Pty Ltd
<Byrne Super Fund A/C>
19 Heavenly Rdge
PORT MACQUARIE NSW 2444 AUS

Kiloyear Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Kiwiana Pty Limited
<The Kiwiana A/C>
100 Cowles Rd
MOSMAN NSW 2088
AUS

KMC (Asia) Pty Ltd
<Kegler Super Fund A/C>
267 Boundary Road
MORDIALLOC  VIC 3195
AUS

Kobler Jireh Pty Ltd
<Kobler Family A/C>
28A Ogilvie Street
TERRIGAL  NSW 2260
AUS

Krason Pty Ltd
Unit 2 160 Grove Road
GROVEDALE VIC 3216
AUS

Kwang Hou Hung
20 Newton Road
#23-06 Amaryllis Ville
307953

Ladon Investments Pty Ltd
<Sasse Family S/F A/C>
1 Lyndhurst Street
GLEBE  NSW 2037
AUS

Laoploy Pty Limited
<Nephron Super Fund A/C>
C/- Morgans Wealthplus
GPO Box 582
BRISBANE  QLD 4001 AUS

Larjanak Pty Limited
<Lg Roddick Practice S/F A/C>
PO Box 164
THE JUNCTION NSW 2291
AUS

Lasbury Services Pty Ltd
<The Flight A/C>
19 Auburn Avenue
MYRTLE BANK SA 5064
AUS

Lebika Pty Ltd
<Lebika Pty Ltd S/F A/C>
PO Box 373
CRONULLA  NSW 2230
AUS

Lenakat Pty Ltd
<Cambridge S/Fund A/C>
PO Box 354
MASCOT NSW 1460
AUS

Leo Savage Nominees Pty Ltd
<Savage Super Fund A/C>
PO Box 938
GRIFFITH NSW 2680
AUS

Let's Talk Marketing Pty Ltd
<Sillett Super Fund A/C>
Level 1
79-83 Maroondah Hwy
RINGWOOD VIC 3134 AUS

Lidcombe Hotel Investments
Pty Ltd
Suite 12 401-407
New South Head Road
DOUBLE BAY NSW 2028 AUS

Life Advice Pty Ltd
<Lifestyle Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Life Coaching Pty Ltd
<Simple Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Lilyscout Pty Ltd
<Pickles Super Fund A/C>
36 O'Connell Avenue
TOOLERN VALE  VIC 3337
AUS

Locarb (Aust) Pty Limited
<Chamberlain Family S/F A/C>
PO Box 5747
EAST WAGGA WAGGA NSW 2650
AUS

Lockwood Superannuation Fund
Pty Ltd
<Lockwood Super Fund A/C>
10 Wyperfeld Avenue
TAYLORS LAKES VIC 3038 AUS

Longreach Oil Limited
GPO Box 4246
SYDNEY NSW 2001
AUS

Lonipat Pty Ltd
53 Boardman Road
BOWRAL NSW 2576
AUS

Lozada Financial Services Pty
Ltd
PO Box 769
ROCKDALE NSW 2216
AUS

Lyn's Investment Co Pty Ltd
<Lynian Superannuation A/C>
1 Cruiser Court
NEWPORT QLD 4020
AUS

M & M Chan Pty Ltd
<M & M Chan Super Fund A/C>
16 Deakin Place
WEST PENNANT HILLS NSW 2125
AUS

M & V Lampe Pty Ltd
<M&V Lampe Super Fund A/C>
95 Michelle Avenue
LAVINGTON NSW 2641
AUS

Ma & Ym Callaghan Pty Ltd
<Southside Holdings S/F A/C>
11 Arika Close
BANGOR NSW 2234
AUS

Ma And D Ghusn Investments
Pty Ltd
Unit 1 230 Pacific Pde
BILINGA QLD 4225
AUS

```
Mabab Investments Pty Ltd
<Tymten Superannuation A/C>
1 Harrison Street
NORTH TURRAMURRA NSW 2074
AUS

Mac-Stu Pty Ltd
<McLachlan Super Fund A/C>
11 Saint Vincent Road
TUROSS HEAD NSW 2537
AUS

Manhua Xu
1504/199 Castlereagh Street
SYDNEY NSW 2000
AUS

Marchant Capital Pty Ltd
Level 24
66 Goulburn Street
SYDNEY NSW 2000
AUS

Marie Angelique International
Pty Ltd
PO Box 117
MAITLAND NSW 2320
AUS

Martin Eisenberg, Esq.
Law Offices of Martin Eisenberg
100 Park Avenue, Suite 1600
New York, NY 10017

Maruta Pty Ltd
9 Marimba Crescent
CITY BEACH WA 6015
AUS

Maw Projects Pty Ltd
PO Box 1122
GYMEA NSW 2227
AUS

Maw Pty Ltd
<Wardrope Family A/C>
PO Box 1122
GYMEA NSW 2227
AUS

McAdam Pty Ltd
<McAdam A/C>
123 Barclay St
DEAGON QLD 4017
AUS
```

McAdam Superannuation Pty Ltd
123 Barclay St
DEAGON QLD 4017
AUS

Mechanical Trading Pty Ltd
<Performance Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Megarry Excavations &
Roadworks Pty Ltd
66 Owen Street
GLENDENNING NSW 2761
AUS

Melite Investments Pty Ltd
<M & N Mifsud Superfund A/C>
38 The Chase
ORCHARD HILLS NSW 2748
AUS

Memo (NSW) Pty Ltd
<Memo Super Fund A/C>
PO Box 1004
PARRAMATTA NSW 2124
AUS

Merrill Lynch (Australia)
Nominees Pty Limited
Level 19
120 Collins Street
MELBOURNE VIC 3000 AUS

Meyer Super Company Pty Ltd
<Ajf Prosperity S/F A/C>
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Michael Harris Super Pty Ltd
<Michael Harris Super A/C>
263 Grange Road
FINDON SA 5023
AUS

Michael Stone
1250 Prospect Road, Suite 200
La Jolla, CA 92037

Michael Stone
1505 Buckingham Drive
La Jolle
CALIFORNIA 92037

Michmax Pty Ltd
<JMB SMSF A/C>
Unit 61 244-264 Mowbray Rd
ARTARMON NSW 2064
AUS

Micknlea Pty Ltd
<Micknlea Super Fund A/C>
PO Box 903
TEMPLESTOWE VIC 3106
AUS

Minguin Pty Ltd
<Ma Loffler Super A/C>
22 Sunningdale Avenue
MORNINGTON VIC 3931
AUS

Miss Amy Pui-Man Kwan
88 Circe Circle South
DALKEITH WA 6009
AUS

Miss Anna Wong
Unit 15 6 Benton Ave
ARTARMON NSW 2064
AUS

Miss Chen Wang
606/233 Pyrmont Street
PYRMONT  NSW 2009
AUS

Miss Dawn Newman
21 Whimbrel Crescent
COODANUP  WA 6210
AUS

Miss Hannah Louise Jones
Unit 502
25 Pickles Street
PORT MELBOURNE VIC 3207
AUS

Miss Jane Evelyn Niperess &
Mr Mark Ainsley Angus
<Three & One Super Fund A/C>
83 Kingsbury St
NORMAN PARK QLD 4170 AUS

Miss Julia Fay Mary Benoit
35 Downshire Road
ELSTERNWICK  VIC 3185
AUS

Miss Katelyn Johnstone
Makada 859 Wallaroo Road
HALL ACT 2618
AUS

Miss Kavindya Ishini
Kariyawasam
16 Valour Ct
GOLDEN GROVE SA 5125
AUS

Miss Melanie Kate Howarth
8 14-26 Pacific St
MANLY NSW 2095
AUS

Miss Melissa Maree Sorensen
5 Chauvel Street
SOUTH MACKAY QLD 4740
AUS

Miss Monique Riedel
Unit 1 41 Tramway Pde
BEAUMARIS VIC 3193
AUS

Miss Natalie Naumovski
38 Ocean Beach Drive
SHELLHARBOUR NSW 2529
AUS

Miss Nicola Philip
PO Box 7105
MCMAHONS POINT NSW 2060
AUS

Miss Paloma Perez-Cortes
12 Lambert Street
CAMPERDOWN NSW 2050
AUS

Miss Prue Sutton &
Dr Robert Charles Barbour
<Barbour & Sutton Super A/C>
43 Gorge Rd
TREVALLYN TAS 7250 AUS

Miss Rebekah Jayne Argent
Unit 9 1 Lomax Ct
BEELIAR WA 6164
AUS

```
Miss Shao Ma
GPO Box 3218
SYDNEY  NSW 2001
AUS

Miss Shuang Liang
8 Balamara Street
BELLERIVE TAS 7018
AUS

Miss Soo Yee Beh
21 Chandler Rd
GLEN WAVERLEY VIC 3150
AUS

Miss Susan May Camilleri
PO Box 7067
WILBERFORCE NSW 2756
AUS

Miss Teresa Joan Wilson &
Miss Julie Monique Rogers
28 Mubo Crescent
HOLSWORTHY NSW 2173
AUS

Miss Ting Xiao He
Unit 17 413 Doncaster Road
DONCASTER VIC 3108
AUS

Miss Tran My Huynh
3 Avebury St
WEST END QLD 4101
AUS

Miss Vasantika Patel
C/- GPO Box 4246
SYDNEY NSW 2001
AUS

Miss Yangyang Wu
Unit 12 21 Battye St
BRUCE ACT 2617
AUS

Mitsue Pty Ltd
PO Box 8478
ALLENSTOWN  QLD 4700
AUS
```

```
Modanella Investments Pty Ltd
<McFarland Family S/F A/C>
18 Miller Street
PETERSHAM  NSW 2049
AUS

Monogram Holdings Pty Ltd
226 Pacific Parade
BILINGA QLD 4225
AUS

Montgomery Bond Pty Ltd
<Ls Conlan Super Fund A/C>
48 Station Road
ROSANNA VIC 3084
AUS

Moore Park Capital Pty Ltd
<Sodamnsolid Fund A/C>
30 Seaforth Crescent
SEAFORTH  NSW 2092
AUS

Mortow (No 46) Pty Ltd
<Munday Super Fund A/C>
PO Box 216
HENLEY BEACH SA 5022
AUS

Mr Aaron J Brown
13 St Georges Ct
SEBASTOPOL VIC 3356
AUS

Mr Adam Ayash &
Mrs Gail Lynette Ayash
<The Ayash Family S/F A/C>
7 Juvenis Avenue
OYSTER BAY  NSW 2225 AUS

Mr Adam John Arkinstall &
Mr Ian John Arkinstall
<Aj Arkinstall Superfund A/C>
32 Ardoch Street
ESSENDON  VIC 3040 AUS

Mr Adam Justin Turcato
<Cairnes Road Family A/C>
C/- Morgans Wealthplus
GPO Box 582
BRISBANE QLD 4001 AUS
```

Mr Adam Matthew Wright
72 Peninsula Drive
ROBINA  QLD 4226
AUS

Mr Adam Peter McLeod
4 Gahnia Ave
FIGTREE NSW 2525
AUS

Mr Adrian Boon Leong Soh
68 Frank Street
ELTHAM VIC 3095
AUS

Mr Adrian Lance Martin
53 Mowbray Cres
KURUNJANG VIC 3337
AUS

Mr Adrian O'Hara
PO Box 2039
MAROUBRA NSW 2035
AUS

Mr Adrian Sharif Dunstan
Unit 64/104 Miller Street
PYRMONT  NSW 2009
AUS

Mr Agim Alimi
<Agita Family A/C>
3 Fox Court
DANDENONG VIC 3175
AUS

Mr Akeke Kavana
44 Peter Parade
OLD TOONGABBIE NSW 2146
AUS

Mr Akshaya Patel
9 San Marco Quays
HALLS HEAD WA 6210
AUS

Mr Alan Graham Dodds
14 Ash Avenue
LOGAN CENTRAL QLD 4114
AUS

Mr Alan Gregory Bennett
11 Aragan Circuit
BULLI  NSW 2516
AUS

Mr Alan Harold Cole
PO Box 11
SOUTH JOHNSTONE  QLD 4859
AUS

Mr Alan Hector Anthony De
Menezes
<The De Menezes Family A/C>
15 Piccadilly Court
GREENVALE VIC 3059 AUS

Mr Alan Millis
22 Inwood St
WOOLOOWIN QLD 4030
AUS

Mr Alan Peter De Reuck
1 Sailfish Way
KINGSCLIFF NSW 2487
AUS

Mr Alan Todd Mouna &
Miss Peta Michelle Markham
15 Bentley St
SINGLETON WA 6175
AUS

Mr Alan William Burns
Richardson
77 Nemira St
CARSELDINE QLD 4034
AUS

Mr Albert Bucchieri
132 East Street
GLENROY VIC 3046
AUS

Mr Albert James Cyril Lawson
226 Brays Road
GRIFFIN QLD 4503
AUS

Mr Albert Saekow &
Mr Evan Saekow
20 Maclagan Street
ISAACS ACT 2607
AUS

Mr Aleksander Zlatkovic
66 Rennie Street
THORNBURY VIC 3071
AUS

Mr Alex Miller
6A Lyons Court
MORANBAH QLD 4744
AUS

Mr Alexander Carl Dorsch
17 Barsden St
COTTESLOE  WA 6011
AUS

Mr Alexander Dean Jagers
PO Box 2321
KATHERINE NT 0850
AUS

Mr Alexander Kevin McDonald
16 Boronia Av
EPPING NSW 2121
AUS

Mr Alexander Zylberberg
Suite 310
460 Pacific Highway
ST LEONARDS NSW 2065
AUS

Mr Alfred George Moufarrige
Level 57 MLC Centre
Martin Place
SYDNEY NSW 2000
AUS

Mr Ali Chaudhry
38 Clifton Street
NORTHCOTE VIC 3070
AUS

Mr Alistair Hamish Graham
PO Box 176
TUNCURRY NSW 2428
AUS

Mr Allan Edward Shaylor
1 Affleck Street
SOUTH YARRA  VIC 3141
AUS

Mr Allan John Buckton &
Mrs Vicki Anne Buckton
15 Allspice Drive
ASHMORE QLD 4214
AUS

Mr Allan Keith Martin
74 Murray Waters BLVD
SOUTH YUNDERUP  WA 6208
AUS

Mr Allan Michael Syne & Mrs
Julie Anne Syne
24 Kauzal Crescent
SURF BEACH NSW 2536
AUS

Mr Allan Roy Den Besten
11 Bronwyn St
COLDSTREAM VIC 3770
AUS

Mr Allan Roy Wehl
Unit 3/89 Dwyer Circuit
DRIVER  NT 0830
AUS

Mr Andres Perez-Cortes
12 Lambert Street
CAMPERDOWN NSW 2050
AUS

Mr Andrew Alan Jenkinson
46 Explorers Road
GLENBROOK NSW 2773
AUS

Mr Andrew Alexander Smith
308 Mount Annan Drive
MOUNT ANNAN NSW 2567
AUS

Mr Andrew Bourke Terrell
3 Charles Street
WICKHAM NSW 2293
AUS

Mr Andrew Burton
<Burton Family A/C>
19 Gweno Ave
FRANKSTON SOUTH  VIC 3199
AUS

Mr Andrew Charles Quirke
12 Waratah Avenue
PAYNESVILLE VIC 3880
AUS

```
Mr Andrew Clement Grope
50 Northcote Tce
GILBERTON  SA 5081
AUS

Mr Andrew Damon Schirmer
23 Bay Road
WAVERTON  NSW 2060
AUS

Mr Andrew Gordon Austin &
Mrs Patrice Austin
<Ag & P Austin Super Fund A/C>
C/- PO Box 302
BERMAGUI NSW 2546 AUS

Mr Andrew Gordon Bragg
37 Yathong Ct
ARANA HILLS QLD 4054
AUS

Mr Andrew Ham
PO Box 1600
MANJIMUP WA 6258
AUS

Mr Andrew James Charles Hansell &
Mrs Bernadeth Hansell
<Hansell Super Fund A/C>
15 Pobje Avenue
BIRRONG NSW 2143 AUS

Mr Andrew John Chamen &
Mrs Cristina Sergia Chamen
<Aj & Cs Chamen S/F A/C>
PO Box 42
CONDOBOLIN NSW 2877 AUS

Mr Andrew John Lehmann
121 Volcano Road
SWANWATER VIC 3477
AUS

Mr Andrew John Slawinski
27 Charles Street
RICHMOND VIC 3121
AUS

Mr Andrew John Steele &
Mrs Debra Elizabeth Steele
<Steele S/Fund A/C>
8314 Magnolia Drive East
HOPE ISLAND QLD 4212 AUS
```

```
Mr Andrew John Van Lier
4A Mornin Street
Ellerslie
AUCKLAND 1015
NEW ZEALAND

Mr Andrew Leighton Wayne
Weekes
7 Shetland Ave
DUBBO NSW 2830
AUS

Mr Andrew Pak
Unit 2406 318 Russell St
MELBOURNE VIC 3000
AUS

Mr Andrew Phillip John Wade
30 Iluka Road
MOSMAN  NSW 2088
AUS

Mr Andrew Reeves &
Mrs Lynette Reeves
<Reeves Family Super Fund A/C>
Locked Bag 4020
SOUTH MELBOURNE  VIC 3205 AUS

Mr Andrew Salvestrin
<Investment A/C>
GPO Box 5382
SYDNEY  NSW 2001
AUS

Mr Andrew Scarf
Suite 531 Level 5
203 New South Head Road
EDGECLIFF NSW 2027
AUS

Mr Andrew Terence Essex
16 Amira Drive
PORT MACQUARIE NSW 2444
AUS

Mr Andrew Walsh
143 Queen Street
WOOLLAHRA NSW 2025
AUS

Mr Andy Wai Kit Leung
34 Hudson Street
WENTWORTHVILLE  NSW 2145
AUS
```

Mr Angello Masters &
Mrs Trudy Masters
<The Masters S/F A/C>
19 Wilks Ave
UMINA BEACH  NSW 2257 AUS

Mr Angelo Masters &
Mrs Trudy Joy Masters
<The Masters Super Fund A/C>
19 Wilks Avenue
UMINA BEACH NSW 2257 AUS

Mr Angelo Vicendese
Unit 3008 187 Weston Street
BRUNSWICK EAST VIC 3057
AUS

Mr Angus John Nicholas Brooks
PO Box 210
CRAFERS SA 5152
AUS

Mr Ankur Jain
27 Mosaic Ave
THE PONDS NSW 2769
AUS

Mr Anthony Charles Bicknell &
Mrs Wendy Anne Bicknell
<Lafisi Super Fund A/C>
PO Box 377
BLAIRGOWRIE VIC 3942 AUS

Mr Anthony Cianciarulo
Unit 8 14 The Esplanade
CRONULLA NSW 2230
AUS

Mr Anthony Elmer Kellerman &
Mrs Carolyn Anne Kellerman
Unit 87
34 Ardrossan Road
CABOOLTURE QLD 4510 AUS

Mr Anthony Gregory &
Ms Louise Cheslett
<Bullfish Super Fund A/C>
7 Yvonne Street
WENDOUREE VIC 3355 AUS

Mr Anthony John Goodall
24 Blyth Street
PARKSIDE  SA 5063
AUS

Mr Anthony Lance
32 Scott Street
BEAUMARIS VIC 3193
AUS

Mr Anthony Peter O'Keeffe
7 Saddle Crescent
WALKLEY HEIGHTS  SA 5098
AUS

Mr Anthony Richard Philip
PO Box 7105
MCMAHONS POINT NSW 2060
AUS

Mr Anthony Robert Bradshaw &
Mrs Lily Daphne Bradshaw
<Ar & Ld Bradshaw S/F A/C>
105 Sea Esplanade
BURNETT HEADS  QLD 4670 AUS

Mr Anthony Ronald Mahoney
<Mahoney Family S/F A/C>
8/150 Abbotsford Road
PICTON NSW 2571
AUS

Mr Anthony Stanley Krawczyk
4 Swift Place
INGLEBURN NSW 2565
AUS

Mr Anthony William Vermeer
Unit 2 8 Roger Ave
CASTLE HILL NSW 2154
AUS

Mr Antonio Pirisi
361 Young Street
ANNANDALE NSW 2038
AUS

Mr Antonio Sorbello &
Mrs Melanie Sorbello
PO Box 212
NORTH RICHMOND NSW 2754
AUS

Mr Antony Geoffrey Edward Spry
<Ef Spry Super Fund A/C>
28 Hampden Road
ARMADALE  VIC 3143
AUS

Mr Anupam Nahar
Unit C  556 The Esplande
WARNERS BAY NSW 2282
AUS

Mr Arthur Dylewski
Unit 125 99 Doolong Rd
KAWUNGAN QLD 4655
AUS

Mr Arthur Fazendin &
Miss Anne Dobby
<New World Auto Elec S/F A/C>
PO Box 1268
BROADBEACH QLD 4218 AUS

Mr Arthur Lindsay Harding &
Mrs Lynne Marie Harding
<L & L Harding Super A/C>
125 Fishing Point Road
FISHING POINT NSW 2283 AUS

Mr Arthur Robert Freudenberg
& Mrs Anne Patricia Freudenberg
5 Wilmington Street
Avenell Heights
BUNDABERG QLD 4670 AUS

Mr Arvind Chhibber & Mrs Kiran Chhibber
24B Karaka Street
New Lynn
AUCKLAND 0600
NEW ZEALAND NZL

Mr Arvind Kumar Shivji
Unit 1 9 Sefton Pl
LANDSDALE WA 6065
AUS

Mr Ashkon Mondegari
13 Manning Court
MOUNT WARREN PARK QLD 4207
AUS

Mr Ashley Bottrell
32-37 Peart Court
LOVELY BANKS  VIC 3213
AUS

Mr Askam Rex Nottage &
Mrs Marie Nottage
14 Newlands Avenue
TERRIGAL  NSW 2260
AUS

Mr Ayodeji Fisayo Ayodele
Unit 11 13-17 Peake Pde
PEAKHURST NSW 2210
AUS

Mr Barry Alan Harker
30 Ower St
CAMPERDOWN  VIC 3260
AUS

Mr Barry Boehm
26 Anthony St
ORMOND  VIC 3204
AUS

Mr Barry Boehm &
Mrs Maree Boehm
<BMB S/F A/C>
26 Antony Street
ORMOND  VIC 3204 AUS

Mr Barry Charles McTaggart
11 Woodlands Crescent
BUDERIM QLD 4556
AUS

Mr Barry Hertzog Booyens &
Mrs Maria Josephina Booyens
PO Box 859
MORAYFIELD QLD 4506
AUS

Mr Barry Ian Shagrin
PO Box 347
VAUCLUSE NSW 2030
AUS

Mr Barry Michael Scott
94 Cyclades Crescent
CURRUMBIN WATERS  QLD 4223
AUS

Mr Ben Moran
PO Box 1828
OSBORNE PARK  WA 6917
AUS

Mr Benjamin Couwenberg
PO Box 6040
TWEED HEADS SOUTH NSW 2486
AUS

Mr Benjamin Harkham
PO Box A769
SYDNEY SOUTH NSW 1235
AUS

Mr Benjamin James Hunt
121 Volcano Road
ST ARNAUD VIC 3478
AUS

Mr Benjamin Liam Jones
Unit 502
25 Pickles Street
PORT MELBOURNE VIC 3207
AUS

Mr Bernard Fehaze Ali &
Mrs Anshu Mala Singh
38B Westerham Drive
DANNEMORA AUCKLAND 2016
NEW ZEALAND

Mr Bernard Francis Preston
92 Sale Street
HOKOTIKA 7810
NEW ZEALAND

Mr Bertrand Rowan Ingram
703 Rainbow Avenue
PARKVALE HASTINGS 4122
NEW ZEALAND

Mr Bhishma Kumar Chhetri
11 Persimmon Way
GLENWOOD NSW 2768
AUS

Mr Blake John Ballard
4 Streldon Ave
STRATHMORE VIC 3041
AUS

Mr Boris Ganke
GPO Box 4246
SYDNEY NSW 2001
AUS

Mr Bounma Sengmany
PO Box 663
MOOREBANK NSW 1875
AUS

Mr Bradley Pointing
PO Box 221
SYLVANIA SOUTHGATE NSW 2224
AUS

Mr Brandon William Leckie
9 Hunter Ave
HOPPERS CROSSING VIC 3029
AUS

Mr Brendan John Dale
21 Balsillie Crescent
MONASH ACT 2904
AUS

Mr Brendan Joseph Walsh
PO Box 81
MANLY  NSW 2095
AUS

Mr Brendan Joseph Walsh
PO Box 74
BURLEIGH HEADS QLD 4220
AUS

Mr Brendan Paul Power &
Mrs Merran Kay Power
4 Arcadia Cl
BOLWARRA HEIGHTS NSW 2320
AUS

Mr Brendan Terence Fahy
118 North Road
NEWPORT VIC 3015
AUS

Mr Brent Fisher
Unit 96
18-32 Oxford Street
DARLINGHURST NSW 2010
AUS

Mr Brett Lucas
4 York Street
ADAMINABY  NSW 2629
AUS

Mr Brian Bevan
Unit 26
98-102 Keith Compton Drive
TWEED HEADS NSW 2485
AUS

Mr Brian Christiansen &
Mrs Shannon Marie Christiansen
<Christiansens Superfund A/C>
194 Beecroft Road
CHELTENHAM NSW 2119 AUS

Mr Brian David Crowe
Unit 15 112 Baldwin Dr
KALEEN ACT 2617
AUS

Mr Brian David Turner
15 Walker Crescent
HIGH WYCOMBE WA 6057
AUS

Mr Brian Gray
28 Cliff Road
COLLAROY NSW 2097
AUS

Mr Brian Joseph Orr
148 Methuen Road
NEW WINDSOR AUCKLAND 0600
NEW ZEALAND

Mr Brian Laurence McGlade
Unit 707
101 Bay Street
PORT MELBOURNE VIC 3207
AUS

Mr Brian Laurence McGlade
6A Barwon Boulevard
HIGHTON VIC 3216
AUS

Mr Brian Leslie Riley
14/290 New South Head Road
DOUBLE BAY  NSW 2028
AUS

Mr Brian Melhuish
PO Box 673
PARKES NSW 2870
AUS

Mr Brian Robert Stafford-Bush
19 Norwood Road
Bayswater
AUCKLAND 0622
NEW ZEALAND

Mr Brian Smith
65 Homestead Road
BERWICK VIC 3806
AUS

Mr Brian Stanley Tilley
14 Oleander Street East
SOUTH BRIGHTON SA 5048
AUS

Mr Bruce Alan Joscelyne &
Mrs Robyn Joy Joscelyne
<Raan Super Fund A/C>
PO Box 446
NEWPORT BEACH NSW 2106 AUS

Mr Bruce Alastair Harris
Unit 1 41 Young St
SEACLIFF SA 5049
AUS

Mr Bruce Anthony Curtis
32 Auburn Parade
HAWTHORN EAST VIC 3123
AUS

Mr Bruce Anthony Griffin
1/83 Ocean Street
WOOLLAHRA NSW 2025
AUS

Mr Bruce Edward Neale
5 Rolfe Place
CHAPMAN ACT 2611
AUS

Mr Bruce Forman
17847 Porto Merihe Way
PACIFIC PALISADES CA 90272
USA

Mr Bruce Honey
7 Crown Avenue
CAMBERWELL VIC 3124
AUS

Mr Bruce Raymond Saxby
1 Slade Street
BAYSWATER WA 6053
AUS

Mr Bruce William Wallace
GPO Box 1931
BRISBANE  QLD 4001
AUS

Mr Bruce William Wallace &
Mrs Zelma Wallace
<Wallace Pension Fund A/C>
PO Box 1735
NOOSA HEADS  QLD 4567 AUS

Mr Bryan Anthony Abbott
47 Beach Street
EMU PLAINS NSW 2750
AUS

Mr Bryan Raymond Tidswell
30 Wheeler Avenue
POORAKA SA 5095
AUS

Mr Burhan Sia
14 Luckie Street
NUNAWADING VIC 3131
AUS

Mr Cameron Paul March
PO Box 177
KADINA SA 5554
AUS

Mr Cecil Gary John King & Mrs Susan Lorr
<The CGJ & Sl King S/F A/C>
U1 Vardon Pt
1 Millennium Circuit
PELICAN WATERS QLD 4551 AUS

Mr Chad Henry Donnelly
PO Box 383
PADDINGTON QLD 4064
AUS

Mr Chamindra Fernando
10 Limousin Court
BERWICK  VIC 3806
AUS

Mr Chao Jiang
12 Liquidambar Pl
STRETTON QLD 4116
AUS

Mr Charles Harrison
149 Spring Street
ORANGE NSW 2800
AUS

Mr Charles Magro
18 The Rampart
UMINA BEACH NSW 2257
AUS

Mr Charlie Nguyen
35 Fegen Dr
MOOROOKA QLD 4105
AUS

Mr Chase Michael Devereaux
30 Miller St
FITZROY NORTH VIC 3068
AUS

Mr Chee Cheong Low
1 Minerva Crescent
VERMONT SOUTH VIC 3133
AUS

Mr Chee Chin
Unit 35
31 Disney Court
BELCONNEN ACT 2617
AUS

Mr Chengzhen How
17 Swindon Av
GLEN WAVERLEY VIC 3150
AUS

Mr Cher Tze Hang Matthias
36 WILKINSON ROAD
SINGAPORE

Mr Chiang Hao Wong
8 Armbruster Ave
KELLYVILLE NSW 2155
AUS

Mr Chris Davies
PO Box 1565
EAST VICTORIA PARK WA 6981
AUS

Mr Chris Lourens
30 Berigora Avenue
TAPPING WA 6065
AUS

Mr Chris Vasales
131 Botany Street
RANDWICK NSW 2031
AUS

Mr Chrishley Goonewardane
33 Bramston Tce
HERSTON QLD 4006
AUS

Mr Christopher Geoffrey Ryan
PO Box 90625
Victoria Street West
AUCKLAND 1142
NEW ZEALAND

Mr Christopher James Weinert &
Mrs Andrea Jayne Weinert
52 Grandview Ave
PARK GROVE  TAS 7320
AUS

Mr Christopher John Keast
21 Lakeside Dr
EMERALD  QLD 4720
AUS

Mr Christopher John Nardone &
Mrs Isabell Nardone
<C&I Nardone Super Fund A/C>
11B Remembrance Driveway
TAHMOOR NSW 2573 AUS

Mr Christopher John Ridgers
7 Kawoor Mews
BERTRAM WA 6167
AUS

Mr Christopher Mark Bell &
Mrs Desiley Anne Bell
Unit 11
6-42 Quinzeh Creek Road
LOGAN  VILLAGE QLD 4207 AUS

Mr Christopher Ray Knox
11 Watson Road
GYMPIE QLD 4570
AUS

Mr Christopher Roland King
Kemp
267 President Avenue
MIRANDA NSW 2228
AUS

Mr Christopher Spencer
Burnett
Unit 5 76 Orrong Rd
ELSTERNWICK VIC 3185
AUS

Mr Christopher Terrence Lamb & Mrs Susan
<Lamb Family Super Fund A/C>
C/- Ord Minnett Ltd-Pars Dept
GPO Box 5274
SYDNEY NSW 2001 AUS

Mr Christopher Thomas Rae &
Ms Elana Jo-Ane Mitchell
<Caldarra Super Fund Account>
19 Holmlea Place
ENGADINE  NSW 2233 AUS

Mr Chuan Yu Hsiau
1 Richmond Court
CASTLE HILL NSW 2154
AUS

Mr Chung Meng Fone
Suite 1-3
107-111 High Street
PRAHRAN VIC 3181
AUS

Mr Ciaran John Cullen
1/180 Whiting Street
LABRADOR  QLD 4215
AUS

Mr Clinton Cherry
22 138 MTS Bay Road
PERTH WA 6000
AUS

Mr Clinton Harley Moore
Locked Bag 40
KINGSTON ACT 2604
AUS

Mr Clive Thomas
PO Box 88
MASCOT NSW 1460
AUS

Mr Clyde Charles Leslie
Mitchell &
Mrs Lynn Georgina Mitchell
16 Medina Street
MOOROOKA  QLD 4105 AUS

Mr Colin Bruce Baker
46 Lake Conjola Entrance Rd
LAKE CONJOLA NSW 2539
AUS

```
Mr Colin Roy Middleton
69 Stanley Avenue
TE AROHA 3320
NEW ZEALAND

Mr Colin Weekes
PO Box 139
COOGEE NSW 2034
AUS

Mr Conrad Hildebrand &
Mrs Elizabeth Seymour
<The Shannonvale S/F A/C>
18 College Road
CAMPBELLTOWN NSW 2560 AUS

Mr Cornelius De Groot
16 Glenella Way
MINTO NSW 2566
AUS

Mr Cornelus Willem Du Toit
2 Blancoa Lane
STIRLING WA 6021
AUS

Mr Cosimo Interno &
Mrs Sandra Joy Merrett-Interno
11 Kevin Court
DONVALE VIC 3111
AUS

Mr Craig Antony Dorney
104 Barries Road
BUSHFIELD  VIC 3281
AUS

Mr Craig Michael Wood
44 Windsor Street
GLENORCHY TAS 7010
AUS

Mr Craig Nicholas Porich
33 Gulliver St
HAMILTON NSW 2303
AUS

Mr Craig Paul Cunningham
49 Waratah Road
BEROWRA  NSW 2081
AUS
```

```
Mr Craig William Keith Booth
PO Box 8040
FREMANTLE  WA 6160
AUS

Mr Craig Winter
30 Soule Street
HERMIT PARK QLD 4812
AUS

Mr Damian Rio
10 Yolanda Court
KILSYTH VIC 3137
AUS

Mr Danda Venkata Srinivas Rao
Unit 5
15 Denman Avenue
WILEY PARK NSW 2195
AUS

Mr Daniel Andrzejewski
2 Davidson Street
HIGGINS ACT 2615
AUS

Mr Daniel Anthony Ghaleb
15 Jarrah Close
ALFORDS POINT  NSW 2234
AUS

Mr Daniel Francis
Van Der Loos
Unit 2004 21 Mary Street
BRISBANE CITY QLD 4000
AUS

Mr Daniel Jon Koric
PO Box 63
DONGARA WA 6525
AUS

Mr Daniel Joseph Lanskey &
Mrs Jannette Joan Lanskey
<The Lanskey Family A/C>
36 Parkes Lane
TERRANORA NSW 2486 AUS

Mr Daniel Kelly Adams
40  Mariner  Ct
NEWPORT QLD 4020
AUS
```

Mr Daniel Paul Martin &
Mrs Suzanne Jane Martin
54 Owens Street
DONCASTER EAST VIC 3109
AUS

Mr Daniel Peter Aldred
19 Olola Avenue
VAUCLUSE NSW 2030
AUS

Mr Daniel Richard McGlade
Unit 707
101 Bay Street
PORT MELBOURNE VIC 3207
AUS

Mr Daniel Thomas D'Arcy
18 Allen St
VICTORIA POINT QLD 4165
AUS

Mr Daniel Yap
5 Nimmo Court
MULGRAVE VIC 3170
AUS

Mr Darrell Kenneth Small &
Mrs Betty Small
12 Macquarie Street
BONNELLS BAY  NSW 2264
AUS

Mr Darren John Poole
1151 Ross River Road
RASMUSSEN QLD 4815
AUS

Mr Darren Lucas
Little Plain
ADAMINABY  NSW 2629
AUS

Mr Darren Maxwell Humm
PO Box 7
PORT HEDLAND WA 6721
AUS

Mr Darryl Warren Onions
48 Settlers Ct
MAROONDAN QLD 4671
AUS

Mr Daryl Rodney Phillpot
96 Raglan St
DAYLESFORD VIC 3460
AUS

Mr David Andrew Fraser
78 Winbourne Road
HAZELBROOK NSW 2779
AUS

Mr David Antonio Bernardi
165 Lachlan Street
FORBES  NSW 2871
AUS

Mr David Charles Fisher &
Mrs Miriam Cherry Fisher
<Dm Superannuation Fund A/C>
PO Box 511
OCEAN GROVE VIC 3226 AUS

Mr David Charles Hulme
7 Meninga Court
CABOOLTURE QLD 4510
AUS

Mr David Clifford Milford &
Ms Rae Ellen Milford
411 Mingo Road
GIN GIN QLD 4671
AUS

Mr David Eyles
8 Cumberland Street
EPPING  NSW 2121
AUS

Mr David Fallu
17 Kameruka Rd
NORTHBRIDGE  NSW 2063
AUS

Mr David Frederick Kearns
32 Centre Road
BRIGHTON EAST VIC 3187
AUS

Mr David Gordon O'Reilly
2 Manning Road
MALVERN EAST VIC 3145
AUS

```
Mr David Gordon O'Reilly &
Ms Eugenie O'Reilly
<Super Fund A/C>
2 Manning Road
MALVERN EAST VIC 3145 AUS

Mr David Harris
6 Braesmere Road
PANANIA NSW 2213
AUS

Mr David James Ree
80 Frasers Road
MITCHELTON QLD 4053
AUS

Mr David John Adams
RMB 310
CRANBROOK WA 6321
AUS

Mr David John Leslie Priddle
<The Pencilpie A/C>
11 Silverash Court
CAPALABA  QLD 4157
AUS

Mr David John Shephard
13 Thelma Street
AUGUSTA  WA 6290
AUS

Mr David John Still &
Mrs Lynne Still
<Still 4 Super Fund A/C>
PO Box 193
BACCHUS MARSH VIC 3340 AUS

Mr David John Thomas
79 Keith Street
WANGANUI 4500
NEW ZEALAND

Mr David John Willis
13 Corella Street
RANGEVILLE QLD 4350
AUS

Mr David John Young
46 Balmain Street
CREMORNE  VIC 3121
AUS
```

Mr David Leonard Sharman
4 Botany Drive
CARRUM DOWNS VIC 3201
AUS

Mr David McCall
34 Stewart Avenue
PARKDALE VIC 3195
AUS

Mr David Milorad Novac &
Ms Cathy Lee Sheehan
<Shevac Super Fund A/C>
PO Box 6094
PYMBLE NSW 2073 AUS

Mr David Milorad Novac & Ms
Cathy Lee Sheehan
<Shevac Super Fund A/C>
P O  Box 6094
PYMBLE NSW 2073 AUS

Mr David Moore
8 McGhee Avenue
MITCHAM VIC 3132
AUS

Mr David Norman Pratt &
Mrs Irina Pratt
20 Ashburton Avenue
SOUTH TURRAMURRA  NSW 2074
AUS

Mr David Richard Rollo
404 Maroubra Road
MAROUBRA NSW 2035
AUS

Mr David Scott Chakley
PO Box 678
NORTH LAKES QLD 4509
AUS

Mr David Scott Chambers
16 Tullet Street
CAMDEN PARK NSW 2570
AUS

Mr David Simmens
Unit 4 17 Glance St
FLEMINGTON VIC 3031
AUS

```
Mr David Terence Brewster &
Mrs Regina Angelika Brewster
PO Box 119
ROBERTSON  NSW 2577
AUS

Mr David Wayne Smith
28 Puna Rd
WANGI WANGI NSW 2267
AUS

Mr David William Erbacher
17 Kerrs Lane
COES CREEK QLD 4560
AUS

Mr David William Richardson
30 Bermuda Drive
BLACKBURN SOUTH VIC 3130
AUS

Mr David Williams
18 Oxford Pde
PELICAN WATERS QLD 4551
AUS

Mr David Wilton
15 Packham Place
HIGHBURY  SA 5089
AUS

Mr Dawei Tan &
Ms Caiping Liu
3C Edensor Street
EPPING NSW 2121
AUS

Mr Dean Claude Matthews &
Mrs Patricia Leone Matthews
20 Harold Street
HIGHBURY SA 5089
AUS

Mr Dean Crawford Engelhardt
34 Dulwich Ave
DULWICH  SA 5065
AUS

Mr Dean Naudi
6 Kingussie Avenue
CASTLE HILL NSW 2154
AUS
```

Mr Dean Naudi
<Judean Family A/C>
6 Kingussie Ave
CASTLE HILL NSW 2154
AUS

Mr Denis James Sephton
9 Caversham Drive
MORNINGTON VIC 3931
AUS

Mr Dennis Noel McGilvery & Mrs Kerrylyne
McGilvery
<McGilvery Super Fund A/C>
8 Bangalay Cres
RIVETT ACT 2611 AUS

Mr Denzil John Griffiths
<Denzil Griffiths S/F A/C>
PO Box 409
PRAHRAN VIC 3181
AUS

Mr Derek Terence Morley
18 Knightsbridge Road
HAZELWOOD PARK SA 5066
AUS

Mr Derren Lee Sullivan &
Mrs Bianca Johanna Sullivan
1 Tolmie Rise
HALLAM VIC 3803
AUS

Mr Derrick Andrew Windsor
12 Arthur Street
BEXLEY NSW 2207
AUS

Mr Desmond Arthur Hannah &
Mrs Heather Anne Hannah
5 Chipper Close
BEDFORDALE WA 6112
AUS

Mr Desmond James Robinson &
Mrs Pamela Enid Robinson
PO Box 1381
BUDERIM QLD 4556
AUS

Mr Dev Gonsalves
Unit 3
26 Treatts Road
LINDFIELD NSW 2070
AUS

Mr Didi Neto Rodrigues
95 Woolcott Street
EARLWOOD NSW 2206
AUS

Mr Dieter James Winkler
106 Perouse Road
RANDWICK NSW 2031
AUS

Mr Dimitri Karagiannidis
Pontos Estate
199 Bidges Rd
SUTTON NSW 2620
AUS

Mr Dinesh Mithanthaya &
Mrs Anuja Mithanthaya
14 Larmer Place
BULL CREEK  WA 6149
AUS

Mr Dinh Thien Tran & Mrs My Huy Lam Tran
<Lam & Tran S Family A/C>
Unit 5
111-113 Taylors Road
ST ALBANS  VIC 3021 AUS

Mr Dion Szer
24 Thanet Street
MALVERN VIC 3144
AUS

Mr Dmitry Gamayunov & Mrs Ina Gamayunov
<Ramid Superannuation A/C>
C/- Super Concepts
Locked Bag 2008
FOREST HILL VIC 3131 AUS

Mr Domenico De Petro
48 Grant Street
MALVERN EAST VIC 3145
AUS

Mr Domenico Vincenzo Angelucci &
Mrs Claudia Marina Angelucci
<Angelucci Family Super A/C>
Unit 7 33-37 Ethel St
SEAFORTH NSW 2092 AUS

Mr Dominic John Adam Joslin &
Mrs Mary Carmel Joslin
24 Drury Avenue
SOUTHPORT QLD 4215
AUS

Mr Don Fitzgerald
7 Gerrygone Pl
POMONA QLD 4568
AUS

Mr Donald Bell
P O Box 955
WARRNAMBOOL  VIC 3280
AUS

Mr Donald George Gregor &
Mrs Judith Gregor
Unit 103 61 Noosa Springs
Drive
NOOSA HEADS   QLD 4567 AUS

Mr Donald Keith Livingstone
82 Cameron Street
EDGECLIFF NSW 2027
AUS

Mr Donald Keith Livingstone &
Mrs Wendy Livingstone
<Livingstone Super Fund A/C>
82 Cameron Street
EDGECLIFF NSW 2027 AUS

Mr Donald Leslie Hatch
74 McPherson Street
KIPPA-RING QLD 4021
AUS

Mr Donald McKenzie & Mr David McKenzie &
Mr Gary McKenzie
<McKenzie Family S/F A/C>
PO Box 408
KYABRAM VIC 3619 AUS

Mr Donald Raymond Patch &
Mrs Prue Selena Patch
59A Mary Street
TOOWOOMBA QLD 4350
AUS

Mr Dong Soo Kim
181 Carlingford Road
CARLINGFORD NSW 2118
AUS

Mr Douglas Baldwin &
Miss Amanda Williams
4 Kalymna Grove
ST KILDA EAST VIC 3183
AUS

Mr Douglas John Hendry
31 Kates St
CLIFTON QLD 4361
AUS

Mr Douglas Jon Turner
19 Plantation Parade
BUDERIM QLD 4556
AUS

Mr Douglas Robert Graham Neild
65 Tourist Road
TOOWOOMBA QLD 4350
AUS

Mr Douglas Watson &
Mrs Doris Watson
<D I & D Watson S/F A/C>
26 Eton Road
LINDFIELD NSW 2070 AUS

Mr Drew Isaac Slawson
2 Dineen Cl
COOYA BEACH QLD 4873
AUS

Mr Duncan McDermott Hine
441 Pelverata Road
KAOOTA TAS 7150
AUS

Mr Duncan Ross Gorrie
11 Greenhill St
EVERTON PARK QLD 4053
AUS

Mr Dushyant Dave
42 Longford CCT
DARCH WA 6065
AUS

Mr Edi Vukosa
35 Natchez Cres
GREENFIELD PARK NSW 2176
AUS

```
Mr Edward Albert Parr
4A Fothergill St
FREMANTLE WA 6160
AUS

Mr Edward Allan Ewart Badham &
Mrs Lois Jennifer Badham
20 Maxine Place
SAINT HELIERS AUCKLAND 1071
NEW ZEALAND

Mr Edward Johannes Ensel
44 Greygum Crescent
QUINNS ROCKS WA 6030
AUS

Mr Edward Richard Floyd
4 Timbercrest Road
THORNLIE WA 6108
AUS

Mr Edwin Mugi Kabuga
4 Sinclair Crescent
TARNEIT VIC 3029
AUS

Mr Elvio Munzone &
Ms Maureen Gae Bergin
<Gem Real Estate S/F A/C>
2 Oxley Street
MATRAVILLE NSW 2036 AUS

Mr Elyas Khaliqi
120 David Road
CASTLE HILL NSW 2154
AUS

Mr Eng Hock Ong &
Mrs Chiew Lang Ong
<Ong Super Fund A/C>
22 Leonard Close
CLARINDA  VIC 3169 AUS

Mr Eric Ching-Sun Wong
27 El Rancho Street
DAISY HILL QLD 4127
AUS

Mr Eric Edelman &
Mrs Kaye Marie Edelman
<E & K Edelman Superfund A/C>
PO Box 3176
YOKINE WA 6060 AUS
```

Mr Eric Maldwyn Shipton
10/235 Main Street
KANGAROO POINT QLD 4169
AUS

Mr Ernest Elf & Mrs Oksana Elf
<Elf Family Super Fund A/C>
46 Britannia Pde
HINDMARSH ISLAND SA 5214
AUS

Mr Ernesto Ricci
71 Bellbridge Dr
HOPPERS CROSSING VIC 3029
AUS

Mr Errol-James Milevskiy
29 Moreton View Crescent
THORNLANDS QLD 4164
AUS

Mr Eugene Ganke
4 Northland Road
BELLEVUE HILL  NSW 2023
AUS

Mr Eugene Robert Clewett
35 Mirrabooka St
BILGOLA PLATEAU NSW 2107
AUS

Mr Evan Antony Appathurai
6/246 Cumberland Road
PASCOE VALE  VIC 3044
AUS

Mr Evan Wardrope
PO Box 1122
GYMEA NSW 2227
AUS

Mr Ewan John Vickery &
Mrs Helen Caroline Vickery
<Vickery Super Fund A/C>
19 Avenue Road
STIRLING SA  5152 AUS

Mr Fergus James Gratton
42 Shepherd St
CHIPPENDALE NSW 2008
AUS

Mr Fernando Costa-Pinto &
Mrs Selena Costa-Pinto
5 Elonara Road
VERMONT SOUTH VIC 3133
AUS

Mr Francis Galea &
Mrs Carmen Galea
58 Frederick Street
BLACKTOWN NSW 2148
AUS

Mr Franco Fiorenza
Unit 2 35 Panorama Ave
LOWER PLENTY VIC 3093
AUS

Mr Frank Fenech
PO Box 350
TUNCURRY NSW 2428
AUS

Mr Frank Gigliotti &
Mr Sarino Gigliotti
27 William Street
NORTH MANLY NSW 2100
AUS

Mr Frank Joseph Buffoni
12/103 Glencoe Street
SUTHERLAND NSW 2232
AUS

Mr Frans Herjanto
10 Ross St
SURREY HILLS VIC 3127
AUS

Mr Freddy Sze Hua Lee
15 Dugan Street
DEAKIN ACT 2600
AUS

Mr Frederick Cugley
156 Seaview Road
GOLDEN GROVE SA 5125
AUS

Mr Garry Gillett
72 Kallay Dr
PIONEER BAY VIC 3984
AUS

Mr Garry Hafner &
Mrs Jennifer Hafner
Unit 59
62-68 Marine Parade
COOLANGATTA QLD 4225 AUS

Mr Garry Heald
PO Box 674
GISBORNE VIC 3437
AUS

Mr Garth Adam Kummerow
69 River Park Rd
COWRA NSW 2794
AUS

Mr Garth Harrigan
43 Elizabeth Street
AITKENVALE QLD 4814
AUS

Mr Gary Edmund Andison &
Mrs Kerry Maree Andison
<Andison Super Fund A/C>
PO Box 37
WANGARATTA VIC 3677 AUS

Mr Gary Kelvin Smith
PO Box 7680
URANGAN QLD 4655
AUS

Mr Gary Owen Oneill &
Mrs Marina Lucia Romana Oneill
<Starfish Super Fund A/C>
24/22 Hudson Ave
CASTLE HILL NSW 2154 AUS

Mr Gary William Crow
55 Monash Avenue
UNDERBOOL VIC 3509
AUS

Mr Gavin Lyle Winter
8 Culzean Street
MANSFIELD QLD 4122
AUS

Mr Gavin Stewart Woolford
15 Hughes Ct
WALKLEY HEIGHTS SA 5098
AUS

Mr Gavin Stewart Woolford &
Mrs Adelina Woolford
<G & A Woolford S/F A/C>
15 Hughes Court
WALKLEY HEIGHTS SA 5098 AUS

Mr Gavin Wayne Onions
16 Radbourne Road
TANAWHA QLD 4556
AUS

Mr Gene Stanyer &
Mrs Bonnie Jean Ellen Stanyer
5 Oldbury Street
STANHOPE GARDENS NSW 2768
AUS

Mr Geoffrey Alexander Rieck &
Mrs Sharon June Rieck
28 Aldinga Place
MOOLOOLABA QLD 4557
AUS

Mr Geoffrey Brown
5/ 103 Bay Street
BRIGHTON VIC 3186
AUS

Mr Geoffrey Craig Kernick
29 Ontario Crescent
NARANGBA  QLD 4504
AUS

Mr Geoffrey Ian Crook &
Mrs Marie Therese Crook
22 Lockerbie Court
KAWUNGAN  QLD 4655
AUS

Mr Geoffrey Ronald Tabe
33 The Ridge
CANTERBURY VIC 3126
AUS

Mr Geoffrey Ronald Whyatt
3 Magnolia Drive
GLEN IRIS  WA 6230
AUS

Mr George David Angus &
Mrs Wendy Lorraine Angus
<Angus Family Super Fund A/C>
PO Box 599
THE JUNCTION NSW 2291 AUS

```
Mr George Euvrard De Kock
PO Box 206
CALEDON 7230
SOUTH AFRICA
ZAF

Mr George Graham &
Mrs Sandra Graham
Unit 2
28 Aurelian Street
PALMYRA WA 6157 AUS

Mr George Redwan
59 St Georges Rd
ELSTERNWICK VIC 3185
AUS

Mr George Romaniotis &
Mrs Julia Romaniotis
PO Box 96
WONTHAGGI VIC 3995
AUS

Mr Gerald Fuller
26 Ocean Acres Drive
TORQUAY VIC 3228
AUS

Mr Gerard Murphy
11 Jeffrey St
LEONGATHA VIC 3953
AUS

Mr Gerard Patrick O'Brien &
Mrs Diane Mary O'Brien
PO Box 137
WEST BEACH SA 5024
AUS

Mr Gerard Paul Brownrigg &
Mrs Jane Louise Brownrigg
43 Marbella Drive
BENOWA  QLD 4217
AUS

Mr Gideon Harkham
33 Kambala Road
BELLEVUE HILL NSW 2023
AUS

Mr Gijsbert Chow
41 Ray Drive
BALWYN NORTH  VIC 3104
AUS
```

Mr Gilbert Graham Agnew &
Mrs Valerie Dianne Agnew
19 Ramsay Avenue
MOUNT GAMBIER SA 5290
AUS

Mr Giovanni Spagnolo
<Marcus Deluca A/C>
13 Emmaline Street
NORTHCOTE VIC 3070
AUS

Mr Giuseppe Colosi
Unit B
279 Amelia Street
WESTMINSTER WA 6061
AUS

Mr Giuseppe Zipparo
Unit 2003 / 37 Victor Street
CHATSWOOD NSW 2067
AUS

Mr Glen Keith Haines
PO Box 720
DENILIQUIN NSW 2710
AUS

Mr Glen Keith Haines &
Mrs Connie Louise Haines
<Gk Haines Super Fund A/C>
PO Box 720
DENILIQUIN NSW 2710 AUS

Mr Glen Laurance Leslie
317 Epsom Avenue
REDCLIFFE WA 6104
AUS

Mr Glen Laurance Leslie
317 Epsom Ave
REDCLIFFE WA 6104
AUS

Mr Glen William Skelton &
Mr Steven Skelton
<Skelton Super Fund A/C>
3 Ardyne Street
MURRUMBEENA VIC 3163 AUS

Mr Glenn David Jobling
196 Coromandel Parade
COROMANDEL VALLEY SA 5051
AUS

Mr Glenn Hoyle
2/11 Athol Court
LANGWARRIN VIC 3910
AUS

Mr Gopal Prasad Mainali
13 Mary Ann Dr
GLENFIELD NSW 2167
AUS

Mr Gordon Alfred Coutinho &
Mrs Debra Coutinho
218 Kiora Road
YOWIE BAY NSW 2228
AUS

Mr Gordon Bruce Kemp
267 President Avenue
MIRANDA NSW 2228
AUS

Mr Gordon John Willis
PO Box 291
OSBORNE PARK WA 6917
AUS

Mr Gordon Strang
29 Bainbridge Mews
CURRAMBINE WA 6028
AUS

Mr Gordon Thomas Venables
12 Atherton St
WHITFIELD QLD 4870
AUS

Mr Graeme Carran
PO Box 61
TOODYAY WA 6566
AUS

Mr Graeme John Mathieson &
Mrs Therese May Mathieson
<Mathieson Family P/F A/C>
27 Racecourse Rd
NARRANDERA NSW 2700 AUS

Mr Graeme Kenneth McPherson
17 Maple Crescent
ERMINGTON NSW 2115
AUS

Mr Graeme Lloyd Gribben & Mrs Pamela Ire
<Gribben Family Super A/C>
C/- Diana McGregor
PO Box 5454
Q SUPERCENTRE QLD 4218 AUS

Mr Graeme Peter Lavender
Unit 134 21 Baywater Dr
TWIN WATERS QLD 4564
AUS

Mr Graeme Robert Barry &
Mrs Janette Dawn Barry
PO Box 135
ORROROO SA 5431
AUS

Mr Graeme William Flatman
5 Manning Road
MALVERN EAST VIC 3145
AUS

Mr Graeme William Hutton
PO Box 5212
LYNEHAM ACT 2602
AUS

Mr Graham David Hogg
49 Leake Street
PEPPERMINT GROVE WA 6011
AUS

Mr Graham John Jones
1 Burt Street
NORTHCOTE VIC 3070
AUS

Mr Graham Lawrence Richards &
Ms Suzana Saskor
<Flex Super Fund A/C>
PO Box 442
HOVE SA 5048 AUS

Mr Graham Mitchell Jones
Unit 37 33A Mackays Rd
COFFS HARBOUR NSW 2450
AUS

Mr Graham Mitchell Jones
Unit 37 33 Mackays Rd
COFFS HARBOUR NSW 2450
AUS

```
Mr Graham Robert Reid
<Reid Super Fund Account>
65 Docker Street
RICHMOND VIC 3121
AUS

Mr Graham Robert Reid
65 Docker Street
RICHMOND VIC 3121
AUS

Mr Graham Thomas Fitzgerald &
Ms Helen Lorraine Sharland
2/237 French Street
TUART HILL  WA 6060
AUS

Mr Graham Wilkins &
Mrs Emma Wilkins
29 Willow Glen Rd
KURRAJONG NSW 2758
AUS

Mr Grant Bruce Smethurst
5 Collier Street
ECHUCA VIC 3564
AUS

Mr Grant Edgar Sievers
9-69 The Esplanade
Balmoral Beach
MOSMAN NSW 2088
AUS

Mr Grant James Joseph
Pollard &
Mrs Kerry Lynette Pollard
11 Kurrajong Street
EARLVILLE QLD 4870 AUS

Mr Grantland Lloyd Pearce
<Pearce Family Sup Fund A/C>
PO Box 146
GOULBURN NSW 2580
AUS

Mr Gregory Eric Schubert
PO Box 79
STOCKWELL  SA 5355
AUS

Mr Gregory Frank Borys
55 The Crescent
TOONGABBIE NSW 2146
AUS
```

Mr Gregory Herbert Lawrence &
Mrs Wendy Lawrence
<G H Lawrence Super Fund A/C>
363 Mulgrave Road
BUNGALOW QLD 4870 AUS

Mr Gregory James Blight &
Mr Stephen Maxwell Blight
<Gregory Blight S/F A/C>
55 North East Road
COLLINSWOOD SA 5081 AUS

Mr Gregory John Walker & Miss Renee Eliz
<Two Plus Two Super Fund A/C>
Unit 2
6 Iramoo Circuit
ROCKBANK VIC 3335 AUS

Mr Gregory Joseph Bye
U 106 71 Victoria St
POTTS POINT NSW 2011
AUS

Mr Gregory Kenneth Hibbert
Unit 2 358 Lower Plenty Rd
VIEWBANK VIC 3084
AUS

Mr Gregory Levvey & Mrs Bronwyn Levvey
<Levvey Super Fund A/C>
Level 13 Freshwater Place
2 Southbank BLVD
SOUTHBANK   VIC 3006 AUS

Mr Gregory Maurice Wayne Smith &
Mrs Maria Anne Smith
255 Wharawhara Road
RD 2 KATIKATI 3178
NEW ZEALAND NZL

Mr Gregory Pridmore
35 Hallets Lane
YANDOIT VIC 3461
AUS

Mr Gregory Ross East
4 Oxley Street
MATRAVILLE  NSW 2036
AUS

Mr Gregory Stephen Thompson &
Ms Marie Joan Mitchell
<Superannuation Fund A/C>
PO Box 39332
WINNELLIE NT 0821 AUS

Mr Gregory Thomas Heffernan
42 Old Quarry Circuit
HELENSBURGH NSW 2508
AUS

Mr Gregory Thomas Susans
11 Allard Ave
ROSEVILLE CHASE NSW 2069
AUS

Mr Gregory Walker
Unit 2
6 Iramoo Circuit
ROCKBANK VIC 3335
AUS

Mr Hamish Alexander Rhodes
7 Havilah Court
VIEWBANK VIC 3084
AUS

Mr Han Young Ko
24 Harvard Circuit
ROUSE HILL NSW 2155
AUS

Mr Hangarkata Arun Rao
25 Crossandra Drive
MANGERE AUCKLAND 2022
NEW ZEALAND

Mr Haralambos Flaskas
3 Wategos St
GREENHILLS BEACH NSW 2230
AUS

Mr Harald Tristan Potuzak &
Mrs Meegan Louise Potuzak
6 Jonquil Pl
ALFORDS POINT NSW 2234
AUS

Mr Harwin Churniawan
Unit 4 9-11 Argyle St
CARLTON NSW 2218
AUS

Mr Healey Raymond Knighton
7 Blackman Court
WERRINGTON COUNTY NSW 2747
AUS

```
Mr Helmut Weil
561 Goodwood Island Road
GOODWOOD ISLAND NSW 2469
AUS

Mr Helmut Weil &
Mrs Ingrid Weil
561 Goodwood Island Road
GOODWOOD ISLAND NSW 2469
AUS

Mr Henry Laurence Morrison
PO Box 4975
CHISHOLM ACT 2905
AUS

Mr Hoo Ward Ng
35 Middle Park Drive
POINT COOK  VIC 3030
AUS

Mr Howard Steven Mills &
Mrs Sheelah Margaret Mills
<Stock & Station Super A/C>
PO Box 8369
ALLENSTOWN QLD 4700 AUS

Mr Hugh Armitage
<Armitage Family A/C>
PO Box 553
CLIFTON BEACH  QLD 4879
AUS

Mr Hugh James Henderson
Unit 2 18 Charles St
SEAFORD VIC 3198
AUS

Mr Ian Andrew Withers
Box 407
MUDGEE  NSW 2850
AUS

Mr Ian Frank Schubert &
Mrs Pamela Lorraine Schubert
1170 Murray River Road
TALGARNO VIC 3691
AUS

Mr Ian James McLellan
153 River St
COROWA NSW 2646
AUS
```

```
Mr Ian Malcolm Stephenson
169 Allingham Street
ARMIDALE  NSW 2350
AUS

Mr Ian Martin Anns &
Mrs Denise Andrea Anns
4 Ripplewood Avenue
THORNLIE WA 6108
AUS

Mr Ian Ranson
4 Richmond Ave
ST IVES  NSW 2075
AUS

Mr Ian Raymond Huett
PO Box 21
DELORAINE TAS 7304
AUS

Mr Ian Robert Kerr
192 Wilmot Street
PORT SORELL TAS 7307
AUS

Mr Ian Scott Richards
34 Kelvin Drive
FERNTREE GULLY VIC 3156
AUS

Mr Ian Shaw Chu
82 Smyth Road
NEDLANDS WA 6009
AUS

Mr Ian Thomas Rae &
Mrs Geraldine Anne Rae
<Rae Family Super Fund A/C>
4 Heron Place
GRAYS POINT NSW 2232 AUS

Mr Ian Warren Rowe &
Ms Therese Frances Rowe
3 Castleroy Court
ALBANY CREEK QLD 4035
AUS

Mr Ioannis Racovalis &
Mrs Vicky Racovalis
<Racovalis Super Fund A/C>
2 Plantago Court
GREENSBOROUGH VIC 3088 AUS
```

```
Mr Ivan Murray Handasyde
6 Tintern Rise
GLEN WAVERLEY VIC 3150
AUS

Mr Jake Francis Miller
16 Jackman Court
GOLDEN SQUARE VIC 3555
AUS

Mr James Alexander Boyd &
Mrs Katherine Louise Boyd
<Boyd Farming Super Fund A/C>
100-102 Rivergum Drive
HIGHTON VIC 3216 AUS

Mr James Barry Bass
410 Homer Street
EARLWOOD  NSW 2206
AUS

Mr James Benham
1463 Bridgman Road
BRIDGMAN NSW 2330
AUS

Mr James Binh Quyen Luu &
Mrs Hue Dao Chau
21 Hilltop Drive
OAKDEN SA 5086
AUS

Mr James Blacker &
Ms Maureen Blacker
<Blacker Super Fund A/C>
10 Mashie Court
ROSEBUD VIC 3939 AUS

Mr James Charles Smith
Unit 1
1A Greycliffe Street
QUEENSCLIFF NSW 2096
AUS

Mr James Douglas Price &
Mrs Talei Frances Kunkel
455 Roehampton Avenue
Toronto Ont M4P1S3 CAN

Mr James Francis Ryan
21 Kelton Way
THORNLIE WA 6108
AUS
```

Mr James Goss &
Mrs Mary-Ann Goss
PO Box 98
BALLANDEAN QLD 4382
AUS

Mr James Harper
7 The Righi
SOUTH YARRA VIC 3141
AUS

Mr James Joseph Whitehead
18 Jeffrey St
CAPALABA QLD 4157
AUS

Mr James L Skelton
Unit 30 Tall Trees
3745 Pacific Highway
SLACKS CREEK QLD 4127
AUS

Mr James Michael Gallagher &
Mrs Bernadette Maree Gallagher
<JBG Super Fund A/C>
31 Murrumbeena Road
MURRUMBEENA  VIC 3163 AUS

Mr James Robert Sexton
588 Glynburn Road
BEAUMONT SA 5066
AUS

Mr James Sean Regan
5 Fitzalan CCT
ARUNDEL QLD 4214
AUS

Mr James William Foster-Johnson &
Mrs Helen Foster-Johnson
<Sutton Park Future S/F A/C>
3 Sutton Parade
BOX HILL NORTH VIC 3129 AUS

Mr James William Humphreys
9 Hume Avenue
WENTWORTH FALLS NSW 2782
AUS

Mr Jamie Stuart Lowe
20 Hilton St
CLIFTON HILL VIC 3068
AUS

Mr Jarrad Lee Watt
20 McCall Pl
BLI BLI QLD 4560
AUS

Mr Jason Halley Robert
Mazzaferro
15 Stuart Crescent
BLAKEHURST NSW 2221
AUS

Mr Jason Roy King
124A Wittenoom St
WEST LAMINGTON WA 6430
AUS

Mr Jeffrey Bernhard Raberg &
Mrs Carol Raberg
<Raberg Retirement Fund A/C>
52 Sierra Avenue
BATEAU BAY NSW 2261 AUS

Mr Jeffrey Raymond Gallagher
11 Rounsevell Street
KAMBAH ACT 2902
AUS

Mr Jeffrey Steven Hall
Unit 2
48 Foch Street
BOX HILL SOUTH VIC 3128
AUS

Mr Jesse Arch Austin
PO Box 302
BERMAGUI NSW 2546
AUS

Mr Jim Nickson &
Mrs Kim Thanh Phu
Unit 1
231 Peel Street
NORTH MELBOURNE VIC 3051 AUS

Mr Jimmy Wai Hung Pong
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Mr Joannes Petrus Fabris &
Mrs Marian Clare Fabris
25 Iluka Avenue
MULLALOO WA 6027
AUS

Mr Joe Richard Watkins &
Mrs Gunnel Diana Watkins
<Joe & Gunnel R/F A/C>
PO Box 485
BEROWRA HEIGHTS NSW 2082 AUS

Mr Joel Yongjian Huang
Unit 7 116 Albert St
BRUNSWICK VIC 3056
AUS

Mr John Andrew Hart &
Ms Athena Lagos
<JVH NO5 Will A/C>
GPO Box 3298
SYDNEY NSW 2001 AUS

Mr John Anthony Olver
Suite 219
16 Cotham Road
KEW VIC 3101
AUS

Mr John Berman
55 Esplanade East
PORT MELBOURNE  VIC 3207
AUS

Mr John Bilotto
53 Imperial Avenue
BONDI NSW 2026
AUS

Mr John Charles Finnis &
Mrs Glenys Jan Boyanton
<Smith St Acc Ser SF No1 A/C>
PO Box 1046
NARACOORTE SA 5271 AUS

Mr John Charles Hazen &
Ms Susan Isabel Hazen
<Hazen Super Fund A/C>
PO Box 5198
SOUTH MELBOURNE VIC 3205 AUS

Mr John Clarence Webb &
Ms Joy Maree Webb
Unit 2
705 Nepean Highway
CARRUM VIC 3197 AUS

Mr John Crawford
3 Taggerty Court
KEILOR  VIC 3036
AUS

Mr John David Tennant
Unit 132
800 Kings Road
TAYLORS LAKES VIC 3038
AUS

Mr John Durkee
1125 E 49th Place
TULSA OK 74105
USA

Mr John Edward Byrne
PO Box 545
MILSONS POINT  NSW 1565
AUS

Mr John Elders
10 St Andrews Way
DUNCRAIG WA 6023
AUS

Mr John Francis Carlton
15 Seaview Pde
ELANORA QLD 4221
AUS

Mr John Graham Allardice &
Mrs Gwen Allardice
<Jg & G Allardice S/F A/C>
PO Box 386
BERMAGUI NSW 2546 AUS

Mr John Haynes &
Mrs Patricia Ann Haynes
3a/70 Terrace Road
EAST PERTH WA 6004
AUS

Mr John Healy &
Mrs Daphne Healy
Mail Service 2223T
176 Hursley Road
GLENVALE QLD 4350 AUS

Mr John Henry Elston
15A Gordon Street
BURWOOD NSW 2134
AUS

Mr John Lyons
46 Marchamley Street
CARLISLE WA 6101
AUS

```
Mr John M Durkee
1125 East 49th Place
TULSA OK 74105
USA

Mr John Mason
PO Box 7010
SOUTHPORT PARK QLD 4215
AUS

Mr John Mavrias
<John Mavrias Super Fund A/C>
132 Byrne Street
FITZROY NORTH VIC 3068
AUS

Mr John Maxwell Blumer
<Kahika P/L Super Fund A/C>
2 Myee Crescent
LANE COVE WEST NSW 2066
AUS

Mr John Oakley Clinton
<Clinton Trading A/C>
PO Box 4043
MOSMAN PARK WA 6012
AUS

Mr John Phillip Camilleri
83 Hambledon Rd
SCHOFIELDS NSW 2762
AUS

Mr John Pirie
<Liam Pirie A/C>
24 Redmond Street
SALTER POINT WA 6152
AUS

Mr John Raymond Lees
PO Box 464
HELENSVALE QLD 4212
AUS

Mr John Roderick O'Connell
93 Woronora Parade
OATLEY NSW 2223
AUS

Mr John Ronald Blanch
49 Kirkwood Road
CRONULLA  NSW 2230
AUS
```

Mr John Saviour Muscat &
Mrs Margaret Muscat
16 Preserve Circuit
DOREEN VIC 3754
AUS

Mr John Sidney Mason
Unit 8
38 Wyuna Avenue
HARBORD NSW 2096
AUS

Mr John Sultana
<Thomas John Sultana A/C>
65 Knightsbridge Avenue
ALTONA MEADOWS VIC 3028
AUS

Mr John Terence Kilford
Granary Cottage
New Road Swanwick
SOUTHAMPTON SO31 7HE
UNITED KINGDOM GBR

Mr John Thomas Magnifico
Unit 110 222-228 Sussex Street
SYDNEY NSW 2000
AUS

Mr John Toohey
160 Wattle Tree Road
HOLGATE NSW 2250
AUS

Mr John Waddington
C/-Lindsay Brown & Associates
Level 1
250 Bay Street
BRIGHTON VIC 3186 AUS

Mr John Walter Brooksbank
PO Box 317
KURANDA QLD 4881
AUS

Mr John Warwick Armstrong
53 Ranald Avenue
NINGI QLD 4511
AUS

Mr John William Fanning
9 Angus Court
MOOROOPNA VIC 3629
AUS

Mr John William Pinney
PO Box 571
COFFS HARBOUR NSW 2450
AUS

Mr John William Rawlinson &
Mrs Rayleen Rawlinson
PO Box 198
REDCLIFFE QLD 4020
AUS

Mr Johnny Di Liberto
2 Viola Close
GREENSBOROUGH VIC 3088
AUS

Mr Johnson Aouad
115 Botany Street
RANDWICK NSW 2031
AUS

Mr Johnson Chan
4 Giuffre Place
WEST PENNANT HILLS NSW 2125
AUS

Mr Jonathan Crisp &
Miss Karina Smith
395 The Panorama
TALLAI QLD 4213
AUS

Mr Jonathan Frederick Croft
1 Kemps Street
RINGWOOD EAST VIC 3135
AUS

Mr Jonathan George
130-134 Arundel Road
HORSLEY PARK  NSW 2175
AUS

Mr Jonathan Lyndon Osborne
480 Lawrence Hargrave Drive
WOMBARRA NSW 2515
AUS

Mr Jonathan Roy Black
23 Sunview Rd
SPRINGFIELD QLD 4300
AUS

Mr Jorge De Jorge &
Mrs Janine De Jorge
<De Jorge Family A/C>
179 Hanwood Rd
BRANXTON NSW 2335 AUS

Mr Jose Alexander Ramirez
3 Sandeford Way
MINTO NSW 2566
AUS

Mr Joseph Bruce Farrell
8 Mummaga Way
DALMENY NSW 2546
AUS

Mr Joseph Dimarco &
Mr Santino James Dimarco
Unit C61
1 McDonald Street
CRONULLA NSW 2230 AUS

Mr Joseph Gentile &
Mrs Monique Gentile
<Cumberland S/F A/C>
PO Box 194
CARINGBAH NSW 1495 AUS

Mr Joseph John Goodyer &
Ms Peta Alana Staszak
PO Box 588
KIAMA  NSW 2533
AUS

Mr Joseph Michael Lanskey
Unit 14 15-17 South St
COOLANGATTA QLD 4225
AUS

Mr Joseph Richard Watkins
PO Box 485
BEROWRA HEIGHTS  NSW 2082
AUS

Mr Joseph Rio
10 Yolanda Court
KILSYTH VIC 3137
AUS

Mr Joseph Strangio
1/126 Grand Boulevard
JOONDALUP WA 6027
AUS

Mr Joshua Mundey
15 Kitchener St
BALGOWLAH NSW 2093
AUS

Mr Joshua Terry White
2 Tathra Place
GYMEA NSW 2227
AUS

Mr Juan Carlos Abad &
Mrs Carmen Abad
<Abad Family Super Fund A/C>
PO Box 8644
MOUNT PLEASANT QLD 4740 AUS

Mr Julian Albert Prebble
U46/955 Gold Coast Highway
PALM BEACH QLD 4221
AUS

Mr Julian Henry Twyman-Heaven
8 Kootara Cres
NARRABUNDAH ACT 2604
AUS

Mr Julian Tran &
Ms Cheng Lan
7 Military Close
ANNERLEY QLD 4103
AUS

Mr Jun Zhao
2410/57-72 Queen Street
AUBURN NSW 2144
AUS

Mr Justin Dominic Penrose
112/38 Bank Street
SOUTH MELBOURNE VIC 3205
AUS

Mr Karl Wabersinke
1 Gerrybell Street
CALOUNDRA QLD 4551
AUS

Mr Ke Tan
82 Bambra Rd
CAULFIELD NORTH VIC 3161
AUS

Mr Keith Alexander Barnes
Unit 3
40 Felix Grove
MOOROOLBARK VIC 3138
AUS

Mr Keith William Boardman &
Mrs Jennifer Rita Boardman
33 Albert Street
MARGATE QLD 4019
AUS

Mr Kelvin Bowers
6 Archer St
ULVERSTONE TAS 7315
AUS

Mr Ken Quach
14 Collins Street
SEDDON VIC 3011
AUS

Mr Kenneth Douglas Battams
23 Hill St
BENTLEIGH EAST VIC 3165
AUS

Mr Kenneth Dudley Steele
PO Box 375
ASPLEY  QLD 4034
AUS

Mr Kenneth William Lewis
10 Medoc Place
TWEED HEADS SOUTH NSW 2486
AUS

Mr Kenny Robert Heatley
5/100 St Georges Crescent
DRUMMOYNE  NSW 2047
AUS

Mr Kerry Cameron Adams &
Mrs Moyra Christine Adams
<Eastpoint Con Pl SF No 2 A/C>
PO Box 29
CROWS NEST NSW 1585 AUS

Mr Kevin David Lee &
Mrs Suzanne Lee
<KDSJL Super Fund A/C>
PO Box 1741
MOUNT BARKER SA 5251 AUS

Mr Kevin Duarte
87 Barton Street
MONTEREY  NSW 2217
AUS

Mr Kevin Edwin Stephenson
24 Limerick Street
ACACIA RIDGE QLD 4110
AUS

Mr Kevin Henderson
39 Keppler Circuit
SEAFORD VIC 3198
AUS

Mr Kevin James Thompson
8 Twister St
CHISHOLM NSW 2322
AUS

Mr Kevin John Boers
55 Clayton Street
SUNSHINE NORTH VIC 3020
AUS

Mr Kevin John Boers &
Ms Annette Marie Vickery
<ANYETA26 Super Fund A/C>
55 Clayton Street
SUNSHINE NORTH VIC 3020 AUS

Mr Kevin John Hayes
29 Ainslie Ct
KARDINYA  WA 6163
AUS

Mr Kevin John Henderson
39 Keppler Circuit
SEAFORD VIC 3198
AUS

Mr Kevin Richard Lawton
17 Marola Avenue
ROSTREVOR  SA 5073
AUS

Mr Kevin Robert Sexton
588 Glynburn Road
BEAUMONT SA 5066
AUS

Mr Khai Hao Truong
106 Ballarat Road
FOOTSCRAY VIC 3011
AUS

Mr Kiat Phanith
29 Sweethaven Road
EDENSOR PARK NSW 2176
AUS

Mr Klaus Dieter Rohde &
Mrs Christine Lee Rohde
<Rohde Super Fund A/C>
23 Hyde Road
WHITESIDE QLD 4503 AUS

Mr Kurt James McPhail
34 Eden Way
YEPPOON  QLD 4703
AUS

Mr Kurt Martin Rose
PO Box 69
BROADBEACH QLD 4218
AUS

Mr Kym Livesley
Level 17
77 Castlereagh Street
SYDNEY NSW 2000
AUS

Mr Lachlan Macnish
Unit 1
2 Bank Street
NORTHCOTE VIC 3070
AUS

Mr Lance Lloyd Archie
PO Box 2043
MILDURA VIC 3502
AUS

Mr Laurance Edgar Schulz &
Mrs Anecita Pagandahan Schulz
<L & A Schulz Superfund A/C>
20 Brown Street
CALLIOPE QLD 4680 AUS

Mr Laurence Keith Darker &
Mrs Suzanne Maree Darker
<The L And S Darker SF A/C>
184-Avoca Road
STAWELL VIC 3380 AUS

Mr Laurie Quintal
32 Tucker Road
BENTLEIGH VIC 3204
AUS

```
Mr Lawrance Raymond Crane &
Miss Lyndal Irma Crane
<Morod A/C>
PO Box 72
NUNDAH QLD 4012 AUS

Mr Lawrence Anthony Eedy &
Mrs Eira May Eedy
Unit 34
95 Ashleigh Avenue
FRANKSTON VIC 3199 AUS

Mr Lawrence Cooper & Mrs Coral Cooper &
Mr Bradley Cooper
10 Lakeview Terrace
BEACONSFIELD VIC 3807 AUS

Mr Leath Hamish Margrie
PO Box 389
BROOKLYN PARK  SA 5032
AUS

Mr Lechek Luksza &
Mrs Martha Mary Luksza
<Luksza Superannuation A/C>
PO Box 3013
MANUKA ACT 2603 AUS

Mr Leigh Mathew Oliver
1 Gemma Rose Court
SPRING GULLY VIC 3550
AUS

Mr Leslie Arthur Booth
Unit 1 49 Normanby St
CRANBOURNE VIC 3977
AUS

Mr Leslie Phillips
42 Euree Street
REID  ACT 2612
AUS

Mr Lester McMahon
230 Frankston Dandenong Road
FRANKSTON NORTH VIC 3200
AUS

Mr Levi Holden
151 Clontarf Road
HAMILTON HILL  WA 6163
AUS
```

Mr Liam Francis Gallagher
Unit 109 140 Maroubra Rd
MAROUBRA NSW 2035
AUS

Mr Lindsay Corless
9 Summerton Rd
MEDINA WA 6167
AUS

Mr Lindsay George Dudfield
<Lg Dudfield P/F A/C>
PO Box 302
CLAREMONT WA 6910
AUS

Mr Lindsay George Dudfield &
Mrs Yvonne Sheila Doling Dudfield
<Lg Dudfield Pension Fund A/C>
PO Box 302
CLAREMONT WA  6910 AUS

Mr Lindsay Kenneth Spooner
2 Ti-Tree Crescent
BEROWRA NSW 2081
AUS

Mr Lindsay Oliver Leeser
29 Liverpool Street
PADDINGTON NSW 2021
AUS

Mr Louis William Durant
50 Fitzroy Street
KIRRIBILLI NSW 2061
AUS

Mr Luis Virgil Teran &
Mrs Elaine Joy Teran
PO Box 662
JAMISON CENTRE ACT 2614
AUS

Mr Lukas William De Vries
16 Sutherland Road
CHELTENHAM NSW 2119
AUS

Mr Luke Alexander David
1/60 Gourlay St
BALACLAVA VIC 3183
AUS

Mr Luke David Anthony
Mazzaferro
15 Stuart Crescent
BLAKEHURST NSW 2221
AUS

Mr Luke Michael Robertson
22 Tiernan St
FOOTSCRAY  VIC 3011
AUS

Mr Lyall Cameron Barr
P O Box 1427 Noosa Heads
NOOSA HEADS  QLD 4567
AUS

Mr Mac Christie
29/2 Williams Pde
DULWICH HILL NSW 2203
AUS

Mr Malcolm Hubert
Bassett-Scarfe
PO Box 5168
FALCON WA 6210
AUS

Mr Mamun Faiz Rashid
Level 6
33 York Street
SYDNEY NSW 2000
AUS

Mr Manoj Kumar Jha &
Mrs Padmaja Jha
<Jha Family Super Fund A/C>
GPO Box 1712
CANBERRA ACT 2601 AUS

Mr Marc Dominic Morabito &
Mrs Vittoria Maria Morabito
<M And V Morabito S/F A/C>
PO Box 370
KELLYVILLE NSW 2155 AUS

Mr Marc Longley Jones
1 Harlequin Boulevard
KEALY  WA 6280
AUS

Mr Marcel Abraham
21 Steel Street
GRANVILLE NSW 2142
AUS

```
Mr Marcus Andrew Levy
PO Box 110
VAUCLUSE NSW 2030
AUS

Mr Marcus Andrew Levy &
Mrs Vanessa Sanchez-Levy
PO Box 110
VAUCLUSE NSW 2030
AUS

Mr Mario Corallo
15 Bungalow Road
PEAKHURST NSW 2210
AUS

Mr Mario Salvatore Russo
PO Box 184
OAK FLATS NSW 2529
AUS

Mr Mario Scognamiglio &
Mrs Doris Scognamiglio
<Sco Super Fund A/C>
32 Surrey Street
EPPING  NSW 2121 AUS

Mr Mark Allan Hepworth
34 Eleventh Avenue
WEST MOONAH TAS 7009
AUS

Mr Mark Allen
37 Florence Avenue
DONVALE VIC 3111
AUS

Mr Mark Andrew Plackett
29 Heidelberg Road
CLIFTON HILL VIC 3068
AUS

Mr Mark Ashley Hughes
Unit 4 35 Agnes St
MORNINGSIDE QLD 4170
AUS

Mr Mark Damion Kawecki
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS
```

Mr Mark Damion Kawecki
62 McComb Boulevard
FRANKSTON SOUTH  VIC 3199
AUS

Mr Mark Damion Kawecki
<Toby Leon Kawecki A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Mr Mark Damion Kawecki
<Jamie Martin Kawecki A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Mr Mark David Hennessey
39 Macquarie Drive
CHERRYBROOK NSW 2126
AUS

Mr Mark Forsterling
PO Box 613
NOWRA NSW 2541
AUS

Mr Mark Francis Anthony
Downing
94 Chelford Street
ALDERLEY  QLD 4051
AUS

Mr Mark Francis McLoughlan
C/- Box 831
BENDIGO VIC 3552
AUS

Mr Mark Frederick Le Poer Trench &
Dr Emily Jane Hibbert
<Brooklet Holdings S/F A/C>
9 Fairlight Road
MULGOA NSW 2745 AUS

Mr Mark Howard Oldfield &
Mrs Julie Faye Oldfield
<Oldav Nominees A/C>
2 Quondong Ave
ATHELSTONE  SA 5076 AUS

Mr Mark Humphrey O'Sullivan &
Mrs Janine O'Sullivan
<Serenity Super Fund A/C>
6/101 Wentworth Road
STRATHFIELD  NSW 2135 AUS

Mr Mark James McAulay &
Mrs Vicki Leanne McAulay
7 Yalla Lane
REDRIDGE QLD 4660
AUS

Mr Mark Patrick Watycha
3 Flinders Court
KILSYTH  VIC 3137
AUS

Mr Mark Pritchard &
Mrs Joanne Pritchard
103 Fosters Lane
ANDERLEIGH  QLD 4570
AUS

Mr Mark Robert Dillon
27 Valley Street
WEST HOBART  TAS 7000
AUS

Mr Mark Shalala
PO Box 376
GUILDFORD NSW 2161
AUS

Mr Mark Stapleton
64 Hovell Street
COOTAMUNDRA  NSW 2590
AUS

Mr Mark Vincent Ewart
PO Box 687
PENNESHAW SA 5222
AUS

Mr Mark William McMonigal
3 Homestead Court
HARRINGTON PARK  NSW 2567
AUS

Mr Martin Bernardi
Cottons Weir
River Road
FORBES NSW 2871
AUS

Mr Martin Shorland
20 Lynette Avenue
BEAUMARIS  VIC 3193
AUS

Mr Martin Shorland &
Mrs Bruni Shorland
<Shorland Super Fund A/C>
PO Box 140
FITZROY VIC 3065 AUS

Mr Martin Stephen Farrow &
Mrs Michelle Farrow
<Farrow Family Ret Plan A/C>
114 Balaka Drive
CARLINGFORD NSW 2118 AUS

Mr Mathew James Harrison
19 Peterborough Avenue
LAKE ILLAWARRA NSW 2528
AUS

Mr Matthew Clifton
10 George Street
EAST MAITLAND NSW 2323
AUS

Mr Matthew Colin Harrison
31 Muramats Road
EAST ARM  NT 0822
AUS

Mr Matthew Cummins
189 Rusden Road
MOUNT RIVERVIEW NSW 2774
AUS

Mr Matthew David Burford
48 Frederick Street
GLENGOWRIE SA 5044
AUS

Mr Matthew Granfield
20 Grevillia Avenue
SOUTHPORT QLD 4215
AUS

Mr Matthew James Ford
159 Leanyer Dr
LEANYER NT 0812
AUS

Mr Matthew James Snape
Unit 5 535 Old South Head Rd
ROSE BAY NSW 2029
AUS

```
Mr Matthew John Haynes
3 Calpin Crescent
ATTADALE WA 6156
AUS

Mr Matthew Lorimer
Unit 603
3 Clydsdale Place
PYMBLE NSW 2073
AUS

Mr Matthew Peter Laurence
Noonan-Crowe
<Superannuation Fund A/C>
16 McMillan Street
VICTORIA PARK WA 6100 AUS

Mr Matthew Stephen Allison
Unit 2 321 Barkly St
ELWOOD VIC 3184
AUS

Mr Matthew Stephen Craig
Targett
36 Coppin Grove
HAWTHORN VIC 3122
AUS

Mr Matthew Thomas Brown
PO Box 835
COWES VIC 3922
AUS

Mr Matthias Wobbe
30 Crellin Cres
WATSONIA VIC 3087
AUS

Mr Maurice James Edgar & Mrs Irene Carol
11 Kulim Avenue
Bureta
TAURANGA 3001
NEW ZEALAND NZL

Mr Maurice Vincent Burke
22 Kanofski Street
CHERMSIDE WEST  QLD 4032
AUS

Mr Maxwell Holmes
9 Couta Close
PORT FAIRY VIC 3284
AUS
```

Mr Maxwell Raymond Dunstan &
Mrs Margherita Maria Dunstan
37 Hall Street
McKinnon VIC 3204
MCKINNON VIC 3204 AUS

Mr Merrick Ian Abraham
83 King Street
AIRPORT WEST VIC 3042
AUS

Mr Mervyn Leslie Hoskins
PO Box 840
BROADBEACH QLD 4218
AUS

Mr Mervyn Thomas Curtis
29 Jane Street
WILLASTON  SA 5118
AUS

Mr Mervyn William Chakley & Mrs Beverley
<Devenish Nominees S/F A/C>
Juneau Apartments
11/128 Duporth Avenue
MAROOCHYDORE   QLD 4558 AUS

Mr Mervyn William Chakley & Mrs Beverley
Juneau Apartments
11/128 Duporth Avenue
MAROOCHYDORE   QLD 4558 AUS

Mr Michael Anthony Wardrope
PO Box 1122
GYMEA NSW 2227
AUS

Mr Michael Bell
<Gypsy Road S/F A/C>
5 St Denis Close
BURRADOO  NSW 2576
AUS

Mr Michael Brian Armstrong &
Mrs Deborah Elizabeth
Armstrong
40 Saint Stephens Drive
UPPER COOMERA QLD 4209 AUS

Mr Michael Charles Lawrie
PO Box 1183
GERALDTON WA 6530
AUS

Mr Michael Charles Ravenshaw Brodie &
Ms Margaret Caroline Brodie
<Michael Brodie Family A/C>
PO Box 8068
TREVALLYN TAS 7250 AUS

Mr Michael Christopher Tallis
6 Beech Place
JERRABOMBERRA NSW 2619
AUS

Mr Michael Craig
PO Box 9
DAPTO NSW 2530
AUS

Mr Michael Dale Double & Ms Bernadette A
<Double Family Super A/C>
Unit 305 Clearwater
32 Refinery Drive
PYRMONT NSW 2009 AUS

Mr Michael Daniel Booker
13 Harvest Rd
OFFICER VIC 3809
AUS

Mr Michael Douglas Larcom
19 Ettie Street
SHERWOOD QLD 4075
AUS

Mr Michael Frederick Mangan
Unit 1612
183 Kent Street
SYDNEY NSW 2000
AUS

Mr Michael George Abdullah
18 Amy St
BLAKEHURST NSW 2221
AUS

Mr Michael Glockler
133 Dalton Street
DUBBO NSW 2830
AUS

Mr Michael Hannon
PO Box 354
GOROKA EHP
PAPUA NEW GUINEA

Mr Michael Ian Ogden
PO Box 423
EXMOUTH WA 6707
AUS

Mr Michael Jacobs
3920 Curtis Circle
Boca Raton
FLORIDA 33434

Mr Michael James Harrison
73 Musgrave Rd
BANYO QLD 4014
AUS

Mr Michael John Bofinger &
Mrs Alison Lucille
Bofinger
8 Girrilang Road
CRONULLA NSW 2230 AUS

Mr Michael John Gilbert &
Mrs Maria Gilbert
3 Erica Court
LANGWARRIN VIC 3910
AUS

Mr Michael John Gill
437 Nicholson Road
FORRESTDALE WA 6112
AUS

Mr Michael John Hawkins & Ms Diana June
<M J Hawkins Barrister SF A/C>
16th Floor
77 St Georges Terrace
PERTH WA 6000 AUS

Mr Michael John Vickers
2 Murragong St
JINDALEE QLD 4074
AUS

Mr Michael Kenneth Roach
16 Emerald Street
KIRWAN QLD 4817
AUS

Mr Michael Kyriakopoulos &
Mrs Sophie Kyriakopoulos
12 Penderel Way
BULLEEN VIC 3105
AUS

Mr Michael Lawton Harrington
South
PO Box 188
MILANG  SA 5256
AUS

Mr Michael Mishevski
34 Harris Street
SANS SOUCI NSW 2219
AUS

Mr Michael Nguyen
4 Somali Street
PASCOE VALE SOUTH VIC 3044
AUS

Mr Michael O'Sullivan
3 Ballanda Place
DURAL NSW 2158
AUS

Mr Michael Reginald McQuade
52 Culcairn Drive
FRANKSTON SOUTH VIC 3199
AUS

Mr Michael Rodney Arlington
Turner
PO Box 36181
MERIVALE CHRISTCHURCH 8146
NEW ZEALAND

Mr Michael Ronald Guyer
145 Coates Park Rd
COBBITTY NSW 2570
AUS

Mr Michael Silm
312 Mulhollands Road
THIRLMERE NSW 2572
AUS

Mr Michael Strachan
261B Woollamia Road
WOOLLAMIA NSW 2540
AUS

Mr Michael Yau Wai Chui &
Ms Choi Yuk Leung
27 Ellerslie Drive
WEST PENNANT HILLS NSW 2125
AUS

```
Mr Mieczyslaw Kawecki
17 Arundel Court
MOUNT ELIZA  VIC 3930
AUS

Mr Mieczyslaw Kawecki &
Mr Mark Damion Kawecki
<Max Kawecki Super Fund A/C>
17 Arundel Court
MOUNT ELIZA  VIC 3930 AUS

Mr Miles Edwin Currington
PO Box 6111
MALABAR NSW 2036
AUS

Mr Milton James Cottee
Unit 76
177 Badimara Street
FISHER ACT 2611
AUS

Mr Mimo John Aloisi &
Mrs Silvana Bruton
<M J Aloisi Super Fund A/C>
6 Florence Street
BENTLEIGH EAST VIC 3165 AUS

Mr Minh Cong Duong
Unit 93 188-190 Balaclava Rd
MARSFIELD NSW 2122
AUS

Mr Mitchel Uilke De Vries
16 Sutherland Road
CHELTENHAM NSW 2119
AUS

Mr Mitchell Scott Pavletich
5 Buckley Falls Road
HIGHTON VIC 3216
AUS

Mr Mladoje Potpara
6 Abele Street
BELL PARK VIC 3215
AUS

Mr Monojit Andrew Ray
9 Sutherland Lane
CREMORNE NSW 2090
AUS
```

Mr Moqiang Xu
398 Huntingdale Road
OAKLEIGH SOUTH VIC 3167
AUS

Mr Murray Boyd Bassett &
Mrs Fiona Clare Bassett
48 Wallace Street North
CABOOLTURE QLD 4510
AUS

Mr Murray Dennis &
Mrs Julie Dennis
PO Box 8072
HILTON WA 6163
AUS

Mr My Van Tran
20 Elizabeth St
BLAIR ATHOL SA 5084
AUS

Mr Myles Connell &
Mrs Dunia Connell
<Nca Superannuation Fund A/C>
13 Oran Court
DONCASTER EAST  VIC 3109 AUS

Mr Nathan Joseph Andrew Role
1 Pulham Close
CHIPPING NORTON NSW 2170
AUS

Mr Nathan Macphee
32 Box Court
MANSFIELD VIC 3722
AUS

Mr Neil Colquhoun
PO Box 160
WEST PENNANT HILLS NSW 2125
AUS

Mr Neil David Duffy
PO Box 27
WYONG  NSW 2259
AUS

Mr Neil Graham Harrison
16 Conigrave Road
YANGEBUP WA 6164
AUS

```
Mr Neil Joseph Cruikshank
86 Mogford Street
MACKAY QLD 4740
AUS

Mr Neil T Schmidt
114 Lysander Drive
HEATHRIDGE WA 6027
AUS

Mr Neville Thornley
347 Connell Street
Blockhouse Bay
AUCKLAND 1007
NEW ZEALAND

Mr Nicholas Exarhos
9A Dundee Lane
QUEENTON QLD 4820
AUS

Mr Nicholas Maksimovic
Unit 3
1-7 Gloucester Place
KENSINGTON NSW 2033
AUS

Mr Nigel Bruce Clark&
Mrs Sandra Clark
22 Knightsbridge Avenue
GLENWOOD NSW 2768
AUS

Mr Nigel Robin Burton
11 Kalyra Road
BELAIR SA 5052
AUS

Mr Nikolay Sobolev & Mrs Faina Soboleva
Mr Vladimir Sobolev
<Sobolev Super Fund A/C>
42 Nicklaus Parade
NORTH LAKES QLD 4509 AUS

Mr Norman Anthony Brass
12 Norma Rd
ALFRED COVE WA 6154
AUS

Mr Norman Frederick Brown
2 June Avenue
BALWYN NORTH VIC 3104
AUS
```

Mr Norman Leslie Swanwick
PO Box 476
ERINDALE CENTRE ACT 2903
AUS

Mr Ofer Karliner
60 John St
WOOLLAHRA NSW 2025
AUS

Mr Oliver Davis
5 Garden St
HAMPTON VIC 3188
AUS

Mr Olivier Filipowicz
40 Rue Des Saules
75018 PARIS
FRANCE
FRA

Mr Owen Michael Harrison
1 Day Rd
CHELTENHAM NSW 2119
AUS

Mr Pak Yang Chang
39 Chelford Street
ALDERLEY QLD 4051
AUS

Mr Patrick Alan Locker
5 Dunn St
TANNUM SANDS QLD 4680
AUS

Mr Patrick Brendan Hughes &
Mrs Donna Elizabeth Hughes
3324 Bruxner Highway
CASINO NSW 2470
AUS

Mr Patrick Burke
20 Bellevue Road
BELMONT NSW 2280
AUS

Mr Patrick John Smith
PO Box 32465
ABU DHABI
UNITED ARAB EMIRATES
ARE

```
Mr Paul Alexander White
Unit 11 44 Marine Pde
MAROUBRA NSW 2035
AUS

Mr Paul Andrew Flanagan &
Mrs Kellie Jayne Downey
<Flash Superannuation A/C>
Villa 4 78 Alfred St
RAMSGATE BEACH NSW 2217 AUS

Mr Paul Anthony Siegle
<Siegs Super Fund A/C>
49 Howard Road
DINGLEY VILLAGE VIC 3172
AUS

Mr Paul Anton Bolte
38 New Rd
OAK PARK VIC 3046
AUS

Mr Paul Charles Knight &
Mrs Kathleen Monica Knight
<Knight Family SF A/C>
PO Box 3
BROOKLYN NSW 2083 AUS

Mr Paul Clapham
PO Box 164
PITTSWORTH QLD 4356
AUS

Mr Paul David Congreve
PO Box 2553
EMERALD QLD 4720
AUS

Mr Paul Denis Mullen
P O Box 453
WINSTON HILLS NSW 2153
AUS

Mr Paul Flynn
Unit 79 29 Dawes Street
KINGSTON ACT 2604
AUS

Mr Paul Gerard Street
26 Warring Place
GIRALANG ACT 2617
AUS
```

```
Mr Paul Glendon Hunter
PO Box 1325
CANNING VALE DC WA 6970
AUS

Mr Paul Henry Masters
PO Box 302
GLADSTONE  QLD 4680
AUS

Mr Paul Higginbottom &
Mrs Helena Higginbottom
<Higginbottom Super Fund A/C>
15 Grant Street
MALVERN EAST VIC 3145 AUS

Mr Paul Joseph Sakr
5 Duggan Crescent
CONNELLS POINT  NSW 2221
AUS

Mr Paul Lee Hutchinson
209 Greenslopes St
EDGE HILL QLD 4870
AUS

Mr Paul Newton March &
Ms Merilyn Dawn March
PO Box 177
KADINA SA 5554
AUS

Mr Paul Richard Annable
62 Masonite Rd
TOMAGO NSW 2322
AUS

Mr Paul Robert Davey
15 Kittyhawk Drive
RD 1 TAUPO 3377
NEW ZEALAND

Mr Paul Sloan &
Mrs Gillian Sloan
PO Box 161
NORTH ADELAIDE  SA 5006
AUS

Mr Paul Stebbing
<Stebbing Super Fund A/C>
15 Waterfront Place
WILLIAMSTOWN VIC 3016
AUS
```

Mr Paul Trevor Mills &
Mrs Robyn Dell Mills
20 Shuttle Place
BRIDGEMAN DOWNS QLD 4035
AUS

Mr Pavel Sluka
23 Clearwater Rise Pde
TRUGANINA VIC 3029
AUS

Mr Peter Anthony Gibbs
8 Prospect Road
PEAKHURST NSW 2210
AUS

Mr Peter Anthony Wilson
108 Waratah Drive
YARRAVEL  NSW 2440
AUS

Mr Peter Arthur Pezos
287 Church Road
TEMPLESTOWE  VIC 3106
AUS

Mr Peter Beames
388 Redbank Road
WAUCHOPE  NSW 2446
AUS

Mr Peter David Wade
<Wade Family A/C>
17 Sandy Bay Road
CLONTARF NSW 2093
AUS

Mr Peter Denton Scholes
16 Lillian Street
COTTESLOE  WA 6011
AUS

Mr Peter Edward Hall
57 Calvert Street
BAIRNSDALE  VIC 3875
AUS

Mr Peter Francis Ashton
284 Southern Cross Road
SOUTHERN CROSS VIC 3283
AUS

Mr Peter Gardiner &
Mrs Shaylene Maree Gardiner
48814 Bruce Highway
BENARABY QLD 4680
AUS

Mr Peter Gilbert Campbell Mackay &
Mrs Devon Anne Mackay
<Mackay Family P/Ship A/C>
PO BOX 151 OHAKUNE 4660
NEW ZEALAND NZL

Mr Peter James Manning
PO Box 37992
WINNELLIE NT 0820
AUS

Mr Peter John Dick &
Ms Helen Anne Levers
4 Southwood Place
WEST PENNANT HILLS  NSW 2125
AUS

Mr Peter John Ellis
PO Box 816
KUNUNURRA WA 6743
AUS

Mr Peter John Goddard
2/2-4 Bloomsbury Ave
PYMBLE NSW 2073
AUS

Mr Peter John Kingston
PO Box 157
NAMBUCCA HEADS NSW 2448
AUS

Mr Peter John Ruddle &
Mrs Lyndall Wendy Ruddle
<Ruddle Superannuation A/C>
55 Cavan Street
ANNERLEY QLD 4103 AUS

Mr Peter John Woodhouse &
Mrs Leanne Morgan
87 Alawa Crescent
ALAWA NT 0810
AUS

Mr Peter Laurence Hardinge &
Mrs Kathryn Elizabeth Hardinge
1 Allender Court
OAKDOWNS TAS 7019
AUS

Mr Peter Laurence Lindsay &
Mrs Christine Elizabeth
Lindsay
5 St Georges Road
ST GEORGES BASIN NSW 2540 AUS

Mr Peter Lawrence Hawken &
Mrs Pamela Hawken
73 Franklin Avenue
WOONONA NSW 2517
AUS

Mr Peter Lewis Engelbrecht
13 Coila Ave
TUROSS HEAD NSW 2537
AUS

Mr Peter Lloyd Robinson
51 Fitzroy Road
RIVERVALE  WA 6103
AUS

Mr Peter Michael Buckley
36 Cruikshank Ave
ELDERSLIE  NSW 2570
AUS

Mr Peter Mouawad
11 Brooklyn Street
BURWOOD NSW 2134
AUS

Mr Peter Ng
22/25-31 Johnson St
CHATSWOOD NSW 2067
AUS

Mr Peter Thompson
11 Alroy St
BULLI NSW 2516
AUS

Mr Peter William Forbes
Morrison
6 Yeo Avenue
HIGHGATE  SA 5063
AUS

Mr Peter William O'Neill
42 Shepherd St
CHIPPENDALE NSW 2008
AUS

Mr Petri Yrjanainen
16 June Cresent
NOOSAVILLE QLD 4566
AUS

Mr Philip Anthony Cornock &
Mrs Maureen Elizabeth Cornock
<Estate Alison Humphries A/C>
48 Menangle Road
CAMDEN NSW 2570 AUS

Mr Philip Duncan Ralph
5 Brooks Drive
BAYSWATER WA 6053
AUS

Mr Philip Glenn Tate
"The Meadows"
140 Calderwood Road
ALBION PARK NSW 2527
AUS

Mr Phillip Graeme Tucker
2 Catherine Dr
DUBBO NSW 2830
AUS

Mr Phillip John Caldwell
24 Sumner Road
BAXTER VIC 3911
AUS

Mr Phillip John Caldwell
<Ruby Caldwell A/C>
24 Sumner Road
BAXTER VIC 3911
AUS

Mr Phillip John Fox &
Mrs Graziella Bonello-Fox
Unit 1001 35 Albert Road
MELBOURNE  VIC 3004
AUS

Mr Phillip Roland Whiting
PO Box 54
PORT AUGUSTA SA 5700
AUS

Mr Pratit Poudel
42 Sovereign CCT
GLENFIELD NSW 2167
AUS

Mr Qinghua Zhang &
Ms Xuefei Lu
18 Clissold Pde
CAMPSIE  NSW 2194
AUS

Mr Quirinus Johannas Van Kins &
Mrs Tina Van Kins
<Van Kins Super Fund A/C>
18 Stillwater Way
EDGEWATER WA 6027 AUS

Mr Quoc Cuong Nguyen
Unit 1
17-19 Mary Street
LIDCOMBE NSW 2141
AUS

Mr Raj Kumar Acharya
PO Box 10
COLES BAY TAS 7215
AUS

Mr Rajendra Kadel
11 Albion Cres
GLENFIELD NSW 2167
AUS

Mr Ralph Mervyn Greenham
1 Flinders Road
HILLCREST SA 5086
AUS

Mr Ramsin Malek
12 Ashur Cres
GREENFIELD PARK NSW 2176
AUS

Mr Ravindra Kumar Karunanayake
120 Harvey Road
KINGS PARK NSW 2148
AUS

Mr Raymond John Lanskey &
Mrs Ellen Lanskey
37 Lislane Street
FERNY GROVE QLD 4055
AUS

Mr Raymond Noel Skelton
PO Box 449
KYOGLE NSW 2474
AUS

Mr Raymond Noel Skelton &
Ms Helen Kerr
PO Box 449
KYOGLE NSW 2474
AUS

Mr Reynier Garcia
11 Manus Court
LALOR VIC 3075
AUS

Mr Richard A Adrey
1726 Mission Springs Drive
KATY TX 77450
USA

Mr Richard Adrey
1726 Mission Springs Dr
KATY TX 77450-5083
USA

Mr Richard Anthony Wright &
Ms Judith Denise Roberson
<The Ric Wright S/F A/C>
10 Andes Place
TURA BEACH NSW 2548 AUS

Mr Richard Anthony Wright &
Ms Judith Denise Roberson
<Ric Wright Super Fund A/C>
10 Andes Place
TURA BEACH NSW 2548 AUS

Mr Richard Cartwright
PO Box 139
WEST BURLEIGH QLD 4219
AUS

Mr Richard David Rhodes
21 Montrose Place
THE GAP QLD 4061
AUS

Mr Richard Hyett Dungey &
Mrs Patricia Mary Dungey
<R H & P M Super A/C>
14 Doak Street
BENDIGO  VIC 3550 AUS

Mr Richard J Wyand-Brooks &
Mrs Vicki E Wyand-Brooks
15 James Street
SOUTH STRATHFIELD NSW 2136
AUS

```
Mr Richard James
23 A Dumbarton Street
MCMAHONS POINT  NSW 2060
AUS

Mr Richard John Howells &
Mrs Lee Howells
<Lynmara S/F A/C>
PO Box 360
MACEDON VIC 3440 AUS

Mr Richard Lawrence
39 Fifth Ave
SHOALWATER WA 6169
AUS

Mr Richard Merlin O'Sullivan
Unit 2
22 Etham Avenue
DARLING POINT NSW 2027
AUS

Mr Richard Michael Nelson
204 Manchester Road
MOOROOLBARK VIC 3138
AUS

Mr Richard Parsons
PO Box 105
KIMBA  SA 5641
AUS

Mr Richard Ruscombe Poole
PO Box 5263
MAROOCHYDORE BC QLD 4558
AUS

Mr Richard Spence &
Mrs Ann Spence
<R & A Spence SMSF A/C>
61 Ballagh St
ELLIMINYT VIC 3250 AUS

Mr Rik William Marchant
27 Homestead Drive
BANGHOLME VIC 3175
AUS

Mr Robert Andrew Kostrz &
Mrs Caroline Kostrz
35 Cotton Crescent
BULL CREEK WA 6149
AUS
```

```
Mr Robert Anthony McLucas
35 Sutherland Street
KINGSCLIFF NSW 2487
AUS

Mr Robert Bruce Crabbe &
Mrs Karen Elizabeth Crabbe
<Emeritus Super Fund A/C>
PO Box 773
GLENELG SA 5045 AUS

Mr Robert Charles Dingle &
Mrs Robyn Dawn Dingle
<Dings Dynamic Superfund A/C>
333A Tapleys Hill Rd
SEATON SA 5023 AUS

Mr Robert Charles Franz
2 Cluny Way
ELLENBROOK WA 6069
AUS

Mr Robert Charles Preston
716 Blowering Road
TUMUT  NSW 2720
AUS

Mr Robert Desmond Dailey &
Mrs Kerrie Anne Dailey
PO Box 122
LAMBTON NSW 2299
AUS

Mr Robert Diepeveen &
Mrs Esther Diepeveen
38 Oswald St
VICTORIA PARK WA 6100
AUS

Mr Robert Donald Lawrence &
Mrs Janet Ann Lawrence
17 Sayers Close
GLEN INNES NSW 2370
AUS

Mr Robert Edward Innes
9 Denway Grove
NORWOOD TAS 7250
AUS

Mr Robert Fransen &
Mrs Janice Fransen
42 Bayview Avenue
TENBY POINT VIC 3984
AUS
```

Mr Robert Gerard Adamson
95 Fox Valley Road
WAHROONGA NSW 2076
AUS

Mr Robert Gerard Adamson &
Mrs Gaele Doreen Adamson
95 Fox Valley Road
WAHROONGA NSW 2076
AUS

Mr Robert Herz
GPO Box 7209
South Sydney Business Hub
ALEXANDRIA  NSW 2015
AUS

Mr Robert John David
PO Box 5161
GREENWICH NSW 2065
AUS

Mr Robert John Evans
16 Tasman Highway
BICHENO  TAS 7215
AUS

Mr Robert John McKenna
Unit 6 Ground Floor
8 Wentworth Drive
LIBERTY GROVE NSW 2138
AUS

Mr Robert John Moore
B9/14-16 Burraneer Bay Road
CRONULLA  NSW 2230
AUS

Mr Robert Kay Davenport
<RKD Sueprannuation Fund A/C>
13 Hextall Avenue
TRANMERE SA 5073
AUS

Mr Robert Leslie Stonier &
Mrs Lynda Elizabeth Stonier
<Stonier Super Fund Account>
23 Watson Street
NEWMARKET  QLD 4051 AUS

Mr Robert Malcolm Gander
7 Surfsound Ave
WALLABI POINT NSW 2430
AUS

Mr Robert McAdam Stevenson &
Mrs Louise Elizabeth
Stevenson
16 Northcote St
BRIGHTON QLD 4017 AUS

Mr Robert Quentin Davis & Mrs June Berna
<R & J Davis Super Fund A/C>
Res 2102 South Shields
Private Mail Bag 90
GOLD COAST MC QLD 9726 AUS

Mr Robert Reginald Merrotsy &
Mrs Margaret Mary Merrotsy
100 Murtha Drive
ELANORA  QLD 4221
AUS

Mr Robert Scott McLay
Unit 1 20-22 Lunan Avenue
DRUMCONDRA VIC 3215
AUS

Mr Robert Thomas Johnston
64 Clanville Rd
ROSEVILLE NSW 2069
AUS

Mr Robert Walter Warneford & Mrs Prudenc
Warneford
<The Warneford S/F A/C>
2/83 Booralie Rd
TERREY HILLS NSW 2084 AUS

Mr Robert Wayne Hammerton
12 Allen Johnston Place
SAINT JOHNS AUCKLAND 1072
NEW ZEALAND

Mr Robert William Corlett
PO Box 7155
GWYNNEVILLE NSW 2500
AUS

Mr Robert William Wallace &
Mrs Marilyn Wallace
4 Kingsbury Street
GOWRIE ACT 2904
AUS

Mr Robert Zobouian
4 Parkwood Drive
MENAI NSW 2234
AUS

Mr Robin Blair Cuy
8 Ashford Court
INVERMAY PARK VIC 3350
AUS

Mr Robin David McGaffin
Unit 49
24 Prince Edward Parade
REDCLIFFE QLD 4020
AUS

Mr Robin Dean Keily
PO Box 437
MARYBOROUGH QLD 4650
AUS

Mr Robin Edgar Pearce
PO Box 295
TENNANT CREEK NT 0861
AUS

Mr Robin Yeats Ellerman &
Mrs Mary Ellerman
<Ellerman Super Fund A/C>
PO Box 37
MOUNT GAMBIER SA 5290 AUS

Mr Roderick James McIvor
2 13-15 Illawong Street
SURFERS PARADISE QLD 4217
AUS

Mr Rodney Bruce Cross
29 Ramornie Drive
TOORMINA  NSW 2452
AUS

Mr Rodney Cecil Cross
The Physics Department
UNIVERSITY OF SYDNEY NSW 2006
AUS

Mr Rodney Daryl Cuthbert
49 Robe St
ST KILDA VIC 3182
AUS

Mr Rodney Harper &
Mrs Elizabeth Harper
<Harper Mumby Super Fund A/C>
GPO Box 5382
SYDNEY  NSW 2001 AUS

Mr Rodney Howard George&
Mrs Janette Lydia George
<Rodney George S/Fund A/C>
PO Box 496
BUNDABERG QLD 4670 AUS

Mr Rodney Kenneth Davison
11 Watson Road
GYMPIE  QLD 4570
AUS

Mr Rodney Kenneth Davison
11 Watson Road
SOUTHSIDE  QLD 4570
AUS

Mr Rodney Michael Watson &
Mrs Anna Maree Watson
PO Box 511
NORTH HOBART TAS 7002
AUS

Mr Roger Norman Bower
18 Walu Street
BRACKEN RIDGE QLD 4017
AUS

Mr Roger Phillip Henderson
20 Andrew Cres
CROYDON SOUTH VIC 3136
AUS

Mr Roger William Schmakeit
11 Forest Rd
DUNS CREEK NSW 2321
AUS

Mr Rohan Robert McNutt
72 Knowsley-Eppalock Road
KNOWSLEY  VIC 3523
AUS

Mr Roman Kolakowski &
Mrs Mariola Elzbieta Drozd
<Kolakowski S/F A/C>
6 Wanaka Place
MCDOWALL QLD 4053 AUS

Mr Romesh Perera
8 Sorbus Close
ENDEAVOUR HILLS VIC 3802
AUS

```
Mr Ronald James Johnstone &
Mrs Pamela Alice Johnstone
<Petropym Super Fund A/C>
14 Mills Beach Close
MORNINGTON VIC 3931 AUS

Mr Ronald Walter Topping
63 Koraha Road
RD 2 KUMEU 0892
NEW ZEALAND

Mr Ronald William Glasson
76A Statenborough Street
ERINDALE SA 5066
AUS

Mr Rong Fan & Ms Wanlu Gou
<The Fan Family SF A/C>
Unit 2
36B Augusta Rd
NEW TOWN TAS 7008 AUS

Mr Ross Alexander Osborne
9 Memorial Drive
PARAHAKI WHANGAREI 0112
NEW ZEALAND

Mr Ross Brian Wilson &
Mrs Carmen Wilson
184 Oyster Cove Resort
1 Orion Drive
YAMBA  NSW 2464 AUS

Mr Ross Cundari &
Mrs Wendy Janyne Cundari
<R & W Cundari Super Fund A/C>
5 Lambeth Court
EPPING VIC 3076 AUS

Mr Ross George Hinscliff
5 Thirroul Gr
KINGSLEY WA 6026
AUS

Mr Ross Norman Thompson
128 Rafting Ground Road
BROOKFIELD QLD 4069
AUS

Mr Ross O'Brien &
Mrs Julie Jean O'Brien
<J & R Super Fund A/C>
15 Eildon Road
ST KILDA VIC 3182 AUS
```

Mr Roy Simon Chassey
1 Rupert Avenue
BELLEVUE HILL NSW 2023
AUS

Mr Roy Zacharias
19 Barangaroo Street
CHISHOLM  ACT 2905
AUS

Mr Ruben Alba
C/- Fresco LLC
11245 River Run Parkway
HENDERSON, CO 80640

Mr Rudolf Hombergen
54 Hersey Street
GLENBROOK NSW 2773
AUS

Mr Russell Charles McIntyre &
Mrs Yvonne Anne McIntyre
19 Guinevere Parade
GLEN WAVERLEY VIC 3150
AUS

Mr Ruwan Brell
206 Farmborough Road
FARMBOROUGH HEIGHTS NSW 2526
AUS

Mr Ryan Sydney McClenaghan
PO Box 411
STEPNEY SA 5069
AUS

Mr Sagar Rajpura
201 Seven Hills Road
BAULKHAM HILLS  NSW 2153
AUS

Mr Salmin Safraz Khan
42 Jones Ave
POTTS HILL NSW 2143
AUS

Mr Samuel John Berridge
Unit 3
13 Roscoe Street
BONDI BEACH NSW 2026
AUS

Mr Samuel Ross Marks
C/- Stephen G Marks
PO Box 337
TOORAK VIC 3142
AUS

Mr Samuel Stamos
5 Foley Place
BENTLEIGH EAST  VIC 3165
AUS

Mr Samuel Thomas Hutchison
<The S T Hutchison S/F A/C>
311 Macarthur Street
BALLARAT VIC 3350
AUS

Mr Satya Narayan Raju Naicker
19 Macleay Crescent
ST MARYS  NSW 2760
AUS

Mr Scott Allan Bryan &
Mrs Melissa Joy Bryan
<The Bryan Family S/F A/C>
6 Ringtail Place
BLI BLI QLD 4560 AUS

Mr Scott Leigh Zucker
6 Fourth Avenue
CHELTENHAM  SA 5014
AUS

Mr Scott Matthew Taylor &
Mrs Tania Amy Taylor
<Curly Holdings S/Fund A/C>
22 Connaught St
NARRAWEENA NSW 2099 AUS

Mr Scott Nicholas Pearson
Unit 10 26 Kingscliff St
KINGSCLIFF NSW 2487
AUS

Mr Scott Yale Gresham &
Mrs Tricia Mary Gresham
58 Wallalong Crescent
WEST PYMBLE NSW 2073
AUS

Mr Sean Dennehy
26 Kent Road St Johns Hill
WHANGANUI 4501
NEW ZEALAND

Mr Sean Donahugh Vanderfield
Foley
42 Shepherd Street
CHIPPENDALE NSW 2008
AUS

Mr Sean Lim Khov
8 Albion Avenue
MERRYLANDS NSW 2160
AUS

Mr Sebastiano Formica &
Mrs Lucia Formica
<Formica Super Fund A/C>
PO Box 3123
AUBURN VIC 3123 AUS

Mr Sergio Sill
37 Woy Woy Road
KARIONG  NSW 2250
AUS

Mr Shane Bradley Hagan
22 Hoskin Avenue
KIDMAN PARK  SA 5025
AUS

Mr Shane Edgar Simmons
31B Weston St
CARLISLE WA 6101
AUS

Mr Shaun Andrew Nolan
PO Box 1097
CRONULLA NSW 2230
AUS

Mr Shaun Andrew Nolan &
Mrs Kylie Jane Nolan
<Aspect Super Fund A/C>
PO Box 1097
CRONULLA NSW 2230 AUS

Mr Shaun Hirendra Nair &
Mrs Antonella Nair
14 Hammond Ave
CROYDON NSW 2132
AUS

Mr Shaun O'Donahoo &
Mrs Judith O'Donahoo
2A Keirle Avenue
WHITFIELD QLD 4870
AUS

Mr Shaun Timothy Gregory
31 Clarks Road
KEILOR EAST  VIC 3033
AUS

Mr Sheldon Denzel Steyn
29 Tara Vista BLVD
HIGHLAND PARK QLD 4211
AUS

Mr Shu Chun Wong &
Mr Quinson Matthew Wong
<Shu Chun Wong SMSF A/C>
5 Mayfield Hill
BONYTHON ACT 2905 AUS

Mr Siak Seng Quah &
Ms Bee Lee Tan
<Qt S/F A/C>
22 Linckens Crescent
BALWYN  VIC 3103 AUS

Mr Sie Chung Wong &
Ms Catherine Ping Chih
9 Anderton Retreat
MURDOCH WA 6150
AUS

Mr Silvio D'Aloia
2 Edgar Street
RESERVOIR VIC 3073
AUS

Mr Simon Conole
PO Box 454
MERBEIN  VIC 3505
AUS

Mr Simon Cornell
6 Trafalgar Avenue
ROSEVILLE NSW 2069
AUS

Mr Simon Leary
103 Morrison Ave
WOMBARRA  NSW 2515
AUS

Mr Simon Matthew Haynes &
Mrs Josephine Marion Haynes
28 Narcissus Ave
PARKWOOD WA 6147
AUS

```
Mr Simon Neville Breman
9 Lilac Cres
BERWICK VIC 3806
AUS

Mr Simon Richard De Meyrick &
Mr Richard John Spoehr
<Simondm Super Fund A/C>
24 Lower Fort Street
DAWES POINT  NSW 2000 AUS

Mr Simon Rixson Zillman
1020 Old North Road
ROCKSBERG QLD 4510
AUS

Mr Simon Walter &
Mrs Amanda Walter
7 Manooka Drive
CANNONVALE  QLD 4802
AUS

Mr Sing Ting
<Ting Family S/F  A/C>
9 Ranfurlie Drive
GLEN WAVERLEY  VIC 3150
AUS

Mr Soren Carlsen
377 Military Road
MOSMAN NSW 2088
AUS

Mr Stan Weeks
P O Box 345
NELSON BAY NSW 2315
AUS

Mr Stanley James Wilson &
Mrs Geraldine Ann Foster
<Gerry Foster Super Fund A/C>
PO Box 400
SPIT JUNCTION NSW 2088 AUS

Mr Stefan Metanomski
73 Waterfall Gully Road
WATERFALL GULLY SA 5066
AUS

Mr Stefan Nikolic
2 Zeeb Ct
MIRRABOOKA  WA 6061
AUS
```

Mr Stephane Dufaut
10/25 Sloane St
SUMMER HILL NSW 2130
AUS

Mr Stephen Abbott &
Mrs Nicole Abbott
<Abbott Superannuation A/C>
17A Chelmsford Ave
BOTANY NSW 2019 AUS

Mr Stephen Brian Fanetti
16 Jubilee Drive
PINJARRA WA 6208
AUS

Mr Stephen Grant Davis
Unit 57
19-25 Queen Street
NEWTOWN NSW 2042
AUS

Mr Stephen James Reynolds
9 Datura Court
PARKWOOD WA 6147
AUS

Mr Stephen Karnaghan
23 Devonshire Street
CROYDON NSW 2132
AUS

Mr Stephen Lamb
68A Farnell Street
MERRYLANDS  NSW 2160
AUS

Mr Stephen Lester Cran &
Mrs Jillian Rosemary Cran
<123439 A/C>
34 Greenwood Street
BRIGHTON  QLD 4017 AUS

Mr Steven Anthony Gibara
105 St Georges Parade
HURSTVILLE NSW 2220
AUS

Mr Steven Frank Sheppard
Unit 5 330 Hawthorne Road
HAWTHORNE QLD 4171
AUS

Mr Steven John Thompson
Lot 12 Cranbrook Park Road
LITTLE HARTLEY NSW 2790
AUS

Mr Steven Patrick Van Ryn &
Mrs Lucy Liane Van Ryn
6 Hall Dr
MENAI NSW 2234
AUS

Mr Steven Peter Ledden &
Mrs Fiona Ledden
54 O'Donohue Road
ANGLESEA VIC 3230
AUS

Mr Stewart Cable
11 Ozone Parade
TRIGG  WA 6029
AUS

Mr Stirling Baker
8 Wembury Road
ST IVES NSW 2075
AUS

Mr Stuart Edwin Frith
Box 4037
MATARANKA NT 0852
AUS

Mr Stuart McLachlan
11 Saint Vincent Road
TUROSS HEAD NSW 2537
AUS

Mr Stuart Richard Martin
2 Waratah Rd
WENTWORTH FALLS NSW 2782
AUS

Mr Subhash Dhir &
Mrs Asha Dhir
<Dhir Super A/C>
18 Nix Avenue
MALABAR NSW 2036 AUS

Mr Subramaniam Sreenivasan
205 Stockmans Way
KENSINGTON VIC 3031
AUS

Mr Surender Kumar Pawar
Unit 71 31-33 Campbell Street
LIVERPOOL NSW 2170
AUS

Mr Suresh Paryani
33/460 Jones Street
ULTIMO NSW 2007
AUS

Mr Swee Eng Chen &
Mrs Cheng Eng Chan
<Chen Super Fund A/C>
PO Box 139
JESMOND NSW 2299 AUS

Mr Talis Janis Putnins
15 Old Farm Rd
HELENSBURGH NSW 2508
AUS

Mr Tammo De Vries
PO Box 413
GOLDEN SQUARE VIC 3555
AUS

Mr Tankred Otfried Mueller
PO Box 26
PAMBULA  NSW 2549
AUS

Mr Taras Sobol
2 Steele Avenue
ST KILDA  VIC 3182
AUS

Mr Te Sau Leong &
Mrs San Mi Leong
PO Box 1140
HORSHAM VIC 3400
AUS

Mr Teo Barr Gebert
PO Box 219 127 Bondi Rd
BONDI NSW 2026
AUS

Mr Terence Michael Brooks &
Ms Yiak Choo Sim
<Star 999 Superfund A/C>
46 Moreton Road
ILLAWONG NSW 2234 AUS

Mr Terrence Leo Gallagher
11 Rounsevell Street
KAMBAH ACT 2902
AUS

Mr Thain Chai Yong
65 Todd Avenue
COMO WA 6152
AUS

Mr Theodorus De Bruin &
Mrs Janice De Bruin
9 James Street
GLOSSODIA NSW 2756
AUS

Mr Tho Man Yap
2 Parrabel Place
ISABELLA PLAINS ACT 2905
AUS

Mr Thomas Andrew Renny
11 Iralba Avenue
EMU PLAINS NSW 2750
AUS

Mr Thomas Hallam
12 Capella Pl
NORMANHURST NSW 2076
AUS

Mr Thomas Magnifico
247 Lilyfield Road
LEICHHARDT NSW 2040
AUS

Mr Thomas Richardson
21 Norwood St
SANDRINGHAM  VIC 3191
AUS

Mr Thomas Tai-Chin Lui
36 Arthurs Circle
MOUNT COLAH NSW 2079
AUS

Mr Tiancheng Liu
15 Wade St
CAMPSIE NSW 2194
AUS

Mr Tim Alan O'Brien
3 Ronald Avenue
BURRILL LAKE  NSW 2539
AUS

Mr Timo Angelini &
Mrs Antonietta Angelini
PO Box 2631
KENT TOWN  SA 5071
AUS

Mr Timofey Klimov
42 Shepherd
CHIPPENDALE NSW 2008
AUS

Mr Timothy Alexander Brown
2 Audley Ave
PROSPECT SA 5082
AUS

Mr Timothy Charles Weale
41A Petersham Rd
MARRICKVILLE  NSW 2204
AUS

Mr Timothy Collett
43 Densham Road
ARMADALE VIC 3143
AUS

Mr Timothy David Fraser
PO Box 2569
CARLINGFORD COURT NSW 2118
AUS

Mr Timothy Edward Sheehan
Breakfree Resort 161 17
Buccaneer Drive
URANGAN QLD 4655
AUS

Mr Timothy Graham Sykes &
Mrs Rachael Tamara Sykes
PO Box 264
PENGUIN TAS 7316
AUS

Mr Timothy John Lennox &
Mrs Alison Florence Lennox
<Lennox Super Fund A/C>
PO Box 6069
MAROOCHYDORE QLD 4558 AUS

Mr Timothy Keys Wilson
38 Elizabeth Street
MALVERN VIC 3144
AUS

Mr Timothy Tyrrell
26 Tramway Road
NORTH AVOCA  NSW 2260
AUS

Mr Toby Middleton &
Mrs Kylie Middleton
19 Coonara Ave
SEAFORD VIC 3198
AUS

Mr Toh Kiew Ung
2 Brynor Crescent
GLEN WAVERLEY  VIC 3150
AUS

Mr Tomislav Sikic
Unit 1 27-29 Bigge St
LIVERPOOL NSW 2170
AUS

Mr Tong Chen
24 Northmead Ave
NORTHMEAD NSW 2152
AUS

Mr Tony Elltan Daroczy
97A Tower Street
PANANIA NSW 2213
AUS

Mr Tony Holmwood
PO Box 1009
POTTS POINT NSW 1335
AUS

Mr Tony Howes
31 Accession Street
BARDON QLD 4065
AUS

Mr Tony Nakhl
41 Amalfi Street
LURNEA  NSW 2170
AUS

Mr Trent Michael Stephens
2304/129 Harrington Street
THE ROCKS NSW 2000
AUS

```
Mr Trevor Daley & Mrs Janis Daley
<Pyrmont Number 1 Fund A/C>
Unit 505
42 Refinery Drive
PYRMONT NSW 2009 AUS

Mr Trevor John McLoughlin &
Mrs Gail McLoughlin
<Realmac Super Fund A/C>
8 Daleview Close
GLEN FORREST  WA 6071 AUS

Mr Tristan Grist &
Mrs Michelle Bicknell-Grist
1 The Crescent
ASHGROVE QLD 4060
AUS

Mr Troy Joseph Jeffs
PO Box 13
MULGRAVE VIC 3170
AUS

Mr Ugo Fanizza
36 Gardenia Road
BALWYN NORTH  VIC 3104
AUS

Mr Upali Perera
9 Castlereagh Place
WATSONIA VIC 3087
AUS

Mr Victor Wan
GPO Box 5188
SYDNEY NSW 2001
AUS

Mr Victor Wan
<Super Fund A/C>
GPO Box 5188
SYDNEY NSW 2001
AUS

Mr Vijayakumar Halagali &
Mrs Girijadevi Halagali
73 Aleppo Street
QUAKERS HILL NSW 2763
AUS

Mr Vikki Niall Deguara &
Mrs Gayle Nola Deguara
<V & G Deguara S/F A/C>
PO Box 382
MARIAN QLD 4753 AUS
```

Mr Vincent Padgham &
Ms Ching Chan
6 Moodie Street
FARRER ACT 2607
AUS

Mr Vinesh V Chandra
Unit 3105 2 Activa Way
HOPE ISLAND QLD 4212
AUS

Mr Vlade Stojkovski
7 Lillian Place
FIGTREE NSW 2525
AUS

Mr Wade Edward Shephard
12 Martin St
EAST BUNBURY WA 6230
AUS

Mr Warwick Lloyd Jull
PO Box 389
MISSION BEACH  QLD 4852
AUS

Mr Wayne David Dienhoff &
Mrs Caroline Mary Dienhoff
<Dienhoff Super Fund A/C>
17 Swansea Street
LARGS NORTH SA 5016 AUS

Mr Wayne Leslie Smith
106 Hartwig Road
MOTHAR MOUNTAIN QLD 4570
AUS

Mr Wayne Robert Nettleton &
Mrs Barbara Anne Nettleton
<Turnco Industries S/F A/C>
PO Box 48
COLLINS ST WEST VIC 8007 AUS

Mr Wei Daniel Li
22 Parkside Dr
KOGARAH BAY NSW 2217
AUS

Mr Wei Yeong Ho
21 Chandler Road
GLEN WAVERLEY  VIC 3150
AUS

Mr Wesley Sulzberger
39 Tanner Dr
LEGANA TAS 7277
AUS

Mr Wilhelmus Johannes Evers&
Mrs Gesina Anna Maria Evers
Unit 32 21 Bayview Street
RUNAWAY BAY QLD 4216
AUS

Mr William Barlin
PO Box 5116
LYNEHAM ACT 2602
AUS

Mr William Chambers
168 Alcock Road
ELIMBAH QLD 4516
AUS

Mr William Martin Mulvihill
5 Burnie Street
CLOVELLY NSW 2031
AUS

Mr William Stephen Gray
Unit 10
111 James Street
NEW FARM QLD 4005
AUS

Mr Wiput Thamsongsana
21 Sturrock Pl
GORDON ACT 2906
AUS

Mr Xiao Yan Shi &
Mrs Juan Shi
4 Silver St
CHELTENHAM VIC 3192
AUS

Mr Xiao-Yan Shi &
Mrs Juan Shi
4 Silver Street
CHELTENHAM VIC 3192
AUS

Mr Xiaoping Qin
Unit 8 215-221 Victoria Ave
CHATSWOOD NSW 2067
AUS

Mr Yi Wang
3 Norisha Ct
DANDENONG NORTH VIC 3175
AUS

Mr You Lik Chieng
36 Glen Iris Rd
CAMBERWELL VIC 3124
AUS

Mr Yves Lucien Yvon Kelner
145 Link Road
DARTS CREEK QLD 4695
AUS

Mr Zachary David Morgan
6/37 Yambla Street
CLIFTON HILL VIC 3068
AUS

Mr Zachary Paulic
11/31-31 Wolsley Road
POINT PIPER NSW 2027
AUS

Mr Zbigniew Paul Palyza
55 Ruthven Street
BONDI JUNCTION NSW 2022
AUS

Mr Zeph Poulgrain
16 Sundew Terrace
COOMERA  QLD 4209
AUS

Mr Zoran Stefanovski
6 Remington Way
SOUTH MORANG VIC 3752
AUS

Mrs Alicia Tseng
B1709/2b Help Street
CHATSWOOD NSW 2067
AUS

Mrs Alison Mary Singh
276 Sanctuary Lakes South BVD
POINT COOK VIC 3030
AUS

Mrs Alison Williams
U 508 100 Lorimer St
DOCKLANDS VIC 3008
AUS

Mrs Angela Clifton
10 George Street
EAST MAITLAND NSW 2323
AUS

Mrs Angela Rosalind Thompson
11 Alroy St
BULLI NSW 2516
AUS

Mrs Anne Lynette Blakeman &
Mr Hayden Charles Blakeman
37 Baldwin Avenue
KIANGA  NSW 2546
AUS

Mrs Anne Lynette Blakeman &
Mr Hayden Charles Blakeman
<Blakeman Inv Super Fund A/C>
37 Baldwin Ave
KIANGA NSW 2546 AUS

Mrs Anne Mathews
PO Box 22
ROSE BAY NSW 2029
AUS

Mrs Anne Therese Smith
PO Box 5162
WEST CHATSWOOD  NSW 1515
AUS

Mrs Antonietta Angelini &
Dr Maria Elisa Angelini
<Antonietta Angelini S/F A/C>
PO Box 2631
KENT TOWN  SA 5071 AUS

Mrs Antwanette Dahbar
2 Lofts Avenue
ROSELANDS NSW 2196
AUS

Mrs Aree Hardy
7 Burnett Street
KALEEN  ACT 2617
AUS

Mrs Barbara Rosier
<Rosier Family S/F A/C>
Unit 111 West
8 Admiralty Dr
SURFERS PARADISE QLD 4217 AUS

Mrs Beverley Ball
<Ball Resources Super A/C>
9 Maverick Close
DONCASTER VIC 3108
AUS

Mrs Beverley Joyce Green &
Mr Francis Graham Green
34 Marine Parade
EMU PARK QLD 4710
AUS

Mrs Bronwyn Elizabeth
Blanchard
10 Carlton Street
KATOOMBA NSW 2780
AUS

Mrs Carmel Diliberto &
Mr John Diliberto
2 Viola Close
GREENSBOROUGH VIC 3088
AUS

Mrs Carol Anne Moore
C/- Morgans Wealthplus
GPO Box 582
BRISBANE QLD 4001
AUS

Mrs Catherine Elizabeth Rayner
9 Groom Mews
WELLARD WA 6170
AUS

Mrs Catherine Maree Huggill
P O Box 423
BEAUDESERT  QLD 4285
AUS

Mrs Catherine Mary Rawson
PO Box 3278
BANGOR NSW 2234
AUS

Mrs Cherelyn Anne Gillson
35 Keneally Street
MAUDSLAND QLD 4210
AUS

Mrs Cheryl Osborne
284 Nuttalls Road
YINNAR VIC 3869
AUS

Mrs Christina Margaret
Higginbotham
5 Bennetts Grove Avenue
PADDINGTON NSW 2021
AUS

Mrs Christine Boydell
11 Okanagan Close
WAMBERAL  NSW 2260
AUS

Mrs Christine Fuller &
Mr John Fuller
Unit 38 34-38 Canberra Tce
CALOUNDRA QLD 4551
AUS

Mrs Connie Henderson
<Henderson Super Fund A/C>
49 Pike Rd
WOOLOOGA QLD 4570
AUS

Mrs Constance Sievers
9/69 The Esplanade
BALMORAL BEACH NSW 2088
AUS

Mrs Debbie Margaree Morgan
PO Box 9277
BUNDALL QLD 4217
AUS

Mrs Desleigh Anne Stone &
Mr Michael Edward Stone
9 Hassell Street
MOREE NSW 2400
AUS

Mrs Desma Heather Morton
521 Pine Creek Road
GORDONVALE QLD 4865
AUS

Mrs Edna Dorothy Darge
24 Waterview Grove
ELLENBROOK WA 6069
AUS

Mrs Eleanor Irene Douglas
Herriott
15 Moncur Street
WOOLLAHRA NSW 2025
AUS

Mrs Elizabeth Schwarz &
Mr Harry Schwarz
<H&J Schwarz Super Fund A/C>
18 Mahogany Street
CAPALABA QLD 4157 AUS

Mrs Evelyn Heng
7 Roper Close
WESTLAKE QLD 4074
AUS

Mrs Faeghe Evans
7 Lee Place
BICTON  WA 6157
AUS

Mrs Georgina Elizabeth Vinton
71 Progress Rd
BURPENGARY  QLD 4505
AUS

Mrs Georgina Mary Findlay &
Mr Robert George Fraser Findlay
<Findlay Family A/C>
18 Kortum Drive
BURLEIGH HEADS QLD 4220 AUS

Mrs Gillian Beth Robertson
PO Box 1776
GLADSTONE QLD 4680
AUS

Mrs Gladys Elaine Mudgway
Unit 221 242 Jells Rd
WHEELERS HILL  VIC 3150
AUS

Mrs Glenda Ann Campbell
7 O'Dea Court
GAWLER EAST SA 5118
AUS

Mrs Heather Morton
Neleh Downs
ISISFORD QLD 4731
AUS

Mrs Helen Ruth Labruniy
4 Hucker Street
MACKAY QLD 4740
AUS

Mrs Isabelle Birds
35 Arrowgrass Drive
POINT COOK VIC 3030
AUS

Mrs Jacqueline Margaret
Holdich
1 Purnana Avenue
ST GEORGES SA 5064
AUS

Mrs Jane Eleanor Chen
PO Box 73
LARA VIC 3212
AUS

Mrs Jane Sullivan
69 Hay Street
ASHBURY NSW 2193
AUS

Mrs Jane Sullivan
<The Sullivan Investment A/C>
69 Hay Street
ASHBURY NSW 2193
AUS

Mrs Janeen Woods &
Mr Gregory Allan Woods
<Ga&J Woods Partnership A/C>
260 Greville Avenue
SANCTUARY POINT NSW 2540 AUS

Mrs Janelle Andrea Easthope
117 Swan Street
TUART HILL WA 6060
AUS

Mrs Janet Backhouse
PO Box 14470
Kilbirnie
WELLINGTON 6241
NEW ZEALAND

Mrs Janice Lorraine Hendy
PO Box 2124
YEPPOON QLD 4703
AUS

Mrs Jann Elizabeth McLennan
29 The Passage
PELICAN WATERS QLD 4551
AUS

Mrs Jasmine Dawn Young & Mr
Grant Young
27 Carolyn Jackson Dr
JERRABOMBERRA NSW 2619
AUS

Mrs Jean Jellie &
Mr Gary John Jellie
150 Sewell Street
HOKITIKA 7810
NEW ZEALAND

Mrs Jean Roper
229 Dorking Road
BOX HILL NORTH  VIC 3129
AUS

Mrs Jennifer Leanne Wilson &
Mr Rodney Kenneth Wilson
5 Ryley Street
MURARRIE QLD 4172
AUS

Mrs Jennifer May McGregor
110 Camberwell CCT
ROBINA QLD 4226
AUS

Mrs Jennifer Rose Sharkey
56 Ruthven Street
CORINDA  QLD 4075
AUS

Mrs Jennifer Took
26 Armytage Drive
PORTSEA VIC 3944
AUS

Mrs Jill Ross Newland
21 Tynte Street
NORTH ADELAIDE SA 5006
AUS

Mrs Jing Xu
PO Box 999
ASHFIELD NSW 1800
AUS

Mrs Joan Louise Prosser
Apartment 37
7 Spence Avenue
MYRTLE BANK SA 5064
AUS

Mrs Joanna Elizabeth Demanser
85 Hill Road
R D 2
NAPIER 4182
NEW ZEALAND

Mrs Joanna Elizabeth Demanser
185 Whirinaki Rd
R D 2 NAPIER 4021
NEW ZEALAND

Mrs Jodie Maree Biggar
22 Watt St
DALBY QLD 4405
AUS

Mrs Josephine Marion Haynes
<Elizabeth Mary Haynes A/C>
PO Box 624
DENMARK WA 6333
AUS

Mrs Josephine Marion Haynes
<Alexandra Marie Haynes A/C>
PO Box 624
DENMARK WA 6333
AUS

Mrs Judith Eccles Parker
6 Hillary Street
PYMBLE  NSW 2073
AUS

Mrs Judith Ida Matthews &
Mr Leslie Matthews
<Superfree Superannuation A/C>
PO Box 25
HABERFIELD NSW 2045 AUS

Mrs Juliana Kelner
145 Link Road
DARTS CREEK QLD 4695
AUS

Mrs Julianne Musgrave
20 David St
MOREE NSW 2400
AUS

Mrs Julie Ann Johnston
608 Cape Cleveland Road
CAPE CLEVELAND  QLD 4810
AUS

Mrs Julie Clarke Vango &
Mr William Malcolm Vango
43 Park Road
SURREY HILLS VIC 3127
AUS

Mrs Karen Anne King
9 Sobota St
SOMERVILLE WA 6430
AUS

Mrs Karen Dorothy Richards
41A Burbank Drive
TUGGERAH  NSW 2259
AUS

Mrs Kate Elizabeth Schroeter
261 East St
EAST ALBURY NSW 2640
AUS

Mrs Katey Elisabeth Dorahy
29 High Stree
SARATOGA NSW 2251
AUS

Mrs Kathryn Alicia Hofman
6 Maurice Court
KEILOR EAST VIC 3033
AUS

Mrs Kathryn Quinton
24 Bluegum Boulevard
BANORA POINT  NSW 2486
AUS

Mrs Katie Maree
Panagiotopoulos
15 Clarinda Rd
ESSENDON  VIC 3040
AUS

Mrs Katrina Alison Arthur &
Mr Lindsay Reginald Arthur
"Ivanhoe"
5232 Olympic Highway
THE ROCK NSW 2655 AUS

Mrs Kelly Courtnall
105 Pittwater Road
MANLY NSW 2095
AUS

```
Mrs Kelly Jean Cullum
39A Noall Street
TE ATATU PENINSULA AUCKL 0610
NEW ZEALAND

Mrs Kerry Anne Roberts
<Roberts Investments A/C>
C/- Accolade Services
GPO Box D150
PERTH WA 6840 AUS

Mrs Kit Yap &
Mr Sook Kim Yap
<Yap Sook Kim & Sons S/F A/C>
2 Parrabel Place
ISABELLA PLAINS ACT 2905 AUS

Mrs Kylie Dowd
33 Leichhardt Drive
MORANBAH QLD 4744
AUS

Mrs Kylie Nolan
PO Box 1097
CRONULLA  NSW 2230
AUS

Mrs Lee-Anne Anderson
PO Box 1119
SCARBOROUGH WA 6922
AUS

Mrs Lesley Gelson
14 Windward Pl
JACOBS WELL QLD 4208
AUS

Mrs Linda Adrey
1726 Mission Springs Drive
KATY TX 77450
USA

Mrs Ling Zhong
1/240 Victoria Ave
CHATSWOOD NSW 2067
AUS

Mrs Liota Jeanette Peno
35 Rutherford Street
CHARTERS TOWERS  QLD 4820
AUS
```

```
Mrs Lisa Houweling
26 Stockmans Close
OAKFORD WA 6121
AUS

Mrs Lisa Jane Hopper
32 Top Road
Rd 2
ALBANY 0792
NEW ZEALAND

Mrs Lisa Jane Lockwood
<Nicholas James Lockwood A/C>
353 Highett Street
RICHMOND VIC 3121
AUS

Mrs Lisa Kate Bradford &
Mr Dawson Robert Bradford
Care PO
POPANYINNING WA 6309
AUS

Mrs Lisa Patricia Hopper &
Mr Dean William Hopper
247 Lilyfield Road
LEICHHARDT NSW 2040
AUS

Mrs Lorna Lydia Karja
"Dundee"
3104 Peak View Road
JERANGLE  NSW 2630
AUS

Mrs Lorna May Thompson
8 Twister St
CHISHOLM NSW 2322
AUS

Mrs Lou-Ellen Margaret Aaron
19 Maclean Lane
CAMDEN PARK NSW 2570
AUS

Mrs Lynelle Gai Silm &
Mr Mark Robert Silm
269 Mulhollands Road
THIRLMERE NSW 2572
AUS

Mrs Lynette Ivy Nickell
5 Swan Court
GLEN WAVERLEY VIC 3150
AUS
```

Mrs Magdalena Zabek
Unit 3 95 Matheson Road
APPLECROSS WA 6153
AUS

Mrs Manjula Rajeev
31B
Fullagar Road
WENTWORTHVILLE NSW 2145
AUS

Mrs Margaret Alice Mortell
84E Horsham Downs Road
Rototuna North
HAMILTON 3210
NEW ZEALAND

Mrs Margaret Anne Loffler
22 Sunningdale Avenue
MORNINGTON VIC 3931
AUS

Mrs Margaret Faye Peirce
50 Vincent Road
MORWELL  VIC 3840
AUS

Mrs Margaret Helen Howard &
Mr William John Howard
<Wj & Mh Howard S/F A/C>
15 Unique Close
CAMDEN HEAD NSW 2443 AUS

Mrs Margot Joan Brewer
127 Glenfern Road
UPPER FERNTREE GULLY VIC 3156
AUS

Mrs Maria Ellen Fletcher
PO Box 41
COOROY QLD 4563
AUS

Mrs Maria Wilson
12 Marlborough Street
MONT ALBERT VIC 3127
AUS

Mrs Marina Anita Goldschmidt
4 Rhonda Rd
KARRATHA  WA 6714
AUS

Mrs Mary Cecilia Ferguson
40 Church Street
NEWCASTLE NSW 2300
AUS

Mrs Mary-Louise Hay
<Sumont A/C>
PO Box 4300
MIDDLE CAMBERWELL  VIC 3124
AUS

Mrs Mary-Louise Hay
<Sumont A/C>
PO Box 4300
MIDDLE CAMBERWELL VIC 3124
AUS

Mrs Maureen Frances Williams
70-72 Longview Drive
RIVER HEADS QLD 4655
AUS

Mrs Melinda Battaglia
2A Plunkett Cl
BOAMBEE NSW 2450
AUS

Mrs Michelle Catherine
D'Rozario
14A Sunderland Ave
ASHBURTON VIC 3147
AUS

Mrs Michelle Leigh Habgood
29 Clissold Road
WAHROONGA NSW 2076
AUS

Mrs Midori Tanaka-Reay
10 Fluorite Way
CARINE WA 6020
AUS

Mrs Mindy-Ann King
<C&M King Retirement Fund A/C>
PO Box 703
ULVERSTONE  TAS 7315
AUS

Mrs Monica Modi
56 New Line Road
WEST PENNANT HILLS NSW 2125
AUS

Mrs Nancy Yan-Oi Seto
67 Wellington Road
EAST LINDFIELD NSW 2070
AUS

Mrs Nicole Ross &
Mr David John Ross
28 Darling Drive
ALBION PARK NSW 2527
AUS

Mrs Noela Mary Tennant
Unit 132
800 Kings Road
TAYLORS LAKES VIC 3038
AUS

Mrs Noleen Lynn Sonderegger &
Mr Robi Sonderegger
PO Box 1268
MOOLOOLABA QLD 4557
AUS

Mrs Pamela Jean McGlade
Unit 707
101 Bay Street
PORT MELBOURNE VIC 3207
AUS

Mrs Pamela O'Connell
22 Aviemore Place
FIGTREE NSW 2525
AUS

Mrs Patricia Kay Philip
PO Box 7105
MCMAHONS POINT  NSW 2060
AUS

Mrs Patricia Magnifico
247 Lilyfield Road
LEICHHARDT NSW 2040
AUS

Mrs Paula Ellen Blatchford
Mr Michael John Blatchford &
<Blatchford Family A/C>
3 Martin Court
WHYALLA STUART  SA 5608 AUS

Mrs Penelope Ann Redfearn &
Mr Gary Redfearn
31 Falls Street
LEICHHARDT NSW 2040
AUS

Mrs Petronella Bekker &
Mr Hermanus Theodorus Bekker
41 Whitehaven Ave
BURNS BEACH WA 6028
AUS

Mrs Pian Pian Ngiau
28 Gibbon Avenue
VERMONT SOUTH VIC 3133
AUS

Mrs Puspavati Naran
4 Adare Court
WATERFORD WA 6152
AUS

Mrs Rachael Kylie Davey
4 Kimdon Crescent
HIGHFIELDS QLD 4352
AUS

Mrs Rachel Margaret Twine
PO Box 1791
SURFERS PARADISE QLD 4217
AUS

Mrs Rena Vivekanand Parikh
37 Glanmire Rd
BAULKHAM HILLS NSW 2153
AUS

Mrs Rizalie Doroteo Vergara
31 Keppel Circuit
HINCHINBROOK NSW 2168
AUS

Mrs Roberta Margaret Payne
PO Box 504
FORTITUDE VALLEY QLD 4006
AUS

Mrs Roopal Patel
8 Richmond Court
CASTLE HILL NSW 2154
AUS

Mrs Rosemary Catherine Taylor
30 Clarence Street
MALVERN EAST VIC 3145
AUS

Mrs Rosheen Finlay
30 Ploughmans Avenue
Pukekohe
AUCKLAND 2120
NEW ZEALAND

Mrs Rowena Church
20 Sunnybrook Drive
WHEELERS HILL  VIC 3150
AUS

Mrs Ruth Sinclair Deegan
14 Hextall Avenue
TRANMERE SA 5073
AUS

Mrs Ryan David Spain &
Mrs Belinda Spain
<Piper Grace Spain A/C>
104 Thiess Dr
ALBANY CREEK QLD 4035 AUS

Mrs Sally Elizabeth Kelaher
14 Yarra Street
HAWTHORN  VIC 3122
AUS

Mrs Sally Joy Zylberberg & Mr Morris Nor
<Manicaland Pty Ltd S/F A/C>
Suite 310
460 Pacific Highway
ST LEONARDS NSW 2065 AUS

Mrs Sandra Joy Merrett-Interno
11 Kevin Court
DONVALE VIC 3111
AUS

Mrs Sandra Maxine Clare
Porich
33 Gulliver St
HAMILTON NSW 2303
AUS

Mrs Sarah Louise Keays
402/550 High St
NORTHCOTE  VIC 3070
AUS

Mrs Sarasa Schirmer
23 Bay Road
WAVERTON  NSW 2060
AUS

Mrs Seema Singh
5 Rossio Gr
WENDOUREE VIC 3355
AUS

Mrs Selma May Platt
6 Devon Court
CASINO NSW 2470
AUS

Mrs Shahida Aktar
Unit 7
12- 14 Newman Street
MERRYLANDS NSW 2160
AUS

Mrs Sharon Anne
Osbourne-McHugh
44 Oyster Bay Road
OYSTER BAY NSW 2225
AUS

Mrs Sheila Mary Bridge
Villa 140
10 Waterford Park Avenue
KNOXFIELD VIC 3180
AUS

Mrs Sherrilyn Joy Ford
PO Box 969
SOUTH PERTH WA 6951
AUS

Mrs Shouline Tchen
211 Pakington Street
GEELONG WEST VIC 3218
AUS

Mrs Stephanie Elizabeth
Robbie
4 Arran Court
GLEN WAVERLEY VIC 3150
AUS

Mrs Stephanie Holman
<A & S Holman Unit A/C>
7 Milner Close
TEMPLESTOWE VIC 3106
AUS

Mrs Stojna Nikolich
242 Obriens Road
FIGTREE NSW 2525
AUS

Mrs Sue Maree Kawecki
17 Arundel Court
MOUNT ELIZA  VIC 3930
AUS

Mrs Susan Elza Stribling &
Mr Michael Francis Phelan
<Flat Rock Super Fund A/C>
55 Railway Street
EUROA  VIC 3666 AUS

Mrs Susan Margaret Turner
24 Lancelin Dr
MERMAID WATERS QLD 4218
AUS

Mrs Susan Margaret Turner &
Mr Garry Duncan Turner
<The Turner Family A/C>
24 Lancelin Dr
MERMAID WATERS QLD 4218 AUS

Mrs Susan Marshall &
Mr Benjamin Shane Marshall
<BSM Superannuation Fund A/C>
21 Eclipse St
SPRINGSURE QLD 4722 AUS

Mrs Suzanna Bowman
36 South Pde
BLACKBURN VIC 3130
AUS

Mrs Tanya Ellard
Unit 3 44 Warranwood Road
WARRANWOOD  VIC 3134
AUS

Mrs Tatiana Oitzinger
12 Jesmond Cres
BEECROFT NSW 2119
AUS

Mrs Trish Brettell &
Mr Martin Ashley Brettell
<Brettell Super Fund A/C>
2 Lang Ct
MALVERN EAST VIC 3145 AUS

Mrs Trudy May Jovanovski
Unit 2 98 Glider Avenue
BLACKBUTT  NSW 2529
AUS

Mrs Vanessa Hickey
230 Rc/D Henrique Seixas
CASCAIS 2750-375
PORTUGAL

Mrs Vicki Jane Bazan
8 Tabor Road
ACTON PARK TAS 7170
AUS

Mrs Wendy Anne Newman
8 Sage St
ST IVES NSW 2075
AUS

Mrs Wendy Godley
28/1333 Ocean Drive
LAKE CATHIE NSW 2445
AUS

Mrs Wilhelmina Johanna
Coloper
PO Box 1215
Canning Bridge Applecross WA
6153 AUS

Mrs Ying D'Aloia
2 Edgar Street
RESERVOIR VIC 3073
AUS

Mrs Ying Kang
Unit 1 46 Montgomery St
HEIDELBERG HEIGHTS VIC 3081
AUS

Mrs Yiying Ming
Unit 4
14-18 Connells Point Road
SOUTH HURSTVILLE NSW 2221
AUS

Mrs YUYI Chen
44 Acton Street
HURLSTONE PARK NSW 2193
AUS

Mrs Yvonne Denise Price
565 Wildberry Drive
STONEVILLE WA 6081
AUS

Mrs Yvonne Margaretha Kobes
PO Box 1741
MOUNT GAMBIER SA 5290
AUS

Mrs Yvonne Tolato Hill &
Mr Graeme Leslie Hill
Unit 15 9 Garthowen Cres
CASTLE HILL NSW 2154
AUS

Mrs Yvonne Webley &
Mr Donald Webley
1 Vista Close
TERRANORA NSW 2486
AUS

Mrs Zebunnissa Khan
13 David Walsh Ave
FORDE  ACT 2914
AUS

Ms Amanda Julie Balla-Kellett
24 Manning Rd
MALVERN EAST VIC 3145
AUS

Ms Amy Holbrook
520 Chiquita Road
SANTA BARBARA CA 93103
UNITED STATES OF AMERICA

Ms Angela Noeleen Meyer
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Ms Angela Noeleen Meyer
<Johann Joshua Meyer A/C>
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Ms Angela Noeleen Meyer
<Flynn William Meyer A/C>
54 Arthurs Avenue
MCCRAE VIC 3938
AUS

Ms Annette Lee Syniuta
Unit 2 14-22 Mary Street
ST PETERS NSW 2044
AUS

Ms Ayesha Farrah &
Mr Maurice Thornton
37 Blair Street
BONDI NSW 2026
AUS

Ms Bei Xu
130 Bellevue Road
BELLEVUE HILL NSW 2023
AUS

Ms Carol Ann Merrett
15/57 Tibrockney Street
HIGHETT VIC 3190
AUS

Ms Carole Ann Ryles
5 Torulosa Place
WINMALEE NSW 2777
AUS

Ms Caterina Strangio
1/126 Grand Boulevard
JOONDALUP WA 6027
AUS

Ms Catriona Eleanor Herriott
28 Leslie Avenue
BLAIR ATHOL SA 5084
AUS

Ms Cherie Dianne Payne
81 Church Street
CRANE BROOK NSW 2749
AUS

Ms Chongchit Cooper
7 Black Street
MARRICKVILLE NSW 2204
AUS

Ms Christine Rosetta Cooke
17 Fairlie Court
KALLANGUR QLD 4503
AUS

Ms Claudine Boydell
11 Okanagan Close
WAMBERAL  NSW 2260
AUS

Ms Danielle Louise Moore
42 Staples Street
KINGSGROVE NSW 2208
AUS

Ms Dianne Rockwell
PO Box 4153
CASTLECRAG NSW 2068
AUS

Ms Dora Aspridis
30 Glenair Street
TEMPLESTOWE LOWER VIC 3107
AUS

Ms Eileen Anne Badham & Ms Robyn Hopkins
<Eileen Badham Family A/C>
2/294 St Johns Road
SAINT JOHNS AUCKLAND 1072
NEW ZEALAND NZL

Ms Elizabeth Joy McLeod
2/12 Golf View Drive
BOYNE ISLAND QLD 4680
AUS

Ms Emma O'Brien
11 Ada Wynd
WANDINA WA 6530
AUS

Ms Enid Brenda Pereira
34 Rothesay Heights
MINDARIE WA 6030
AUS

Ms Eugenie O'Reilly
35 Downshire Road
ELSTERNWICK  VIC 3185
AUS

Ms Eugenie O'Reilly
<The Louis Benoit Support A/C>
35 Downshire Road
ELSTERNWICK  VIC 3185
AUS

Ms Eugenie O'Reilly
<Est Vincent P Benoit A/C>
35 Downshire Road
ELSTERNWICK  VIC 3185
AUS

Ms Eugenie O'Reilly
<The Julia Benoit Support A/C>
35 Downshire Road
ELSTERNWICK  VIC 3185
AUS

Ms Evelyn Goh
100 Edgar Street
BANKSTOWN  NSW 2200
AUS

Ms Evelyn Maud Endres
84 Avondale Drive
BANORA POINT NSW 2486
AUS

Ms Fiona Dorothy Williams
9 Lithgow Street
GLEN IRIS VIC 3146
AUS

Ms Fiona Elizabeth Naisbitt
23 Darra Ave
DARRA QLD 4076
AUS

Ms Fiona Maree Kennedy
PO Box 590
MARRICKVILLE NSW 1475
AUS

Ms Gayle Margaret Sedgman
Unit 24 30 Watson Esp
SURFERS PARADISE QLD 4217
AUS

Ms Georgina Elizabeth Urry
58 McGill St
EVATT ACT 2617
AUS

Ms Gillian Clohessy
Level 7
20 Hunter Street
SYDNEY NSW 2000
AUS

Ms Hai Ling Wang
22 Miamba Avenue
CARLINGFORD NSW 2118
AUS

Ms Helen Benn
7 Oaks Avenue
NORTH CREMORNE NSW 2090
AUS

Ms Helen Dawson Livermore
8/110 Cooper Street
SURRY HILLS  NSW 2010
AUS

```
Ms Hollie Heldmann
2531 E 57th Street
TULSA OK 74105
USA

Ms Isabella Strangio
25B Tweeddale Road
APPLECROSS WA 6153
AUS

Ms Jacqueline Faye Merrett
66 William Street
WESTBURY TAS 7303
AUS

Ms Jane Fuller
2F Darian Road
TORQUAY  VIC 3228
AUS

Ms Janice Lata Nand
103/222-228 Sussex Street
SYDNEY NSW 2000
AUS

Ms Janice Storey
8 Azalea Street
GREYSTANES NSW 2145
AUS

Ms Jeanette Squillacioti
16 Melview Drive
WYNDHAM VALE VIC 3024
AUS

Ms Jenni Lee Heraud &
Mr Alan Graham Dodds
<Jenni Heraud Superfund A/C>
14 Ash Avenue
WOODRIDGE QLD 4114 AUS

Ms Jenny Jia Meng
60 Clontarf St
SEAFORTH NSW 2092
AUS

Ms Jessica Lindsay
20 Bellevue Road
BELMONT NSW 2280
AUS

Ms Jie Ding
215 79-91 Macpherson St
WARRIEWOOD NSW 2102
AUS
```

Ms Joan Stanley
28 Peel Street
DOVER HEIGHTS NSW 2030
AUS

Ms Joanna Monika Maria
Robinski
2/30 Hordern Street
NEWTOWN  NSW 2042
AUS

Ms Jodie McAuliffe
PO Box 4424 Mosman Park
South LPO
MOSMAN PARK WA 6012
AUS

Ms Judith Anne Haydon
13A Deer Court
WALLAROO SA 5556
AUS

Ms Judith Anne Lewis
404/862 Glenferrie Rd
HAWTHORN VIC 3122
AUS

Ms Judith Lorraine Zammit
PO Box 165
TOCUMWAL NSW 2714
AUS

Ms Julie Ann Goldie &
Ms Helen Irene Cox
10 Kalani Road
BONNELLS BAY NSW 2264
AUS

Ms June Kamis
141 Victoria Road
BELLEVUE HILL NSW 2023
AUS

Ms Junette Saskia Hay
14 Nelson St
WOOLLAHRA NSW 2025
AUS

Ms Karen Ann Hill
PO Box 409
PRAHRAN VIC 3181
AUS

Ms Karen Louise Cable
8 John Place
MULLALOO  WA 6027
AUS

Ms Kerrie Lee Clayton
98 Somers Street
BURWOOD VIC 3125
AUS

Ms Kerry Lynne Schubert
39 Talgarno Centenary Road
TALGARNO VIC 3691
AUS

Ms Krista Anne Walter
33 Denham Street
SURRY HILLS NSW 2010
AUS

Ms Leanne Williams &
Mr Brendan Primmer
42 Kerr Street
WARRNAMBOOL VIC 3280
AUS

Ms Lien Phung
22 Beneteau Pl
LOTA QLD 4179
AUS

Ms Lily Leong
C/- 11/10 Fisher Street
CABRAMATTA NSW 2166
AUS

Ms Lily Mien Lin Lim &
Mr Anthony Manning Richards
<Lilant Super Fund A/C>
4 Ellen Street
CURL CURL NSW 2096 AUS

Ms Lily Mien Lin Richards
4 Ellen Street
CURL CURL NSW 2096
AUS

Ms Linda Anstee
PO Box 746
MASCOT NSW 2020
AUS

Ms Ling Huang
18 Elder Rd
DUNDAS NSW 2117
AUS

Ms Lisa Li
2/54 Prospect St
ROSEHILL NSW 2142
AUS

Ms Lisa Maree Harsley
PO Box 1705
SPRINGWOOD  QLD 4127
AUS

Ms Lorna Jean Osborne
PO Box 15505
CITY EAST QLD 4002
AUS

Ms Louise Marjorie Bernardi
74/3 Wylde Street
POTTS POINT NSW 2011
AUS

Ms Louise Marjorie Bernardi
Lower Wambat Street
FORBES NSW 2871
AUS

Ms Lynda Margaret Williams
6 Ashgrove Avenue
RUNAWAY BAY QLD 4216
AUS

Ms Margaret Bernice Wells
Unit 5 / 44 Collins St
MENTONE  VIC 3194
AUS

Ms Maria Paulina Elmera
Kloprogge
5 Roselea Street
CAULFIELD SOUTH  VIC 3162
AUS

Ms Melanie Anne Andrews
124B Centenary Rd
SOUTH WENTWORTHVILLE NSW 2145
AUS

Ms Nina Apollonov
PO Box 93
RICHMOND VIC 3121
AUS

Ms Olga Stefanie Veprek
3 Masterton Street
OXLEY  QLD 4075
AUS

Ms Patricia O'Rourke
PO Box 868
MOUNT GRAVATT  QLD 4122
AUS

Ms Pauline Eleanor Chisholm
PO Box 511
ROBINA  QLD 4226
AUS

Ms Pauline Mary Wiseman
37 Goolgowie St
ROSEBUD VIC 3939
AUS

Ms Penelope Ann Bowen
PO Box 3328
BELLEVUE HILL NSW 2023
AUS

Ms Peng Yu Wang
Unit 6
38 St Georges Crescent
DRUMMOYNE NSW 2047
AUS

Ms Rochelle Lyn Walsh
PO Box 377
WEST BURLEIGH QLD 4219
AUS

Ms Rujiao Song
7 Riddell St
BELLEVUE HILL NSW 2023
AUS

Ms Sally-Anne Patricia
Simankowicz
83 Numbat Court
COOMBABAH QLD 4216
AUS

Ms Samantha Jane Ramm
85 Avocet Island Qys
WANNANUP WA 6210
AUS

Ms Sarah Courtney Lockwood
353 Highett Street
RICHMOND VIC 3121
AUS

Ms Sheryl Ann Catherine Onuma
18 Cook Street
FORESTVILLE NSW 2087
AUS

Ms Sonja Ginter
4 Linton Avenue
WEST RYDE NSW 2114
AUS

Ms Stacey Strangio
25B Tweeddale Road
APPLECROSS WA 6153
AUS

Ms Suhaila Kylie Hochstrasser
7 Alderson Avenue
NORTH ROCKS NSW 2151
AUS

Ms Suping Zhang
46 Craigholm Street
SYLVANIA NSW 2224
AUS

Ms Susan Amelia Faulkner
Unit 3
4A Kentia Avenue
MOORE PARK BEACH QLD 4670
AUS

Ms Susan Elza Stribling
55 Railway Street
EUROA  VIC 3666
AUS

Ms Susan Gai Miller
Unit 4 109 Belmore Road
PEAKHURST  NSW 2210
AUS

Ms Sylvia Jankuloska
21 Foley Street
GEORGES HALL  NSW 2198
AUS

Ms Tamzin Peta Hookway
451 Churchill Avenue
SANDY BAY TAS 7005
AUS

Ms Thanh Ngoc Tran
Unit 5
111-113 Taylors Road
ST ALBANS VIC 3021
AUS

Ms Thuy-Linh Gigler
Unit 2
21 Prince Charles Street
CLAYTON VIC 3168
AUS

Ms Tracey Leanne Marshall
2 Water Lane
MOSMAN NSW 2088
AUS

Ms Tracey Shamon
12 Bossley Road
BOSSLEY PARK NSW 2176
AUS

Ms Valery Jeanette Nipperess
156 Seaview Rd
YATALA VALE SA 5126
AUS

Ms Vicki Dyson &
Dr John Stanley Dyson
<Vickidyson Superfund A/C>
PO Box 6862
SHEPPARTON VIC 3632 AUS

Ms Wai Leng Chek &
Mr Jason Marriott
<Lifechek Superfund A/C>
257 Andersons Creek Road
DONCASTER EAST VIC 3109 AUS

Ms Wendy Allison Hunt
9 Centaurus Avenue
CLIFTON SPRINGS VIC 3222
AUS

Ms Wendy Ann Black
2 Goode Street
MALVERN EAST VIC 3145
AUS

Ms Xia Zou
331 Hume Highway
BANKSTOWN  NSW 2200
AUS

Ms Yafen Zhu
398 Huntingdale Road
OAKLEIGH SOUTH VIC 3167
AUS

Ms Yanhong Chen
PO Box 6246
NORTH SYDNEY NSW 2060
AUS

Ms Yenna Ah Yeo Ong
15 Glenelg Street
APPLECROSS WA 6153
AUS

Ms Yi Li
Unit 618
2 York Street
SYDNEY NSW 2000
AUS

Ms Ying Fang
2 Clematis Street
GLEN WAVERLEY VIC 3150
AUS

Ms Yinghui Lu
7 Winifred Court
TEMPLESTOWE VIC 3106
AUS

Ms Yu Ling Chen
PO Box 73
MAROUBRA NSW 2035
AUS

Ms Yvonne Margaret Stephens
PO Box 986
MOUNT ELIZA VIC 3930
AUS

Ms Yvonne Wong
16 Stumm Street
STAFFORD QLD 4053
AUS

Mulhollands Nominees Pty Ltd
<MHS Pension Fund A/C>
20 The Vintage
PICTON NSW 2571
AUS

Nappin & Partners Pty Limited
<Nappin & Partners S/F A/C>
36 Turramurra Avenue
TURRAMURRA NSW 2074
AUS

Navatoe Amber Joe Pty Ltd
<Navatoe Amber Joe S/F A/C>
355 Stud Road
WANTIRNA SOUTH  VIC 3152
AUS

Navigator Australia Ltd
Attention Custody
Level 5
700 Bourke Street
DOCKLANDS VIC 3008 AUS

Neil Tomlins, Esq.
Tomlins & Peters, PLLC
2431 E. 61st Street
Tulsa, OK 74136

Nesbitt Investment Co Pty Ltd
PO Box 349
NEWCASTLE NSW 2300
AUS

Netwealth Investments Limited
<Super Services A/C>
C/- Custody Department
PO Box 336
SOUTH MELBOURNE VIC 3205 AUS

Nicholas J. Stone
1250 Prospect Street, Suite 200
La Jolla, CA 92037

Nicholas James Stone
710 Patrol Road
Woodside
CALIFORNIA 94062

Nimpod Pty Ltd
PO Box 234
SOUTH HURSTVILLE NSW 2221
AUS

Nistan Investments Pty Ltd
<Nistan Invests Ret Fund A/C>
PO Box 1004
PARRAMATTA NSW 2124
AUS

Nk Rosato Pty Ltd
PO Box 6128
UPPER MOUNT GRAVATT QLD 4122
AUS

No Gnome Loans Pty Ltd
13 Eugene St
DEVONPORT TAS 7310
AUS

Norino Pty Ltd
<The Bloomfield Unit A/C>
PO Box 30
BROOMEHILL WA 6318
AUS

North Avalon Holdings Pty Ltd
<Marsden Super Fund A/C>
C/- Rick Millar
8/81 Frenchs Forest Road
FRENCHS FOREST NSW 2086 AUS

NT Recruitment Pty Ltd
24 Golf Hill Avenue
Doncaster, Victoria 31008 Australia

Office of the Attorney General
State of Oklahoma
313 NE 21st Street
Oklahoma City, OK 73105

Offshore Oil Limited
GPO Box 4246
SYDNEY NSW 2001
AUS

Ojet Pty Ltd
<Tusa Super Fund A/C>
PO Box 881
HAWTHORN VIC 3122
AUS

Oklahoma Tax Commission
General Counsel's Office
100 N Broadway Ave, Suite 1500
Oklahoma City, OK 73102-8601

One Design & Skiff Sails Pty
Ltd
<I W Brown Superannuation A/C>
PO Box 1454
MANLY NSW 1655 AUS

One Thousands Times
Superannuation Investment P/L
<Onethousandtimes Super A/C>
6A Robertson St
KOGARAH NSW 2217 AUS

Original Name Pty Ltd
<Original Name Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

OTC Markets Group, Inc.
304 Hudson Street
2nd Floor
New York, NY 10013-1015

Ovess Pty Ltd
<Eberbach Super Fund A/C>
PO Box 502
MERIMBULA NSW 2548
AUS

Oxford Hudson Equities Pty Ltd
<Oxford Hudson Eq No1 A/C>
C/- Ips
PO Box R226
ROYAL EXCHANGE NSW 1225 AUS

P A Shakespeare Investing
Pty Ltd
21 Marquis Street
ASHBURTON VIC 3147
AUS

Pangola Hill Pty Ltd
<Pangola Hill Investment A/C>
GPO Box 2165
SYDNEY  NSW 2001
AUS

PCFJ Pty Ltd
<PCFJ Super Fund A/C>
PO Box 274
CROOKWELL  NSW 2583
AUS

Penause Pty Ltd
GPO Box 4147
MELBOURNE VIC 3001
AUS

```
Pennfield Pty Ltd
<Ansaldi Super Fund A/C>
62 Fletcher Street
HAWTHORN EAST VIC 3123
AUS

Pernash Investments Pty Ltd
<Nash Super Fund A/C>
PO Box 87
BRIGHTON SA 5048
AUS

Phesoj P/L
C/- P J Dalton & Co
PO Box 853
ST IVES NSW 2075
AUS

Phesoj Pty Ltd
C/- P J Dalton & Co
PO Box 853
ST IVES  NSW 2075
AUS

Picnic Point Development
Pty Ltd
4 Glandore Street
WOOLOOWARE  NSW 2230
AUS

Pilkena Pty Ltd
591 Riversdale Road
CAMBERWELL  VIC 3124
AUS

Pitten Pty Ltd
<The Hall Retirement Fund A/C>
PO Box 411
BELAIR SA 5052
AUS

Plaza Bay (Aust) Pty Ltd
<Blewitt Super Fund A/C>
PO Box 6768
COFFS HARBOUR PLAZA NSW 2450
AUS

Plumbspark Pty Ltd
107 Meeks Road
MARRICKVILLE  NSW 2204
AUS
```

Popono Pty Ltd
<John Shadlow Family S/F A/C>
9 Karana Drive
NORTH NOWRA  NSW 2541
AUS

Poriba Pty Ltd
<Ullman S/F A/C>
2013 Pittwater Road
BAYVIEW NSW 2104
AUS

Power Family Holdings Pty Ltd
C/- P J Dalton & Co
PO Box 853
ST IVES NSW 2075
AUS

Practus Pty Ltd
<Practus Super Fund A/C>
54 Advanx St
KENMORE HILLS QLD 4069
AUS

Primo Nominees Pty Ltd
21 Kalimna Street
ESSENDON VIC 3040
AUS

Princess Rose Pty Ltd
PO Box 3450
MEREWETHER  NSW 2291
AUS

Professional & Sophisticated
Investors Pty Ltd
<Prof & Soph Invest A/C>
62 McComb Boulevard
FRANKSTON SOUTH  VIC 3199 AUS

Professional & Sophisticated
Investors Pty Ltd
<Prof & Soph Invest A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Property Strategists Pty Ltd
<Property Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

```
Provaltor Pty Ltd
<Larsson S/F A/C>
PO Box 200
COLLINS STREET WEST VIC 8007
AUS

Ptolemy Energy Holdings LLC
C/- Morrison Cohen LLP
Attn: David Lagalia Esq
909 Third Avenue
NY NY10022-4784   USA

Ptolemy Energy Holdings, LLC
Michael J. Stone, Manager
1250 Prospect St. Suite 200
La Jolla, CA 92037

Ptolemy Energy Holdings, LLC
Michael J. Stone, Manager
1250 Prospect Street, Suite 200
La Jolla, CA 92037

Puglisi & Asociates
Attn: Gregory Lavelle
850 Library Avenue, Suite 204
Newark, DE 19711

QPV Super Pty Ltd
<Vom Superannuation A/C>
PO Box 889
EARLVILLE QLD 4870
AUS

R & M Gaffney Pty Ltd
<R & M Gaffney Super A/C>
2/150 Barwon Heads Rd
BELMONT VIC 3216
AUS

Raintron Pty Ltd
<Trealiz Family A/C>
C/- Brentnalls NSW
GPO Box 7020
SYDNEY  NSW 2001 AUS

Raintron Pty Ltd
<Seymour Retirement Fund A/C>
GPO Box 7020
SYDNEY NSW 2001
AUS
```

Rathide Pty Limited
<Redman Retirement Fund A/C>
3 Lilly Pilly Close
COBBITTY NSW 2570
AUS

RBC Investor Services
Australia Nominees Pty Ltd
<68928 Duveen Supe A/C>
PO Box 8490
PERTH BC WA 6849 AUS

Removale Pty Limited
<No 2 A/C>
165 Lachlan Street
FORBES NSW 2871
AUS

Removale Pty Ltd
165 Lachlan Street
FORBES NSW 2871
AUS

Retirement Strategists Pty Ltd
<Retirement Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Reumah Investments Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Rev Suzanne Joy Bluett
10 Thames Promenade
CHELSEA  VIC 3196
AUS

Revit Pty Ltd
10 George Street
EAST MAITLAND NSW 2323
AUS

Richard A Adrey & Linda K Adrey
1726 Mission Springs Drive
KATY TEXAS 77450
USA USA

Rm & KJ Denton Superannuation Fund
Rm & KJ Denton Superannuation
<A/C>
3 Wandana Place
TUMBY BAY  SA 5605 AUS

```
Rna No 1 Pty Ltd
<Anderson Super Fund A/C>
C/O Multiport Pty Ltd
PO Box N316
GROSVENOR PLACE NSW 1220 AUS

Robert Peng Yeow Tham
PO Box 7050
Wellesley Street
AUCKLAND 1141
NEW ZEALAND

Robyn Lindsay Super Pty Ltd
<The Robyn Lindsay S/F A/C>
C/- Morgans Wealthplus
GPO Box 582
BRISBANE QLD 4001 AUS

Romanis Cant Services Pty Ltd
<Subcast No 2 Super Fund A/C>
7 Crellin Grove
CAMBERWELL  VIC 3124
AUS

Ronatac Pty Ltd
<Master Carpets HLD Pl SF A/C>
C/- Burchall Thompson & Co
8/81 Frenchs Forest Road East
FRENCHS FOREST NSW 2086 AUS

Rose Storm Pty Ltd
<The Will Family S/F A/C>
1 Ivory Court
KINGSLEY  WA 6026
AUS

Rz Consulting Group Pty Ltd
<Rz Family A/C>
32 High Street
NUNAWADING VIC 3131
AUS

S & L Kaloni Pty Ltd
<Kaloni Family A/C>
3 Davina Court
RUNCORN QLD 4113
AUS

S F P Superannuation Pty Ltd
<S & F Pellegrino Fam S/F A/C>
281 Maroondah Highway
RINGWOOD VIC 3134
AUS
```

Satish Super Pty Ltd
<Satsun Super A/C>
64 Lovell Rd
EASTWOOD NSW 2122
AUS

Sayers Investments (ACT)
Pty Ltd
5 Palmer Street
HALL ACT 2618
AUS

Scientific Installations Pty
Ltd
<Karlnatmax Family A/C>
107 Palm Beach Drive
PATTERSON LAKES  VIC 3197 AUS

Sebastes Capital LLC
One Maritime Plaza
Suite 2250
SAN FRANCISCO, CA 94111

Servcorp Sydney Virtual Pty LTD
MLC Centre Suite 1
Level 19
19-29 Martin Pl
Sydney NSW 2000 Australia

Seychelles Australia Pty Ltd
41 Orrong Crescent
CAULFIELD NORTH VIC 3161
AUS

Seymour Super Fund Pty Ltd
C/- Acorn Financial Group
Level 4
157 Spring Street
MELBOURNE  VIC 3000 AUS

Shanakill Pty Ltd
<Tramore Superannuation A/C>
5 Burnie Street
CLOVELLY NSW 2031
AUS

Share Trading Pty Ltd
<Shares Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Shi Di Gu
18 Morton Avenue
LEWISHAM NSW 2049
AUS

Sierra Vista Enterprises Pty
Ltd
<Horizon Super Fund A/C>
U 405 45 Bowman Street
PYRMONT NSW 2009 AUS

Silver Fox Super Pty Ltd
<Grey Nurse Super Fund A/C>
C/O Eungella Post Office
EUNGELLA QLD 4757
AUS

Simply Supported Pty Ltd
<Felder Family A/C>
6 Allora Avenue
SUBIACO  WA 6008
AUS

Siu Hing  Chan &
Ka Wai Anita Chan
<A & A Super Fund A/C>
GPO Box 7014
SYDNEY NSW 2001 AUS

Slowdance Pty Ltd
<The Norval Family A/C>
79 Crosslands Road
GALSTON  NSW 2159
AUS

Smart Investments Limited
17 Bens Place
Springvale
WHANGANUI 4501
NEW ZEALAND

Snork Superannuation Fund Pty
Limited
<Snork Super Fund A/C>
PO Box 3565
ERINA NSW 2250 AUS

Southern Cross Exploration NL
GPO Box 4246
SYDNEY NSW 2001
AUS

Southwest Pty Ltd
<MDR Super Fund No 3 A/C>
9 Stewart St
EASTWOOD NSW 2122
AUS

Sovori Pty Ltd
<The Sovori A/C>
Level 63 19-29 Martin Place
SYDNEY  NSW 2000
AUS

SP50 Pty Ltd
<NMPST A/C>
4 Titheradge Place
CHAPMAN ACT 2611
AUS

Spooner Consulting Pty Ltd
22 Cassegrain Close
ELEEBANA NSW 2282
AUS

Square Forest Pty Ltd
20 Bellevue Road
BELMONT NSW 2280
AUS

Stagelight Investments Pty Ltd
<Felder Super Fund A/C>
6 Allora Avenue
SUBIACO  WA 6008
AUS

Steffen Pty Ltd
<Steffen Super Fund A/C>
14 Opal Court
ELTHAM VIC 3095
AUS

Stock Trading Pty Ltd
<Stock Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Success Investments
Pty Limited
PO Box 852
EPPING NSW 1710
AUS

Sudell Pty Ltd
2 Wambat Street
FORBES NSW 2871
AUS

Sultige Services Pty Ltd
<Sultige Services S/F A/C>
12 Marina Palms
Inner Harbour Dr
PATTERSON LAKES VIC 3197 AUS

Sunvest Corporation Limited
34 Weymouth Street
LONDON  W1G 6NH
UNITED KINGDOM
GBR

Supaspark Pty Ltd
<Kraps Family Super Fund A/C>
367 O'Hea Street
PASCOE VALE SOUTH VIC 3044
AUS

Superannuation Strategists
Pty Ltd
<Kawecki Discretionary 5 A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199 AUS

Szolmel Pty Ltd
<Smrk And Dobos S/F A/C>
PO Box 629
NORTH SYDNEY NSW 2059
AUS

T & J Gallant Pty Limited
<Superfund A/C>
8 Amaryillis Way
TOMERONG NSW 2540
AUS

Tammo De Vries
Superannuation Pty Ltd
<Tammo De Vries S/F A/C>
PO Box 413
GOLDEN SQUARE VIC 3555 AUS

Tanec Engineering Services Pty
Ltd
<Fairview 35 Super Fund A/C>
35 Hallets Lane
YANDOIT VIC 3461 AUS

Taybian Group Pty Ltd
<Taybian Discretionary A/C>
PO Box 2183
NEW FARM QLD 4005
AUS

Technical Analysts Pty Ltd
<Maximum Unit A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Terena Pty Ltd
<Terena Super Fund A/C>
PO Box 7472
BEAUMARIS VIC 3193
AUS

Terstan Nominees Pty Ltd
<Morrows P/L Super Fund A/C>
59 Morris Street
WILLIAMSTOWN  VIC 3016
AUS

The Hewlett Fund
20 East Sunrise Highway
Suite 302
VALLEY STREAM, NY 11581

The Omnia Group (Australia)
Pty Ltd
<Omnia Group Super Fund A/C>
PO Box 354
FRENCHS FOREST NSW 1640 AUS

Timmatt Pty Ltd
<Stuckey S/F A/C>
PO Box 106
BALWYN VIC 3103
AUS

Tinelle Pty Ltd
<Lundy Super Fund A/C>
Unit 3
24 Muriel Avenue
INNALOO WA 6018 AUS

TJW Pty Ltd
<The Francis Super Fund A/C>
PO Box 5011
TERRANORA  NSW 2486
AUS

```
Tl & Yb Investments Pty Ltd
<Tlnybn Super Fund A/C>
9 Draper Square
WHEELERS HILL VIC 3150
AUS

Todd Stuart Ross Dalzell
20 Roswell Place
Islington
CHRISTCHURCH 8042
NEW ZEALAND

Tokeresa Pty Limited
<Jordan HLDS Staff S/F A/C>
PO Box 5153
GREENWICH NSW 2065
AUS

Tomlucsar Pty Limited
<Denny Family A/C>
3 Golfers Parade
PYMBLE NSW 2073
AUS

Tomlucsar Pty Limited
<Wiltomlucsar A/C>
3 Golfers Parade
PYMBLE NSW 2073
AUS

Top Green Cottage Pty Ltd
<Chesterton Super Fund A/C>
25 Ruza Place
GREENBANK QLD 4124
AUS

Toshiki Maezawa
17/50 Earle St
CREMORNE NSW 2090
AUS

Trinaway Pty Limited
Cottons Weir River Road
FORBES  NSW 2871
AUS

Tullmal Pty Ltd
<M&D Fahey Super Fund A/C>
PO Box 1011
ATHERTON QLD 4883
AUS
```

U.S. Attorney's Office
Northern District of Oklahoma
110 W. 7th St., Suite 300
Tulsa, OK 74119

Valboro Pty Limited
<P & D Sheedy Family A/C>
3 Toni Place
BAULKHAM HILLS NSW 2153
AUS

VCG SMSF Pty Ltd
<VCG Superannuation Fund A/C>
PO Box 320
FLINDERS LANE VIC 8009
AUS

Vertigo Holdings Pty Ltd
<Vertigo Super Fund A/C>
Suite 311 2 York Street
SYDNEY NSW 2000
AUS

Victor Wan
Room 20 Level 3
72 Pitt Street
SYDNEY NSW 2000
AUS

Viking Parade Pty Ltd
35 Boundary Street
DARLINGTON NSW 2008
AUS

Viper Ray Pty Ltd
20 Bellevue Road
BELMONT NSW 2280
AUS

Votraint No 1407 Pty Limited
<Rupert Lewi A/C>
Unit 52 3 Park Avenue
CRAWLEY WA 6009
AUS

Wallace SMSF Pty Ltd
<PJ & BM Wallace Ps/F A/C>
PO Box 8636
WAGGA WAGGA  NSW 2650
AUS

Wanran Zhou &
Huaijun Zheng
35/16-22 Burwood Road
BURWOOD NSW 2134
AUS

Wealth Management Strategists
<Mark Kawecki Super Fund A/C>
62 McComb Boulevard
FRANKSTON SOUTH VIC 3199
AUS

Wei Neng Yang
13 Warne Crescent
BEVERLY HILLS NSW 2209
AUS

Weider Health & Fitness
20750 Ventura Blvd, Suite 310
Woodland Hills, CA 91367

Weider Health & Fitness
20750 Ventura BLVD Suite 310
WOODLANDS HILLS CA 91367
USA

Weiner Pty Ltd
77 Bulkara Road
BELLEVUE HILL NSW 2023
AUS

Wenjun Wang
PO Box 492
HURSTVILLE BC NSW 1481
AUS

West Orange Superannuation Pty
Limited
<West Orange MTRS S/F A/C>
32 Forbes Road
ORANGE NSW 2800 AUS

White Crest Consulting Pty Ltd
28A Annette Street
OATLEY NSW 2223
AUS

White Trading Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

William Taylor Nominees Pty
Ltd
12 Ashley Street
TAMARAMA NSW 2026
AUS

Winpoint Pty Ltd
<Stirling Super Fund A/C>
64 Sapphire Crescent
MERIMBULA NSW 2548
AUS

Wong Partners Pty Ltd
PO Box 4022
MELBOURNE UNIVERSITY VIC 3052
AUS

Wonga King Pty Ltd
<Skirka Super Fund A/C>
94 Barrenjoey Road
MONA VALE NSW 2103
AUS

Xanthorroea Estates Pty Ltd
<STTC Family A/C>
15 Kennedy Street
GLADESVILLE NSW 2111
AUS

Xiang Zhou
PO Box K1080
HAYMARKET NSW 1240
AUS

Xing Min Li
3/8 Francis Street
LIDCOMBE NSW 2141
AUS

Xiu Ling Liu
11 Peter Street
BAULKHAM HILLS NSW 2153
AUS

Xiu Ling Wu
3/7 Fifth Avenue
CAMPSIE NSW 2194
AUS

Xiu Qian Yu
702/7 Rockdale Plaza Drive
ROCKDALE NSW 2216
AUS

Xiupeng Yu
20 Berrilie Road
BEVERLY HILLS NSW 2200
AUS

Xue Feng Zhang
1/78a Weston Street
HARRIS PARK NSW 2150
AUS

Yeah Pty Ltd
30 Oxford Road
STRATHFIELD NSW 2135
AUS

Yeildhigh Group Limited
Rm 2101-3
Yardley Commercial Building
3 Connaught Road West
HONGKONG HKG

Yili Du
2/72 Caledonian Street
BEXLEY NSW 2207
AUS

Yododoc Pty Ltd
65 Clifton Street
BOURKELANDS  NSW 2650
AUS

Young Capital Partners
Josh Young, Manager
280 Neilson Way # 503
Santa Monica, CA 90405

Young Capital Partners Lp
2800 Neilson Way #503
Santa Monica
CA 90405

Zacart Pty Ltd
138 Bestic Street
KYEEMAGH NSW 2216
AUS

Zak Investments Pty Ltd
C/- Harrison Howard & Co
36-38 Clarence Street
SYDNEY NSW 2000
AUS

```
Zaphod Pty Limited
<Matthews Super Fund A/C>
15A Carlton Street
FRESHWATER NSW 2096
AUS

Zhou Wenfei
2205 Hyde Park Tower
148 Elizabeth Street
SYDNEY NSW 2000
AUS
```

# United States Bankruptcy Court
## Northern District of Oklahoma

In re  **AusTex Oil Limited**
_____
Debtor(s)

Case No. _____

Chapter    **11**    _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for    **AusTex Oil Limited**    in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Ptolemy Energy Holdings, LLC**
**Michael J. Stone, Manager**
**1250 Prospect St. Suite 200**
**LaJolla, CA 93027**
_____

**Ptolemy Energy Holdings, LLC**
**Michael J. Stone, Manager**
**1250 Prospect St. Suite 200**
**LaJolla, CA 93027**
_____

**Weider Health & Fitness**
**20750 Ventura Blvd, Suite 310**
**Woodland Hills, CA 91367**
_____

**Weider Health & Fitness**
**20750 Ventura Blvd, Suite 310**
**Woodland Hills, CA 91367**
_____

☐ None [*Check if applicable*]

**June  3, 2019**
_____
Date

**/s/ Gary M. McDonald**
_____
**Gary M. McDonald 5960**
Signature of Attorney or Litigant
Counsel for    **AusTex Oil Limited**
_____
**McDonald & Metcalf, LLP**
**15 E. 5th Street, Suite 1400**
**Tulsa, OK 74103**
**918.430.3700**
**gmcdonald@mmmsk.com**